**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (*if known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Water Energy Services, LLC** | |
| 2. | All other names debtor used in the last 8 years | | |
| | Include any assumed names, trade names, and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1947022** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **312 Pearl Pkwy, Unit 2405** | |
| Number        Street | Number        Street |
| **San Antonio**        **TX**   **78215-1295** | |
| City        State  Zip Code | City        State  Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **BEXAR** | |
| County | Number        Street |
| | City        State  Zip Code |

5. **Debtor's website (URL)** _____

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**6.   Type of debtor**

☒   Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐   Partnership (excluding  LLP)

☐   Other. Specify: _____

**7.   Describe debtor's business:**

A. *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒   None of the above

B. Check all that apply:

☐   Tax-exempt entity (as described in 26 U.S.C. § 501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2111**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐   Chapter 7

☐   Chapter 9

☒   Chapter 11. *Check all that apply:*

☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM/DD/YYYY

District _____ When _____ Case number _____
MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM/DD/YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☒ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000              ☒ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☒ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/21/2025
                    MM / DD / YYYY

x  */s/ Rodolfo Concha*                              **Rodolfo Concha**
   Signature of authorized representative of debtor   Printed name

Title  Authorized Signatory

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**18.    Signature of attorney**

✗    */s/ Charlie Shelton*                    Date  03/21/2025
      Signature of attorney for debtor              MM / DD / YYYY

**Charlie Shelton**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number          Street

**Austin**                          **TX**          **78757**
City                               State        ZIP Code

**(737) 881-7100**                 **cshelton@haywardfirm.com**
Contact Phone                      Email address

**24079317**                       **Texas**
Bar number                         State

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

# United States Bankruptcy Court

## Western District of Texas

In re  **Water Energy Services, LLC**      Case No. _____

Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   03/21/2025 _____      */s/ Rodolfo Concha*

     **Rodolfo Concha**
     Signature of Debtor

Copyright © Financial Software Solutions, LLC

**448 Supply, LLC**
**c/o Registered Agent, Harold E. Hosea**
**1482 FM 448**
**Giddings, TX 78942**

**Accounts Receivable Collection Group**
**P.O. Box 1059**
**Round Rock, TX 78680**

**Ace Gathering, Inc.**
**24275 Katy Freeway, Ste. 325**
**Katy, TX 77494**

**Ace Gathering, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

**Actuaries Associates**
**200 Bartlett Drive, Suite 115**
**El Paso, TX 79912**

**ADP, Inc.**
**One ADP Blvd.**
**Roseland, NJ 07068**

**ADP, LLC**
**1851 N. Resler Drive**
**MS-100**
**El Paso, TX 79912**

**Airgas USA, LLC**
**259 N. Rador-Chester Rd. Ste. 100**
**Radnor, PA 19087**

Copyright © Financial Software Solutions, LLC

**Airgas USA, LLC**
**409 N. Grimes St**
**Hobbs, NM 88240**


**Airgas USA, LLC**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**


**Airgas USA, LLC**
**P.O. Box 1152**
**Tulsa, OK 74101**


**Alejandro Pando**
**503 S 14th St.**
**Brownfield, TX 79316**


**Allen Bryson, PLLC**
**Attn: Mario A. Lamar, Esq.**
**4131 N Central Expy., Suite 900**
**Dallas, TX 75201-2120**


**Alliance Energy, LLC**
**1344 HWY 82**
**Plains, TX 79355**


**Altus Receivables Management**
**PO Box 186**
**Metairie, 70004**


**Amp Tech, LLC**
**508 West Comanche Drive**
**Hobbs, NM 88240**

Copyright © Financial Software Solutions, LLC

**Antonio Acevedo**
**1010 Elm Street**
**Zapata, TX 78076**


**ARGUINDEGUI OIL COMPANY II LTD**
**6551 Star Court**
**Laredo, TX 78041**


**Arguindegui Oil Company II Ltd.**
**c/o Sanderford & Carroll**
**Attn: Bethany F. Beck, Esq.**
**1100 NE Loop 410, Suite 610**
**San Antonio, TX 78209**


**Arnold Oil Company Fuels, LLC**
**c/o its Registered Agent, James F. Arnold**
**5905 Burleson**
**Austin, TX 78744**


**Arnold Oil Company Fuels, LLC**
**P.O. BOX 18089**
**Austin, TX 78760-8089**


**AT&T**
**P.O. Box 105414**
**Atlanta, GA 30348-5414**


**AT&T Bankruptcy Center**
**2270 Lakeside Blvd,**
**7th Floor Richardson**
**Richardson, TX 75082**


**AT&T Mobility - Zapata**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

Copyright © Financial Software Solutions, LLC

**Atascosa County Tax Assessor-Collector**
**Attn: Loretta Holley**
**1001 Oak St.**
**Jourdanton, TX 78026-2849**

**Atascosa County, et al.**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**Attn: Bradley S. Balderrama, Sonia A. Gonzalez, & Ronald E. Rocha**
**112 E. Pecan Street, Suite 2200**
**San Antonio, TX 78205**

**Badger CPA Firm**
**18402 U.S. Hwy 281 N, Suite 281**
**San Antonio, TX 78259**

**Badger CPA, LLC**
**c/o its Registered Agent, Shannon Badger**
**20907 Cactus Peak**
**San Antonio, TX 78258-7475**

**Baldomero Rivera**
**414 Mira Flores Avenue**
**Zapata, TX 78076**

**Bank of America**
**P.O. Box 789**
**Neenah, WI 54957-0789**

**Barron Service Parts Co.**
**409 E 2nd St.**
**Odessa, TX 79761**

**BearCom Operating, LLC**
**c/o its Registered Agent, Cogency Global, Inc.**
**1601 Elm Street, Suite 4360, Suite 620**
**Dallas, TX 75201**

**BearCom Operating, LLC d/b/a BearCom**
**4009 Distribution Dr., Ste. 200**
**Garland, TX 75041**

**Benny Reyes**
**1814 Ave I**
**Levelland, TX 79336**

**Big Country Electric Cooperative**
**P.O. Box 518**
**Roby, TX 79543**

**Big Country Electric Cooperative, Inc.**
**c/o its Registered Agent, D Mark McClain**
**1010 West South 1st**
**P.O. Box 518**
**Roby, TX 79543**

**BRADLEY ARANT BOULT CUMMINGS LLP**
**600 Travis St, Suite 5600**
**Houston, TX 77002**

**Brando Rivera**
**No Address**

**Broco-Hortain LLC**
**6 Raydon Ln**
**Houston, TX 77024**

**Broken Spearhead, Inc.**
**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**
**Corpus Christi, TX 78418-6505**

Copyright © Financial Software Solutions, LLC

**Bryant Electric-SWD**
**P.O. BOX 1344**
**Levelland, TX 79336**


**BRYANT ELECTRICAL SERVICES, INC.**
**c/o its Registered Agent, Mike L. Bryant**
**2106 Old Ox Rd.**
**Spring, TX 77386**


**BTG, LLC**
**c/o Ross, Smith, & Binford, P.C.**
**Attn: Johnathan Gitlin, Esq.**
**700 North Pearl Street, Suite 1610**
**Dallas, TX 75201**


**BTG, LLC**
**P.O. Box 470248**
**Tulsa, OK 74147**


**BTU-(E)**
**P.O. Box 8000**
**Bryan, TX 77805-8000**


**Buddy C. Lee**
**P.O. Box 3**
**Bowie, TX 76230**


**Butch's Casing Division**
**105 Ranch Road 6086C**
**Laredo, TX 78040**


**Butch's Rat Hole & Anchor Service, Inc.**
**c/o its Registered Agent, Scott Bryant**
**700 Austin**
**Levelland, TX 79336**

Copyright © Financial Software Solutions, LLC

**Butch's Rat Hole & Anchor Service, Inc.**
**P.O. Box 1323**
**Levelland, TX 79336**

**Butch's Rat Hole & Anchor Services, Inc.**
**c/o Andrews Myers, P.C.**
**Attn: Andrew S. Harris & Ryan J. McKee**
**919 Congress Avenue, Suite 1050**
**Austin, TX 78701**

**C2C Resources, LLC**
**1455 Lincoln Pkwy E, Suite 550**
**Atlanta, GA 30346**

**Carlos Ramirez**
**275 W Lake Blvd.**
**Cayuga, TX 75832**

**Carlos Rodriguez**
**206 4th Street**
**Zapata, TX 78076**

**Charlotte Supply Company, Inc.**
**c/o its Registered Agent, Jose M. De Los Santos Jr.**
**40 Bruce Place**
**Charlotte, TX 78011**

**Charlotte Supply, Inc.**
**P.O. Box 800**
**Charlotte, TX 78011**

**Chemplex Solvay Group**
**P.O. Box 733133**
**Dallas, TX 75373**

Copyright © Financial Software Solutions, LLC

**City of Denver**
**P.O. Box 1539**
**Denver City, TX 79323**


**City of Eunice**
**PO Box 147**
**Eunice, NM 88231**


**Clements Fluids South Texas, Ltd.**
**4710 Kinsey Dr., Suite 200**
**Tyler, TX 75703**


**Clements Fluids South Texas, Ltd.**
**5701 Old Bullard Road, PMB #20**
**Tyler, TX 75703**


**Clements Fluids South Texas, Ltd.**
**c/o its Registered Agent, Rowan Law Firm, P.C.**
**2325 Oak Alley**
**Tyler, TX 75703**


**Clydes Refrigeration, Inc.**
**1911 NE Mustang Drive**
**Andrews, TX 79714**


**Clydes Refrigeration, Inc.**
**P.O. Box 923**
**Andrews, TX 79714**


**CMI**
**6704 Guada Coma**
**Schertz, TX 78154**


**Coastal Chemical Co.**
**3520 Veterans Memorial Drive**
**Abbeville, LA 70510**

Copyright © Financial Software Solutions, LLC

**Coastal Chemical Co., LLC**
**13858 LA Hwy. 92**
**Maurice, LA 70555**


**Coastal Chemical Co., LLC**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Coastal Packers and Service Tools, LLC**
**484 FM 1300 Rd.**
**El Campo, TX 77437**


**Coastal Packers and Service Tools, LLC**
**P.O. Box 91**
**El Campo, TX 77437-0091**


**Community Bank & Trust - West Georgia**
**201 Broad Street**
**P.O. Box 1489**
**Lagrange, GA 30240**


**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**


**Concur Technologies, Inc.**
**6222 185th Avenue NE**
**Redmond, WA 98052**


**Concur Technologies, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Copyright © Financial Software Solutions, LLC

**Control Concepts**
**6635 Theall Road**
**Houston, TX 77066**


**Control Concepts, Inc.**
**8748 Clay Rd., Ste. 320**
**Houston, TX 77080**


**COT Oil Tool, Inc.**
**1106 Co Rd. 234**
**Giddings, TX 78942**


**COT Oil Tool, Inc.**
**c/o Registered Agent, Ervin N. Cockrell**
**178 Thomas Ridge Road**
**Burnet, TX 78611**


**COT Oil Tool, Inc.**
**P.O. Box 1619**
**Giddings, TX 78942**


**Crockett County Tax Office**
**c/o Michelle Medley PCAC**
**P.O. Box Drawer H**
**909 Avenue D**
**Ozona, TX 76943**


**Curtis L. Walker, D.C.**
**900 E 15th Pl**
**Sweetwater, TX 79556-2562**


**David Hoffman**
**P.O. Box 904**
**Bloomington, TX 77951**

Copyright © Financial Software Solutions, LLC

**Dawson County Central Appraisal District**
**c/o Norma J. Brock**
**PO Box 797**
**1806 Lubbock Highway**
**Lamesa, TX 79331**


**Debbie Lind**
**4669 Coughram Rd.**
**Pleasanton, TX 78064**


**Diamond P Lease & Well Service**
**P. O. Box 203**
**Dime Box, TX 77853**


**Diamond P. Lease & Well Service, Inc.**
**c/o its Registered Agent, John M. Schuman**
**7981 FM 141**
**Dime Box, TX 77853**


**Dolphin Graphics, Inc.**
**5601 Bintliff Dr #530**
**Houston, TX 77036**


**Dornak Auto Parts, Inc.**
**1107 Oak Street**
**Jourdanton, TX 78026**


**Double Z Real Estate, LLC**
**c/o its Registered Agent, Bobby Teichroeb**
**2400 Oak Ridge Ln**
**Seminole, TX 79360**


**Double Z Real Estate, LLC**
**P.O. Box 1783**
**Seminole, TX 79360**

Copyright © Financial Software Solutions, LLC

**Duval County Tax Office**
**c/o Roberto Elizondo**
**PO Box 337**
**San Diego, TX 78384**

**EcoStream Permian ST1, LLC**
**2140 Blvd., Ste. L-203**
**Southlake, TX 76092**

**Emilio Reyes**
**15235 Adams Street**
**Cayuga, TX 75832**

**Enrique Manrique**
**2902 Blaine Street**
**Laredo, TX 78043**

**Enverus, Inc.**
**c/o its Registered Agent, Legalinc Corporate Services, Inc.**
**10601 Clarence Drive, Suite 250**
**Frisco, TX 75033**

**Enverus, Inc.**
**P.O. Box 5545**
**Austin, TX 78763-5545**

**Enverus, Inc.**
**P.O. Box 735594**
**Dallas, TX 75373**

**Evans Electric Service**
**P.O. Box 563**
**Bowie, TX 76230**

Copyright © Financial Software Solutions, LLC

**First Insurance Company**
**450 Skokie Blvd., Ste. 1000**
**Northbrook, IL 60062 Qatar**


**Fitzpatrick Tubing Services, LLC**
**311 S Meadow Ln.**
**P.O. Box 1149**
**El Campo, TX 77437**


**Flow Chem Technologies, LLC**
**11200 Westheimer Road, Suite 612**
**Houston, TX 77042**


**Flow Chem Technologies, LLC**
**289 Cutlass Loop**
**Rayne, LA 70578**


**Forrest Tire Co., Inc.**
**P.O. Box 1778**
**Carlsbad, NM 88221**


**Forrest Tire Company, Inc.**
**414 S Canal**
**Carlsbad, NM 88220**


**Forrest Tire Company, Inc.**
**c/o Registered Agent, Richard J. Forrest III**
**9801 Highway 87**
**Lubbock, TX 79423**


**Franklin & Son, Inc.**
**807 Lamesa Hwy.**
**Stanton, TX 79782**

Copyright © Financial Software Solutions, LLC

**Franklin & Son, Inc.**
**P.O. Box 1249**
**Stanton, TX 79782**


**Freer ISD**
**P.O. Box Drawer X**
**Freer, TX 78357**


**Frontier Services, Inc.**
**P.O. Box 740407**
**Cincinnati, OH 45274**


**Gaines County Appraisal District**
**PO Box 490**
**Seminole, TX 79360**


**Genco Energy Services, Inc.**
**1701 West State Highway 107**
**Mcallen, TX 78504**


**Giancarlo Atkins**
**22519 Viajes**
**San Antonio, TX 78261**


**Gibbins Services, LLC**
**c/o its Registered Agent, Robert C. Hankins II**
**3093 Highway 59 North**
**Bowie, TX 76230**


**Gibbins Services, LLC**
**P.O. Box 511**
**1007 E Wise St**
**Bowie, TX 76230**

Copyright © Financial Software Solutions, LLC

Glenn J. Deadman, Esq.
1515 N. St. Mary's Street
San Antonio, TX 78215


Got Safety? LLC
c/o its Registered Agent, Estella Serna
1264 Vikki Carr Lane
El Paso, TX 79936


Got Safety? LLC
P.O. Box 3432
Hobbs, NM 88240


Grady White
P.O. Box 416
Devine, TX 78016


Gravity Water Midstream
P.O. Box 7341
Dallas, TX 75373


Gustavo Solis
224 Vista Hermosa
Zapata, TX 78076


Gustavus Trucking, LLC
c/o its Registered Agent, Steven L. Gustavus
13238 Chelsea Ln.
Franklin, TX 77856


Gustavus Trucking, LLC
P.O. Box 1303
Franklin, TX 77856

Copyright © Financial Software Solutions, LLC

**H&E Equipment Services, Inc.**
**3510 Roy Orr Blvd.**
**Grand Prairie, TX 75050-4246**


**H&E Equipment Services, Inc.**
**Attn: Carmen M. Sierra**
**9200 East 96th Avenue**
**Henderson, CO 80640**


**H&E Equipment Services, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**


**Haarmeyer Electric, Inc.**
**310 East Avenue D**
**Lovington, NM 88260**


**Harris County Toll Road Authority**
**Attn: Bankruptcy Dept.**
**7701 WILSHIRE PL DR**
**Houston, TX 77040**


**HES**
**13443 W. Highway 71**
**Bee Cave, TX 78738**


**Higginbotham Insurance Agency**
**4800 E. University Blvd., Ste. #B**
**Odessa, TX 79764**


**HNR Oil Services, LLC**
**2233 CR 247**
**Falls City, TX 78113**

Copyright © Financial Software Solutions, LLC

**HNR Oil Services, LLC**
**c/o its Registered Agent, Raymond L. Ross  Jr.**
**2628 TX36S #307**
**Brenham, TX 77833**


**Horizon Cable Service, Inc.**
**P.O. Box 270895**
**Oklahoma City, OK 73137**


**Houston Hefley**
**900 CR 768**
**Devine, TX 78016**


**Howard Supply Company, LLC**
**4100 International Plaza, Suite 850**
**Fort Worth, TX 76109**


**Hwy FM 1357 Fresh Water Station**
**2450 FM 1357**
**Midland, TX 79706**


**Internal Revenue Service**
**8122 Datapoint Dr., Ste. 1200**
**Mail Stop 5320 SANC**
**San Antonio, TX 78229-3658**


**Internal Revenue Service**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 73301**


**Internal Revenue Service**
**P.O. Box 145595**
**MC 8420G**
**Cincinnati, OH 45250-5595**

Copyright © Financial Software Solutions, LLC

**Jaime Downs**
**1120 Cardinal**
**Pleasanton, TX 78064**


**James Mineau**
**P.O. Box 341**
**George West, TX 78022**


**JB Hunt Transport, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**JB Hunt Transport, Inc.**
**c/o McDaniel Acord, PLLC**
**Attn: Benjamin S. Saunier & Bryan C. Dixon, Jr.**
**9343 E. 95th Ct**
**Tulsa, OK 74133**


**JB Hunt Transport, Inc.**
**P.O. Box 130**
**Lowell, AR 72745**


**Jose Vallejo Sr.**
**P.O. Box 14983**
**Zapata, TX 78076**


**JP Morgan Chase Bank**
**P.O. Box 807**
**Neenah, WI 54957-0807**


**K&H Portable Toilets, Inc.**
**c/o its Registered Agent, John Kenjura**
**1004 N Park Street**
**Brenham, TX 77833**

Copyright © Financial Software Solutions, LLC

**K&H Portable Toilets, Inc.**
**P.O. Box 1924**
**Brenham, TX 77834-1924**

**Kaplan Electric, LLC**
**4251 Chickadee Rd**
**Ropesville, TX 79358**

**Kaplan Electric, LLC**
**4920 S Loop 289, Ste. 101**
**Lubbock, TX 79414-4724**

**Key Energy Services**
**6 Desta Dr., Suite 4400**
**Midland, TX 79705-5540**

**Key Energy Services, LLC**
**c/o Gibson Dunn**
**Attn: Collin J. Cox, Esq.**
**811 Main Street, Suite 3000**
**Houston, TX 77002-6117**

**Key Performance Petroleum Company**
**c/o Registered Agent, Mark Jackson**
**1558 N. La Salle**
**Navasota, TX 77868**

**Key Performance Petroleum Company**
**c/o Wright Law Group, PLLC**
**Attn: Rebecca L. Munoz**
**3120 Southwest Fwy., Suite 101**
**PMB #84356**
**Houston, TX 77098**

**Kimball Midwest**
**Dept. L-2780**
**Columbus, OH 43260-2780**

Copyright © Financial Software Solutions, LLC

**L&S Pump Repair And Machine Shop, LLC**
**1138 SM Tucker Rd.**
**Pollok, TX 75969**


**L&S Pump Repair And Machine Shop, LLC**
**6999 US HWY 59N**
**Lufkin, TX 75901**


**L&S Pump Repair And Machine Shop, LLC**
**c/o its Registered Agent, Kevin Strickland**
**1510 Atkinson Drive**
**Lufkin, TX 75901**


**Laake Oilfield Service**
**P.O. Box 938**
**Jacksboro, TX 76458**


**Laake Oilfield Service, LLC**
**c/o its Registered Agent, Yancey Laake**
**1324 Marley Road**
**Jacksboro, TX 76458**


**Lea County Electric Cooperative, Inc.**
**1300 W. Ave. D**
**Lovington, NM 88260**


**Lea County Electric Cooperative, Inc.**
**c/o its Registered Agent, Helwig Law Firm**
**317 N. Main**
**Denver City, TX 79323**


**Lea County Electric Cooperative, Inc.**
**P.O. Drawer 1447**
**Lovington, NM 88260**

Copyright © Financial Software Solutions, LLC

**Leasing Associates**
**P.O. Box 203174**
**Dallas, TX 75320-3174**


**Lee County**
**898 E. Richmond St, Suite 103**
**Giddings, TX 78942**


**Lee County**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**P.O. Box 17428**
**Austin, TX 78760**


**Lida Ogonowski**
**122 Dresden Wood Dr.**
**Boerne, TX 78006**


**Linebarger Goggan Blair & Sampson, LLP**
**1512 S. Lone Star Way**
**Edinburg, TX 78539**


**Live Oak County Appraisal District**
**Attn: Bankruptcy Department**
**P.O. Box 2370**
**George West, TX 78022**


**Lone Star Industries**
**P.O. Box 18857 E. Hwy 359**
**Hebbronville, TX 78361**


**Lone Tree Environmental Systems, LLC**
**4025 112th St.**
**Lubbock, TX 79423**

Copyright © Financial Software Solutions, LLC

**Lovein Ribman, LP**
**Attn: Andrew Patchan, Esq.**
**1225 S. Main Street, Suite 200**
**Grapevine, TX 76051**

**Luis Serna**
**277 Ladera Dr.**
**Zapata, TX 78076**

**Lytle Soule & Felty, P.C**
**Attn: Eric L. Combs & Matthew K Felty**
**119 N Robinson Ave, Suite 1200**
**Oklahoma City, OK 73102**

**M&M Disposal**
**P.O. Box 12**
**Stanton, TX 79782**

**M&M Disposal, LLC**
**c/o its Registered Agent, Jose Vicente Magdaleno**
**872 County Road 120**
**Georgetown, TX 78626-2296**

**Machinery Auctioneers of Texas, LLC**
**19760 Interstate 35 S**
**Lytle, TX 78052**

**Machinery Auctioneers of Texas, LLC**
**c/o its Registered Agent, Terry Dickerson**
**150 Double Gate Rd.**
**Castroville, TX 78009**

**Machinery Auctioneers of Texas, LLC**
**P.O. Box 977**
**Castroville, TX 78009**

Copyright © Financial Software Solutions, LLC

**Madole Equipment Rental**
**P.O. Box 11074**
**College Station, TX 77842**

**Madole Equipment Rental & Sales, Inc.**
**c/o its Registered Agent, Kimberly R. Montgomery**
**7641 Hwy 30**
**Anderson, TX 77830**

**Mayer, LLP**
**Attn: Robert G. Smith, Jr., Esq.**
**2900 North Loop West, Ste. 500**
**Houston, TX 77092**

**Mayer, LLP**
**Attn: Trent W. Rexing, Esq.**
**750 N. St. Paul St., Ste. 700**
**Dallas, TX 75201**

**Maynards Capital, LP**
**5310 E High St. Ste. 310**
**Phoenix, AZ 85054**

**Maynards Capital, LP**
**c/o Lisa Tancredi, Esq.**
**Womble Bond Dickinson, LLP**
**1313 North Market Street**
**Wilmington, DE 19801**

**Mesa Southern CWS Acquisition, LP d/b/a Mesa Southern Well Servicing**
**1437 E Street**
**Jourdanton, TX 78026**

**Mesa Southern CWS Acquisition, LP d/b/a Mesa Southern Well Servicing**
**c/o Dore Rothberg Law, P.C.**
**Attn: Shira Bahadur Ali, Esq.**
**16225 Park Ten Place Dr., Suite 700**
**Houston, TX 77084**

Copyright © Financial Software Solutions, LLC

**Mesa Southern CWS Acquisition, LP d/b/a Mesa Southern Well Servicing**
**c/o its Registered Agent, James D. Finley**
**1308 Lake St.**
**Fort Worth, TX 76102**

**Mesa Southern Well Servicing**
**Dept. 117, P.O. Box 4458**
**Houston, TX 77210-4458**

**Mid River Midstream LLC**
**15405 Salt Cay Ct 704**
**Corpus Christi, TX 77024**

**Midland Central Appraisal district**
**PO Box 6037**
**Midland, 79704**

**Midland Reporter-Telegram**
**P.O Box 3065017**
**Des Moines, IA 50306**

**Miguel Chairez**
**327 Kopplow**
**San Antonio, TX 78221**

**Milestone Environmental Services, LLC**
**20 University Road, Ste. 360**
**Cambridge, MA 02138**

**Milestone Environmental Services, LLC**
**c/o C T Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Copyright © Financial Software Solutions, LLC

**Milestone Environmental Services, LLC**
**c/o Chapoton Sander Scarborough, LLP**
**Attn: Jeremy James Sanders, Esq.**
**952 Echo Ln., Ste. 380**
**Houston, TX 77024-2814**

**Nationwide Notice, Inc.**
**P.O. Box 542165**
**Lake Worth, FL 33454**

**New Mexico Gas Company - (E)**
**P.O. Box 27885**
**Albuquerque, NM 87125-7885**

**NGL Water Solutions-Eagle-Ford, LLC**
**3773 Cherry Creek North Drive, Ste. 1000**
**Denver, CO 80209**

**NGL Water Solutions-Eagle-Ford, LLC**
**Attn: Treasury**
**6120 South Yale Ave #805**
**Tulsa, OK 74136**

**NGL Water Solutions-Eagle-Ford, LLC**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

**Nicholas Atkins**
**22519 Viajes**
**San Antonio, TX 78261**

**Oil Tool Solutions, LLC**
**10202 Fairbanks North Rd.**
**Houston, TX 77064**

Copyright © Financial Software Solutions, LLC

**Oil Tool Solutions, LLC**
**4065 S. Eliot Street**
**Englewood, CO 80110**


**Oil Tool Solutions, LLC**
**c/o its Registered Agent, InCorp Services, Inc.**
**815 Brazos St., Ste. 500**
**Austin, TX 78701**


**Oklahoma Turnpike Authority**
**3500 North Martin Luther King Avenue**
**Oklahoma City, OK 73111**


**Oklahoma Turnpike Authority**
**PO Box 11255**
**Oklahoma City, OK 73136**


**Optimum Business**
**No Address**


**OSC Energy**
**P.O. Box 6012**
**Corpus Christi, TX 78466**


**OSC Energy, LLC**
**952 Farm to Market 99**
**Whitsett, TX 78075**


**OSC Energy, LLC**
**c/o The Winter Law Firm, PLLC**
**Attn: West W. Winter, Esq.**
**9601 McAllister Freeway, Suite 401**
**San Antonio, TX 78216**

Copyright © Financial Software Solutions, LLC

**Oscar Navarro Garza**
**1407 Mahogany Avenue**
**Zapata, TX 78076**


**Oscar Villarreal Jr.**
**104 Ann Dr.**
**Zapata, TX 78076**


**Patriot Safety and Services, LLC**
**201 E. Michigan Ave.**
**Midland, TX 79701**


**Patriot Safety and Services, LLC**
**28003 Amalfi**
**San Antonio, TX 78260-4446**


**Patriot Safety and Services, LLC**
**3001 W. Illinois Ave., Ste. 2B2**
**Midland, TX 79701**


**Patriot Safety and Services, LLC**
**c/o its Registered Agent, Charles A. Moster**
**4920 S. Loop 289, Suite 101**
**Lubbock, TX 79414**


**Perdue Brandon Fielder Collins & Mott, LLP**
**PO Box 817**
**LUBBOCK, TX 79408**


**Peter Teichroeb Farms**
**446 US Highway 385**
**Seminole, TX 79360**

Copyright © Financial Software Solutions, LLC

**Phelps Dunbar, LLP**
**Attn: Peri H. Alkas, Esq.**
**One Shell Plaza**
**910 Louisiana, Suite 4300**
**Houston, TX 77002**

**Precision Pipe Rentals, LLC**
**2114 FM 1208**
**Stanton, TX 79782**

**Precision Pipe Rentals, LLC**
**4767 W. Hwy 72**
**Kenedy, TX 78119**

**Precision Pipe Rentals, LLC**
**c/o Germer PLLC**
**Attn: Chad J. Castille**
**2949 Allen Parkway, Suite 2900**
**Houston, TX 77019**

**Premium Oilfield Technologies, LLC**
**6350 W. Sam Houston Parkway N., Ste. 150**
**Houston, TX 77041**

**Premium Oilfield Technologies, LLC**
**c/o its Registered Agent, Capitol Corporate Services, Inc.**
**1501 S. MoPac Expy., Ste. 220**
**Austin, TX 78746**

**Premium Oilfield Technologies, LLC**
**P.O. Box 208570**
**Dallas, TX 75320**

**Pye-Barker Fire & Safety**
**P.O. Box 735358**
**Dallas, TX 75373-5358**

Copyright © Financial Software Solutions, LLC

**Pye-Barker Fire & Safety, LLC**
**11605 Haynes Bridge Rd., Suite 350**
**Alpharetta, GA 30009**


**Pye-Barker Fire & Safety, LLC**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**


**Rackspace US, Inc.**
**1 Fanatical Place**
**San Antonio, TX 78218**


**Rackspace US, Inc.**
**800 Brazos, Ste. 400**
**Austin, TX 78701-2548**


**Rackspace US, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**


**Railroad Commission of Texas**
**P.O. Box 12967**
**Austin, TX 78711-2967**


**Reliant**
**P.O. Box 1532**
**Houston, TX 77251-1532**


**Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062**

Copyright © Financial Software Solutions, LLC

**Resound Networks, LLC**
**119 Western Street**
**Pampa, TX 79065**


**Resound Networks, LLC**
**c/o its Registered Agent, Bryan E. Waldrip**
**100 N Cuyler**
**Pampa, TX 79065**


**Resound Networks, LLC**
**P.O. Box 1741**
**Pampa, TX 79066**


**Reynaldo Diaz**
**912 Juarez Ave**
**Zapata, TX 78076**


**Roberto Rodriguez**
**206 4th Street**
**Zapata, TX 78076**


**Rodolfo Concha**
**1763 Walnut Leaf Drive**
**Walnut, CA 91789-3648**


**Ross, Smith, Binford, PC**
**700 North Pearl Street, Suite 1610**
**Dallas, TX 75201**


**Royce Fernandez**
**604 Winship Rd.**
**Pleasanton, TX 78064**


**Rudy Gonzales**
**P.O. Box 303**
**Plains, TX 79355**

Copyright © Financial Software Solutions, LLC

**Ryan Carreon, Esq.**
**500 Delaware Ave, Suite 1500**
**Wilmington, DE 19801**


**Safety-Kleen Systems, Inc.**
**5400 Legacy Dr.**
**Cluster II Building 3**
**Plano, TX 75024**


**Safety-Kleen Systems, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**


**Safety-Kleen Systems, Inc.**
**P.O. Box 975201**
**Dallas, TX 75397**


**Salty Dog Service Company, LLC**
**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**
**Corpus Christi, TX 78418-6505**


**Saul Guadarrama**
**2281 Calle Loma**
**Eagle Pass, TX 78852**


**Scurry County Tax Office**
**1806 25th St**
**Snyder, TX 79549**


**Select Aqua Libre Midstream/Select Energy**
**P.O. BOX 203997**
**Dallas, TX 75320-3997**

Copyright © Financial Software Solutions, LLC

**Select Water Solutions**
**1820 Interstate 35**
**Gainesville, TX 76240**


**Select Water Solutions, LLC**
**c/o its Registered Agent, Capitol Corporate Services, Inc.**
**1501 S Mopac Expy., Ste. 220**
**Austin, TX 78746**


**Shuster Law, PLLC**
**Attn: Austin Harline, Esq.**
**860 Hebron Parkway, Suite 303**
**Lewisville, TX 75057**


**Shuster Law, PLLC**
**Attn: David J. Shuster, Esq.**
**860 Hebron Pkwy. #303**
**Lewisville, TX 75057**


**Sitepro Inc.**
**9502 HWY 87**
**Lubbock, TX 79423**


**Sitepro Inc.**
**c/o its Registered Agent, Capitol Corporate Services, Inc.**
**1501 S Mopac Expy., Ste. 220**
**Austin, TX 78746**


**SK Capital Partners, LP**
**430 Park Ave, 18th Floor**
**New York, NY 10022**


**Southern Tire Mart**
**Dept P.O. Box 1000**
**Memphis, TN 38148**

Copyright © Financial Software Solutions, LLC

**STX Electrical Contracting Services, LLC**
**525 County Road 768**
**Devine, TX 78016**


**T.O.F.S DBA TOTAL OILFIELD SERVICES**
**5802 E. HWY 62**
**Lubbock, TX 79403**


**Tarquin Acid, LLC**
**c/o its Registered Agent, Richard C. Skillern**
**50 Troon Drive**
**Odessa, TX 79762**


**Tarquin Acid, LLC d/b/a Tarquin CoolPro, LLC**
**c/o Atkins, Hollmann, Jones, Peacock, Lewis & Lyon**
**Attn: Alex E. Reynolds**
**3800 East 42nd Street, Suite 500**
**Odessa, TX 79762**


**Tarter Krinsky & Drogin LLP**
**Attn: Jonathan Eric Temchin**
**1350 Broadway**
**New York, NY 10018-7702**


**Tax Assessor Collector City of Pleasanton**
**Attn: Megan Caballero**
**108 Second St.**
**Pleasanton, TX 78064**


**TBF**
**460 Faraday Ave**
**Jackson, NJ 08527**


**Teresa Boone**
**P.O Box 445**
**Eunice, NM 88231**

**Terracon Consultants, Inc.**
**10841 S Ridgeview Road**
**Olathe, KS 66061**


**Terracon Consultants, Inc.**
**c/o Barnett & Garcia**
**Attn: Lawrence J. Falli**
**3821 Juniper Trace, Suite 108**
**Austin, TX 78738**


**Terracon Consultants, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Terracon Consultants, Inc.**
**P.O. Box 959673**
**St. Louis, MO 63195-9673**


**Texas Attorney General**
**300 W 15th St**
**Austin, TX 78701**


**Texas Commission on Environmental Quality**
**Bldg Letter Tceq 12100**
**Pk 35 Cir**
**Austin, TX 78753**


**Texas Commission on Environmental Quality**
**P.O. Box 13087**
**Austin, TX 78711**


**Texas Commission on Environmental Quality**
**Po Box 13087**
**Mail Code - TCEQ**
**Austin, TX 78711**

Copyright © Financial Software Solutions, LLC

**Texas Comptroller of Public Accounts**
**PO Box 149354**
**Austin, TX 78714-9354**


**Texas Comptroller of Public Accounts**
**Revenue Accounting Division - Bankruptcy Section**
**P.O. Box 13528 Capital Station**
**Austin, TX 78711**


**Texas Department of Licensing and Regulation**
**Po Box 12157**
**Austin, TX 78711**


**Texas Hot Oilers, Inc.**
**c/o its Registered Agent, Charlotte Hall Plumlee**
**1005 C.R. 217**
**Giddings, TX 78942**


**TEXAS HOT OILERS, INC.**
**P.O. BOX 1007**
**Giddings, TX 78942**


**Texas Mutual Insurance Company**
**Attn: Lewis Tandy, Esq.**
**2200 Aldrich St.**
**Austin, TX 78723**


**Texas Mutual Insurance Company**
**P.O. Box 12058**
**Austin, TX 78711-2058**


**Texas Mutual Insurance Company**
**P.O. Box 841843**
**Dallas, TX 75284-1843**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Texas Workforce Commission**
**Executive Director**
**101 East 15th St., Room 651**
**Austin, TX 78778**

**Texas Workforce Commission**
**P.O. Box 149037**
**Austin, TX 78714**

**The Maker's Oil Corporation**
**5849 Buffalo Gap Rd., Ste. H**
**Abilene, TX 79606-1264**

**The Maker's Oil Corporation**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Suite 900**
**Dallas, TX 75201-3136**

**THE MAKERS OIL CORPORATION**
**24275 FREEWAY, Ste. 325**
**Katy, TX 77494**

**The Paint and Safety Store**
**201 South Benton Street**
**Big Spring, TX 79720**

**Thomas Kadian, LLC**
**Attn: Dennis E. Kadian**
**90 East Halsey Road, Suite 390**
**Parsippany, NJ 07054**

**Topographic**
**481 Winscott Road, Suite 200**
**Benbrook, TX 76126**

Copyright © Financial Software Solutions, LLC

**Transworld Systems, Inc.**
**500 Virginia Dr, Suite 514**
**Fort Washington, PA 19034**


**TrueNorth Compliance, Inc.**
**5715 White Mills Dr**
**Houston, TX 77041-5503**


**TXTag**
**P.O. Box 650749**
**Dallas, TX 75265**


**U.S. Department of Labor**
**Wage and Hour Division**
**Northchase 1 Office Building**
**10127 Morocco Street, Suite 140**
**San Antonio, TX 78216**


**UNIFIRST Corporation**
**68 Jonspin Road**
**Wilmington, MA 01887-1086**


**UNIFIRST Corporation**
**c/o its Registered Agent, Prentice hall Cprporation Sv**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3216**


**UNIFIRST Corporation**
**P.O. Box 650481**
**Dallas, TX 75265**


**UNIFIRST FIRST AID**
**3499 Rider Trail South**
**Earth City, MO 63045**

Copyright © Financial Software Solutions, LLC

**UNIFIRST FIRST AID CORPORATION**
**68 Jonspin Road**
**Wilmington, MA 01887-1086**


**UNIFIRST FIRST AID CORPORATION**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Unitedhealthcare Insurance Company**
**c/o Figari & Davenport, LLP**
**Attn: Andrew G. Jubinsky & Lance V. Clark**
**901 Main Street, Suite 3400**
**Dallas, TX 75202-3796**


**US Chaparral Water Systems, Inc.**
**c/o its Registered Agent, Daryl L. Franklin**
**4201 Timberglen**
**Midland, TX 78707**


**US Chaparral Water Systems, Inc.**
**P.O. Box 80249**
**Midland, TX 79708**


**US Dept of Labor**
**200 Constitution Ave NW**
**Washington, DC 20210-0001**


**US Dept of Labor Occupational Safety and Health Admin Osha**
**Office of Chief Counsel**
**200 Constitution Ave NW**
**Washington, DC 20210-0001**


**US Dept of Laborosha**
**Osha Region 6**
**A Maceo Smith Federal Building**
**525 Griffin St., Ste. 602**
**Dallas, TX 75202-5002**

**US Dept of the Treasury**
**Internal Revenue Svc**
**P.O. Box 806532**
**Cincinnati, OH 45280-6532**


**US Equal Employment Opportunity Commission**
**Office of Chief Counsel**
**131 M St NE**
**Washington, DC 20507-0003**


**VERIFORCE/PEC**
**300 Holiday Square, Ste. 100**
**Covington, LA 70433**


**Vista Water Solutions PB LLC**
**c/o its Registered Agent, S. Jeff Johnson**
**6861 Corporation Parkway**
**Fort Worth, TX 76126**


**Vista Water Solutions PB LLC**
**P.O. Box 150693**
**Fort Worth, TX 76108**


**VTX1 Foundation, Inc.**
**881 E. Hidalgo Ave**
**Raymondville, TX 78580**


**Wadler Perches Kerlick**
**Attn: I. Ray Kerlick, Esq.**
**101 West Burleson**
**Wharton, TX 77488**


**WASTE CONNECTIONS LONE STAR, INC.**
**3 Waterway Square Place, Suite 110**
**The Woodlands, TX 77380**

Copyright © Financial Software Solutions, LLC

**WASTE CONNECTIONS LONE STAR, INC.**
**350 Dennis Rd.**
**Weatherford, TX 76087**


**WASTE CONNECTIONS LONE STAR, INC.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**


**WaterPro, Inc.**
**c/o its Registered Agent, Bill J. Helwig**
**317 N. Main**
**P.O. Drawer 1388**
**Denver City, TX 79323**


**WaterPro, Inc.**
**P.O. Box 3277**
**LUBBOCK, TX 79452**


**Welch Water Supply Corp.**
**P.O. Box 36**
**Welch, TX 79377**


**Welders Supply Company**
**5406 Jackwood Drive**
**San Antonio, TX 78238**


**West Texas Fire Industrial Supply**
**P.O. Box 3085**
**SAN ANGELO, TX 76902**


**WESTRIDGE RESOURCES, INC.**
**c/o its Registered Agent, Troy Botts Jr.**
**2800 Westridge Drive**
**Snyder, TX 79549**


Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**WESTRIDGE RESOURCES, INC.**
**P.O. BOX 848**
**Syder, TX 79550**


**William Gonzales**
**c/o Don Albert Payne**
**4919 Carya**
**San Antonio, TX 78222-2716**


**WILLSCOTT**
**P.O. Box 91975**
**Chicago, IL 60693**


**Xcel Energy Services, Inc.**
**1225 17th Street, Suite 1000**
**Denver, CO 80202**


**Xcel Energy Services, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Xcel Energy Services, Inc.**
**P.O. Box 660553**
**Dallas, TX 75266**


**Zapata Co. Tax Assessor Collector**
**Attn: Bankruptcy Dept.**
**200 E. 7th Ave, Suite 226**
**Zapata, TX 78076**

Copyright © Financial Software Solutions, LLC