**Fill in this information to identify the case and this filing:**

Debtor Name  __**Water Energy Services, LLC**__

United States Bankruptcy Court for the:  __**Western District of Texas**__

Case number (*If known*):  __**25-50539**__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __04/18/2025__
　　　　　　　　MM/DD/YYYY

**x** __/s/ Rodolfo Concha__
　　Signature of individual signing on behalf of debtor

__Rodolfo Concha__
Printed name

__Sole Member__
Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (If known):  **25-50539**

☑ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JB Hunt Transport, Inc. c/o McDaniel Acord, PLLC Attn: Benjamin S. Saunier & Bryan C. Dixon, Jr. 9343 E. 95th Ct Tulsa, OK 74133 | JB Hunt Transport, Inc. () - | Lawsuit in Oklahoma Western District Court | Disputed | | | $4,819,479.53 |
| 2 | Arnold Oil Company Fuels, LLC P.O. BOX 18089 Austin, TX 78760-8089 | Arnold Oil Company Fuels, LLC () - | | | | | $800,000.00 |
| 3 | First Insurance Company 450 Skokie Blvd., Ste. 1000 Northbrook, IL Qatar 60062 | First Insurance Company () - | | | | | $232,956.35 |
| 4 | Tarquin Acid, LLC d/b/a Tarquin CoolPro, LLC c/o Atkins, Hollmann, Jones, Peacock, Lewis & Lyon Attn: Alex E. Reynolds 3800 East 42nd Street, Suite 500 Odessa, TX 79762 | Tarquin Acid, LLC d/b/a Tarquin CoolPro, LLC () - | | Disputed | | | $143,645.88 |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
| | Name | | | |

| 5 | **COT Oil Tool, Inc.**<br>**P.O. Box 1619**<br>**Giddings, TX 78942** | **COT Oil Tool, Inc.**<br>() - | | | | | $140,371.55 |
| 6 | **Mesa Southern Well**<br>**Servicing**<br>**Dept. 117, P.O. Box 4458**<br>**Houston, TX 77210-4458** | **Mesa Southern Well**<br>**Servicing**<br>() - | **Foreclosing** | | | | $96,466.98 |
| 7 | **Higginbotham Insurance**<br>**Agency**<br>**4800 E. University Blvd., Ste.**<br>**#B**<br>**Odessa, TX 79764** | **Higginbotham**<br>**Insurance Agency**<br>() - | | | | | $92,236.41 |
| 8 | **Sitepro Inc.**<br>**9502 HWY 87**<br>**Lubbock, TX 79423** | **Sitepro Inc.**<br>() - | **UCC Liens** | | | | $83,478.36 |
| 9 | **Coastal Packers and Service**<br>**Tools, LLC**<br>**484 FM 1300 Rd.**<br>**El Campo, TX 77437** | **Coastal Packers and**<br>**Service Tools, LLC**<br>() - | | | | | $58,058.95 |
| 10 | **Badger CPA Firm**<br>**18402 U.S. Hwy 281 N, Suite**<br>**281**<br>**San Antonio, TX 78259** | **Badger CPA Firm**<br>() - | | **Disputed** | | | $57,141.67 |
| 11 | **Butch's Rat Hole & Anchor**<br>**Services, Inc.**<br>**c/o Andrews Myers, P.C.**<br>**Attn: Andrew S. Harris &**<br>**Ryan J. McKee**<br>**919 Congress Avenue, Suite**<br>**1050**<br>**Austin, TX 78701** | **Butch's Rat Hole &**<br>**Anchor Services, Inc.**<br>() - | **Lawsuit in**<br>**Atascosa**<br>**County District**<br>**Court** | **Disputed** | | | $53,714.25 |
| 12 | **Precision Pipe Rentals, LLC**<br>**c/o Germer PLLC**<br>**Attn: Chad J. Castille**<br>**2949 Allen Parkway, Suite**<br>**2900**<br>**Houston, TX 77019** | **Precision Pipe**<br>**Rentals, LLC**<br>() -<br>**cassy@precisionpipe**<br>**rentals.com** | | **Disputed** | | | $48,612.30 |
| 13 | **TrueNorth Compliance, Inc.**<br>**5715 White Mills Dr**<br>**Houston, TX 77041-5503** | **TrueNorth**<br>**Compliance, Inc.**<br>() - | | | | | $47,187.50 |
| 14 | **The CBE Group, Inc.**<br>**P.O. Box 2635**<br>**Waterloo, IA 50704-2635** | **The CBE Group, Inc.**<br>() - | **Ref # 0350** | | | | $46,124.40 |

Copyright © Financial Software Solutions, LLC                                                                                           BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | **UNIFIRST Corporation**<br>**P.O. Box 650481**<br>**Dallas, TX 75265** | **UNIFIRST Corporation**<br>**() -**<br>**customerservice@unifirst.com** | | | | **$44,922.38** |
| 16 | **OSC Energy, LLC**<br>**P.O. Box 6012**<br>**Corpus Christi, TX 78466** | **OSC Energy, LLC**<br>**() -** | | | | **$43,710.64** |
| 17 | **ADP, LLC**<br>**1851 N. Resler Drive**<br>**MS-100**<br>**El Paso, TX 79912** | **ADP, LLC**<br>**() -** | | | | **$41,685.58** |
| 18 | **WILLSCOTT**<br>**P.O. Box 91975**<br>**Chicago, IL 60693** | **WILLSCOTT**<br>**() -**<br>**customersuccess@willscot.com** | | | | **$40,530.63** |
| 19 | **Grady White**<br>**P.O. Box 416**<br>**Devine, TX 78016** | **Grady White**<br>**() -** | | | | **$34,620.35** |
| 20 | **Houston Hefley**<br>**900 CR 768**<br>**Devine, TX 78016** | **Houston Hefley**<br>**() -** | | | | **$34,620.35** |

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor Name    Water Energy Services, LLC

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):        **25-50539**

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................................ $ _____10,383,000.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................................. $ _____35,523,850.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................... $ _____45,906,850.00_

---

**Part 2:** **Summarize Your Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D........................... $ _____22,585,951.41_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ _____286,491.65_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... **+** $ _____7,371,565.04_

4. **Total liabilities** ............................................................................................................... $ _____30,247,908.10_
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name    **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*):    **25-50539**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**   **Cash and cash equivalents**

---

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | **Community Bank & Trust** | **Checking Account** | **7721** | $ **Unknown** |
| 3.2 | **Community Bank & Trust** | **Checking Account** | **7770** | $ **Unknown** |
| 3.3 | **JPMorgan Chase Bank, N.A.** **P O Box 182051** **Columbus, OH 43218 - 2051** | **Checking Account** | **0365** | $ **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____**0.00**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **7.1**    Approximately $6,800 on deposit with landlord (Montesan)    $ 6,800.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.    $ 6,800.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    Current value of debtor's interest

11. **Accounts receivable**

    **11a. 90 days old or less:** _____ – _____ = $ _____
         face amount      doubtful or uncollectible accounts

    **11b. Over 90 days old:** _____ – _____ = $ _____
         face amount      doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

## Part 4: Investments

13. **Does the debtor own any investments?**
   - ☐ No. Go to Part 5.
   - ☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                % of ownership:

   **Pursuant to that certain Company Agreement among Mid River Midstream LLC and David Elks, Water Energy Services, LLC, and Broco Hortain LLC dated as of September 23, 2024, Water energy Services, LLC has a 40% membership interest in Mid River Midstream LLC, which it received in exchange for a contribution of "Various salt water disposal assets with aggregate tax basis value of $190,250"**

   15.1 _____  40.00 _____ %  **Tax basis** _____  $ _____ 190,250.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   $ _____ 190,250.00

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☒ No. Go to Part 6.
   - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

Debtor   **Water Energy Services, LLC**                          Case number *(if known)*   **25-50539**
_____
Name

_____  _____  $ _____  _____  $ _____
                         MM / DD / YYYY

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    $ _____ **0.00**

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes.

    Book value   $ _____   Valuation method _____   Current Value   $ _____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

28. **Crops—either planted or harvested**

_____   $ _____   _____   $ _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____   $ _____   _____   $ _____

30. **Farm machinery and equipment (Other than titled motor vehicles)**

_____   $ _____   _____   $ _____

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor   **Water Energy Services, LLC**          Case number *(if known)*   **25-50539**
_____
Name

31. **Farm and fishing supplies, chemicals, and feed**

_____ $ _____   _____ $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____ $ _____   _____ $ _____

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.          $ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**

   ☒ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☒ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☒ No

   ☐ Yes

      Book value   $ _____   Valuation method _____   Current Value   $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☒ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

   **6 desks, approximately 20 chairs, conference table, leather couch, 4 leather chairs, 10 cabinets, refrigerator, dining tables.**

| | | | |
|---|---|---|---|
| | $ 0.00 | Personal Estimate | $ 20,000.00 |

Debtor    **Water Energy Services, LLC**                          Case number *(if known)*   **25-50539**
_____
Name

40.  **Office fixtures**
_____    $ _____    _____    $ _____

41.  **Office equipment, including all computer equipment and
     communication systems equipment and software**

     **Computers (15)
     Approx 20 monitors
     Microwave
     Coffee maker
     Televisions (3) (lobby, conference room, and
     kitchen)
     Conference broadcasting equipment**
     _____    $ _____0.00    **Personal estimate**    $ _____10,000.00

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
     artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
     or baseball card collections; other collections, memorabilia, or collectibles

             **Artwork (10 paintings)
             Horse sculpture (bronze)**
     **42.1   Art sculpture**
     _____    $ _____0.00    **Personal Estimate**    $ _____5,000.00

43.  **Total of Part 7.**

     Add lines 38 through 42. Copy the total to line 86.                    $ _____35,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☒ No
     ☐ Yes

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Copyright © Financial Software Solutions, LLC                                                               BlueStylus

Debtor   **Water Energy Services, LLC**
_____
Name

Case number *(if known)*  **25-50539**

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 | See attached Addendum to Schedule A, Question 47 )Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles) | $ 0.00 | Forced Liquidation | $ 4,621,100.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | $ | | $ |
|---|---|---|---|---|

49. **Aircraft and accessories**

| | | $ | | $ |
|---|---|---|---|---|

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | See attached Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment) | $ 0.00 | Forced Liquidation | $ 670,700.00 |
|---|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 5,291,800.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **See Attached "Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest)"**<br>**55.1** | **Ownership** | $ 0.00 | | $ 10,383,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **10,383,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

| | $ | | $ |
|---|---|---|---|

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    **Water Energy Services, LLC**                                     Case number *(if known)*   **25-50539**
_____
Name

61. **Internet domain names and websites**

**https://www.waterenergyservices.com/**          $_____**0.00**      _____      $_____**Unknown**

62. **Licenses, franchises, and royalties**

_____    $_____    _____    $_____

63. **Customer lists, mailing lists, or other compilations**

_____    $_____    _____    $_____

64. **Other intangibles, or intellectual property**

_____    $_____    _____    $_____

65. **Goodwill**

_____    $_____    _____    $_____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.          $_____**0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td>**Part 11:**</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☒ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____     _____  –  _____  =  $ _____
                          Total face amount       doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____     Tax Year _____     $ _____

73. **Interests in insurance policies or annuities**

    _____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Case Name: Water Energy Services, LLC v. SK Capital Partners, LP**

    **Case No. 651751/2024** _____     $ _____10,000,000.00

    | Nature of claim | **Breach of Contract, Unjust Enrichment, Tortious Interference with Prospective Business Relations, Misappropriation of Corporate Opportunity, Unfair Competition, and Constructive Trust** |
    |---|---|

    Amount requested          $ _____**Unknown**

    _____

    **Claim against Salty Dog Service Company, LLC for, among other things, replevin, assumpsit, conversion, breach of contract.** _____     $ _____2,500,000.00

    Nature of claim          **Contract and tort** _____

    Amount requested          $ _____**Unknown**

    _____

Debtor    **Water Energy Services, LLC**
_____    Case number *(if known)*  **25-50539**
_____
      Name

_____

**Claims against BTG, LLC for (among other things) fraudulent inducement, misrepresentation, breach of contract, and tortious interference.**    $_____**2,500,000.00**

Nature of claim    **Tort and breach of contract**
_____

Amount requested    $_____**Unknown**

_____

**Claims against OSC Energy, LLC for (among other things) conversion, improper foreclosure, breach of contract**    $_____**2,500,000.00**

Nature of claim    **Contract and tort**
_____

Amount requested    $_____**Unknown**

_____

**Counterclaims against JB Hunt in UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA (CIV-24-398-D)**    $_____**2,500,000.00**

Nature of claim    **Breach of Contract**
_____

Amount requested    $_____**2,500,000.00**

_____

**Potential claims against Amerisource for (inter alia) breach of contract, breach of covenant of good faith and fair dealing, usurpation, money had and received, and lender liability.**    $_____**10,000,000.00**

Nature of claim    **Breach of contract and tort**
_____

Amount requested    $_____**Unknown**

_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    $_____

Nature of claim    _____

Amount requested    $_____

76.  **Trusts, equitable or future interests in property**

_____    $_____

Debtor   **Water Energy Services, LLC**                                    Case number *(if known)*  **25-50539**
         Name

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                    $            30,000,000.00

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 190,250.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,291,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 10,383,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ 30,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column....... 91a. | $ 35,523,850.00 ✚ 91b. | $ 10,383,000.00 |

Debtor  **Water Energy Services, LLC**                                    Case number *(if known)*  **25-50539**
_____                                      _____
Name

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... .....    $ ___**45,906,850.00**___

**Fill in this information to identify your case:**

Debtor Name     **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):     **25-50539**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| **2.1** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**BTG, LLC**

**Creditor's mailing address**

| | | |
|---|---|---|
| **3.1 Checking Account, JPMorgan Chase Bank, N.A. P O Box 182051 Columbus, OH 43218 - 2051 0365** | $ _____ **222,127.87** | $ _____ **0.00** |
| **50.1 See attached Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment), Forced Liquidation** | | |
| **61.1 https://www.waterenergyservices.com/** | | |
| **55.1 See Attached "Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest)", Ownership** | | |

**c/o Robert G. Smith**
**Trent W. Rexing**
**Mayer LLP**
**2900 North Loop West, Suite 500**
**Dallas, TX 75201**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Description**

**Case Name: BTG, LLC vs. Water Energy Services, LLC; Rodolfo Concha; Nicholas Atkins; Jamie Downs**

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.2** | **Creditor's Name**

**Community Bank & Trust - West Georgia**

**Creditor's mailing address**

**Describe debtor's property that is subject to a lien**

| **3.2 Checking Account, Community Bank & Trust 7721** | $ | **22,259,342.35** | $ | **9,910,000.00** |

**3.3 Checking Account, Community Bank & Trust 7770**

**47.1 See attached Addendum to Schedule A, Question 47 )Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles), Forced Liquidation**

**41.1 Computers (15) Approx 20 monitors Microwave Coffee maker Televisions (3) (lobby, conference room, and kitchen) Conference broadcasting equipment, Personal estimate**

**39.1 6 desks, approximately 20 chairs, conference table, leather couch, 4 leather chairs, 10 cabinets, refrigerator, dining tables., Personal Estimate**

**201 Broad Street**
**P.O. Box 1489**
**Lagrange, GA 30240**

**Creditor's email address, if known**

**Describe the lien**

**UCC Lien**

**Description**

**All of the items of Property described in Schedule I (attached to UCC Lien), and made a part hereof, wherever located.**

**Date debt was incurred**   **04/04/2023**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Creditor's Name |
|---|---|

**Crockett County Tax Office**

**Describe debtor's property that is subject to a lien**

$ 894.96  $ 43,250.00

Creditor's mailing address
**c/o Michelle Medley PCAC**
**P.O. Box Drawer H**
**909 Avenue D**
**Ozona, TX 76943**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Personal proerty tax lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Business personal property taxes (warehouse and 8x8 morgan stg)**

---

| 2.4 | Creditor's Name |
|---|---|

**Dawson County Central Appraisal District**

**Describe debtor's property that is subject to a lien**

$ 1,223.44  $ 50,000.00

Creditor's mailing address
**c/o Normal J. Brock**
**PO Box 797**
**1806 Lubbock highway**
**Lamesa, TX 79331**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  **0005**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Real estate taxes**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Alma Brown SWD Interest in Real Property**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.5**

**Creditor's Name**

**Dawson County Central Appraisal District**

**Creditor's mailing address**
**NORMA J BROCK**
**PO BOX 797**
**1806 LUBBOCK HWY**
**Lamesa, TX 79331**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____19,054.78_ $ _____796,800.00_

**Describe the lien**
**Personal property taxes lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

---

**2.6**

**Creditor's Name**

**Dawson County Central Appraisal District**

**Creditor's mailing address**
**c/o Norma J. Brock**
**PO Box 797**
**1806 Lubbock Highway**
**Lamesa, TX 79331**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____4,150.00_ $ _____193,000.00_

**Describe the lien**
**Real estate taxes lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**unknown**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.7** | **Creditor's Name**

**Duval County Tax Office**

**Creditor's mailing address**
**c/o Roberto Elizondo**
**PO Box 337**
**San Diego, TX 78384**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____0050____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____1,016.94____ $ _____0.00____

**Describe the lien**

**Business Personal Property Taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

Trailers and Tanks @ 5245 Hwy 44 East, Freer, TX

---

**2.8** | **Creditor's Name**

**Freer Independent School District Tax Office**

**Creditor's mailing address**
**P.O. Box Drawer X**
**Freer, TX 78357**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____Unknown____ $ _____0.00____

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                 BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **2.9** | Creditor's Name |
|---|---|

Describe debtor's property that is subject to a lien

**Gaines County Appraisal District**

$ _____ **52,662.31** $ _____ **0.00**

Creditor's mailing address
**P.O. Box 490**
**Seminole, TX 79360**

Creditor's email address, if known
_____

**Describe the lien**
**Business personal property tax**

**Description**
**Saltwater disposal facility dasani well #1 RRC#68677 CR 306 W of CR 307 Seminole**

Date debt was incurred _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Last 4 digits of account number _____ **6629**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.10** | Creditor's Name |
|---|---|

Describe debtor's property that is subject to a lien

**Gaines County Appraisal District**

$ _____ **11,905.30** $ _____ **608,220.00**

Creditor's mailing address
**P.O. Box 490**
**Seminole, TX 79360**

Creditor's email address, if known
_____

**Describe the lien**
**SW disposal facility dasani well #1 RRC #68677**

**Description**

Date debt was incurred _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|--------|--------------------------------|--------------------------|---------------|
| | Name | | |

---

**2.11** **Creditor's Name**

**Internal Revenue Service**

**Creditor's mailing address**
**P.O. Box 145595**
**MC 8420G**
**Cincinnati, OH 45250-5595**

**Creditor's email address, if known**

**Date debt was incurred**   **04/08/2024 & 07/03/2024 & 01/21/2025**

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____Unknown   $ _____0.00

**Describe the lien**
**UCC Lien**

**Description**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** **Creditor's Name**

**Lee County**

**Creditor's mailing address**
**898 E. Richmond St, Suite 103**
**Giddings, TX 78942**

**Creditor's email address, if known**

**Date debt was incurred**   _____

**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____262.29   $ _____0.00

**Describe the lien**
**AIC Improvement only - commercial bldg**

**Description**
**AIC Improvement only -commercial bldg**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**
Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.13** | **Creditor's Name**

**Lee County**

**Describe debtor's property that is subject to a lien**

$ _____ **Unknown** $ _____ **0.00**

**Creditor's mailing address**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**P.O. Box 17428**
**Austin, TX 78760**

**Creditor's email address, if known**

_____

**Describe the lien**
**AIC Improvement only - commercial bldg**

**Description**
**AIC Improvement only -commercial bldg**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number** **6289**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** | **Creditor's Name**

**Live Oak County Appraisal District**

**Describe debtor's property that is subject to a lien**

$ _____ **136.74** $ _____ **0.00**

**Creditor's mailing address**
**Attn: Bankruptcy Department**
**P.O. Box 2370**
**George West, TX 78022**

**Creditor's email address, if known**

_____

**Describe the lien**
**Business Personal Property Tax Lien**

**Description**
**Machinery & equipment incl. furniture and fixtures at 3409 Hwy 281 N @ CR 305 852222**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.15** Creditor's Name

**Machinery Auctioneers of Texas, LLC**

Creditor's mailing address
**P.O. Box 977**
**Castroville, TX 78009**

Creditor's email address, if known

Date debt was incurred    **08/09/2023**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$ _____**Unknown**   $ _____**0.00**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description
**All equipment and trade fixtures on and associated with the Salt Water Disposal Wells and Brine Stations.**

---

**2.16** Creditor's Name

**Midland Central Appraisal district**

Creditor's mailing address
**P.O. Box 6037**
**Midland 79704**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    **1550**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$ _____**52.32**   $ _____**0.00**

Describe the lien
**Real estate property tax lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description
**Account:1000535 API #4232930414 LSE #25488E GPS 31 58.26N 101 59, EARLY SWD LEASE WELL #2D, INTEREST IN REAL PROP RTY ACRES:0.000**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.17** | Creditor's Name

**Scurry County Tax Office**

Creditor's mailing address
**1806 25th St**
**Snyder, TX 79549**

Creditor's email address, if known
_____

Date debt was incurred    _____

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$    12,647.28    $    0.00

Describe the lien
**delinquent tax notice**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description
delinquent tax notice

---

**2.18** | Creditor's Name

**Somervell Central Appraisal District**

Creditor's mailing address
**112 Allen Dr**
**Glen Rose, TX 76043**

Creditor's email address, if known
_____

Date debt was incurred    _____

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$    Unknown    $    0.00

Describe the lien
**tax lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description
tax lien

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **2.19** | **Creditor's Name** |
|---|---|

**TBF**

**Describe debtor's property that is subject to a lien**

$ _____ **Unknown**   $ _____ **0.00**

**Creditor's mailing address**
**460 Faraday Ave**
**Jackson, NJ 08527**

**Creditor's email address, if known**
_____

**Describe the lien**
**UCC Lien**

**Date debt was incurred**   **06/13/2023**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Description**

All assets of the Debtor now owned or hereafter acquired and wherever located, including, but not limited to, any and all equipment, fixtures, inventory, accounts, credit card receivables, chattel paper, documents, instruments, investment property, general intangibles, letter-of-credit rights and deposit accounts, together with all products and proceeds thereof.

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority. _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.20** | **Creditor's Name** |
|---|---|

**United Independent School District**

**Describe debtor's property that is subject to a lien**

$ _____ **Unknown**   $ _____ **0.00**

**Creditor's mailing address**
**Monica Madrigal, RTA**
**3501 E. Saunders**
**Laredo, TX 78041**

**Creditor's email address, if known**
_____

**Describe the lien**
**property tax**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Description**

property tax

**Last 4 digits of account number**   **0600**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority. _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **2.21** | Creditor's Name |
|---|---|

**Zapata Co. Tax Assessor Collector**

Creditor's mailing address
**Attn: Bankruptcy Dept.**
**200 E. 7th Ave, Suite 226**
**Zapata, TX 78076**

Creditor's email address, if known
_____

Date debt was incurred      _____

Last 4 digits of account number      **1391**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____474.83   $ _____23,489.00

**Describe the lien**
**Business personal property lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
Abst 126 Por 36 SH 3 TR A J C Canales Improvements Only Label NTA191008 and label RAD890352

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any | $ **22,585,951.41** |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America**<br>**P.O. Box 789**<br>**Neenah, WI 54957-0789** | Line 2. _____ | _____ |
| **BTG, LLC**<br>**P.O. Box 470248**<br>**Tulsa, OK 74147** | Line 2. **1** | _____ |
| **Dolphin Graphics, Inc.**<br>**5601 Bintliff Dr #530**<br>**Houston, TX 77036** | Line 2. _____ | _____ |
| **Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P.O. Box 7346**<br>**Philadelphia, PA 73301** | Line 2. _____ | _____ |

---

Copyright © Financial Software Solutions, LLC                                 BlueStylus

Debtor    **Water Energy Services, LLC**        Case number *(if known)*   **25-50539**
<br>Name

| | | |
|---|---|---|
| **JP Morgan Chase Bank**<br>**P.O. Box 807**<br>**Neenah, WI 54957-0807** | Line 2. | |
| **Key Energy Services**<br>**6 Desta Dr., Suite 4400**<br>**Midland, TX 79705-5540** | Line 2. | |
| **Linebarger Goggan Blair & Sampson, LLP**<br>**1512 S. Lone Star Way**<br>**Edinburg, TX 78539** | Line 2. **21** | **1391** |
| **Lytle Soule & Felty, P.C**<br>**Attn: Eric L. Combs & Matthew K Felty**<br>**119 N Robinson Ave, Suite 1200**<br>**Oklahoma City, OK 73102** | Line 2. | |
| **Machinery Auctioneers of Texas, LLC**<br>**19760 Interstate 35 S**<br>**Lytle, TX 78052** | Line 2. **15** | |
| **Machinery Auctioneers of Texas, LLC**<br>**c/o its Registered Agent, Terry Dickerson**<br>**150 Double Gate Rd.**<br>**Castroville, TX 78009** | Line 2. **15** | |
| **Mayer, LLP**<br>**Attn: Robert G. Smith, Jr., Esq.**<br>**2900 North Loop West, Ste. 500**<br>**Houston, TX 77092** | Line 2. **1** | |
| **Mayer, LLP**<br>**Attn: Trent W. Rexing, Esq.**<br>**750 N. St. Paul St., Ste. 700**<br>**Dallas, TX 75201** | Line 2. **1** | |
| **Maynards Capital, LP**<br>**5310 E High St. Ste. 310**<br>**Phoenix, AZ 85054** | Line 2. | |
| **Perdue Brandon Fielder Collins & Mott, LLP**<br>**500 East Border St, Suite 640**<br>**Arlington, TX 76010** | Line 2. **18** | |
| **Perdue Brandon Fielder Collins & Mott, LLP**<br>**PO Box 817**<br>**LUBBOCK, TX 79408** | Line 2. **17** | |
| **Rodolfo Concha**<br>**1763 Walnut Leaf Drive**<br>**Walnut, CA 91789-3648** | Line 2. | |
| **Ross, Smith, Binford, PC**<br>**700 North Pearl Street, Suite 1610**<br>**Dallas, TX 75201** | Line 2. **2** | |
| **Ryan Carreon, Esq.**<br>**500 Delaware Ave, Suite 1500**<br>**Wilmington, DE 19801** | Line 2. | |
| **Shuster Law, PLLC**<br>**Attn: Austin Harline, Esq.**<br>**860 Hebron Parkway, Suite 303**<br>**Lewisville, TX 75057** | Line 2. | |

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

**SK Capital Partners, LP**
**430 Park Ave, 18th Floor**
**New York, NY 10022**                                        Line 2. _____        _____

**Tarter Krinsky & Drogin LLP**
**Attn: Jonathan Eric Temchin**
**1350 Broadway**
**New York, NY 10018-7702**                                  Line 2. _____        _____

**Texas Mutual Insurance Company**
**Attn: Lewis Tandy, Esq.**
**2200 Aldrich St.**
**Austin, TX 78723**                                          Line 2. _____        _____

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

**Fill in this information to identify your case:**

Debtor    **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):    **25-50539**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $    **2,429.38**    $    **2,429.38** |
| | **Alejandro Pando** | ☐ Contingent | |
| | **503 S 14th St.** | ☐ Unliquidated | |
| | **Brownfield, TX 79316** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wage Claim** | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ☑ No ☐ Yes | Description |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ ) | | |

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.2** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **7,210.83** $ _____ **7,210.83**

**Antonio Acevedo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1010 Elm Street**

**Zapata, TX 78076**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

**2.3** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **7,186.01** $ _____ **7,186.01**

**Atascosa County Tax Assessor-Collector**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Loretta Holley**
**1001 Oak St.**

**Jourdanton, TX 78026-2849**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Real Estate Taxes**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**2023 Taxes**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

**2.4** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **13,276.92** $ _____ **13,276.92**

**Baldomero Rivera**

☐ Contingent
☐ Unliquidated
☐ Disputed

**414 Mira Flores Avenue**

**Zapata, TX 78076**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

---

Debtor  __**Water Energy Services, LLC**__  Case number (if known) __25-50539__
Name

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 905.80 | $ 905.80 |

**Benny Reyes**

**1814 Ave I**

**Levelland, TX 79336**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 2,477.75 | $ 2,477.75 |

**Brando Rivera**

**No Address**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 12,658.39 | $ 12,658.39 |

**Buddy C. Lee**

**P.O. Box 3**

**Bowie, TX 76230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor      **Water Energy Services, LLC**                                    Case number *(if known)*  **25-50539**
_____
Name

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ **1,093.49** | $ **1,093.49** |

**Carlos Ramirez**

**275 W Lake Blvd.**

**Cayuga, TX 75832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ **6,174.99** | $ **6,174.99** |

**Carlos Rodriguez**

**206 4th Street**

**Zapata, TX 78076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ **18,269.25** | $ **18,269.25** |

**David Hoffman**

**P.O. Box 904**

**Bloomington, TX 77951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**Debbie Lind**

**4669 Coughram Rd.**

**Pleasanton, TX 78064**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **5,792.32**   $ **5,792.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.12** | Priority creditor's name and mailing address

**Emilio Reyes**

**15235 Adams Street**

**Cayuga, TX 75832**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **1,093.53**   $ **1,093.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.13** | Priority creditor's name and mailing address

**Enrique Manrique**

**2902 Blaine Street**

**Laredo, TX 78043**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **992.67**   $ **992.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC | BlueStylus

Debtor  __**Water Energy Services, LLC**__  Case number *(if known)*  __25-50539__
Name

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ ___34,620.35___ | $ ___34,620.35___ |

**Grady White**

**P.O. Box 416**

**Devine, TX 78016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**Wage Claim**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ ___6,124.75___ | $ ___6,124.75___ |

**Gustavo Solis**

**224 Vista Hermosa**

**Zapata, TX 78076**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**Wage Claim**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ ___34,620.35___ | $ ___34,620.35___ |

**Houston Hefley**

**900 CR 768**

**Devine, TX 78016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**Wage Claim**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.17** | Priority creditor's name and mailing address

**Internal Revenue Service**

**8122 Datapoint Dr., Ste. 1200**
**Mail Stop 5320 SANC**

**San Antonio, TX 78229-3658**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,880.00   $ _____ 1,880.00

Date or dates debt was incurred
_____

Basis for the claim:

**Federal Tax Lien**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.18** | Priority creditor's name and mailing address

**Jaime Downs**

**1120 Cardinal**

**Pleasanton, TX 78064**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 34,620.35   $ _____ 34,620.35

Date or dates debt was incurred
_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.19** | Priority creditor's name and mailing address

**James Mineau**

**P.O. Box 341**

**George West, TX 78022**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 7,907.06   $ _____ 7,907.06

Date or dates debt was incurred
_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor  **Water Energy Services, LLC**                                      Case number (if known)  **25-50539**
Name

---

**2.20** | Priority creditor's name and mailing address

**Jose Vallejo Sr.**

**P.O. Box 14983**

**Zapata, TX 78076**

As of the petition filing date, the claim is:
Check all that apply.                                      $ _____ **1,741.96**   $ _____ **1,741.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:

_____            **Wage Claim**

Last 4 digits of account number  _____       Is the claim subject to offset?          Description

☑ No                                      ┌─────────────────────┐
Specify Code subsection of PRIORITY               ☐ Yes                                     │                     │
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                                             └─────────────────────┘

---

**2.21** | Priority creditor's name and mailing address

**Lida Ogonowski**

**122 Dresden Wood Dr.**

**Boerne, TX 78006**

As of the petition filing date, the claim is:
Check all that apply.                                      $ _____ **15,196.14**   $ _____ **15,196.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:

_____            **Wage Claim**

Last 4 digits of account number  _____       Is the claim subject to offset?          Description

☑ No                                      ┌─────────────────────┐
Specify Code subsection of PRIORITY               ☐ Yes                                     │                     │
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                                             └─────────────────────┘

---

**2.22** | Priority creditor's name and mailing address

**Luis Serna**

**277 Ladera Dr.**

**Zapata, TX 78076**

As of the petition filing date, the claim is:
Check all that apply.                                      $ _____ **258.50**   $ _____ **258.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:

_____            **Wage Claim**

Last 4 digits of account number  _____       Is the claim subject to offset?          Description

☑ No                                      ┌─────────────────────┐
Specify Code subsection of PRIORITY               ☐ Yes                                     │                     │
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                                             └─────────────────────┘

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.23**

**Priority creditor's name and mailing address**

**Miguel Chairez**

**327 Kopplow**

**San Antonio, TX 78221**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **307.44** $ _____ **307.44**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**2.24**

**Priority creditor's name and mailing address**

**Nicholas Atkins**

**22519 Viajes**

**San Antonio, TX 78261**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **34,620.35** $ _____ **34,620.35**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**2.25**

**Priority creditor's name and mailing address**

**Oscar Navarro Garza**

**1407 Mahogany Avenue**

**Zapata, TX 78076**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **11,538.48** $ _____ **11,538.48**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Debtor      **Water Energy Services, LLC**                                    Case number *(if known)*   **25-50539**
            Name

---

**2.26**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      $_____**3,834.87**   $_____**3,834.87**
                                                            *Check all that apply.*

**Oscar Villarreal Jr.**                                    ☐  Contingent

**104 Ann Dr.**                                             ☐  Unliquidated

**Zapata, TX 78076**                                        ☐  Disputed

Date or dates debt was incurred                            Basis for the claim:

_____                                   **Wage Claim**

Last 4 digits of account number  _____                Is the claim subject to offset?          Description

                                                            ☑  No                               ┌────────────────┐
Specify Code subsection of PRIORITY                         ☐  Yes                              │                │
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                                                  └────────────────┘

---

**2.27**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      $_____**739.97**   $_____**739.97**
                                                            *Check all that apply.*

**Reynaldo Diaz**                                           ☐  Contingent

**912 Juarez Ave**                                          ☐  Unliquidated

**Zapata, TX 78076**                                        ☐  Disputed

Date or dates debt was incurred                            Basis for the claim:

_____                                   **Wage Claim**

Last 4 digits of account number  _____                Is the claim subject to offset?          Description

                                                            ☑  No                               ┌────────────────┐
Specify Code subsection of PRIORITY                         ☐  Yes                              │                │
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                                                  └────────────────┘

---

**2.28**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      $_____**12,036.60**   $_____**12,036.60**
                                                            *Check all that apply.*

**Roberto Rodriguez**                                       ☐  Contingent

**206 4th Street**                                          ☐  Unliquidated

**Zapata, TX 78076**                                        ☐  Disputed

Date or dates debt was incurred                            Basis for the claim:

_____                                   **Wage Claim**

Last 4 digits of account number  _____                Is the claim subject to offset?          Description

                                                            ☑  No                               ┌────────────────┐
Specify Code subsection of PRIORITY                         ☐  Yes                              │                │
unsecured claim: 11 U.S.C. § 507(a) ( _____ )                                                  └────────────────┘

---

Debtor    __**Water Energy Services, LLC**__                    Case number *(if known)*   __**25-50539**__
                Name

---

**2.29** | Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **56.00**   $ _____ **56.00**

__**Royce Fernandez**__

☐ Contingent

__**604 Winship Rd.**__

☐ Unliquidated

__**Pleasanton, TX 78064**__

☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

_____

__**Wage Claim**__

Last 4 digits of account number _____

**Is the claim subject to offset?**

Description

☒ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

☐ Yes

---

**2.30** | Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **1,686.21**   $ _____ **1,686.21**

__**Rudy Gonzales**__

☐ Contingent

__**P.O. Box 303**__

☐ Unliquidated

__**Plains, TX 79355**__

☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

_____

__**Wage Claim**__

Last 4 digits of account number _____

**Is the claim subject to offset?**

Description

☒ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

☐ Yes

---

**2.31** | Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **371.70**   $ _____ **371.70**

__**Saul Guadarrama**__

☐ Contingent

__**2281 Calle Loma**__

☐ Unliquidated

__**Eagle Pass, TX 78852**__

☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

_____

__**Wage Claim**__

Last 4 digits of account number _____

**Is the claim subject to offset?**

Description

☒ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor __**Water Energy Services, LLC**__      Case number *(if known)* __**25-50539**__
  Name

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**2.32** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**  $_____ **Unknown**

**Tax Assessor Collector City of Pleasanton**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Megan Caballero
108 Second St.**

**Pleasanton, TX 78064**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Real Estate Tax**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
**Notice of Sale of Assets**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.33** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **4,769.24**  $_____ **4,769.24**

**Teresa Boone**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O Box 445**

**Eunice, NM 88231**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Wage Claim**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.34** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**  $_____ **Unknown**

**Texas Comptroller of Public Accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Revenue Accounting Division - Bankruptcy Section
P.O. Box 13528 Capital Station**

**Austin, TX 78711**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **454.75**

**Accounts Receivable Collection Group**

**P.O. Box 1059**

**Round Rock, TX 78680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **1,096.00**

**Ace Gathering, Inc.**

**24275 Katy Freeway, Ste. 325**

**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor    **Water Energy Services, LLC**                                        Case number *(if known)*    **25-50539**
          Name

---

**3.3**    **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**            $                              **5,090.00**
                                                                          *Check all that apply.*

           **Actuaries Associates**                                       ☐  Contingent

           **200 Bartlett Drive, Suite 115**                              ☐  Unliquidated
                                                                          ☐  Disputed
           **El Paso, TX 79912**

           **Date or dates debt was incurred**                           **Basis for the claim:**                 Description

                                                                         **Vendor**

           **Last 4 digits of account number**                          **Is the claim subject to offset?**

                                                                         ☒  No
                                                                         ☐  Yes

---

**3.4**    **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**            $                            **41,685.58**
                                                                          *Check all that apply.*

           **ADP, LLC**                                                   ☐  Contingent

           **1851 N. Resler Drive**                                       ☐  Unliquidated
           **MS-100**                                                     ☐  Disputed

           **El Paso, TX 79912**

           **Date or dates debt was incurred**                           **Basis for the claim:**                 Description

                                                                         **Vendor**

           **Last 4 digits of account number**                          **Is the claim subject to offset?**

                                                                         ☒  No
                                                                         ☐  Yes

---

**3.5**    **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**            $                                **48.93**
                                                                          *Check all that apply.*

           **Airgas USA, LLC**                                            ☐  Contingent

           **409 N. Grimes St**                                           ☐  Unliquidated
                                                                          ☐  Disputed
           **Hobbs, NM 88240**

           **Date or dates debt was incurred**                           **Basis for the claim:**                 Description

                                                                         **Cylinder rental**                     **Cylinder Rental Invoice**

           **Last 4 digits of account number**   **5817**               **Is the claim subject to offset?**

                                                                         ☒  No
                                                                         ☐  Yes

---

Debtor    __**Water Energy Services, LLC**__          Case number *(if known)*  __**25-50539**__
          Name

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

__**Alliance Energy, LLC**__

__**1344 HWY 82**__

__**Plains, TX 79355**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,200.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
__**Unpaid Labor or Materials**__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

> **General Contractor**
> **State of Texas - Private Projects**
> **Provided: Supply Rental Equipments**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

__**Amp Tech, LLC**__

__**508 West Comanche Drive**__

__**Hobbs, NM 88240**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **14,682.93**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
__**Vendor**__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

__**Arguindegui Oil Company II Ltd.**__

**c/o Sanderford & Carroll**
**Attn: Bethany F. Beck, Esq.**
**1100 NE Loop 410, Suite 610**

__**San Antonio, TX 78209**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**
__**Lawsuit in Bexar County**__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Debtor    **Water Energy Services, LLC**        Case number *(if known)*   **25-50539**
Name

---

**3.9**    **Nonpriority creditor's name and mailing address**

**Arnold Oil Company Fuels, LLC**

**P.O. BOX 18089**

**Austin, TX 78760-8089**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$       **800,000.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**       

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.10**    **Nonpriority creditor's name and mailing address**

**AT&T**

**P.O. Box 105414**

**Atlanta, GA 30348-5414**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$       **4,734.30**

**Date or dates debt was incurred**

**Last 4 digits of account number**       

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.11**    **Nonpriority creditor's name and mailing address**

**AT&T Mobility - Zapata**

**P.O. Box 6463**

**Carol Stream, IL 60197-6463**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$       **676.73**

**Date or dates debt was incurred**

**Last 4 digits of account number**       

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Debtor __**Water Energy Services, LLC**__     Case number *(if known)* __**25-50539**__
       Name

---

**3.12** | **Nonpriority creditor's name and mailing address**

__**Badger CPA Firm**__

__**18402 U.S. Hwy 281 N, Suite 281**__

__**San Antonio, TX 78259**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
__**Lawsuit in Bexar County**__

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **57,141.67**

**Description**

---

**3.13** | **Nonpriority creditor's name and mailing address**

__**Barron Service Parts Co.**__

__**409 E 2nd St.**__

__**Odessa, TX 79761**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Vendor**__

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **348.06**

**Description**

---

**3.14** | **Nonpriority creditor's name and mailing address**

__**BearCom Operating, LLC d/b/a BearCom**__

__**4009 Distribution Dr., Ste. 200**__

__**Garland, TX 75041**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Vendor**__

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ **2,992.66**

**Description**

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor    **Water Energy Services, LLC**                           Case number *(if known)*   **25-50539**
                Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **5,120.68** |

**Big Country Electric Cooperative**

**P.O. Box 518**

**Roby, TX 79543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**electric utility**

Description

electric utility

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **Unknown** |

**Broken Spearhead, Inc.**

**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**

**Corpus Christi, TX 78418-6505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **9,728.10** |

**Bryant Electric-SWD**

**P.O. BOX 1344**

**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor     __Water Energy Services, LLC__                          Case number *(if known)*  __25-50539__
            Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                6,631.82 |

**BTU-(E)**

**P.O. Box 8000**

**Bryan, TX 77805-8000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vendor**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                53,714.25 |

**Butch's Rat Hole & Anchor Services, Inc.**

c/o Andrews Myers, P.C.
Attn: Andrew S. Harris & Ryan J. McKee
919 Congress Avenue, Suite 1050

**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Lawsuit in Atascosa County District Court**

Description

**Lawsuit in Atascosa County District Court**

Last 4 digits of account number  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                32,642.59 |

**C2C Resources, LLC**

**1455 Lincoln Pkwy E, Suite 550**

**Atlanta, GA 30346**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Demand Letter**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor  __**Water Energy Services, LLC**__     Case number *(if known)*  __**25-50539**__
Name

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **223.79**
*Check all that apply.*

__**Charlotte Supply Company, Inc.**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**c/o its Registered Agent, Jose M. De Los Santos Jr.**__
__**40 Bruce Place**__

__**Charlotte, TX 78011**__

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

_____          __**Vendor**__

**Last 4 digits of account number** _____     **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **1,633.38**
*Check all that apply.*

__**Chemplex Solvay Group**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**P.O. Box 733133**__

__**Dallas, TX 75373**__

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

_____          __**Vendor**__

**Last 4 digits of account number** _____     **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____ **5,882.37**
*Check all that apply.*

__**City of Denver**__

☐ Contingent
☐ Unliquidated
☐ Disputed

__**P.O. Box 1539**__

__**Denver City, TX 79323**__

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

_____          _____          Utilities

**Last 4 digits of account number** __0001__     **Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**City of Eunice**

**P.O. Box 147**

**Eunice, NM 88231**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 179.88

**Date or dates debt was incurred**

Basis for the claim:

**Water utility bill**

Description

**Water**

**Last 4 digits of account number** **3.03**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Clements Fluids South Texas, Ltd.**

**4710 Kinsey Dr., Suite 200**

**Tyler, TX 75703**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,621.30

**Date or dates debt was incurred**

Basis for the claim:

**Vendor**

Description

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Clydes Refrigeration, Inc.**

**1911 NE Mustang Drive**

**Andrews, TX 79714**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.11

**Date or dates debt was incurred**

Basis for the claim:

**Vendor**

Description

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **1,665.25**

**CMI**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6704 Guada Coma**

**Schertz, TX 78154**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **18,548.24**

**Coastal Chemical Co.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3520 Veterans Memorial Drive**

**Abbeville, LA 70510**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **58,058.95**

**Coastal Packers and Service Tools, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**484 FM 1300 Rd.**

**El Campo, TX 77437**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.30** | **Nonpriority creditor's name and mailing address**

Concur Technologies, Inc.

62157 Collections Center Drive

Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,793.40

**Date or dates debt was incurred**

**Basis for the claim:**
Vendor

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

Control Concepts

6635 Theall Road

Houston, TX 77066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,853.05

**Date or dates debt was incurred**

**Basis for the claim:**
Vendor

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**

COT Oil Tool, Inc.

P.O. Box 1619

Giddings, TX 78942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 140,371.55

**Date or dates debt was incurred**

**Basis for the claim:**
Vendor

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Curtis L. Walker, D.C.**

**900 E 15th Pl**

**Sweetwater, TX 79556-2562**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Diamond P Lease & Well Service**

**P. O. Box 203**

**Dime Box, TX 77853**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,413.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Dornak Auto Parts, Inc.**

**1107 Oak Street**

**Jourdanton, TX 78026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Debtor  **Water Energy Services, LLC**                    Case number *(if known)*  **25-50539**
Name

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Double Z Real Estate, LLC**

**P.O. Box 1783**

**Seminole, TX 79360**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **610.00**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**EcoStream Permian ST1, LLC**

**2140 Blvd., Ste. L-203**

**Southlake, TX 76092**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,529.25**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Enverus, Inc.**

**P.O. Box 735594**

**Dallas, TX 75373**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **3,997.50**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Evans Electric Service**

**P.O. Box 563**

**Bowie, TX 76230**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,801.20

Date or dates debt was incurred

Basis for the claim:
**Vendor**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.40**

Nonpriority creditor's name and mailing address

**First Insurance Company**

**450 Skokie Blvd., Ste. 1000**

**Northbrook, IL 60062 Qatar**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232,956.35

Date or dates debt was incurred

Basis for the claim:
**Vendor & Lawsuit**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.41**

Nonpriority creditor's name and mailing address

**Fitzpatrick Tubing Services, LLC**

**311 S Meadow Ln.**
**P.O. Box 1149**

**El Campo, TX 77437**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 31,680.00

Date or dates debt was incurred

Basis for the claim:
**Demand Letter**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.42** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                **675.19**

**Flow Chem Technologies, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**11200 Westheimer Road, Suite 612**

**Houston, TX 77042**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                **27,474.05**

**Forrest Tire Co., Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 1778**

**Carlsbad, NM 88221**

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                **77.50**

**Franklin & Son, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**807 Lamesa Hwy.**

**Stanton, TX 79782**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Water Energy Services, LLC**                          Case number *(if known)*    **25-50539**
          Name

---

**3.45** | Nonpriority creditor's name and mailing address

**Frontier Services, Inc.**

**P.O. Box 740407**

**Cincinnati, OH 45274**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                        123.98

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address

**Genco Energy Services, Inc.**

**1701 West State Highway 107**

**Mcallen, TX 78504**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                       3,869.84

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address

**Gibbins Services, LLC**

**P.O. Box 511**
**1007 E Wise St**

**Bowie, TX 76230**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                       1,232.36

Date or dates debt was incurred

Basis for the claim:

Description

Inv #25738

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Got Safety? LLC**

**P.O. Box 3432**

**Hobbs, NM 88240**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **611.18**

Date or dates debt was incurred

_____

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Gravity Water Midstream**

**P.O. Box 7341**

**Dallas, TX 75373**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **905.00**

Date or dates debt was incurred

_____

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Greenberg, Grant & Richards, Inc.**

**5858 Westheimer #500**

**Houston, TX 77057**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

**Invoice for legal services**

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|--------|-------------------------------|--------------------------|--------------|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    **220.00**

**Gustavus Trucking, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 1303**

**Franklin, TX 77856**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    **2,200.00**

**H&E Equipment Services, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Carmen M. Sierra**
**9200 East 96th Avenue**

**Henderson, CO 80640**

**Date or dates debt was incurred**

**Basis for the claim:**

**Supply Rental Equipment**

**Description**

Contractor: Alliance
Energy, LLC

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                    **2,626.92**

**Haarmeyer Electric, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**310 East Avenue D**

**Lovington, NM 88260**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor   **Water Energy Services, LLC**          Case number *(if known)*   **25-50539**
Name

---

| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 27.90 |

**Harris County Toll Road Authority**

**Attn: Bankruptcy Dept.**
**7701 WILSHIRE PL DR**

**Houston, TX 77040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number _____

**Basis for the claim:**
**Unpaid toll**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Unpaid toll**

---

| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 26,619.25 |

**HES**

**13443 W. Highway 71**

**Bee Cave, TX 78738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number _____

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 92,236.41 |

**Higginbotham Insurance Agency**

**4800 E. University Blvd., Ste. #B**

**Odessa, TX 79764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number _____

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

HNR Oil Services, LLC

2233 CR 247

Falls City, TX 78113

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,456.30

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.58**

**Nonpriority creditor's name and mailing address**

Horizon Cable Service, Inc.

P.O. Box 270895

Oklahoma City, OK 73137

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 678.00

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.59**

**Nonpriority creditor's name and mailing address**

Howard Supply Company, LLC

4100 International Plaza, Suite 850

Fort Worth, TX 76109

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,842.51

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __Water Energy Services, LLC__                    Case number *(if known)*  __25-50539__
            Name

---

**3.60** | Nonpriority creditor's name and mailing address

__Hwy FM 1357 Fresh Water Station__

__2450 FM 1357__

__Midland, TX 79706__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                     250.00

Date or dates debt was incurred

Basis for the claim:

__Vendor__

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

__JB Hunt Transport, Inc.__

__c/o McDaniel Acord, PLLC__
__Attn: Benjamin S. Saunier & Bryan C. Dixon, Jr.__
__9343 E. 95th Ct__

__Tulsa, OK 74133__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$                 4,819,479.53

Date or dates debt was incurred

Basis for the claim:
__Lawsuit in Oklahoma Western__
__District Court__

Description
**Lawsuit in Oklahoma**
**Western District Court**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address

__K&H Portable Toilets, Inc.__

__P.O. Box 1924__

__Brenham, TX 77834-1924__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   3,775.22

Date or dates debt was incurred

Basis for the claim:

__Vendor__

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor    __Water Energy Services, LLC__                    Case number *(if known)*    __25-50539__
      Name

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                        **562.95**

__Kaplan Electric, LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__4251 Chickadee Rd__

__Ropesville, TX 79358__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

__Vendor__

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                        **Unknown**

__Key Energy Services, LLC__

☐ Contingent
☐ Unliquidated
☒ Disputed

c/o Gibson Dunn
Attn: Collin J. Cox, Esq.
__811 Main Street, Suite 3000__

__Houston, TX 77002-6117__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

__Lawsuit in Harris County__

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.65** | Nonpriority creditor's name and mailing address

**Key Performance Petroleum Company**

**c/o Wright Law Group, PLLC
Attn: Rebecca L. Munoz
3120 Southwest Fwy., Suite 101
PMB #84356**

**Houston, TX 77098**

As of the petition filing date, the claim is:
*Check all that apply.*

$          **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Lawsuit in Dallas County**

Description

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address

**Kimball Midwest**

**Dept. L-2780**

**Columbus , OH 43260-2780**

As of the petition filing date, the claim is:
*Check all that apply.*

$          **3,085.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vendor**

Description

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address

**L&S Pump Repair And Machine Shop, LLC**

**6999 US HWY 59N**

**Lufkin, TX 75901**

As of the petition filing date, the claim is:
*Check all that apply.*

$          **11,308.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vendor**

Description

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address

**Laake Oilfield Service**

**P.O. Box 938**

**Jacksboro, TX 76458**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,187.53

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address

**Lea County Electric Cooperative, Inc.**

**P.O. Drawer 1447**

**Lovington, NM 88260**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 965.89

Date or dates debt was incurred

Basis for the claim:

Description

**Electricity**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address

**Leasing Associates**

**P.O. Box 203174**

**Dallas, TX 75320-3174**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,635.18

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

Debtor   __Water Energy Services, LLC__                                Case number *(if known)*   __25-50539__
         Name

---

**3.71**   **Nonpriority creditor's name and mailing address**

__Lone Star Industries__

__P.O. Box 18857 E. Hwy 359__

__Hebbronville, TX 78361__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __1,038.12__

**Date or dates debt was incurred**

**Basis for the claim:**
__Vendor__

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72**   **Nonpriority creditor's name and mailing address**

__Lone Tree Environmental Systems, LLC__

__4025 112th St.__

__Lubbock, TX 79423__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __405.00__

**Date or dates debt was incurred**

**Basis for the claim:**
__Vendor__

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73**   **Nonpriority creditor's name and mailing address**

__M&M Disposal__

__P.O. Box 12__

__Stanton, TX 79782__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __908.62__

**Date or dates debt was incurred**

**Basis for the claim:**
__Vendor__

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 37 of 86

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address

**Madole Equipment Rental**

**P.O. Box 11074**

**College Station, TX 77842**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **552.06**

Date or dates debt was incurred

Basis for the claim:
**Vendor**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address

**Maynards Capital, LP**

**c/o Lisa Tancredi, Esq.**
**Womble Bond Dickinson, LLP**
**1313 North Market Street**

**Wilmington, DE 19801**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Lawsuit in DE Superior, New Castle**

Description

**Lawsuit in DE Superior, New Castle**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

**Mesa Southern Well Servicing**

**Dept. 117, P.O. Box 4458**

**Houston, TX 77210-4458**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **96,466.98**

Date or dates debt was incurred

Basis for the claim:
**Vendor**

Description

**Foreclosing**

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.77**  Nonpriority creditor's name and mailing address

**Midland Reporter-Telegram**

**P.O Box 3065017**

**Des Moines, IA 50306**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,500.00**

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.78**  Nonpriority creditor's name and mailing address

**Milestone Environmental Services, LLC**

**c/o Chapoton Sander Scarborough, LLP
Attn: Jeremy James Sanders, Esq.
952 Echo Ln., Ste. 380**

**Houston, TX 77024-2814**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

Basis for the claim:

**Lawsuit in Travis County**

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|--------|-------------------------------|--------------------------|--------------|
|        | Name                          |                          |              |

---

**3.79** | **Nonpriority creditor's name and mailing address**

**Montesan, LLC**

c/o MSG Management, Inc.
**Attn: Mr. Victor Andonie**
**13750 San Pedro Ave., Ste. B10**

**San Antonio, TX 78232**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**01/16/2025**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Landlord Agreement**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Location: Comerica Bank Plaza, 13750 San Pedro Ave., Suite 950, San Antonio, TX 78232

---

**3.80** | **Nonpriority creditor's name and mailing address**

**Morris James**

**500 Delaware Avenue, Suite 1500**
**P.O. Box 2306**

**Wilmington, DE 19899-2306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **19,646.15**

**Date or dates debt was incurred**

**03/18/2025**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Invoice for Professional Services**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Invoice 613770 re: Maynards Capital LP v. Water Energy Services, LLC, Nicholas M. Atkins as Guarantor,

and Rodolfo L. Concha as Guarantor; CA No. N24C-02-026

---

Debtor    __Water Energy Services, LLC__      Case number *(if known)* __25-50539__
Name

---

**3.81** | **Nonpriority creditor's name and mailing address**

         __Morris James, LLP__

         __500 Delaware Ave, Suite 1500__

         __Wilmington, DE 19801__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$             __Unknown__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**
prepetition counsel

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**

         __New Mexico Gas Company - (E)__

         __P.O. Box 27885__

         __Albuquerque , NM 87125-7885__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$             __124.10__

**Date or dates debt was incurred**

**Basis for the claim:**
__Vendor__

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

         __NGL Water Solutions-Eagle-Ford, LLC__

         __Attn: Treasury__
         __6120 South Yale Ave #805__

         __Tulsa, OK 74136__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$             __721.50__

**Date or dates debt was incurred**

**Basis for the claim:**
__Vendor__

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                            BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Oil Tool Solutions, LLC**

**10202 Fairbanks North Rd.**

**Houston, TX 77064**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                3,664.39

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Oklahoma Turnpike Authority**

**PO Box 11255**

**Oklahoma City, OK 73136**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                1.68

**Date or dates debt was incurred**

**Basis for the claim:**

**Unpaid tolls**

**Description**

**Unpaid tolls**

**Last 4 digits of account number**   **1591**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Optimum Business**

**No Address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                98.63

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                 BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **4,025.00**

**OSC Energy, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**952 Farm to Market 99**

**Whitsett, TX 78075**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **43,710.64**

**OSC Energy, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 6012**

**Corpus Christi, TX 78466**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Vendor - Lawsuit**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **110.00**

**Patriot Safety and Services, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3001 W. Illinois Ave., Ste. 2B2**

**Midland, TX 79701**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   __Water Energy Services, LLC__          Case number *(if known)* __25-50539__
         Name

---

**3.90** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                  $ __345.98__

__Patriot Safety and Services, LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__201 E. Michigan Ave.__

__Midland, TX 79701__

Date or dates debt was incurred

Basis for the claim:                Description

__Vendor__

Last 4 digits of account number     Is the claim subject to offset?

☒ No
☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                  $ __66.00__

__Peter Teichroeb Farms__

☐ Contingent
☐ Unliquidated
☐ Disputed

__446 US Highway 385__

__Seminole, TX 79360__

Date or dates debt was incurred

Basis for the claim:                Description

__Vendor__

Last 4 digits of account number     Is the claim subject to offset?

☒ No
☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                  $ __48,612.30__

__Precision Pipe Rentals, LLC__

☐ Contingent
☐ Unliquidated
☒ Disputed

c/o Germer PLLC
Attn: Chad J. Castille
__2949 Allen Parkway, Suite 2900__

__Houston, TX 77019__

Date or dates debt was incurred

Basis for the claim:                Description

__Lawsuit in Dallas County__

Last 4 digits of account number     Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.93** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **14,945.07**

**Premium Oilfield Technologies, LLC**

☐ Contingent
☐ Unliquidated
☑ Disputed

**P.O. Box 208570**

**Dallas, TX 75320**

**Date or dates debt was incurred**

**Basis for the claim:**
**Products**

**Description**

**Products**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **8,625.46**

**Pye-Barker Fire & Safety**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 735358**

**Dallas, TX 75373-5358**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **2,743.89**

**Rackspace US, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1 Fanatical Place**

**San Antonio, TX 78218**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.96** Nonpriority creditor's name and mailing address

**Reliant**

**P.O. Box 1532**

**Houston, TX 77251-1532**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

**Lawsuit - Utility Service**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.97** Nonpriority creditor's name and mailing address

**Republic Services**

**P.O. Box 78829**

**Phoenix, AZ 85062**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **5,766.28**

Date or dates debt was incurred

_____

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

**Resound Networks, LLC**

**P.O. Box 1741**

**Pampa, TX 79066**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **504.66**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Roberto Villarreal**

**c/o EK&R Attorneys, L.L.P.**
**6521 N. 10th St, Ste. A**

**McAllen, TX 78504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**lease**

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

premises lease

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Safety-Kleen Systems, Inc.**

**P.O. Box 975201**

**Dallas, TX 75397**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,654.16**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.10.1**

**Nonpriority creditor's name and mailing address**

**Salty Dog Service Company, LLC**

**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**

**Corpus Christi, TX 78418-6505**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.10.2**

**Nonpriority creditor's name and mailing address**

**Select Aqua Libre Midstream/Select Energy**

**P.O. BOX 203997**

**Dallas, TX 75320-3997**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **292.60**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **3.10 3** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Select Water Solutions**

**1820 Interstate 35**

**Gainesville, TX 76240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$            **19,404.35**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**    **5887**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.10 4** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sitepro Inc.**

**9502 HWY 87**

**Lubbock, TX 79423**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$            **83,478.36**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**UCC Liens**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.10 5**

**Nonpriority creditor's name and mailing address**

**SK Capital Partners, LP**

**c/o Eric Leon and Elizabeth A. Morris**
**Latham & Watkins**
**1271 Avenue of the Americas**

**New York, NY 10020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**04/04/2024**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Plaintiff in Lawsuit**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Case Name: Water Energy Services, LLC v. SK Capital Partners, LP**

**Case No. 651751/2024**

---

**3.10 6**

**Nonpriority creditor's name and mailing address**

**Southern Tire Mart**

**Dept P.O. Box 1000**

**Memphis, TN 38148**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **8,191.11**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.10 7**

**Nonpriority creditor's name and mailing address**

**STX Electrical Contracting Services, LLC**

**525 County Road 768**

**Devine, TX 78016**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              3,069.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.10 8**

**Nonpriority creditor's name and mailing address**

**T.O.F.S DBA TOTAL OILFIELD SERVICES**

**5802 E. HWY 62**

**Lubbock, TX 79403**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              6,300.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 143,645.88 |
|---|---|---|
| **Tarquin Acid, LLC d/b/a Tarquin CoolPro, LLC** | ☐ Contingent | |
| **c/o Atkins, Hollmann, Jones, Peacock, Lewis & Lyon** | ☐ Unliquidated | |
| **Attn: Alex E. Reynolds** | ☑ Disputed | |
| **3800 East 42nd Street, Suite 500** | | |
| **Odessa, TX 79762** | | |

| Date or dates debt was incurred | Basis for the claim: **Notice of Nonpayment** | Description |
|---|---|---|
| Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|
| **Terracon Consultants, Inc.** | ☐ Contingent | |
| **c/o Barnett & Garcia** | ☐ Unliquidated | |
| **Attn: Lawrence J. Falli** | ☑ Disputed | |
| **3821 Juniper Trace, Suite 108** | | |
| **Austin, TX 78738** | | |

| Date or dates debt was incurred | Basis for the claim: **Lawsuit in Bexar County** | Description |
|---|---|---|
| Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    __**Water Energy Services, LLC**__                    Case number *(if known)*  __25-50539__
          Name

---

**3.11
1**

**Nonpriority creditor's name and mailing address**

__**Texas Commission on Environmental Quality**__

__**P.O. Box 13087**__
__**Mail Code - TCEQ**__

__**Austin, TX 78711**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.11
2**

**Nonpriority creditor's name and mailing address**

__**Texas Commission on Environmental Quality**__

__**P.O. Box 13087**__

__**Austin, TX 78711**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.11 3**

**Nonpriority creditor's name and mailing address**

**Texas Commission on Environmental Quality**

**Bldg Letter Tceq 12100 Pk 35 Cir**

**Austin, TX 78753**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.11 4**

**Nonpriority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**P.O. Box 149354**

**Austin, TX 78714-9354**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **375.47**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.11 5**

**Nonpriority creditor's name and mailing address**

**TEXAS HOT OILERS, INC.**

**P.O. BOX 1007**

**Giddings, TX 78942**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,332.00

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.11 6**

**Nonpriority creditor's name and mailing address**

**Texas Mutual Insurance Company**

**P.O. Box 841843**

**Dallas, TX 75284-1843**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,349.10

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.117**

**Nonpriority creditor's name and mailing address**

**Texas Workforce Commission**

**Executive Director**
**101 East 15th St., Room 651**

**Austin, TX 78778**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Texas Workforce Commission**

**P.O. Box 149037**

**Austin, TX 78714**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.11 9**

**Nonpriority creditor's name and mailing address**

**The CBE Group, Inc.**

**P.O. Box 2635**

**Waterloo, IA 50704-2635**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **46,124.40**

**Date or dates debt was incurred**

**03/21/2025**

**Last 4 digits of account number    0312**

**Basis for the claim:**

**Collection Agency for Verizon**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Ref # 0350

---

**3.12 0**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,501.19**

**Date or dates debt was incurred**

**02/18/2025**

**Last 4 digits of account number    7996**

**Basis for the claim:**

**Rental Agreement**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Car Description:
**SIR RAM 2500 6S 974BNJP**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number (if known) | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.12 1**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

**02/05/2025**

**Last 4 digits of account number    0995**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                1,296.59

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Car Description:
**SIR RAM 2500 6S VVX8532**

---

**3.12 2**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

**01/07/2025**

**Last 4 digits of account number    2771**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                3,797.65

**Basis for the claim:**

**Rental Agreement**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Car Description:
**SIR RAM 2500 6S VTJ3062**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.12 3**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number    9962**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rental Agreement**

**Is the claim subject to offset?**

☑ No
☐ Yes

$                          2,241.48

**Description**

Car Description:
**SIR RAM 2500 6S VWP2057**

---

**3.12 4**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

**03/28/2025**

**Last 4 digits of account number    7774**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rental Agreement**

**Is the claim subject to offset?**

☑ No
☐ Yes

$                          1,999.45

**Description**

Car Description:
**SIR RAM 2500 6S VVM1855**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.12 5**

**Nonpriority creditor's name and mailing address**

**THE MAKERS OIL CORPORATION**

**24275 FREEWAY, Ste. 325**

**Katy, TX 77494**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

$                    2,925.00

**Description**

---

**3.12 6**

**Nonpriority creditor's name and mailing address**

**The Paint and Safety Store**

**201 South Benton Street**

**Big Spring, TX 79720**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

$                    762.10

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.12 7**

**Nonpriority creditor's name and mailing address**

**Topographic, Inc.**

**481 Winscott Road, Suite 200**

**Benbrook, TX 76126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,937.51

**Date or dates debt was incurred**
**06/24/2024**

**Basis for the claim:**

**Description**

Invoice No. W046551

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.12 8**

**Nonpriority creditor's name and mailing address**

**TrueNorth Compliance, Inc.**

**5715 White Mills Dr**

**Houston, TX 77041-5503**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 47,187.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.129**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 850.87 |
|---|---|---|

**TXTag**

**P.O. Box 650749**

**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | **Vendor** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ☒ No |
| | ☐ Yes |

---

**3.130**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Unknown |
|---|---|---|

**U.S. Department of Labor**

**Wage and Hour Division**
**Northchase 1 Office Building**
**10127 Morocco Street, Suite 140**

**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| | ☒ No |
| | ☐ Yes |

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.13 1**

**Nonpriority creditor's name and mailing address**

**UNIFIRST Corporation**

**P.O. Box 650481**

**Dallas, TX 75265**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                44,922.38

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor- Lawsuit**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.13 2**

**Nonpriority creditor's name and mailing address**

**UNIFIRST FIRST AID**

**3499 Rider Trail South**

**Earth City, MO 63045**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                536.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor __Water Energy Services, LLC__
Name

Case number *(if known)* __25-50539__

---

**3.13 3**

**Nonpriority creditor's name and mailing address**

**US Chaparral Water Systems, Inc.**

**P.O. Box 80249**

**Midland, TX 79708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 253.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __7815__

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Inv #s 1092229 and 221122002

---

**3.13 4**

**Nonpriority creditor's name and mailing address**

**US Dept of Labor**

**200 Constitution Ave NW**

**Washington, DC 20210-0001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.135**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |
|---|---|---|

**US Dept of Labor Occupational Safety and Health Admin Osha**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Office of Chief Counsel**
**200 Constitution Ave NW**

**Washington, DC 20210-0001**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | |

| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

**3.136**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ _____ **Unknown** |
|---|---|---|

**US Dept of Laborosha**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Osha Region 6**
**A Maceo Smith Federal Building**
**525 Griffin St., Ste. 602**

**Dallas, TX 75202-5002**

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | |

| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☑ No ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.137**

**Nonpriority creditor's name and mailing address**

**US Dept of the Treasury**

**Internal Revenue Svc**
**P.O. Box 806532**

**Cincinnati, OH 45280-6532**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.138**

**Nonpriority creditor's name and mailing address**

**US Equal Employment Opportunity Commission**

**Office of Chief Counsel**
**131 M St NE**

**Washington, DC 20507-0003**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.139**

**Nonpriority creditor's name and mailing address**

**VERIFORCE/PEC**

**300 Holiday Square, Ste. 100**

**Covington, LA 70433**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 638.90

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Vista Water Solutions PB LLC**

**P.O. Box 150693**

**Fort Worth, TX 76108**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 649.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.14.1**

**Nonpriority creditor's name and mailing address**

**VTX1 Foundation, Inc.**

**881 E. Hidalgo Ave**

**Raymondville, TX 78580**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    **6801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **1,012.32**

**Basis for the claim:**

**utility**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

utility

---

**3.14.2**

**Nonpriority creditor's name and mailing address**

**WASTE CONNECTIONS LONE STAR, INC.**

**350 Dennis Rd.**

**Weatherford, TX 76087**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **5,661.35**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

| Debtor | __Water Energy Services, LLC__ | Case number *(if known)* | __25-50539__ |
|---|---|---|---|
| | Name | | |

---

**3.14 3**

**Nonpriority creditor's name and mailing address**

**WaterPro, Inc.**

**P.O. Box 3277**

**LUBBOCK, TX 79452**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   200.00

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.14 4**

**Nonpriority creditor's name and mailing address**

**Welch Water Supply Corp.**

**P.O. Box 36**

**Welch, TX 79377**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   160.80

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.14 5**

**Nonpriority creditor's name and mailing address**

**Welders Supply Company**

**5406 Jackwood Drive**

**San Antonio, TX 78238**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,927.39**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.14 6**

**Nonpriority creditor's name and mailing address**

**West Texas Fire Industrial Supply**

**P.O. Box 3085**

**SAN ANGELO, TX 76902**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,030.86**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.14 7**

**Nonpriority creditor's name and mailing address**

**WESTRIDGE RESOURCES, INC.**

**P.O. BOX 848**

**Syder, TX 79550**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **448.50**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.14 8**

**Nonpriority creditor's name and mailing address**

**William Gonzales**

c/o Don Albert Payne
**4919 Carya**

**San Antonio, TX 78222-2716**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Basis for the claim:**
**Unpaid Compensation - Notice of Intent to File Lawsuit**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page 71 of 86

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Water Energy Services, LLC | Case number *(if known)* | 25-50539 |
|---|---|---|---|
| | Name | | |

---

**3.149**

**Nonpriority creditor's name and mailing address**

**WILLSCOTT**

**P.O. Box 91975**

**Chicago, IL 60693**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 40,530.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**Xcel Energy Services, Inc.**

**P.O. Box 660553**

**Dallas, TX 75266**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 821.29

**Date or dates debt was incurred**

**Last 4 digits of account number** 9417

**Basis for the claim:**

**utility**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

utility

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** **448 Supply, LLC** c/o Registered Agent, Harold E. Hosea 1482 FM 448 Giddings, TX 78942 | Line 2.3 ☐ Not listed. Explain | |

---

Debtor     __**Water Energy Services, LLC**__                    Case number *(if known)* __**25-50539**__
           Name

| 4.2 | **Ace Gathering, Inc.**<br>**c/o its Registered Agent, CT Corporation**<br>**System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line __**3.2**__<br>☐ Not listed. Explain | _____ |
| --- | --- | --- | --- |
| 4.3 | **ADP, Inc.**<br>**One ADP Blvd.**<br>**Roseland, NJ 07068** | Line __**3.4**__<br>☐ Not listed. Explain | _____ |
| 4.4 | **Airgas USA, LLC**<br>**259 N. Rador-Chester Rd. Ste. 100**<br>**Radnor, PA 19087** | Line __**3.5**__<br>☐ Not listed. Explain | __**5817**__ |
| 4.5 | **Airgas USA, LLC**<br>**c/o its Registered Agent, CT Corporation**<br>**System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line __**3.5**__<br>☐ Not listed. Explain | __**5817**__ |
| 4.6 | **Airgas USA, LLC**<br>**P.O. Box 1152**<br>**Tulsa, OK 74101** | Line __**3.5**__<br>☐ Not listed. Explain | __**5817**__ |
| 4.7 | **Allen Bryson, PLLC**<br>**Attn: Mario A. Lamar, Esq.**<br>**4131 N Central Expy., Suite 900**<br>**Dallas, TX 75201-2120** | Line _____<br>☐ Not listed. Explain<br><br>**Attorney for Cashline**<br>**Solutions, LLC in re:**<br>**Cashline Solutions, LLC v.**<br>__**Water Energy Solutions, LLC**__ | _____ |
| 4.8 | **Altus Receivables Management**<br>**PO Box 186**<br>**Metairie, 70004** | Line __**3.103**__<br>☐ Not listed. Explain | __**5887**__ |
| 4.9 | **ARGUINDEGUI OIL COMPANY II LTD**<br>**6551 Star Court**<br>**Laredo, TX 78041** | Line __**3.8**__<br>☐ Not listed. Explain | _____ |
| 4.10 | **Arnold Oil Company Fuels, LLC**<br>**c/o its Registered Agent, James F. Arnold**<br>**5905 Burleson**<br>**Austin, TX 78744** | Line __**3.9**__<br>☐ Not listed. Explain | _____ |

Copyright © Financial Software Solutions, LLC                              BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

**4.11**    **AT&T Bankruptcy Center**
**2270 Lakeside Blvd,**
**7th Floor Richardson**
**Richardson, TX 75082**

Line   **3.10**

☐ Not listed. Explain

_____

_____

**4.12**    **Atascosa County, et al.**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**Attn: Bradley S. Balderrama, Sonia A.**
**Gonzalez, & Ronald E. Rocha**
**112 E. Pecan Street, Suite 2200**
**San Antonio, TX 78205**

Line   **2.3**

☐ Not listed. Explain

_____

_____

**4.13**    **Badger CPA, LLC**
**c/o its Registered Agent, Shannon Badger**
**20907 Cactus Peak**
**San Antonio, TX 78258-7475**

Line   **3.12**

☐ Not listed. Explain

_____

_____

**4.14**    **BANISTER  & MILLER, PLLC**
**23410 Grand Reserve Dr., Suite #501**
**Katy, TX 77494**

Line   **3.29**

☐ Not listed. Explain

_____

_____

**4.15**    **BearCom Operating, LLC**
**c/o its Registered Agent, Cogency Global, Inc.**
**1601 Elm Street, Suite 4360, Suite 620**
**Dallas, TX 75201**

Line   **3.14**

☐ Not listed. Explain

_____

_____

**4.16**    **Big Country Electric Cooperative, Inc.**
**c/o its Registered Agent, D Mark McClain**
**1010 West South 1st**
**P.O. Box 518**
**Roby, TX 79543**

Line   **3.15**

☐ Not listed. Explain

_____

_____

**4.17**    **BRADLEY ARANT BOULT CUMMINGS LLP**
**600 Travis St, Suite 5600**
**Houston, TX 77002**

Line   **3.93**

☐ Not listed. Explain

_____

_____

**4.18**    **BRYANT ELECTRICAL SERVICES, INC.**
**c/o its Registered Agent, Mike L. Bryant**
**2106 Old Ox Rd.**
**Spring, TX 77386**

Line   **3.17**

☐ Not listed. Explain

_____

_____

**4.19**    **Butch's Casing Division**
**105 Ranch Road 6086C**
**Laredo, TX 78040**

Line   **3.19**

☐ Not listed. Explain

_____

_____

Copyright © Financial Software Solutions, LLC

Debtor  **Water Energy Services, LLC**
Name

Case number *(if known)*  **25-50539**

---

**4.20**

**Butch's Rat Hole & Anchor Service, Inc.**
**P.O. Box 1323**
**Levelland, TX 79336**

Line  **3.19**

☐ Not listed. Explain

---

**4.21**

**Butch's Rat Hole & Anchor Service, Inc.**
**c/o its Registered Agent, Scott Bryant**
**700 Austin**
**Levelland, TX 79336**

Line  **3.19**

☐ Not listed. Explain

---

**4.22**

**Charlotte Supply, Inc.**
**P.O. Box 800**
**Charlotte, TX 78011**

Line  **3.21**

☐ Not listed. Explain

---

**4.23**

**Clements Fluids South Texas, Ltd.**
**5701 Old Bullard Road, PMB #20**
**Tyler, TX 75703**

Line  **3.25**

☐ Not listed. Explain

---

**4.24**

**Clements Fluids South Texas, Ltd.**
**c/o its Registered Agent, Rowan Law Firm, P.C.**
**2325 Oak Alley**
**Tyler, TX 75703**

Line  **3.25**

☐ Not listed. Explain

---

**4.25**

**Clydes Refrigeration, Inc.**
**P.O. Box 923**
**Andrews, TX 79714**

Line  **3.26**

☐ Not listed. Explain

---

**4.26**

**Coastal Chemical Co., LLC**
**13858 LA Hwy. 92**
**Maurice, LA 70555**

Line  **3.28**

☐ Not listed. Explain

---

**4.27**

**Coastal Chemical Co., LLC**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**

Line  **3.28**

☐ Not listed. Explain

---

**4.28**

**Coastal Packers and Service Tools, LLC**
**P.O. Box 91**
**El Campo, TX 77437-0091**

Line  **3.29**

☐ Not listed. Explain

---

**4.29**

**Concur Technologies, Inc.**
**6222 185th Avenue NE**
**Redmond, WA 98052**

Line  **3.30**

☐ Not listed. Explain

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor  __**Water Energy Services, LLC**__  Case number *(if known)*  __**25-50539**__
Name

| 4.30 | **Concur Technologies, Inc.**<br>**c/o its Registered Agent, CT Corporation**<br>**System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line __**3.30**__<br>☐ Not listed. Explain | |
| 4.31 | **Control Concepts, Inc.**<br>**8748 Clay Rd., Ste. 320**<br>**Houston, TX 77080** | Line __**3.31**__<br>☐ Not listed. Explain | |
| 4.32 | **COT Oil Tool, Inc.**<br>**1106 Co Rd. 234**<br>**Giddings, TX 78942** | Line __**3.32**__<br>☐ Not listed. Explain | |
| 4.33 | **COT Oil Tool, Inc.**<br>**c/o Registered Agent, Ervin N. Cockrell**<br>**178 Thomas Ridge Road**<br>**Burnet, TX 78611** | Line __**3.32**__<br>☐ Not listed. Explain | |
| 4.34 | **Diamond P. Lease & Well Service, Inc.**<br>**c/o its Registered Agent, John M. Schuman**<br>**7981 FM 141**<br>**Dime Box, TX 77853** | Line __**3.34**__<br>☐ Not listed. Explain | |
| 4.35 | **Dore Rothberg Law, P.C.**<br>**Attn: Shira Bahadur Ali, Esq.**<br>**16225 Park Ten Place Dr., Suite 700**<br>**Houston, TX 77084** | Line __**3.76**__<br>☐ Not listed. Explain | |
| 4.36 | **Double Z Real Estate, LLC**<br>**c/o its Registered Agent, Bobby Teichroeb**<br>**2400 Oak Ridge Ln**<br>**Seminole, TX 79360** | Line __**3.36**__<br>☐ Not listed. Explain | |
| 4.37 | **Enverus, Inc.**<br>**c/o its Registered Agent, Legalinc Corporate**<br>**Services, Inc.**<br>**10601 Clarence Drive, Suite 250**<br>**Frisco, TX 75033** | Line __**3.38**__<br>☐ Not listed. Explain | |
| 4.38 | **Enverus, Inc.**<br>**P.O. Box 5545**<br>**Austin, TX 78763-5545** | Line __**3.38**__<br>☐ Not listed. Explain | |

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor     **Water Energy Services, LLC**                                    Case number *(if known)*   **25-50539**
　　　　　　Name

| 4.39 | **Flow Chem Technologies, LLC**<br>289 Cutlass Loop<br>Rayne, LA 70578 | Line __**3.42**__<br>☐ Not listed. Explain | _____ |

| 4.40 | **Forrest Tire Company, Inc.**<br>414 S Canal<br>Carlsbad, NM 88220 | Line __**3.43**__<br>☐ Not listed. Explain | _____ |

| 4.41 | **Forrest Tire Company, Inc.**<br>c/o Registered Agent, Richard J. Forrest III<br>9801 Highway 87<br>Lubbock, TX 79423 | Line __**3.43**__<br>☐ Not listed. Explain | _____ |

| 4.42 | **Franklin & Son, Inc.**<br>P.O. Box 1249<br>Stanton, TX 79782 | Line __**3.44**__<br>☐ Not listed. Explain | _____ |

| 4.43 | **Gibbins Services, LLC**<br>c/o its Registered Agent, Robert C. Hankins II<br>3093 Highway 59 North<br>Bowie, TX 76230 | Line __**3.47**__<br>☐ Not listed. Explain | _____ |

| 4.44 | **Glenn J. Deadman, Esq.**<br>1515 N. St. Mary's Street<br>San Antonio, TX 78215 | Line _____<br>☐ Not listed. Explain<br><br>**Counsel for Defendant in re:<br>Zurich American Insurance<br>Company Of Illinois V. Water<br>Energy Services, LLLC** | _____ |

| 4.45 | **Got Safety? LLC**<br>c/o its Registered Agent, Estella Serna<br>1264 Vikki Carr Lane<br>El Paso, TX 79936 | Line __**3.48**__<br>☐ Not listed. Explain | _____ |

| 4.46 | **Gustavus Trucking, LLC**<br>c/o its Registered Agent, Steven L. Gustavus<br>13238 Chelsea Ln.<br>Franklin, TX 77856 | Line __**3.51**__<br>☐ Not listed. Explain | _____ |

| 4.47 | **H&E Equipment Services, Inc.**<br>3510 Roy Orr Blvd.<br>Grand Prairie, TX 75050-4246 | Line __**3.52**__<br>☐ Not listed. Explain | _____ |

Copyright © Financial Software Solutions, LLC

Debtor  **Water Energy Services, LLC**                     Case number *(if known)*  **25-50539**
     Name

| | | | |
|---|---|---|---|
| **4.48** | **H&E Equipment Services, Inc.**<br>**c/o its Registered Agent, CT Corporation System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line **3.52**<br>☐ Not listed. Explain | |
| **4.49** | **HNR Oil Services, LLC**<br>**c/o its Registered Agent, Raymond L. Ross  Jr.**<br>**2628 TX36S #307**<br>**Brenham, TX 77833** | Line **3.57**<br>☐ Not listed. Explain | |
| **4.50** | **JB Hunt Transport, Inc.**<br>**c/o its Registered Agent, Corporation Service Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701-3218** | Line **3.61**<br>☐ Not listed. Explain | |
| **4.51** | **JB Hunt Transport, Inc.**<br>**P.O. Box 130**<br>**Lowell, AR 72745** | Line **3.61**<br>☐ Not listed. Explain | |
| **4.52** | **K&H Portable Toilets, Inc.**<br>**c/o its Registered Agent, John Kenjura**<br>**1004 N Park Street**<br>**Brenham, TX 77833** | Line **3.62**<br>☐ Not listed. Explain | |
| **4.53** | **Kaplan Electric, LLC**<br>**4920 S Loop 289, Ste. 101**<br>**Lubbock, TX 79414-4724** | Line **3.63**<br>☐ Not listed. Explain | |
| **4.54** | **Key Performance Petroleum Company**<br>**c/o Registered Agent, Mark Jackson**<br>**1558 N. La Salle**<br>**Navasota, TX 77868** | Line **3.65**<br>☐ Not listed. Explain | |
| **4.55** | **L&S Pump Repair And Machine Shop, LLC**<br>**1138 SM Tucker Rd.**<br>**Pollok, TX 75969** | Line **3.67**<br>☐ Not listed. Explain | |
| **4.56** | **L&S Pump Repair And Machine Shop, LLC**<br>**c/o its Registered Agent, Kevin Strickland**<br>**1510 Atkinson Drive**<br>**Lufkin, TX 75901** | Line **3.67**<br>☐ Not listed. Explain | |

Copyright © Financial Software Solutions, LLC                                 BlueStylus

Debtor   **Water Energy Services, LLC**                          Case number *(if known)*  **25-50539**
         Name

| 4.57 | **Laake Oilfield Service, LLC**<br>**c/o its Registered Agent, Yancey Laake**<br>**1324 Marley Road**<br>**Jacksboro, TX 76458** | Line **3.68**<br>☐ Not listed. Explain |  |
|------|------|------|------|
| 4.58 | **Lea County Electric Cooperative, Inc.**<br>**1300 W. Ave. D**<br>**Lovington, NM 88260** | Line **3.69**<br>☐ Not listed. Explain |  |
| 4.59 | **Lea County Electric Cooperative, Inc.**<br>**c/o its Registered Agent, Helwig Law Firm**<br>**317 N. Main**<br>**Denver City, TX 79323** | Line **3.69**<br>☐ Not listed. Explain |  |
| 4.60 | **Lovein Ribman, LP**<br>**Attn: Andrew Patchan, Esq.**<br>**1225 S. Main Street, Suite 200**<br>**Grapevine, TX 76051** | Line ____<br>☐ Not listed. Explain<br>**Attorneys for SB Fleet-Lube, LLC in re: SB Fleet-Lube, LLC v. Water Energy Services, LLC And Nicholas Atkins** |  |
| 4.61 | **M&M Disposal, LLC**<br>**c/o its Registered Agent, Jose Vicente Magdaleno**<br>**872 County Road 120**<br>**Georgetown, TX 78626-2296** | Line **3.73**<br>☐ Not listed. Explain |  |
| 4.62 | **Madole Equipment Rental & Sales, Inc.**<br>**c/o its Registered Agent, Kimberly R. Montgomery**<br>**7641 Hwy 30**<br>**Anderson, TX 77830** | Line **3.74**<br>☐ Not listed. Explain |  |
| 4.63 | **Milestone Environmental Services, LLC**<br>**20 University Road, Ste. 360**<br>**Cambridge, MA 02138** | Line **3.78**<br>☐ Not listed. Explain |  |
| 4.64 | **Milestone Environmental Services, LLC**<br>**c/o C T Corporation System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line **3.78**<br>☐ Not listed. Explain |  |
| 4.65 | **Nationwide Notice, Inc.**<br>**P.O. Box 542165**<br>**Lake Worth, FL 33454** | Line **3.52**<br>☐ Not listed. Explain |  |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 79 of 86

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor **Water Energy Services, LLC**
Name

Case number *(if known)* **25-50539**

**4.66**
**NGL Water Solutions-Eagle-Ford, LLC**
**3773 Cherry Creek North Drive, Ste. 1000**
**Denver, CO 80209**

Line **3.83**
☐ Not listed. Explain

_____

**4.67**
**NGL Water Solutions-Eagle-Ford, LLC**
**c/o its Registered Agent, CT Corporation**
**System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Line **3.83**
☐ Not listed. Explain

_____

**4.68**
**Oil Tool Solutions, LLC**
**4065 S. Eliot Street**
**Englewood, CO 80110**

Line **3.84**
☐ Not listed. Explain

_____

**4.69**
**Oil Tool Solutions, LLC**
**c/o its Registered Agent, InCorp Services, Inc.**
**815 Brazos St., Ste. 500**
**Austin, TX 78701**

Line **3.84**
☐ Not listed. Explain

_____

**4.70**
**Oklahoma Turnpike Authority**
**3500 North Martin Luther King Avenue**
**Oklahoma City, OK 73111**

Line **3.85**
☐ Not listed. Explain

**1591**

**4.71**
**OSC Energy, LLC**
**c/o The Winter Law Firm, PLLC**
**Attn: West W. Winter, Esq.**
**9601 McAllister Freeway, Suite 401**
**San Antonio, TX 78216**

Line **3.88**
☐ Not listed. Explain

_____

**4.72**
**Patriot Safety and Services, LLC**
**28003 Amalfi**
**San Antonio, TX 78260-4446**

Line **3.90**
☐ Not listed. Explain

_____

**4.73**
**Patriot Safety and Services, LLC**
**c/o its Registered Agent, Charles A. Moster**
**4920 S. Loop 289, Suite 101**
**Lubbock, TX 79414**

Line **3.90**
☐ Not listed. Explain

_____

**4.74**
**Phelps Dunbar, LLP**
**Attn: Peri H. Alkas, Esq.**
**One Shell Plaza**
**910 Louisiana, Suite 4300**
**Houston, TX 77002**

Line _____
☐ Not listed. Explain

**Counsel for Plaintiff in re:**
**Zurich American Insurance**
**Company Of Illinois V. Water**
**Energy Services, LLLC**

_____

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor     **Water Energy Services, LLC**                          Case number *(if known)*  **25-50539**
_____
                Name

| | | | |
|---|---|---|---|
| **4.75** | **Precision Pipe Rentals, LLC**<br>**2114 FM 1208**<br>**Stanton, TX 79782** | Line  **3.92**<br>☐ Not listed. Explain | |
| **4.76** | **Precision Pipe Rentals, LLC**<br>**4767 W. Hwy 72**<br>**Kenedy, TX 78119** | Line  **3.92**<br>☐ Not listed. Explain | |
| **4.77** | **Premium Oilfield Technologies, LLC**<br>**6350 W. Sam Houston Parkway N., Ste. 150**<br>**Houston, TX 77041** | Line  **3.93**<br>☐ Not listed. Explain | |
| **4.78** | **Premium Oilfield Technologies, LLC**<br>**c/o its Registered Agent, Capitol Corporate Services, Inc.**<br>**1501 S. MoPac Expy., Ste. 220**<br>**Austin, TX 78746** | Line  **3.93**<br>☐ Not listed. Explain | |
| **4.79** | **Pye-Barker Fire & Safety, LLC**<br>**11605 Haynes Bridge Rd., Suite 350**<br>**Alpharetta, GA 30009** | Line  **3.94**<br>☐ Not listed. Explain | |
| **4.80** | **Pye-Barker Fire & Safety, LLC**<br>**c/o its Registered Agent, Corporation Service Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701** | Line  **3.94**<br>☐ Not listed. Explain | |
| **4.81** | **Rackspace US, Inc.**<br>**800 Brazos, Ste. 400**<br>**Austin, TX 78701-2548** | Line  **3.95**<br>☐ Not listed. Explain | |
| **4.82** | **Rackspace US, Inc.**<br>**c/o its Registered Agent, Corporation Service Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701** | Line  **3.95**<br>☐ Not listed. Explain | |
| **4.83** | **Railroad Commission of Texas**<br>**P.O. Box 12967**<br>**Austin, TX 78711-2967** | Line  _____<br>☐ Not listed. Explain<br><br>**Railroad Commission of Texas** | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor __**Water Energy Services, LLC**__
Name

Case number (if known) __**25-50539**__

---

**4.84** | **Resound Networks, LLC**
119 Western Street
Pampa, TX 79065

Line __**3.98**__
☐ Not listed. Explain

---

**4.85** | **Resound Networks, LLC**
c/o its Registered Agent, Bryan E. Waldrip
100 N Cuyler
Pampa, TX 79065

Line __**3.98**__
☐ Not listed. Explain

---

**4.86** | **Safety-Kleen Systems, Inc.**
5400 Legacy Dr.
Cluster II Building 3
Plano, TX 75024

Line __**3.100**__
☐ Not listed. Explain

---

**4.87** | **Safety-Kleen Systems, Inc.**
c/o its Registered Agent, CT Corporation
System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

Line __**3.100**__
☐ Not listed. Explain

---

**4.88** | **SBSB Eastham**
807 North Upper Broadway, Suite 201
Corpus Christi, TX 78401

Line __**3.101**__
☐ Not listed. Explain

---

**4.89** | **Select Water Solutions, LLC**
c/o its Registered Agent, Capitol Corporate
Services, Inc.
1501 S Mopac Expy., Ste. 220
Austin, TX 78746

Line __**3.103**__
☐ Not listed. Explain

__5887__

---

**4.90** | **Shuster Law, PLLC**
Attn: David J. Shuster, Esq.
860 Hebron Pkwy. #303
Lewisville, TX 75057

Line _____
☐ Not listed. Explain

**Counsel for Water Energy
Services, LLC in re:
Unitedhealthcare Insurance
Company v. Water Energy
Services, LLC and SB Fleet-
Lube, LLC v. Water Energy
Services, LLC And Nicholas
Atkins**

---

**4.91** | **Sitepro Inc.**
c/o its Registered Agent, Capitol Corporate
Services, Inc.
1501 S Mopac Expy., Ste. 220
Austin, TX 78746

Line __**3.104**__
☐ Not listed. Explain

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __Water Energy Services, LLC__                        Case number *(if known)*  __25-50539__
     Name

| | | | |
|---|---|---|---|
| **4.92** | SK Capital Partners, LP<br>430 Park Avenue, 18th Floor<br>New York, NY 10022 | Line __3.105__<br>☐ Not listed. Explain | |
| **4.93** | Tarquin Acid, LLC<br>c/o its Registered Agent, Richard C. Skillern<br>50 Troon Drive<br>Odessa, TX 79762 | Line __3.109__<br>☐ Not listed. Explain | |
| **4.94** | Terracon Consultants, Inc.<br>10841 S Ridgeview Road<br>Olathe, KS 66061 | Line __3.110__<br>☐ Not listed. Explain | |
| **4.95** | Terracon Consultants, Inc.<br>c/o its Registered Agent, Corporation Service<br>Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701-3218 | Line __3.110__<br>☐ Not listed. Explain | |
| **4.96** | Terracon Consultants, Inc.<br>P.O. Box 959673<br>St. Louis, MO 63195-9673 | Line __3.110__<br>☐ Not listed. Explain | |
| **4.97** | Texas Attorney General<br>300 W 15th St<br>Austin, TX 78701 | Line _____<br>☐ Not listed. Explain | |
| **4.98** | Texas Department of Licensing and Regulation<br>Po Box 12157<br>Austin, TX 78711 | Line _____<br>☐ Not listed. Explain | |
| **4.99** | Texas Hot Oilers, Inc.<br>c/o its Registered Agent, Charlotte Hall<br>Plumlee<br>1005 C.R. 217<br>Giddings, TX 78942 | Line __3.115__<br>☐ Not listed. Explain | |
| **4.100** | Texas Mutual Insurance Company<br>P.O. Box 12058<br>Austin, TX 78711-2058 | Line __3.116__<br>☐ Not listed. Explain | |

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor __**Water Energy Services, LLC**_____     Case number *(if known)* __**25-50539**__
    Name

| | | |
|---|---|---|
| **4.101** | **The Maker's Oil Corporation**<br>**5849 Buffalo Gap Rd., Ste. H**<br>**Abilene, TX 79606-1264** | Line __**3.125**__<br>☐ Not listed. Explain<br>_____ |
| **4.102** | **The Maker's Oil Corporation**<br>**c/o its Registered Agent, CT Corporation**<br>**System**<br>**1999 Bryan St., Suite 900**<br>**Dallas, TX 75201-3136** | Line __**3.125**__<br>☐ Not listed. Explain<br>_____ |
| **4.103** | **Thomas Kadian, LLC**<br>**Attn: Dennis E. Kadian**<br>**90 East Halsey Road, Suite 390**<br>**Parsippany, NJ 07054** | Line _____<br>☐ Not listed. Explain<br>**Counsel for Plaintiff in re:**<br>**Zurich American Insurance**<br>**Company Of Illinois V. Water**<br>**Energy Services, LLLC** |
| **4.104** | **Tinsman & Sciano, Inc.**<br>**10107 McAllister Fwy**<br>**San Antonio, TX 78216** | Line _____<br>☐ Not listed. Explain<br>_____ |
| **4.105** | **Transworld Systems, Inc.**<br>**500 Virginia Dr, Suite 514**<br>**Fort Washington, PA 19034** | Line _____<br>☐ Not listed. Explain<br>_____ |
| **4.106** | **UNIFIRST Corporation**<br>**68 Jonspin Road**<br>**Wilmington, MA 01887-1086** | Line __**3.131**__<br>☐ Not listed. Explain<br>_____ |
| **4.107** | **UNIFIRST Corporation**<br>**c/o its Registered Agent, Prentice hall**<br>**Cprporation Sv**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701-3216** | Line __**3.131**__<br>☐ Not listed. Explain<br>_____ |
| **4.108** | **UNIFIRST FIRST AID CORPORATION**<br>**68 Jonspin Road**<br>**Wilmington, MA 01887-1086** | Line __**3.132**__<br>☐ Not listed. Explain<br>_____ |
| **4.109** | **UNIFIRST FIRST AID CORPORATION**<br>**c/o its Registered Agent, Corporation Service**<br>**Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701-3218** | Line __**3.132**__<br>☐ Not listed. Explain<br>_____ |

Debtor __**Water Energy Services, LLC**__       Case number *(if known)* __**25-50539**__
    Name

---

**4.110**   **Unitedhealthcare Insurance Company**
**c/o Figari & Davenport, LLP**
**Attn: Andrew G. Jubinsky & Lance V. Clark**
**901 Main Street, Suite 3400**
**Dallas, TX 75202-3796**

Line _____
☐ Not listed. Explain

> **Attorneys for**
> **Unitedhealthcare Insurance**
> **Company in re:**
> **Unitedhealthcare Insurance**
> **Company v. Water Energy**
> **Services, LLC**

---

**4.111**   **US Chaparral Water Systems, Inc.**
**c/o its Registered Agent, Daryl L. Franklin**
**4201 Timberglen**
**Midland, TX 78707**

Line __**3.133**__
☐ Not listed. Explain

__**7815**__

---

**4.112**   **Vista Water Solutions PB LLC**
**c/o its Registered Agent, S. Jeff Johnson**
**6861 Corporation Parkway**
**Fort Worth, TX 76126**

Line __**3.140**__
☐ Not listed. Explain

---

**4.113**   **Wadler Perches Kerlick**
**Attn: I. Ray Kerlick, Esq.**
**101 West Burleson**
**Wharton, TX 77488**

Line __**3.41**__
☐ Not listed. Explain

---

**4.114**   **WASTE CONNECTIONS LONE STAR, INC.**
**3 Waterway Square Place, Suite 110**
**The Woodlands, TX 77380**

Line __**3.142**__
☐ Not listed. Explain

---

**4.115**   **WASTE CONNECTIONS LONE STAR, INC.**
**c/o its Registered Agent, Corporation Service**
**Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**

Line __**3.142**__
☐ Not listed. Explain

---

**4.116**   **WaterPro, Inc.**
**c/o its Registered Agent, Bill J. Helwig**
**317 N. Main**
**P.O. Drawer 1388**
**Denver City, TX 79323**

Line __**3.143**__
☐ Not listed. Explain

---

**4.117**   **WESTRIDGE RESOURCES, INC.**
**c/o its Registered Agent, Troy Botts Jr.**
**2800 Westridge Drive**
**Snyder, TX 79549**

Line __**3.147**__
☐ Not listed. Explain

---

**4.118**   **Xcel Energy Services, Inc.**
**1225 17th Street, Suite 1000**
**Denver, CO 80202**

Line __**3.150**__
☐ Not listed. Explain

__**9417**__

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| 4.119 | **Xcel Energy Services, Inc.** **c/o its Registered Agent, Corporation Service Company** **211 E. 7th Street, Suite 620** **Austin, TX 78701-3218** | Line  **3.150** ☐ Not listed. Explain | **9417** |

---

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.     **Add the amounts of priority and nonpriority unsecured claims.**     **Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ | **286,491.65** |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. + | $ | **7,371,565.04** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **7,658,056.69** |

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify your case:**

Debtor Name  **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (If known): **25-50539**       Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — COMPANY AGREEMENT among Mid River Midstream LLC And David Elks, Water Energy Services, LLC, and Broco Hortain LLC dated as of 9/23/2024 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Broco-Hortain LLC<br>6 Raydon Ln<br>Houston, TX 77024 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** — COMPANY AGREEMENT among Mid River Midstream LLC And David Elks, Water Energy Services, LLC, and Broco Hortain LLC dated as of 9/23/2024 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Mid River Midstream LLC<br>15405 Salt Cay Ct 704<br>Corpus Christi, TX 77024 |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** — Landlord/Lease Agreement. Building: Comerica Bank Plaza, 13750 San Pedro Ave., San Antonio, TX 78232, Suite 950. <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Montesan, LLC<br>c/o MSG Management, Inc.<br>13750 San Pedro Ave., Ste. B10<br>San Antonio, TX 78232 |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|--------|-------------------------------|--------------------------|--------------|
| | Name | | |

---

**2.4**

State what the contract or lease is for and the nature of the debtor's interest

**Engagement agreement between Debtor and Tarter Krinsky for legal services.**

State the term remaining _____

List the contract number of any government contract _____

> **Tarter Krinsky & Drogin, LLP**
> **1350 Broadway**
> **New York, NY 10018**

---

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

**NON-HAZARDOUS on., AND GAS WASTE DISPOSAL AGREEMENT**

State the term remaining _____

List the contract number of any government contract _____

> **Roberto Villarreal and Aminta Villarreal**
> **P.O. Box 35**
> **Zapata, TX 78076**

---

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

copier lease

State the term remaining _____

List the contract number of any government contract _____

> **Documation**
> **Registered Agent:**
> **Preston Woolfolk**
> **4560 LOCKHILL SELMA ROAD, SUITE 100**
> **San Antonio, TX 78249**

---

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Water Energy Services, LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (If known):          **25-50539**

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX04Y78M010256 |
| Carlsbad, NM | 1610 E Green | $ 12,000 | $ 15,000 | $ 18,500 | $ 20,000 | 1 | | | | | 2003 | Mack | CV713 | Tractor | 1M2AG11Y73M006901 |
| Carlsbad, NM | 1611 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y6CM011139 |
| Carlsbad, NM | 1612 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y67M005925 |
| Carlsbad, NM | 1614 E Green | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2006 | Mack | CHN613 | Tractor | 1M1AJ06Y06N006116 |
| Carlsbad, NM | 1615 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y27M006151 |
| Carlsbad, NM | 1616 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y58M009876 |
| Carlsbad, NM | 1617 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y38M010041 |
| Carlsbad, NM | 1618 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y28M010046 |
| Carlsbad, NM | 1619 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y1CM011145 |
| Carlsbad, NM | 1620 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y2CM011154 |
| Carlsbad, NM | 1622 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y2CM013983 |
| Carlsbad, NM | 1623 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07YXCM013987 |
| Carlsbad, NM | 1624 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y1CM014297 |
| Carlsbad, NM | 1625 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y6CM014313 |
| Carlsbad, NM | 1626 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07YXCM014315 |
| Carlsbad, NM | 1628 E Green | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | | | | | 2005 | Mack | CV713 | Tractor | 1M2AG11Y75M016881 |
| Carlsbad, NM | 1629 E Green | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | | | | | 2008 | Mack | GU713 | Tractor | 1M2AX07CX8M001334 |
| Carlsbad, NM | 1630 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y08M009834 |
| Carlsbad, NM | 1631 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y48M009836 |
| Carlsbad, NM | 1632 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y98M009864 |
| Carlsbad, NM | 1634 E Green | $ 17,500 | $ 21,500 | $ 26,500 | $ 29,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y37M058175 |
| Carlsbad, NM | 1635 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y97M060626 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y9CM011149 |
| Levelland, TX | 1936 Blackgold Rd. | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y99M004985 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y99M005439 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y87M005912 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y17M006173 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y9CM011152 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04YXCM011161 |
| Levelland, TX | 1936 Blackgold Rd. | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y6FM023532 |
| Levelland, TX | 1936 Blackgold Rd. | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09YXFM023534 |
| Levelland, TX | 1936 Blackgold Rd. | $ 17,500 | $ 21,500 | $ 26,500 | $ 29,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y77M046417 |
| Levelland, TX | 1936 Blackgold Rd. | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y79M060612 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM013998 |
| Denver City, TX | 1230 Hwy 83 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y89M004881 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y87M005926 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04YXCM011130 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y2CM011140 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y4CM011144 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y6CM013985 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y0CM014291 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM014309 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM014312 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y8CM014314 |
| Denver City, TX | 1230 Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2013 | Mack | GU713 | Tractor | 1M2AX04C2DM016358 |
| Denver City, TX | 1230 Hwy 83 | $ 14,000 | $ 17,500 | $ 22,500 | $ 25,000 | 1 | | | | | 2004 | Mack | CV713 | Tractor | 1M2AG11Y54M016733 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y7FM023524 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y4FM023530 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y4FM023531 |
| Denver City, TX | 1230 Hwy 83 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04C19M007433 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y49M004991 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 17,500 | $ 21,500 | $ 26,500 | $ 29,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AT04Y47M005910 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y47M005924 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2007 | Mack | CHN613 | Tractor | 1M1AJ06Y97N007671 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CHN613 | Tractor | 1M1AJ06Y57N008803 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y88M009869 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y08M009879 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y9CM011166 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y9CM013981 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y6CM014327 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y1CM014586 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y7CM014589 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y9CM014593 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09YXCM014599 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y27M060614 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2007 | Peterbilt | 379 | Tractor | 1XP5D8EXX7D688778 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C6CM012887 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C8CM012888 |

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C8CM012891 |
| Welch, TX | 4001 Brownfield Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y3CM014587 |
| Welch, TX | 4001 Brownfield Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y5CM014591 |
| Welch, TX | 4001 Brownfield Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y6CM014597 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y2CM014600 |
| Welch, TX | 4001 Brownfield Hwy | $ 22,500 | $ 27,500 | $ 32,500 | $ 35,000 | 1 | | | | | 2013 | Mack | GU713 | Tractor | 1M2AX09YXDM014605 |
| Welch, TX | 4001 Brownfield Hwy | $ 22,500 | $ 27,500 | $ 32,500 | $ 35,000 | 1 | | | | | 2013 | Mack | GU713 | Tractor | 1M2AX09Y3DM014607 |
| Welch, TX | 4001 Brownfield Hwy | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y07M060613 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C0CM013979 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C7CM013994 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM014293 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y0CM014307 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM014326 |
| Snyder, TX | 602 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y8CM014281 |
| Snyder, TX | 603 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y7CM014325 |
| Snyder, TX | 604 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C7CM014592 |
| Snyder, TX | 605 Lubbock Hwy | $ 35,000 | $ 42,500 | $ 50,000 | $ 52,500 | 1 | | | | | 2009 | Kenworth | W900 | Tractor | 1NKWL40X79J236897 |
| Freer, TX | 5245 Hwy 44 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07C8CM011175 |
| Freer, TX | 5245 Hwy 44 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04XCM011175 |
| Freer, TX | 5245 Hwy 44 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y6CM013787 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04X7CM011182 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y0CM013977 |
| Zapata, TX | 3046 N US Hwy 83 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX09M00M04996 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04V09M005443 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y87M006168 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04YX7M006169 |
| Zapata, TX | 3046 N US Hwy 83 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX04Y98M010954 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y3CM011132 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y6CM011156 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y1CM011162 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y7CM011165 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y0CM011167 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y3CM011177 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y5CM011181 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y6CM011183 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y6CM011187 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y6CM013790 |
| Zapata, TX | 3046 N US Hwy 83 | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y1CM013793 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y7CM013834 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y7CM013944 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y7CM013958 |
| Zapata, TX | 3046 N US Hwy 83 | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y9CM013959 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07XCM013968 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y9CM013976 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y3CM013989 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07YXCM013990 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y3CM013992 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07T8CM014295 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y5CM014296 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y3CM014303 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y2CM014311 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y1CM014316 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y3CM014317 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y9CM014319 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y3CM014320 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y7CM014322 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,500 | $ 22,500 | $ 25,000 | 1 | | | | | 2005 | Mack | CV713 | Tractor | 1M2AG11Y15M017038 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | | | | | 2005 | Mack | CV713 | Tractor | 1M2AG11Y65M020727 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | | | | | 2008 | Mack | GU713 | Tractor | 1M2AX09E48M002928 |
| Zapata, TX | 3046 N US Hwy 83 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y17M058174 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 250 | $ 250 | $ 250 | 1 | | | | | | Ford | 4000 | Tractor | 5K20CX70H18 |
| Various Locations | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | | John Deere | 6415 | Tractor | L06415B435038 |
| Various Locations | 3046 N US Hwy 83 | $ 1,500 | $ 2,000 | $ 2,500 | $ 2,750 | 1 | | | | | | Massey Ferguson | 300 Series | Tractor | 31754 |
| Carlsbad, NM | 1636 E Green | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Troxell | | Trailer | 1T9TA432361867324 |
| Carlsbad, NM | 1637 E Green | $ 5,500 | $ 6,500 | $ 8,000 | $ 10,500 | 1 | | | | | 2006 | Lufkin | | Trailer | 1L01B442861161184 |
| Carlsbad, NM | 1638 E Green | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | | | | | 1983 | Overland | | Trailer | 109231420D1003001 |
| Carlsbad, NM | 1639 E Green | $ 2,250 | $ 2,750 | $ 3,250 | $ 3,500 | 1 | | | | | 2002 | VE Enterprises | | Trailer | 5AGFV42222S282401 |
| Carlsbad, NM | 1640 E Green | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Overland | | Trailer | 1Z923152061258632 |
| Carlsbad, NM | 1641 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Jack County | | Trailer | 1J9TA432381364381 |

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carlsbad, NM | 1642 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4335A1867276 |
| Carlsbad, NM | 1643 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4330A1867275 |
| Carlsbad, NM | 1644 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4334A1867298 |
| Carlsbad, NM | 1645 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4332B1867740 |
| Carlsbad, NM | 1646 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4334B1867741 |
| Carlsbad, NM | 1647 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4331B1867745 |
| Carlsbad, NM | 1648 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4335B1867747 |
| Carlsbad, NM | 1649 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA433XC1867194 |
| Carlsbad, NM | 1650 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA433XC1867196 |
| Carlsbad, NM | 1651 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA433XC1867205 |
| Carlsbad, NM | 1652 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4338C1867212 |
| Carlsbad, NM | 1653 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA433XC1867213 |
| Carlsbad, NM | 1654 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4333C1867215 |
| Carlsbad, NM | 1655 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4339C1867218 |
| Carlsbad, NM | 1656 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4339C1867221 |
| Carlsbad, NM | 1657 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4333C1867621 |
| Carlsbad, NM | 1658 E Green | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Galyean | | Trailer | 1G9VT40276H016234 |
| Carlsbad, NM | 1659 E Green | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA43271867103 |
| Carlsbad, NM | 1660 E Green | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA4329T186104 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Dragon | | Trailer | 1UNST42226L042276 |
| Levelland, TX | 1936 Blackgold Rd. | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | | | | | 2015 | PCI | | Trailer | 56CPA1U44FT600497 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4227CL114262 |
| Levelland, TX | 1936 Blackgold Rd. | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 1991 | PJ Trailers | | Trailer | 4P5SH1621M1110917 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA43217186726O |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA432X71867287 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | VE Enterprises | | Trailer | 5AGEV42277S457304 |
| Levelland, TX | 1936 Blackgold Rd. | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4333A1867275 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867244 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4331C1867617 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Dragon | | Trailer | 1UNST42227L063761 |
| Levelland, TX | 1936 Blackgold Rd. | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2009 | Dragon | | Trailer | 1UNST422X9L068404 |
| Levelland, TX | 1936 Blackgold Rd. | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | | | | | 2015 | PCI | | Trailer | 56CPA1U40FT600500 |
| Denver City, TX | 1230 Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | | | | | 2010 | Maxey Trailers | | Trailer | 5R8U71227AM016099 |
| Denver City, TX | 1230 Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | | | | | 2006 | Big Tex | | Trailer | 16VNX122361E89669 |
| Denver City, TX | 1230 Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2009 | Custom Built | | Trailer | |
| Denver City, TX | 1230 Hwy 83 | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | | | | | 1982 | Custom Built | | Trailer | TR150934 |
| Denver City, TX | 1230 Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TD432281364185 |
| Denver City, TX | 1230 Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TB432581364212 |
| Denver City, TX | 1230 Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TA432381364230 |
| Denver City, TX | 1230 Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | VE Enterprises | | Trailer | 5AGEV42217S457529 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Overland | | Trailer | 1Z923152561258643 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Overland | | Trailer | 1Z923152461258648 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4220CL114152 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4338A1867269 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA433XA1867728C |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4339B1867380 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4330B1867736 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA433XB1867744 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4332B1867754 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867757 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4338C1867209 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4330C1867219 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4332C1867223 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867238 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4338C1867243 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4335C1867605 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Dragon | | Trailer | 1UNST422X6L042281 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Dragon | | Trailer | 1UNST422X6L042204 |
| Denver City, TX | 1230 Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA43257186710 2 |
| Denver City, TX | 1230 Hwy 83 | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | | | | | 2015 | PCI | | Trailer | 56CPA1U42FT600501 |
| Denver City, TX | 1230 Hwy 83 | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | | | | | 2015 | PCI | | Trailer | 56CPA1U48FT600499 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Dragon | | Trailer | 1UNST42266L042199 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Dragon | | Trailer | 1UNST42266L042264 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Dragon | | Trailer | 1UNST42296L042274 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 30,000 | $ 37,500 | $ 45,000 | $ 47,500 | 1 | | | | | 2008 | Eager Beaver | | Trailer | 112SD24808L073570 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4229CL114263 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4228CL114268 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4422CL114269 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4227CL114147 |

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4227CL114150 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,800 | $ 2,250 | $ 2,750 | $ 3,000 | 1 | | | | | 1997 | Overland | | Trailer | 109231522V1003378 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,000 | $ 3,750 | $ 4,000 | 1 | | | | | 2003 | Dragon | | Trailer | 1UNST41263L023811 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TB432881364218 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA4325718672S9 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4330C1867625 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 12,500 | $ 15,000 | $ 18,000 | 20,500 | 1 | | | | | 2014 | Dragon | | Trailer | 1D9SH3427EC661199 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 35,000 | $ 45,000 | $ 55,000 | 57,500 | 1 | | | | | 2018 | Dragon | | Trailer | 1UNSF5948JL120959 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 10,000 | $ 12,500 | $ 15,000 | 17,500 | 1 | | | | | 2010 | Dragon | | Trailer | 1D9SH3423AC661551 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 3,750 | $ 4,500 | 5,000 | 1 | | | | | 2012 | Fab-Tech Industries | | Trailer | KECH-3114 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 7,500 | $ 9,000 | $ 11,000 | 13,500 | 1 | | | | | 2009 | Doonan | | Trailer | 1D9BG493991609763 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4224CL114266 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4226CL114270 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4220CL114510 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4222CL114511 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4224CL114512 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4226CL114513 |
| Welch, TX | 4001 Brownfield Hwy | $ 250 | $ 300 | $ 350 | $ 450 | 1 | | | | | 1981 | Custom Built | | Trailer | TR149742 |
| Welch, TX | 4001 Brownfield Hwy | $ 250 | $ 250 | $ 500 | $ 600 | 1 | | | | | 1979 | Heavy Haul | | Trailer | 9514 |
| Welch, TX | 4001 Brownfield Hwy | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2009 | Dragon | | Trailer | 1UNST42219L068405 |
| Snyder, TX | 601 Lubbock Hwy | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Overland | | Trailer | 1Z92315226125B650 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2013 | Troxell | | Trailer | 1T9TA4327O1867923 |
| Snyder, TX | 601 Lubbock Hwy | $ 3,500 | $ 4,500 | $ 5,500 | 6,000 | 1 | | | | | 2007 | Troxell | | Trailer | 1T9TA4323718672S8 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4339A186730C |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4332B1867737 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4335B1867764 |
| Snyder, TX | 601 Lubbock Hwy | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4331C1867197 |
| Snyder, TX | 601 Lubbock Hwy | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4330C1867227 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,500 | 10,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4338C1867629 |
| Snyder, TX | 601 Lubbock Hwy | $ 500 | $ 500 | $ 1,000 | 1,250 | 1 | | | | | 2006 | | | Trailer | 1K9F8162X6K141231 |
| Snyder, TX | 606 Lubbock Hwy | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867224 |
| Snyder, TX | 607 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,500 | 10,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4338C1867615 |
| Snyder, TX | 608 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,500 | 10,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867627 |
| Freer, TX | 5245 Hwy 44 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4331C1867214 |
| Freer, TX | 5245 Hwy 44 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1UNST4534C1081404 |
| Freer, TX | 5245 Hwy 44 | $ 6,000 | $ 7,500 | $ 9,500 | 10,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4330C1867611 |
| Freer, TX | 5245 Hwy 44 | $ 500 | $ 500 | $ 750 | $ 850 | 1 | | | | | 2000 | Stafford | | Trailer | 1S9B1162OYJ292234 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Jack County | | Trailer | 1J9TA4327B1364366 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Jack County | | Trailer | 1J9TA4325B1364379 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Jack County | | Trailer | 1J9TA4225B1364382 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4229CL114148 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Dragon | | Trailer | 1UNST4222CL114153 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TA432081364220 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2007 | Dragon | | Trailer | 1UNST42227L045597 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4331B1867387 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4339A1867278 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4331A1867288 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2010 | Troxell | | Trailer | 1T9TA4333A1867289 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867378 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867735 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867743 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867751 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | 9,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4336B1867756 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867760 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4339C1867204 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867207 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4335C1867216 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4337C1867220 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867242 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,500 | 10,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867613 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4333C1867616 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4333C1867618 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4335C1867622 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4337C1867624 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UNST4223SU029180 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UNST42247L063762 |
| Zapata, TX | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | 17,500 | 1 | | | | | 2010 | | | Trailer | 161 |

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UN5T4220BL055319 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UN5T4224BL055313 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TA43248134616169 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TA43258136417B |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Jack County | | Trailer | 1J9TA43264136434Z |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Jack County | | Trailer | 1J9TA43228136437Z |
| Zapata, TX | 3046 N US Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 8,000 | 1 | | | | | 1994 | Holden | | Trailer | 12HMF422XRN354190 |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2002 | Custom Built | | Trailer | |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 1997 | Custom Built | | Trailer | 9516 |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 1974 | Nabors | | Trailer | 23221FBSD |
| Zapata, TX | 3046 N US Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 8,000 | 1 | | | | | 1974 | Nabors | | Trailer | 22586LD3 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 400 | $ 500 | 1 | | | | | 2009 | Custom Built | | Trailer | |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 700 | $ 750 | 1 | | | | | 2009 | Custom Built | | Trailer | |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 2009 | | | Trailer | Y69730 |
| Zapata, TX | 3046 N US Hwy 83 | $ 13,000 | $ 16,000 | $ 20,000 | $ 22,500 | 1 | | | | | 2012 | Keystone | Cougar 28RBS | Trailer | 4YDT28R25CW505290 |
| Zapata, TX | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 3,500 | $ 3,750 | 1 | | | | | 2008 | Interstate | | Trailer | 4RACS16268C016605 |
| Zapata, TX | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 17,500 | 1 | | | | | 2007 | Transcraft | DTL-3000 | Trailer | 1TTE5330171082544 |
| Zapata, TX | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 17,500 | 1 | | | | | 2007 | Transcraft | DTL-3000 | Trailer | 1TTE5330371082822 |
| Zapata, TX | 3046 N US Hwy 83 | $ 9,000 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2013 | Viking | | Trailer | 1V9KX4225DN062058 |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,800 | $ 2,250 | $ 2,750 | $ 3,000 | 1 | | | | | 1997 | Red Ewald | | Trailer | 1A9FS1719VK347092 |
| Zapata, TX | 3046 N US Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Troxell | | Trailer | 1T9TA432X61867417 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 2010 | | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 450 | 1 | $ 250 | $ 300 | $ 350 | $ 450 | 1982 | Sooner | | Trailer | 12782070 |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 450 | 1 | $ 250 | $ 300 | $ 350 | $ 450 | 1995 | Gregory | | Trailer | T710028 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 500 | $ 600 | $ 750 | $ 850 | 2009 | Custom Built | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 500 | $ 600 | $ 750 | $ 850 | 2003 | Custom Built | | Trailer | TR191570 |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 450 | 1 | $ 250 | $ 300 | $ 350 | $ 450 | 1995 | Gregory | | Trailer | T710115 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 2008 | | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 2009 | Custom Built | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 13,000 | $ 16,000 | $ 20,000 | $ 22,500 | 1 | $ 15,500 | $ 19,000 | $ 23,500 | 26,250 | 2013 | Keystone | Cougar 28RBS | Trailer | 4YDT28R23DV500427 |
| Various Locations | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 3,500 | $ 3,750 | 1 | | | | | 2008 | Ameritrail | | Trailer | 17YBP16258B037672 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 1,500 | $ 1,500 | $ 3,000 | 3,750 | 2013 | Custom Built | | Trailer | 1300194 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2012 | | | Trailer | 1J90S1825C1083001 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2010 | | | Trailer | 5610027 |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | $ 3,000 | $ 3,600 | $ 4,750 | 5,350 | 2001 | VE Enterprises | | Trailer | 5AGEV42221S268864 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2004 | J&B | | Trailer | 1J9BW122141300036 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2012 | | | Trailer | 219 |
| Carlsbad, NM | 1613 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04Y47M005941 |
| Carlsbad, NM | 1621 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11C44M013231 |
| Carlsbad, NM | 1627 E Green | $ 22,500 | $ 27,500 | $ 35,000 | $ 37,500 | 1 | | | | | 2005 | Mack | CV713 | Truck | 1M2AG11C54M016734 |
| Carlsbad, NM | 1633 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2006 | Mack | CV713 | Truck | 1M2AG11YX6M042828 |
| Carlsbad, NM | 1664 E Green | $ 7,500 | $ 9,500 | $ 11,500 | $ 12,000 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A68CEC11630 |
| Carlsbad, NM | 1665 E Green | $ 3,750 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | GMC | Sierra 1500 Work Truck | Truck | 1GTN1TEA78Z413179 |
| Carlsbad, NM | 1666 E Green | $ 9,500 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B66EEA48817 |
| Levelland, TX | 1936 Blackgold Rd. | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11CX3M006900 |
| Levelland, TX | 1936 Blackgold Rd. | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11Y93M003580 |
| Levelland, TX | 1936 Blackgold Rd. | $ 25,000 | $ 30,000 | $ 35,000 | $ 37,500 | 1 | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04Y89M004783 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11C04M008964 |
| Levelland, TX | 1936 Blackgold Rd. | $ 35,000 | $ 42,500 | $ 50,000 | $ 52,500 | 1 | | | | | 2013 | Mack | GU713 | Truck | 1M2AX09Y5DM014544 |
| Levelland, TX | 1936 Blackgold Rd. | $ 55,000 | $ 70,000 | $ 87,500 | $ 92,500 | 1 | | | | | 2015 | Kenworth | W900 | Truck | 1NKWL40X3FJ446084 |
| Levelland, TX | 1936 Blackgold Rd. | $ 55,000 | $ 70,000 | $ 87,500 | $ 92,500 | 1 | | | | | 2015 | Kenworth | W900 | Truck | 1NKWL40X7FJ446086 |
| Levelland, TX | 1936 Blackgold Rd. | $ 2,750 | $ 3,250 | $ 4,000 | $ 4,500 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7X2A6XCEA11085 |
| Levelland, TX | 1936 Blackgold Rd. | $ 8,500 | $ 10,000 | $ 12,000 | $ 12,500 | 1 | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3ATXCEC11953 |
| Levelland, TX | 1936 Blackgold Rd. | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B67CEA16112 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,750 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | GMC | Sierra 1500 Work Truck | Truck | 1GTN1TEA18Z416692 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,500 | $ 7,000 | $ 8,500 | $ 9,000 | 1 | | | | | 2011 | Ford | F-350 Super Duty | Truck | 1FT8W3B648EC36502 |
| Levelland, TX | 1936 Blackgold Rd. | $ 6,250 | $ 7,250 | $ 8,750 | $ 9,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B67CEB42542 |
| Levelland, TX | 1936 Blackgold Rd. | $ 9,500 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B60EEA48859 |
| Denver City, TX | 1230 Hwy 83 | $ 13,500 | $ 16,500 | $ 20,500 | $ 23,000 | 1 | | | | | 2003 | Mack | CL733 | Truck | 1M2AD64Y93M001376 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04Y17M005945 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 35,000 | $ 42,500 | $ 45,000 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04C17M005948 |
| Denver City, TX | 1230 Hwy 83 | $ 35,000 | $ 42,500 | $ 50,000 | $ 52,500 | 1 | | | | | 2013 | Mack | GU713 | Truck | 1M2AX09Y3DM014543 |
| Denver City, TX | 1230 Hwy 83 | $ 35,000 | $ 42,500 | $ 50,000 | $ 52,500 | 1 | | | | | 2013 | Mack | GU713 | Truck | 1M2AX09Y7DM014545 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 35,000 | $ 42,500 | $ 45,000 | 1 | | | | | 2007 | Mack | CV713 | Truck | 1M2AG11C37M047116 |
| Denver City, TX | 1230 Hwy 83 | $ 7,500 | $ 9,500 | $ 11,500 | $ 12,000 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A64CEC11625 |
| Denver City, TX | 1230 Hwy 83 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B66CEA16120 |
| Denver City, TX | 1230 Hwy 83 | $ 6,250 | $ 7,250 | $ 8,750 | $ 9,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B61CEB42519 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04Y47M005938 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04YX7M005944 |

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 13,500 | $ 16,500 | $ 20,500 | $ 23,000 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11C63M006540 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 30,000 | $ 37,500 | $ 47,500 | $ 50,000 | 1 | | | | | 2009 | International | 7600 | Truck | 1HTWYAHT49J162182 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CV713 | Truck | 1M2AG11YX7M063793 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,750 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | GMC | Sierra 1500 Work Truck | Truck | 1GTN1TEAXBZ411619 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 9,500 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B68EEB66593 |
| Welch, TX | 4001 Brownfield Hwy | $ 32,500 | $ 40,000 | $ 50,000 | $ 52,500 | 1 | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04C19M004855 |
| Welch, TX | 4001 Brownfield Hwy | $ 32,500 | $ 40,000 | $ 50,000 | $ 52,500 | 1 | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04C99M004859 |
| Welch, TX | 4001 Brownfield Hwy | $ 27,500 | $ 35,000 | $ 42,500 | $ 45,000 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04C37M005949 |
| Welch, TX | 4001 Brownfield Hwy | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2006 | Mack | CV713 | Truck | 1M2AG11C36M042853 |
| Welch, TX | 4001 Brownfield Hwy | $ 27,500 | $ 35,000 | $ 42,500 | $ 45,000 | 1 | | | | | 2007 | Mack | CV713 | Truck | 1M2AG11CX7M055200 |
| Welch, TX | 4001 Brownfield Hwy | $ 7,500 | $ 9,000 | $ 10,500 | $ 11,000 | 1 | | | | | 2013 | Ford | F-250 Super Duty | Truck | 1FT7W2B6XDEB46814 |
| Snyder, TX | 601 Lubbock Hwy | $ 25,000 | $ 30,000 | $ 35,000 | $ 37,500 | 1 | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04Y89M004864 |
| Snyder, TX | 601 Lubbock Hwy | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11C13M007238 |
| Snyder, TX | 601 Lubbock Hwy | $ 15,000 | $ 18,000 | $ 22,500 | $ 25,000 | 1 | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11YX4M008675 |
| Snyder, TX | 601 Lubbock Hwy | $ 32,500 | $ 37,500 | $ 45,000 | $ 47,500 | 1 | | | | | 2012 | Mack | GU713 | Truck | 1M2AX09Y3CM014542 |
| Snyder, TX | 601 Lubbock Hwy | $ 15,000 | $ 18,000 | $ 22,500 | $ 25,000 | 1 | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11Y14M016891 |
| Snyder, TX | 601 Lubbock Hwy | $ 7,500 | $ 9,500 | $ 11,500 | $ 12,000 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A69CEC11622 |
| Snyder, TX | 601 Lubbock Hwy | $ 11,500 | $ 13,500 | $ 15,500 | $ 16,000 | 1 | | | | | 2012 | Ford | F-450 Super Duty | Truck | 1FD0W4HT4CEC31216 |
| Snyder, TX | 601 Lubbock Hwy | $ 9,500 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B69EEB66585 |
| Freer, TX | 5245 Hwy 44 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2010 | Mack | CHU613 | Truck | 1M1AN09Y2AN006188 |
| Freer, TX | 5245 Hwy 44 | $ 4,000 | $ 4,750 | $ 5,750 | $ 6,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A60CEC11623 |
| Freer, TX | 5245 Hwy 44 | $ 2,750 | $ 3,250 | $ 4,000 | $ 4,500 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7X2A62CEA38104 |
| Freer, TX | 5245 Hwy 44 | $ 9,500 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B67EEB66603 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11Y13M006831 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11Y33M006832 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CV713 | Truck | 1M2AG10Y37M061322 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,250 | $ 7,250 | $ 8,750 | $ 9,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B68CEB42498 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 4,750 | $ 5,750 | $ 6,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A61CEC11632 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 4,750 | $ 5,750 | $ 6,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A67CEC11618 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,250 | $ 7,250 | $ 8,750 | $ 9,250 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B66CEC11933 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B69CEA16127 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,500 | $ 6,500 | $ 8,000 | $ 8,250 | 1 | | | | | 2012 | Ford | F-150 | Truck | 1FTFW1EF1CKD69812 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,000 | $ 21,500 | $ 22,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FD7X2A66EEA87515 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,000 | $ 21,500 | $ 22,500 | 1 | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FD7X2A61EEA87518 |
| Various Locations | 3046 N US Hwy 83 | $ 15,000 | $ 18,000 | $ 22,500 | $ 25,000 | 1 | $45,000 | $55,500 | $67,500 | $72,500 | 1990 | Peterbilt | 378 | Truck | 1XPFD59X4LD302575 |
| Various Locations | 3046 N US Hwy 83 | $ 30,000 | $ 37,500 | $ 45,000 | $ 47,500 | 1 | | | | | 2007 | Peterbilt | 357 | Truck | 1NPALUEX27D662246 |
| Various Locations | 3046 N US Hwy 83 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | $ 16,250 | $ 19,250 | $ 22,500 | $ 23,500 | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B66CEA16134 |
| Various Locations | 3046 N US Hwy 83 | $ 10,000 | $ 11,500 | $ 13,000 | $ 13,500 | 1 | | | | | 2011 | Ford | F-350 Super Duty | Truck | 1FT7W2BT7BEC63446 |
| Various Locations | 3046 N US Hwy 83 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | $ 12,500 | $ 15,500 | $ 19,000 | $ 20,000 | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B60CEA16145 |
| Various Locations | 3046 N US Hwy 83 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B6CEB842545 |
| Various Locations | 3046 N US Hwy 83 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 1 | $ 6,250 | $ 7,750 | $ 9,500 | $ 10,000 | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B69CEA16130 |
| Various Locations | 3046 N US Hwy 83 | $ 2,750 | $ 3,250 | $ 4,000 | $ 4,500 | 1 | $ 2,750 | $ 3,250 | $ 4,000 | $ 4,500 | 2012 | Ford | F-250 Super Duty | Truck | 1FT7X2A64CEA599S6 |
| **TOTAL** | | $ 4,621,100 | $ 5,713,900 | $ 6,944,000 | $ 7,491,900 | | | | | | | | | | |

## Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment)

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Freer, TX | 5245 Hwy 44 | $ 800 | $ 1,000 | $ 1,250 | $ 1,750 | 1 | | | | | 2009 | Ingersoll-Rand | 2475N7.5 | Air Compressor | CBV270698 |
| Freer, TX | 5245 Hwy 44 | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | | | | | 2009 | FS Curtis | Challenge Air | Air Compressor | |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 500 | 1 | | | | | 2010 | | | Air Compressor | |
| Various Locations | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,750 | 1 | | | | | 2010 | Ingersoll-Rand | | Air Compressor | 704110011 |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 500 | 1 | | | | | 2008 | Oil Works | GD010020 (2-8625) | Air Compressor | 2456289 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 5,000 | 1 | $ 5,000 | $ 6,250 | $ 7,500 | $ 8,250 | 1996 | Ingersoll-Rand | P250WJD | Air Compressor | 265474UEG362 |
| Various Locations | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 3,750 | $ 4,000 | 1 | $ 29,000 | $ 35,750 | $ 43,750 | $ 46,500 | 2006 | MaintenAg | Predator | Attachment | 41554 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | $ 500 | $ 600 | $ 750 | $ 1,000 | 2009 | Custom Built | | Building | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 500 | $ 600 | $ 750 | $ 850 | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 3,500 | $ 4,350 | $ 5,250 | $ 5,600 | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,500 | 1 | $ 7,000 | $ 8,500 | $ 10,500 | $ 11,250 | 2013 | BSL | | Container | 62145 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | | Morgan | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,500 | 1 | | | | | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 4,000 | $ 4,500 | 1 | | | | | 2010 | | | Container | 270905 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | | | | | 2009 | | | Container | |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2001 | Komatsu | D39PX-21 | Dozer | 1029 |
| Various Locations | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1993 | Caterpillar | D4H LGP II | Dozer | 9GJ00507 |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 2006 | Komatsu | D41P-6C | Dozer | |
| Various Locations | 3046 N US Hwy 83 | $ 35,000 | $ 45,000 | $ 55,000 | $ 57,500 | 1 | | | | | 2000 | Caterpillar | D6M XL | Dozer | 3WN02367 |
| Various Locations | 3046 N US Hwy 83 | $ 37,500 | $ 45,000 | $ 55,000 | $ 57,500 | 1 | $ 37,500 | $ 45,000 | $ 55,000 | $ 57,500 | 2008 | Komatsu | PC200LC-8 | Excavator | KMTPC180E54A88835 |
| Levelland, TX | 1936 Blackgold Rd. | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Mansfield Oil | | Fuel System | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Mansfield Oil | | Fuel System | |
| Freer, TX | 5245 Hwy 44 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | | Fuel System | |
| Zapata, TX | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | FuelMaster FMU 2500 | Fuel System | |
| Zapata, TX | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | FuelMaster FMU 2500 | Fuel System | |
| Various Locations | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | FuelMaster FMU 2500 | Fuel System | |
| Denver City, TX | 1230 Hwy 83 | $ 200 | $ 250 | $ 300 | $ 350 | 1 | | | | | 2010 | DeWalt | DG4300 | Generator | 58465 |
| Various Locations | 3046 N US Hwy 83 | $ 12,500 | $ 15,000 | $ 18,000 | $ 19,500 | 1 | | | | | 2012 | Fab-Tech Industries | | Generator | KGH-4052-12 |
| Various Locations | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 16,500 | 1 | $ 10,250 | $ 12,800 | $ 15,350 | $ 17,000 | 2008 | Advance | 2X370KW | Generator | |
| Various Locations | 3046 N US Hwy 83 | $ 3,500 | $ 4,250 | $ 500 | $ 5,250 | 1 | $ 3,500 | $ 4,250 | $ 500 | $ 5,250 | 2007 | MQ Power | WhisperWatt 80 | Generator | 55LBG16266L001335 |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | | | | | 2012 | MQ Power | WhisperWatt 7000 | Generator | S610027 |
| Various Locations | 3046 N US Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | | | | | 2014 | Onan | DKAE-4961558 | Generator | FO102476S1 |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2004 | Manitowoc | B570 | Ice Machine | 40921674 |
| Carlsbad, NM | 1661 E Green | $ 4,000 | $ 5,000 | $ 6,500 | $ 7,000 | 1 | | | | | 1990 | Caterpillar | VC60D | Lift Truck | 3FC03703 |
| Carlsbad, NM | 1662 E Green | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | | | | | 2003 | Hyster | H80FT | Lift Truck | K00SV05357A |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,000 | $ 9,000 | $ 11,500 | $ 12,000 | 1 | | | | | 2006 | Caterpillar | DP40K | Lift Truck | AT19CS0861 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 12,500 | $ 15,600 | $ 19,000 | $ 20,350 | 2008 | | | Light Plant | 5R8SL16258M008624 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,750 | $ 2,000 | 1 | | | | | 2006 | Boss LTG | BHP204MH | Light Plant | C06-11-01982 |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | | | | | 2012 | Allmand | | Light Plant | N08-02-01090 |
| Carlsbad, NM | 1663 E Green | $ 30,000 | $ 37,500 | $ 45,000 | $ 47,500 | 1 | | | | | 2012 | JCB | 426HT | Loader | JCB42600I01295939 |
| Zapata, TX | 3046 N US Hwy 83 | $ 15,000 | $ 18,000 | $ 22,500 | $ 25,000 | 1 | | | | | 1996 | Caterpillar | 416B | Loader Backhoe | 8ZK10094 |
| Various Locations | 3046 N US Hwy 83 | $ 13,000 | $ 16,000 | $ 20,000 | $ 22,500 | 1 | | | | | 1995 | John Deere | 310D | Loader Backhoe | T0310DG812196 |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 2008 | Case | 580M Series II | Loader Backhoe | N8C433591 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 9,000 | 1 | $ 62,000 | $ 77,100 | $ 95,750 | $ 105,100 | 2002 | Komatsu | | Loader Backhoe | 10476 |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2005 | Caterpillar | 420D | Loader Backhoe | CRS29464 |
| Various Locations | 3046 N US Hwy 83 | $ 22,500 | $ 27,500 | $ 35,000 | $ 37,500 | 1 | $ 132,500 | $ 165,000 | $ 202,500 | $ 215,000 | 2007 | Caterpillar | 416D | Loader Backhoe | 75G00278 |
| Various Locations | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 1999 | John Deere | 310SE | Loader Backhoe | T0310SE870648 |
| Various Locations | 3046 N US Hwy 83 | $ 10,000 | $ 13,500 | $ 17,500 | $ 20,000 | 1 | | | | | 1979 | John Deere | 570A | Motor Grader | 07488T |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 1987 | Caterpillar | 120G | Motor Grader | 87V08316 |
| Denver City, TX | 1230 Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1991 | Gardner Denver | TEE | Pump | 91471 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2007 | Gardner Denver | TEE | Pump | Q011371 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2005 | Gardner Denver | TEE | Pump | Q011371X |
| Snyder, TX | 609 Lubbock Hwy | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2012 | National | 11PN03 | Pump | G008233 |
| Freer, TX | 5245 Hwy 44 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2001 | National | JWS-165 | Pump | 9801-G 1717280-4 |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 800 | 1 | | | | | 2014 | Gorman-Rupp | 84A2-402H | Pump | 1558287 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 400 | 1 | | | | | 2009 | MCM | | Pump | M-38439 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 400 | 1 | | | | | 2009 | MCM | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,250 | $ 4,050 | $ 4,850 | $ 5,250 | 2010 | | | Pump | 171057 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,800 | $ 4,750 | $ 5,750 | $ 6,500 | | Gardner Denver | CAFBAA | Pump | 900351 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 10,000 | $ 12,500 | $ 15,000 | $ 16,000 | 2008 | National | 165-T5L | Pump | 50032 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 2011 | Pentair | MA155L | Pump | 431 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2007 | National | J150 | Pump | 154917 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2010 | National | J60 | Pump | 165795 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2004 | Gardner Denver | TA-3 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 17,500 | $ 21,000 | $ 25,500 | $ 27,250 | 2013 | Dragon | A-400T | Pump | 25161 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | | | $ 4,500 | $ 4,750 | 2015 | Accelerated | A-165T-5L | Pump | 25109 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | | $ 6,000 | $ 7,500 | $ 7,750 | 2013 | Weatherford | W375M | Pump | 20130610 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2005 | National | JWS-165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | | $ 6,000 | $ 7,500 | $ 7,750 | 2010 | Dragon | A-400Q-5L | Pump | 25168 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 2010 | Wheatley | | Pump | 51305 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2003 | National | JWS-165 | Pump | 340174 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2011 | | | Pump | DXP 100038 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 2010 | Pentair | Aplex 240L-HP | Pump | 138 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2005 | | 336P | Pump | |

**Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | 7,500 | 7,750 | 1 | $ 5,500 | $ 6,600 | 8,250 | 8,550 | 2004 | Wheatley | HP165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | 750 | 800 | 1 | | | | | 2012 | Gorman-Rupp | 14C2-F3L | Pump | 1F9U1F710CC401153 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | 7,500 | 7,750 | 1 | | | | | 2013 | National | | Pump | P138-19 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 2004 | Wheatley | T165 | Pump | 23800/WR4947H341908 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | 7,500 | 7,750 | 1 | $ 5,500 | $ 6,600 | 8,250 | 8,600 | 2008 | Pentair | Aplex MA240L-HD | Pump | 192 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2013 | Weatherford | W300M | Pump | 201305101 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 1998 | Gardner Denver | PAH | Pump | 1207 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 1998 | Gardner Denver | 200 PAH | Pump | 00-100 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2009 | Gardner Denver | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | 1,500 | 1,750 | 1 | | | | | 2009 | | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | $ 3,800 | $ 4,750 | 5,750 | 6,250 | 2006 | National | 250T-5M | Pump | 58397TL |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | 7,500 | 7,750 | 1 | | | | | 2010 | Pentair | Aplex 240L-HP | Pump | 151 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 1977 | National | JWS-165 | Pump | 1164-5 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2009 | Wheatley | HP250 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2009 | Bethlehem | | Pump | 811 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2008 | National | JWS-340 | Pump | 66158 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2012 | Weatherford | | Pump | 42872659 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 1977 | National | JWS-165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | 1,500 | 1,750 | 1 | | | | | 2012 | Challenger | | Pump | 4887 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | $ 4,000 | $ 4,950 | 6,000 | 6,400 | 2006 | Gardner Denver | TEE | Pump | 900707 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | 750 | 800 | 1 | | | | | 2014 | Gorman-Rupp | 84A2-402H | Pump | 1559552 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | 7,500 | 7,750 | 1 | $ 6,500 | $ 7,800 | 9,750 | 10,250 | 2006 | Pentair | Aplex | Pump | 139 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 1998 | National | JWS-165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2004 | Wheatley | | Pump | 3A89140 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | $ 10,500 | $ 13,050 | 15,750 | 16,750 | 2012 | Weatherford | | Pump | 44187727 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2009 | Gardner Denver | TA-8 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | | | | | 2009 | Gardner Denver | TA-3 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 1 | $ 3,000 | $ 3,750 | 4,500 | 4,750 | 2004 | Gardner Denver | TEE | Pump | Q009168 |
| Levelland, TX | 1936 Blackgold Rd. | $ 500 | $ 600 | 750 | 800 | 1 | | | | | 2006 | Robinair | | Refrigerant Recovery System | 170850 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | $ 17,000 | $ 21,750 | 26,500 | 28,750 | 2008 | Mi Swaco | | Shaker | MRM-0812 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2007 | Mi Swaco | | Shaker | MRM-0184 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | 750 | 850 | 1 | | | | | 2009 | Howse Implement | | Shredder | 1025930291 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 2,000 | 2,500 | 2,750 | 1 | | | | | 2006 | Dragon | | Tank | 40730 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 2,000 | 2,500 | 2,750 | 1 | | | | | 2006 | Dragon | | Tank | 40763 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,000 | $ 2,500 | 3,000 | 3,250 | 1 | | | | | 2008 | Wichita Tank | | Tank | WTM-081071 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 1998 | Scott's | | Tank | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 1998 | Scott's | | Tank | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 750 | $ 1,000 | 1,250 | 1,500 | 1 | | | | | 1981 | J&J | | Tank | 10123 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | 6,000 | 6,250 | 1 | | | | | 2012 | Dragon | | Tank | 119930 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 1997 | Custom Built | | Tank | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2004 | Dragon | | Tank | 26372 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,750 | $ 2,250 | 2,750 | 3,000 | 1 | | | | | 2007 | VE Enterprises | | Tank | SAGFT471575444325 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | 6,500 | 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4050 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | 6,500 | 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4051 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | 6,500 | 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4053 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | 6,500 | 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4085 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | 5,500 | 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90112 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | 5,500 | 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90122 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | 5,500 | 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90343 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | 5,500 | 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90350 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | 6,000 | 6,250 | 1 | | | | | 2012 | Dragon | | Tank | 111663 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | 6,000 | 6,250 | 1 | | | | | 2012 | Dragon | | Tank | 111668 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 2,000 | 2,500 | 2,750 | 1 | | | | | 2005 | Wichita Tank | | Tank | WTM-051406 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,250 | $ 1,750 | 2,250 | 2,500 | 1 | | | | | 2005 | Wichita Tank | | Tank | WTM-051410 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-051401 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-051407 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-051409 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061090 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061091 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061092 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061093 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | 4,000 | 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061094 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 4,000 | 5,000 | 5,250 | 1 | | | | | 2010 | Wichita Tank | | Tank | WTM-071484 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 4,000 | 5,000 | 5,250 | 1 | | | | | 2010 | Wichita Tank | | Tank | WTM-070092 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2000 | Modern Group | | Tank | 9116 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2000 | Wichita Tank | | Tank | WTM-00277 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2000 | Wichita Tank | | Tank | WTM-00284 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2000 | Wichita Tank | | Tank | WTM-00334 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2000 | Dragon | | Tank | 8755 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,750 | $ 2,250 | 2,750 | 3,000 | 1 | | | | | 2007 | VE Enterprises | | Tank | SAGFT471975466909 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 1997 | Wichita Tank | | Tank | WTM-97047 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | 2,000 | 2,250 | 1 | | | | | 2014 | Modern Group | | Tank | D-835328 |
| Freer, TX | 5245 Hwy 44 | $ 600 | $ 750 | 950 | 1,100 | 1 | | | | | 2002 | Lincoln Electric | Idealarc AC/DC 250 | Welder | C1021100150 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 1,800 | 2,250 | 2,400 | 1 | | | | | 2004 | Miller | Trailblazer 301G | Welder Generator | LE239339 |

## Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment)

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zapata, TX | 3046 N US Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,400 | 1 | | | | | 2007 | Lincoln Electric | Ranger 250 GXT | Welder Generator | U1070111623 |
| TOTAL | | $ 670,700 | $ 833,700 | $ 1,020,400 | | | | | | | | | | | |

**Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest)**

## OFFICE LEASES

| Lease Description | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Commercial property office lease | Lease between Montesan, LLC and Debtor, commenced approximately Jan 2025 | Commercial prop lease | $0 | | $0 |

## OWNED REAL ESTATE

| Property Address or Location | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 142 WES Lane Charlotte, TX 78011 | Office, has 16,000 sqft building | Fee Simple | | Manager's Estimate of FLV | $ 1,800,000.00 |
| 3605 Hwy 67 E Rainbow, TX 76077 | Has 2,500 SF building | Fee simple | | Manager's Estimate of FLV | $ 400,000.00 |
| 5245 Hwy 44 Freer, TX 78357 | Has 3 bldgs | Fee simple | | Manager's Estimate of FLV | $ 340,000.00 |
| 3409 US Hwy 281 George West, TX 78022 | Has two buildings | Fee simple | | Manager's Estimate of FLV | $ 420,000.00 |
| 3438 US Highway 277 Carrizo Springs, TX 78834 | Has 5,000 sqft building | Fee Simple | | Manager's Estimate of FLV | $ 670,000.00 |
| 1609 E. Greene Carlsbad, NM 88220 | Has three buildings | Fee Simple | | Manager's Estimate of FLV | $ 440,000.00 |
| 1230 Hwy 83 Denver City, TX 79323 | Has 9,944 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 280,000.00 |
| 1936 Blackgold Rd. Levelland, TX 79336 | Has 2,500 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 330,000.00 |
| 3334 S. Service Rd I-20 Stanton, TX 79782 | Has 7,000 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 360,000.00 |
| 4326 TX 158 Midland, TX 79706 | Has salt-water disposal well (inactive) and a 1,500 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 75,000.00 |
| 4001 Brownfield Hwy Welch, TX 79377 | Has 7,500 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 330,000.00 |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | |
|---|---|---|---|---|
| 312 Pearl Parkway<br>Building 2, Suite 2405<br>San Antonio, TX 78215 | Has 4,000 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 50,000.00 |
| 1906 Main St<br>Eunice, NM 88231 | Vacant Lot | Fee Simple | Manager's Estimate of FLV | $ 60,000.00 |
| 220 S. Drake<br>Iraan, TX 79744 | Has a sqft 6,000 bldg | Fee Simple | Manager's Estimate of FLV | $ 100,000.00 |
| 2210 W. Broadway<br>Sweetwater, TX 79556 | Has a 4,500 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 360,000.00 |
| 601 Old Lubbock, Hwy<br>Snyder, TX 79549 | Has a 14,633 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 410,000.00 |
| 5805 Highway 97<br>Charlotte, TX 78011 | Has a 3,300 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 188,000.00 |
| 565 FM 80 S<br>Donie, TX 75838 | Has salt-water disposal well, 9.60 acres, raw undeveloped land | Fee Simple | Manager's Estimate of FLV | $ 160,000.00 |
| 1135 Polk Rd<br>Bowie, TX 76230 | Has inactive salt-water disposal welll, no building | Fee Simple | Manager's Estimate of FLV | $ 140,000.00 |
| Co Rd. 306<br>Seminole, TX 79360 | Has salt-water disposal well (contributed to Mid River), Land | Fee Simple | Manager's Estimate of FLV | $ 580,000.00 |
| US Hwy 82<br>Plains, TX 79355 | Has salt-water disposal well, land | Fee Simple | Manager's Estimate of FLV | $ 350,000.00 |
| 8th Street<br>Snyder, TX 79549 | Has salt-water well, land | Fee Simple | Manager's Estimate of FLV | $ 380,000.00 |
| FM 31134 & 137<br>Lenorah, TX 79749 | fluids station | Fee Simple | Manager's Estimate of FLV | $ 180,000.00 |
| 4326 TX 158<br>Midland, TX 79706 | Has salt-water disposal well, 1 bldg | Fee Simple | Manager's Estimate of FLV | $ 800,000.00 |
| 5800 Hwy 97<br>Charlotte, TX 78011 | Has salt-water disposal well, 1 bldg | Fee Simple | Manager's Estimate of FLV | $ 500,000.00 |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | |
|---|---|---|---|---|
| 4984 Hwy 44<br>Freer, TX 78357 | | Fee Simple | Manager's Estimate of FLV | $ 290,000.00 |
| US 87 and County Road U<br>Ackerly, TX 79713 | Land | Fee Simple | Manager's Estimate of FLV | $ 100,000.00 |
| Hwy 83 & 402 (SW corner)<br>Ashmore, TX | Land | Fee Simple | Manager's Estimate of FLV | $ 165,000.00 |
| Cemetary Rd<br>Roscoe, TX 79545 | No bldg | Fee Simple | Manager's Estimate of FLV | $ 125,000.00 |
| Hwy 87<br>Big Spring, TX 79720 | land only | Fee Simple | | Unknown |

## SWD LEASES

| Lease Description | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Bandera SWD | Salt Water Disposal Agreement dated August 16, 2004 between William Thomas Blake, Jr. and Ann Blake Rogers, Trustees of the William Thomas Blake Testamentary Trust and Melva C. Blake, and Bandera Exploration Company for property in Montague County, Texas, as amended by that certain Amendment and Extension dated May 24, 2005, that certain Second Amendment dated February 18, 2008, and that certain Third Amendment dated August 16, 2019 | Salt-water disposal agreement/lease | | | Unknown |
| McKeown SWD | Lease dated December 16, 1990 between Ronnie McKeown and wife Shirley McKeown and Well Solutions, Inc. for property in Lee County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Meisenheimer SWD | Non-Hazardous Oil & Gas Waste Disposal Site Lease Agreement dated June 1, 2011 between Charles Cotrone Disposal Company and Key Energy Services, LLC for property in Lee County, Texas, as amended by that certain First Amendment to Lease dated June 1, 2016 | Salt-water disposal agreement/lease | | | Unknown |
| Teeters SWD | Brine Lease Agreement dated June 1, 2016 between Seth Teeters and Key Energy Services, LLC for property in Hockley County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Teeters Brine Station | Brine Lease Agreement dated June 1, 2016 between Seth Teeters and Key Energy Services, LLC for property in Hockley County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Harper SWD | Salt Water Disposal Lease dated July 13, 2005 between Betty Moss Dean and O&O Operators, LLC for property in Ector County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Holland Porter SWD | Lease Agreement dated September 1, 2015 between Burleson 5060, LLC and Ashland 5060, LLC and Key Energy Services, LLC for property in Burleson County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Zapata Yard | Lease dated January 1, 2004 between Juan and Dolores Medina and Brooks Well Servicing, Inc. for property in Zapata County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Zapata SWD | Non-Hazardous Oil and Gas Waste Disposal Agreement (Lease No. 2) | Salt-water disposal | | | Unknown |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | | |
|---|---|---|---|---|---|
| | dated June 9, 2008 between Roberto Villarreal and wife Aminta R. Villarreal and Key Energy Services, LLC for property in Zapata County, Texas, as amended by that certain First Amendment to Lease dated December 22, 2015, that certain Second Amendment to Lease dated January 26, 2016, that certain Third Amendment to Lease dated February 26, 2016, that certain Fourth Amendment to Lease dated March 31, 2016, that certain Fifth Amendment to Lease dated May 31, 2016, that certain Sixth Amendment to Lease dated August 31, 2016, that certain Seventh Amendment to Lease dated September 30, 2016 and that certain Eighth Amendment to Lease dated January 31, 2017 | agreement/lease | | | |
| Zapata Yard | Non-Hazardous Oil and Gas Waste Disposal Agreement (Lease No. 1) dated June 9, 2008 between Roberto Villarreal and wife Aminta R. Villarreal and Key Energy Services, LLC for property in Zapata County, Texas, as amended by that certain First Amendment to Lease dated December 22, 2015, that certain Second Amendment to Lease dated January 26, 2016, that certain Third Amendment to Lease dated February 26, 2016, that certain Fourth Amendment to Lease dated March 31, 2016, that certain Fifth Amendment to Lease dated May 31, 2016, that certain Sixth Amendment to Lease dated August 31, 2016, that certain Seventh Amendment to Lease dated September 30, 2016 and that certain Eighth Amendment to Lease dated January 31, 2017 | Salt-water disposal agreement/lease | | | Unknown |
| Webb County School Board SWD | Lease of Real Property dated January 25, 1993 between Webb County and Texas Oilfield Environmental Services, Inc. for property in Webb County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Lindy G SWD | Saltwater Disposal Agreement dated February 9, 1995 between Larry J. Winkelmann and Dawson Well Solution, LC for property in Washington County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Brushy Creek SWD | Saltwater Disposal Agreement dated August 1, 2010 between Burlen T. McCabe, Jr. and wife Linda G. McCabe, and Key Energy Services, LLC for property in Lavaca County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Son of Big Bad SWD | Saltwater Disposal Agreement and Lease dated October 1, 2017 between the Wolfe Estate Family Trust and Key Energy Services, LLC for property in Howard County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Hutson SWD | Lease dated November 30, 1992 between Randall R. Hutson and wife Janet Dusek Hutson, and Taylor Disposal, Inc. for property in Fayette County, Texas, as amended by that certain Amendment and Modification of Salt Water Disposal Well Lease dated November 29, 2012 and that certain Second Amendment to Lease dated November 14, 2025 | Salt-water disposal agreement/lease | | | Unknown |
| Ector AU Fee SWD | Surface Lease for Salt Water Disposal Facility dated May 25, 2990 between Eloise Conger Davenport and Elaine Conger Gist, and Prairie Crude, Inc. for property in Ector County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Jeter Farmer SWD | Agreement and Lease dated August 4, 1989 between Ira Jeter, Jr. and James B. Farmer, and T.S.T. Paraffin Service Co., Inc. for property in Dawson County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Alma Brown SWD | Agreement dated June 7, 1967 between Alma Brown, Robert F. Brown, and Elena Brown, and Midwest Oil Corporation for property in Dawson County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Ozona Yard | Surface Lease dated July 1, 2007 between Taylor Box Land Limited Partnership and Key Energy Services, LLC for property in Crockett County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Earl Sebesta SWD | Non-Hazardous Oil and Gas Waste Disposal Agreement dated December 1, 2015 between The Earl Sebesta 2012 Trust and Key Energy Services, LLC for property in Burleson County, Texas | Salt-water disposal agreement/lease | | | Unknown |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | |
|---|---|---|---|---|
| Bettie SWD | Lease dated September 19, 1990 between Elaine M. Rychlik and Taylor Environmental, Inc. for property in Burleson County, Texas, as amended by that certain Amendment of Lease dated August 22, 2013 and that certain Second Amendment to Lease dated July 1, 2016 | Salt-water disposal agreement/lease | | Unknown |
| Christmas SWD | Saltwater Disposal Agreement dated May 5, 2000 between Bank of America, N.A., Trustee of the Millard Deck Testamentary Trust U/W of Millard Deck and Gold Star SWD, Ltd. for property in Lea County, New Mexico, as amended by that certain Amendment to Saltwater Disposal Agreement dated April 1, 2005 | Salt-water disposal agreement/lease | | Unknown |
| State S Water Station | Salt Mining Lease No. MS-0004 dated September 28, 1995 between the Commissioner of Public Lands and Gold Star SWD Ltd. for property in Lease County, New Mexico | Salt-water disposal agreement/lease | | Unknown |
| BKE SWD | Amended and Restated Saltwater Disposal Lease dated effective May 1, 2004 between Celia Valdez, Corina Urquidez, Concepcion Onsurez, Victor Onsurez, Melinda Thompson and Greg Martinez, and Yale E. Key, Inc. for property in Eddy County, New Mexico | Salt-water disposal agreement/lease | | Unknown |

## EASEMENTS AND ROWs

| EASEMENT DESCRIPTION | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Atha SWD | Easement and Right-of-Way Contract dated July 1, 1999 between W.T. Tivis, Jr. and wife Wilberta R. Tivis and McCasland Disposal System, LLC for property in Lea County, New Mexico | Easement | | | Unknown |
| Atha SWD | Surface Access Agreement dated May 24, 2017 between Dasco Cattle Company, LLC and Key Energy Services, LLC for property in Lea County, New Mexico | Easement | | | Unknown |
| Atha SWD | Right-of-Way Grant (Serial Number NM-131856) issued October 15, 2014 by the Bureau of Land Management to Key Energy Services, LLC for property in Lea County, New Mexico | Easement | | | Unknown |
| Teethers Brine Station | Fresh Water Purchase Agreement dated June 1, 2016 between Seth Teeters and Key Energy Services, LLC for property in Hockley County, Texas | Easement | | | Unknown |
| G.B. MCClain SWD | McClain Saltwater Disposal System Operating Agreement dated October 14, 1985 | Easement | | | Unknown |

**Fill in this information to identify your case:**

Debtor name **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): **25-50539**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From **1/1/2025** to Filing date<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other | $ **172,238.21** |
   | For prior year: | From **1/1/2024** to **12/31/2024**<br>MM/DD/YYYY  MM/DD/YYYY | ☒ Operating a business<br>☐ Other | $ **3,536,297.00** |
   | For the year before that: | From **1/1/2023** to **12/31/2023**<br>MM/DD/YYYY  MM/DD/YYYY | ☒ Operating a business<br>☐ Other | $ **15,566,104.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
   | For prior year: | From _____ to _____<br>MM/DD/YYYY  MM/DD/YYYY | _____ | $ _____ |
   | For the year before that: | From _____ to _____<br>MM/DD/YYYY  MM/DD/YYYY | _____ | $ _____ |

---

Copyright © Financial Software Solutions, LLC                                                                                     BlueStylus

| Debtor | Water Energy Services, LLC | Case number (if known) | 25-50539 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1**  **Multiple - will supplement**<br>Creditor's Name<br><br>Number       Street<br><br>City                           State   ZIP Code | **Multiple - will supplement** | $              0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1**  **Multiple - will supplement**<br>Insider's Name<br><br>Number       Street<br><br>City                           State   ZIP Code<br><br>**Relationship to debtor** | | $              0.00 | **Multiple - will supplement** |

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number (if known) | **25-50539** |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | **Multiple - will supplement** | **Multiple - will supplement** | _____ | $ _____ 0.00 |
| | Creditor's Name | | | |
| | | | | |
| | Number    Street | | | |
| | | | | |
| | City           State   ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | _____ | | _____ | $ _____ |
| | Creditor's Name | | | |
| | | | | |
| | Number    Street | | | |
| | | Last 4 digits of account number: XXXX– _____ | | |
| | City           State   ZIP Code | | | |

---

**Part 3:** **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Zydeco Ranch, LLC v. Water Energy Services, LLC** | _____ | _____ | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | _____ | | Number        Street | |
| | | | | |
| | | | City              State   ZIP Code | |

| Debtor | **Water Energy Services, LLC** | Case number (if known) | **25-50539** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2 | **Key Performance Petroleum Company vs. Water Energy Services, LLC and Nicholas Atkins** | **Judgment** | **191st Judicial Court, Dallas County** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| | Case Number | | **Court George Allen SR Building 600 Commerce, IV-D Court, 3rd Fl.** <br> Number    Street | |
| | **DC-23-04064** | | **Dallas            TX    75202** <br> City            State  ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3 | **OSC Energy, LLC v. Water Energy Services, LLC f/k/a Wiley Energy Services, LLC and Nicholas Atkins** | **Collection of Judgment** | **225 Judicial District Court of Bexar County, Texas** <br> Creditor's Name | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case Number | | **Bexar County Courthouse, 2nd Floor** <br> Number    Street | |
| | **2023CI24692** | | **San Antonio        TX    78205** <br> City            State  ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4 | **Reliant Energy Retail Services, LLC v. Water Energy Services, LLC** | | **234th District Court, Harris County** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case Number | | **201 Caroline St., 13th Floor** <br> Number    Street | |
| | | | **Houston            TX    77002** <br> City            State  ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5 | **Key Energy Services, LLC v. Water Energy Services, LLC** | **Homeowners Association; Civil** | **234th District Court, Harris County** <br> Creditor's Name | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case Number | | **201 Caroline St., 13th Floor** <br> Number    Street | |
| | **202316121** | | **Houston            TX    77002** <br> City            State  ZIP Code | |

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **BTG, LLC vs. Water Energy Services, LLC, Rodolfo Concha, Nicholas Atkins, Jamie Downs** (7.6) | **Default Judgment** | **234th Judicial District Court, Harris County** | ☒ Pending  ☐ On appeal  ☐ Concluded |

**7.6**

**Case Number**

**202420252**

Creditor's Name

**Harris County Civil Courthouse**
**201 Caroline, 13th Floor**
Number          Street

**Houston                    TX      77002**
City                              State    ZIP Code

---

**7.7**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**Terracon Consultants, Inc. vs. Water Energy Services, LLC**

**Case Number**

**2024CI11610**

**285th Judicial Court of Bexar County, Texas**
Creditor's Name

**100 Dolorosa**
Number          Street

**San Antonio                TX      78205**
City                              State    ZIP Code

☐ Pending  ☐ On appeal  ☐ Concluded

---

**7.8**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**Arguindegui Oil Company II Ltd. vs. Water Energy Services et al**

**Debt**

**Case Number**

**2024CV02708**

**285th Judicial Court of Bexar County, Texas**
Creditor's Name

**100 Dolorosa**
Number          Street

**San Antonio                TX      78205**
City                              State    ZIP Code

☒ Pending  ☐ On appeal  ☐ Concluded

---

**7.9**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**SB Fleet-Lube, LLC v. Water Energy Services, LLC And Nicholas Atkins**

**Consumer/Commercial/Debt ; Civil**

**Case Number**

**401-01876-2022**

**401st District Court, Collin County**
Creditor's Name

**Russell A. Steindam Courts Building**
**2100 Bloomdale Rd., 30030**
Number          Street

**Mckinney                    TX      75071**
City                              State    ZIP Code

☐ Pending  ☐ On appeal  ☒ Concluded

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Texas Mutual Insurance Company v. Water Energy Services, LLC** | **Debt/Contract** | **53rd District Court, Travis County** | ☐ Pending ☐ On appeal ☒ Concluded |
| 7.10 | | Creditor's Name | |
| **Case Number** | | **P.O. Box 1748** | |
| **D-1-GN-24-004221** | | Number    Street | |
| | | **Austin        TX    78767** | |
| | | City           State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Precision Pipe Rentals, LLC vs. Water Energy Services, LLC** | | **81st/218th District Court, Dallas County** | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.11 | | Creditor's Name | |
| **Case Number** | | **1405 Campbell Avenue** | |
| **24-06-00110-CVK** | | Number    Street | |
| | | **Jourdanton     TX    78026** | |
| | | City           State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Atascosa County, et al. v. Water Energy Services, LLC, et al.** | | **81st/218th District Court, Dallas County** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.12 | | Creditor's Name | |
| **Case Number** | | **1405 Campbell Avenue** | |
| **23-03-0213** | | Number    Street | |
| | | **Jourdanton     TX    78026** | |
| | | City           State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Mesa Southern CWS Acquisition, LP d/b/a Mesa Southern Well Servicing vs. Water Energy Services, LLC a/k/a WES** | **Demand for Judgment** | **81st/218th District Court, Dallas County** | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.13 | | Creditor's Name | |
| **Case Number** | | **1405 Campbell Avenue** | |
| **24-11-0897-CVA** | | Number    Street | |
| | | **Jourdanton     TX    78026** | |
| | | City           State  ZIP Code | |

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Milestone Environmental Services, LLC v. Water 7.14 Energy Services, LLC** | **Debt/Contract** | **98th District Court, Travis County**<br>Creditor's Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case Number<br>**D-1-GN-21-007186** | | **P.O. Box 1748**<br>Number          Street | |
| | | **Austin                     TX      78767**<br>City                                State    ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Butch's Rat Hole & Anchor Service, Inc. vs. Water 7.15 Energy Services, LLC** | **Judgment; Contractual Interest** | **Atascosa County Courthouse**<br>Creditor's Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case Number<br>**23-09-0552-CVA** | | **1 Courthouse**<br>**Courthouse Circle Dr., Ste. 4-B**<br>Number          Street | |
| | | **Jourdanton              TX      78026**<br>City                                State    ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **448 Supply, Inc. vs. Water 7.16 Energy Services, LLC** | | **Atascosa County, Texas**<br>Creditor's Name | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case Number | | Number          Street | |
| | | City                                State    ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Frankie Sebesta As A Trustee Of the Earl Sebesta 2012 Trust vs. WES and Salty Dog Service Company 7.17 LLC** | | **Burleson County, Texas**<br>Creditor's Name | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case Number | | Number          Street | |
| | | City                                State    ZIP Code | |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.18** | **Burleson Fifty-Sixty, LLC and Ashland 5060, LLC vs. Water Energy Services, LLC** | | **Burleson County, Texas** | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | | | Number        Street | |
| | | | City              State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.19** | **Badger CPA, LLC v. Water Energy Services, LLC et al** | **Debt; Civil** | **County Court 10** | ☑ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | **Bexar County Courthouse** | ☐ Concluded |
| | **2024CV06061** | | **100 Delarosa, Basement** | |
| | | | Number        Street | |
| | | | **San Antonio        TX     78205** | |
| | | | City              State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.20** | **Rangel, Jr. v. Arnulfo Gomez Coronado and Water Energy Services, LLC** | **tort claim** | **David Rangel, Jr.** | ☑ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | **c/o DANIEL J. T. SCIANO and BARRY H. BEER** | ☐ Concluded |
| | **24-01-15311-ZCV** | | **TINSMAN & SCIANO, INC.** | |
| | | | **10107 McAllister Freeway** | |
| | | | Number        Street | |
| | | | **San Antonio        TX     78216** | |
| | | | City              State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.21** | **Cashline Solutions, LLC v. Water Energy Services, LLC** | **Agreed Judgment** | **Harris County 80th District Court** | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☑ Concluded |
| | **202308396** | | **201 Caroline Street, 9th Floor** | |
| | | | Number        Street | |
| | | | **Houston            TX     77002** | |
| | | | City              State   ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.22** **Dolphin Graphics, Inc. v. Water Energy Services, LLC** | **Debt/Contract** | **Harris County District Court** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case Number** <br> **202343018** | | **125th Judicial District** <br> **49 San Jacinto St #303** <br> Number   Street | |
| | | **Houston**   **TX**   **77002** <br> City   State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.23** **Maynards Capital v. Water Energy Services et al** | **Debt/Breach of Contract** | **Leonard L. Williams Justice Center, Superior Court** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> **N24C-02-026** | | **500 N. King St.** <br> Number   Street | |
| | | **Wilmington**   **DE**   **19801** <br> City   State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.24** **Water Energy Services, LLC v. SK Capital Partners, LP** | **Commercial Contract** | **NY Supreme Court** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> **651751/2024** | | **60 Centre St** <br> Number   Street | |
| | | **New York**   **NY**   **10007** <br> City   State   ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.25** **Greenhunter Resources, Inc. Et Al V. Water Energy Services, LLC Et Al** | **Diversity-Account Receivable** | **Office of Clerk** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case Number** <br> **2:15cv2914** | | **Joesph P. Kinneary U.S. Courthouse** <br> **85 Marconi Boulevard** <br> Number   Street | |
| | | **Columbus**   **OH**   **43215** <br> City   State   ZIP Code | |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.26** **Zurich American Insurance Company Of Illinois V. Water Energy Services, LLC** | **Diversity-Insurance Contract** | **U.S. District Clerk's Office, San Antonio** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **5:20cv1456** | | **262 West Nueva Street, Room 1-400** <br> Number    Street <br><br> **San Antonio       TX    78207** <br> City         State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.27** **Unitedhealthcare Insurance Company v. Water Energy Services, LLC** | **Diversity-Insurance Contract** | **U.S. District Clerk's Office, San Antonio** <br> Creditor's Name | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| **Case Number** <br> **5:22cv1259** | | **262 West Nueva Street, Room 1-400** <br> Number    Street <br><br> **San Antonio       TX    78207** <br> City         State  ZIP Code | |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.28** **JB Hunt Transport, Inc. v. Water Energy Services, LLC** | **Diversity-Breach of Contract** | **US District Court Clerk** <br> Creditor's Name | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> **5:24cv398** | | **200 NW 4th St** <br> Number    Street <br><br> **Oklahoma City       OK    73102** <br> City         State  ZIP Code | |

8.    **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Debtor | Water Energy Services, LLC | Case number *(if known)* | 25-50539 |
|---|---|---|---|
| | Name | | |

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | **the receiver did not take possession of debtor property prepetition. However, she was appointed prepetition.** | |

**8.1** **Kathleen A. Hurren**
Custodian's name

$ _____ 0.00

**Case title**

**Court name and address**
**225th Judicial District of Bexar County**
Court's Name

**1718 San Pedro Ave**
Number     Street

**Case number**

**San Antonio     TX     78212**
City             State   ZIP Code

Number     Street

**Date of order or assignment**

City                State   ZIP Code

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** _____ Recipient's Name | | _____ | $ _____ |

_____
Number       Street

_____
City                State   ZIP Code

**Recipient's relationship to debtor**

_____

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** | | | $ |

---

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** **Hayward PLLC**<br>Recipient's Name | | **Feb 25, 2025** | $ **25,000.00** |
| **7600 Burnet Road, Suite 530**<br>Number        Street | | | |
| **Austin**          **TX**   **78757**<br>City            State   ZIP Code | | | |
| Email or website address<br>**haywardfirm.com** | | | |
| Who made the payment, if not debtor?<br>**RLC HOLDINGS, CORP** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | | | | $ |
| | Trustee | | | |

**13.    Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | | | | $ |
| | Recipient's Name | | | |
| | Number        Street | | | |
| | City                    State    ZIP Code | | | |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

**14.    Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| **14.1** | **312 Pearl Parkway Building 2, Suite 2405** | From   **1/1/2021**   To   **12/31/2024** |
| | Number        Street | |
| | **San Antonio**              **TX**    **78215** | |
| | City                    State    ZIP Code | |

| | Address | Dates of occupancy |
|---|---|---|
| **14.2** | **P.O. Box 1088** | From   **3/21/2022**   To   **3/21/2025** |
| | Number        Street | |
| | **Pleasanton**              **TX**    **78064** | |
| | City                    State    ZIP Code | |

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | Water Energy Services, LLC | Case number *(if known)* | 25-50539 |
|---|---|---|---|
| | Name | | |

---

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** _____ Facility Name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ Number      Street | | *Check all that apply:* ☐ Electronically |
| _____ City          State   ZIP Code | | ☐ Paper |

---

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes.  State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes.  Does the debtor serve as plan administrator?

☒ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No
☐ Yes

---

| Debtor | Water Energy Services, LLC | Case number *(if known)* | 25-50539 |
|---|---|---|---|
| | Name | | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State   ZIP Code | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State   ZIP Code | <br><br> **Address** | | ☑ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | Water Energy Services, LLC | Case number *(if known)* | 25-50539 |
|---|---|---|---|
| | Name | | |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** | | | ☐ No |
| Name | | | ☒ Yes |
| | **Address** | | |
| Number    Street | | | |
| City    State   ZIP Code | | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.** **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** | | | $ _____ |
| Owner's Name | | | |
| Number    Street | | | |
| City    State   ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

---

Debtor  __Water Energy Services, LLC_____     Case number *(if known)*  __25-50539__
         Name

| Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|
| **22.1** _____ | Name _____ | _____ | ☐ Pending |
| **Case Number** _____ | Number    Street _____ | | ☐ On appeal |
| | City            State  ZIP Code | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **23.1** Name _____ | Name _____ | | _____ |
| Number    Street _____ | Number    Street _____ | | |
| City        State  ZIP Code | City        State  ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **24.1** Name _____ | Name _____ | | _____ |
| Number    Street _____ | Number    Street _____ | | |
| City        State  ZIP Code | City        State  ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Debtor | Water Energy Services, LLC | Case number (if known) | 25-50539 |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.1** Mid River Midstream, LLC
Name

**Salt-water disposal well operator**

EIN: _____

**Dates business existed**

14725 South Padre Dr Ste 205
Number       Street

From   **8/30/2024**   To   **Present**

Corpus Christi      TX      78410
City                State   ZIP Code

---

26.    **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1** Badger CPA, LLC | From _____ To **Present** |
| Name | |
| c/o its Registered Agent, Shannon Badger | |
| 20907 Cactus Peak | |
| Number       Street | |
| San Antonio              TX      78258-7475 | |
| City                State   ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1** | From _____ To **Present** |
| Name | |
| | |
| Number       Street | |
| | |
| City                State   ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** | |
| Name | |
| | |
| Number       Street | |
| | |
| City                State   ZIP Code | |

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**26d.1** _____
Name

_____
Number        Street

_____
City                                    State    ZIP Code

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

**27.1** _____
Name

_____
Number        Street

_____
City                                    State    ZIP Code

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| **28.1** | Nicholas Atkins | 13750 San Pedro Ave., Suite 950 San Antonio, TX 78232 | Manager | 0.00 |
| **28.2** | Rodolfo Concha | 1763 Walnut Leaf Dr Walnut, CA 91789 | Sole member | 100.00 |

29.  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| **29.1** | | | | From _____ To **Present** |

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| **30.1** | | | | |
| | Recipient's Name | | | |
| | | | | |
| | Number        Street | | | |
| | | | | |
| | City                          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/18/2025
                        MM/DD/YYYY

✗  **/s/ Rodolfo Concha**                                          Printed name  **Rodolfo Concha**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court

### Western District of Texas

In re  **Water Energy Services, LLC**

Debtor(s)

Case No.  __25-50539__

Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  04/18/2025

/s/ Rodolfo Concha
**Rodolfo Concha**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**448 Supply, LLC**
**c/o Registered Agent, Harold E. Hosea**
**1482 FM 448**
**Giddings, TX 78942**

**Accounts Receivable Collection Group**
**P.O. Box 1059**
**Round Rock, TX 78680**

**Ace Gathering, Inc.**
**24275 Katy Freeway, Ste. 325**
**Katy, TX 77494**

**Ace Gathering, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

**Actuaries Associates**
**200 Bartlett Drive, Suite 115**
**El Paso, TX 79912**

**ADP, Inc.**
**One ADP Blvd.**
**Roseland, NJ 07068**

**ADP, LLC**
**1851 N. Resler Drive**
**MS-100**
**El Paso, TX 79912**

**Airgas USA, LLC**
**259 N. Rador-Chester Rd. Ste. 100**
**Radnor, PA 19087**

Copyright © Financial Software Solutions, LLC

**Airgas USA, LLC**
**409 N. Grimes St**
**Hobbs, NM 88240**


**Airgas USA, LLC**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**


**Airgas USA, LLC**
**P.O. Box 1152**
**Tulsa, OK 74101**


**Alejandro Pando**
**503 S 14th St.**
**Brownfield, TX 79316**


**Allen Bryson, PLLC**
**Attn: Mario A. Lamar, Esq.**
**4131 N Central Expy., Suite 900**
**Dallas, TX 75201-2120**


**Alliance Energy, LLC**
**1344 HWY 82**
**Plains, TX 79355**


**Altus Receivables Management**
**PO Box 186**
**Metairie, 70004**


**Amp Tech, LLC**
**508 West Comanche Drive**
**Hobbs, NM 88240**

Copyright © Financial Software Solutions, LLC

**Antonio Acevedo**
**1010 Elm Street**
**Zapata, TX 78076**


**ARGUINDEGUI OIL COMPANY II LTD**
**6551 Star Court**
**Laredo, TX 78041**


**Arguindegui Oil Company II Ltd.**
**c/o Sanderford & Carroll**
**Attn: Bethany F. Beck, Esq.**
**1100 NE Loop 410, Suite 610**
**San Antonio, TX 78209**


**Arnold Oil Company Fuels, LLC**
**c/o its Registered Agent, James F. Arnold**
**5905 Burleson**
**Austin, TX 78744**


**Arnold Oil Company Fuels, LLC**
**P.O. BOX 18089**
**Austin, TX 78760-8089**


**AT&T**
**P.O. Box 105414**
**Atlanta, GA 30348-5414**


**AT&T Bankruptcy Center**
**2270 Lakeside Blvd,**
**7th Floor Richardson**
**Richardson, TX 75082**


**AT&T Mobility - Zapata**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**


Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Atascosa County Tax Assessor-Collector**
**Attn: Loretta Holley**
**1001 Oak St.**
**Jourdanton, TX 78026-2849**


**Atascosa County, et al.**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**Attn: Bradley S. Balderrama, Sonia A. Gonzalez, & Ronald E. Rocha**
**112 E. Pecan Street, Suite 2200**
**San Antonio, TX 78205**


**Badger CPA Firm**
**18402 U.S. Hwy 281 N, Suite 281**
**San Antonio, TX 78259**


**Badger CPA, LLC**
**c/o its Registered Agent, Shannon Badger**
**20907 Cactus Peak**
**San Antonio, TX 78258-7475**


**Baldomero Rivera**
**414 Mira Flores Avenue**
**Zapata, TX 78076**


**BANISTER  & MILLER, PLLC**
**23410 Grand Reserve Dr., Suite #501**
**Katy, TX 77494**


**Bank of America**
**P.O. Box 789**
**Neenah, WI 54957-0789**


**Barron Service Parts Co.**
**409 E 2nd St.**
**Odessa, TX 79761**

Copyright © Financial Software Solutions, LLC

**BearCom Operating, LLC**
**c/o its Registered Agent, Cogency Global, Inc.**
**1601 Elm Street, Suite 4360, Suite 620**
**Dallas, TX 75201**

**BearCom Operating, LLC d/b/a BearCom**
**4009 Distribution Dr., Ste. 200**
**Garland, TX 75041**

**Benny Reyes**
**1814 Ave I**
**Levelland, TX 79336**

**Big Country Electric Cooperative**
**P.O. Box 518**
**Roby, TX 79543**

**Big Country Electric Cooperative, Inc.**
**c/o its Registered Agent, D Mark McClain**
**1010 West South 1st**
**P.O. Box 518**
**Roby, TX 79543**

**BRADLEY ARANT BOULT CUMMINGS LLP**
**600 Travis St, Suite 5600**
**Houston, TX 77002**

**Brando Rivera**
**No Address**

**Broco-Hortain LLC**
**6 Raydon Ln**
**Houston, TX 77024**

Copyright © Financial Software Solutions, LLC

**Broken Spearhead, Inc.**
**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**
**Corpus Christi, TX 78418-6505**


**Bryant Electric-SWD**
**P.O. BOX 1344**
**Levelland, TX 79336**


**BRYANT ELECTRICAL SERVICES, INC.**
**c/o its Registered Agent, Mike L. Bryant**
**2106 Old Ox Rd.**
**Spring, TX 77386**


**BTG, LLC**
**c/o Robert G. Smith**
**Trent W. Rexing**
**Mayer LLP**
**2900 North Loop West, Suite 500**
**Dallas, TX 75201**


**BTG, LLC**
**P.O. Box 470248**
**Tulsa, OK 74147**


**BTU-(E)**
**P.O. Box 8000**
**Bryan, TX 77805-8000**


**Buddy C. Lee**
**P.O. Box 3**
**Bowie, TX 76230**


**Butch's Casing Division**
**105 Ranch Road 6086C**
**Laredo, TX 78040**

Copyright © Financial Software Solutions, LLC

**Butch's Rat Hole & Anchor Service, Inc.**
**c/o its Registered Agent, Scott Bryant**
**700 Austin**
**Levelland, TX 79336**


**Butch's Rat Hole & Anchor Service, Inc.**
**P.O. Box 1323**
**Levelland, TX 79336**


**Butch's Rat Hole & Anchor Services, Inc.**
**c/o Andrews Myers, P.C.**
**Attn: Andrew S. Harris & Ryan J. McKee**
**919 Congress Avenue, Suite 1050**
**Austin, TX 78701**


**C2C Resources, LLC**
**1455 Lincoln Pkwy E, Suite 550**
**Atlanta, GA 30346**


**Carlos Ramirez**
**275 W Lake Blvd.**
**Cayuga, TX 75832**


**Carlos Rodriguez**
**206 4th Street**
**Zapata, TX 78076**


**Charlotte Supply Company, Inc.**
**c/o its Registered Agent, Jose M. De Los Santos Jr.**
**40 Bruce Place**
**Charlotte, TX 78011**


**Charlotte Supply, Inc.**
**P.O. Box 800**
**Charlotte, TX 78011**

Copyright © Financial Software Solutions, LLC

**Chemplex Solvay Group**
**P.O. Box 733133**
**Dallas, TX 75373**


**City of Denver**
**P.O. Box 1539**
**Denver City, TX 79323**


**City of Eunice**
**P.O. Box 147**
**Eunice, NM 88231**


**Clements Fluids South Texas, Ltd.**
**4710 Kinsey Dr., Suite 200**
**Tyler, TX 75703**


**Clements Fluids South Texas, Ltd.**
**5701 Old Bullard Road, PMB #20**
**Tyler, TX 75703**


**Clements Fluids South Texas, Ltd.**
**c/o its Registered Agent, Rowan Law Firm, P.C.**
**2325 Oak Alley**
**Tyler, TX 75703**


**Clydes Refrigeration, Inc.**
**1911 NE Mustang Drive**
**Andrews, TX 79714**


**Clydes Refrigeration, Inc.**
**P.O. Box 923**
**Andrews, TX 79714**


**CMI**
**6704 Guada Coma**
**Schertz, TX 78154**

Copyright © Financial Software Solutions, LLC

**Coastal Chemical Co.**
**3520 Veterans Memorial Drive**
**Abbeville, LA 70510**


**Coastal Chemical Co., LLC**
**13858 LA Hwy. 92**
**Maurice, LA 70555**


**Coastal Chemical Co., LLC**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Coastal Packers and Service Tools, LLC**
**484 FM 1300 Rd.**
**El Campo, TX 77437**


**Coastal Packers and Service Tools, LLC**
**P.O. Box 91**
**El Campo, TX 77437-0091**


**Community Bank & Trust - West Georgia**
**201 Broad Street**
**P.O. Box 1489**
**Lagrange, GA 30240**


**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**


**Concur Technologies, Inc.**
**6222 185th Avenue NE**
**Redmond, WA 98052**

Copyright © Financial Software Solutions, LLC

**Concur Technologies, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

**Control Concepts**
**6635 Theall Road**
**Houston, TX 77066**

**Control Concepts, Inc.**
**8748 Clay Rd., Ste. 320**
**Houston, TX 77080**

**COT Oil Tool, Inc.**
**1106 Co Rd. 234**
**Giddings, TX 78942**

**COT Oil Tool, Inc.**
**c/o Registered Agent, Ervin N. Cockrell**
**178 Thomas Ridge Road**
**Burnet, TX 78611**

**COT Oil Tool, Inc.**
**P.O. Box 1619**
**Giddings, TX 78942**

**Crockett County Tax Office**
**c/o Michelle Medley PCAC**
**P.O. Box Drawer H**
**909 Avenue D**
**Ozona, TX 76943**

**Curtis L. Walker, D.C.**
**900 E 15th Pl**
**Sweetwater, TX 79556-2562**

Copyright © Financial Software Solutions, LLC

**David Hoffman**
**P.O. Box 904**
**Bloomington, TX 77951**

**Dawson County Central Appraisal District**
**c/o Norma J. Brock**
**PO Box 797**
**1806 Lubbock Highway**
**Lamesa, TX 79331**

**Debbie Lind**
**4669 Coughram Rd.**
**Pleasanton, TX 78064**

**Diamond P Lease & Well Service**
**P. O. Box 203**
**Dime Box, TX 77853**

**Diamond P. Lease & Well Service, Inc.**
**c/o its Registered Agent, John M. Schuman**
**7981 FM 141**
**Dime Box, TX 77853**

**Documation**
**Registered Agent:**
**Preston Woolfolk**
**4560 LOCKHILL SELMA ROAD, SUITE 100**
**San Antonio, TX 78249**

**Dolphin Graphics, Inc.**
**5601 Bintliff Dr #530**
**Houston, TX 77036**

**Dore Rothberg Law, P.C.**
**Attn: Shira Bahadur Ali, Esq.**
**16225 Park Ten Place Dr., Suite 700**
**Houston, TX 77084**

Copyright © Financial Software Solutions, LLC

**Dornak Auto Parts, Inc.**
**1107 Oak Street**
**Jourdanton, TX 78026**


**Double Z Real Estate, LLC**
**c/o its Registered Agent, Bobby Teichroeb**
**2400 Oak Ridge Ln**
**Seminole, TX 79360**


**Double Z Real Estate, LLC**
**P.O. Box 1783**
**Seminole, TX 79360**


**Duval County Tax Office**
**c/o Roberto Elizondo**
**PO Box 337**
**San Diego, TX 78384**


**EcoStream Permian ST1, LLC**
**2140 Blvd., Ste. L-203**
**Southlake, TX 76092**


**Emilio Reyes**
**15235 Adams Street**
**Cayuga, TX 75832**


**Enrique Manrique**
**2902 Blaine Street**
**Laredo, TX 78043**


**Enverus, Inc.**
**c/o its Registered Agent, Legalinc Corporate Services, Inc.**
**10601 Clarence Drive, Suite 250**
**Frisco, TX 75033**

Copyright © Financial Software Solutions, LLC

**Enverus, Inc.**
**P.O. Box 5545**
**Austin, TX 78763-5545**


**Enverus, Inc.**
**P.O. Box 735594**
**Dallas, TX 75373**


**Evans Electric Service**
**P.O. Box 563**
**Bowie, TX 76230**


**First Insurance Company**
**450 Skokie Blvd., Ste. 1000**
**Northbrook, IL 60062 Qatar**


**Fitzpatrick Tubing Services, LLC**
**311 S Meadow Ln.**
**P.O. Box 1149**
**El Campo, TX 77437**


**Flow Chem Technologies, LLC**
**11200 Westheimer Road, Suite 612**
**Houston, TX 77042**


**Flow Chem Technologies, LLC**
**289 Cutlass Loop**
**Rayne, LA 70578**


**Forrest Tire Co., Inc.**
**P.O. Box 1778**
**Carlsbad, NM 88221**


**Forrest Tire Company, Inc.**
**414 S Canal**
**Carlsbad, NM 88220**

Copyright © Financial Software Solutions, LLC

**Forrest Tire Company, Inc.**
**c/o Registered Agent, Richard J. Forrest III**
**9801 Highway 87**
**Lubbock, TX 79423**

**Franklin & Son, Inc.**
**807 Lamesa Hwy.**
**Stanton, TX 79782**

**Franklin & Son, Inc.**
**P.O. Box 1249**
**Stanton, TX 79782**

**Freer Independent School District Tax Office**
**P.O. Box Drawer X**
**Freer, TX 78357**

**Frontier Services, Inc.**
**P.O. Box 740407**
**Cincinnati, OH 45274**

**Gaines County Appraisal District**
**P.O. Box 490**
**Seminole, TX 79360**

**Genco Energy Services, Inc.**
**1701 West State Highway 107**
**Mcallen, TX 78504**

**Gibbins Services, LLC**
**c/o its Registered Agent, Robert C. Hankins II**
**3093 Highway 59 North**
**Bowie, TX 76230**

Copyright © Financial Software Solutions, LLC

**Gibbins Services, LLC**
**P.O. Box 511**
**1007 E Wise St**
**Bowie, TX 76230**


**Glenn J. Deadman, Esq.**
**1515 N. St. Mary's Street**
**San Antonio, TX 78215**


**Got Safety? LLC**
**c/o its Registered Agent, Estella Serna**
**1264 Vikki Carr Lane**
**El Paso, TX 79936**


**Got Safety? LLC**
**P.O. Box 3432**
**Hobbs, NM 88240**


**Grady White**
**P.O. Box 416**
**Devine, TX 78016**


**Gravity Water Midstream**
**P.O. Box 7341**
**Dallas, TX 75373**


**Greenberg, Grant & Richards, Inc.**
**5858 Westheimer #500**
**Houston, TX 77057**


**Gustavo Solis**
**224 Vista Hermosa**
**Zapata, TX 78076**

Copyright © Financial Software Solutions, LLC

**Gustavus Trucking, LLC**
**c/o its Registered Agent, Steven L. Gustavus**
**13238 Chelsea Ln.**
**Franklin, TX 77856**


**Gustavus Trucking, LLC**
**P.O. Box 1303**
**Franklin, TX 77856**


**H&E Equipment Services, Inc.**
**3510 Roy Orr Blvd.**
**Grand Prairie, TX 75050-4246**


**H&E Equipment Services, Inc.**
**Attn: Carmen M. Sierra**
**9200 East 96th Avenue**
**Henderson, CO 80640**


**H&E Equipment Services, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**


**Haarmeyer Electric, Inc.**
**310 East Avenue D**
**Lovington, NM 88260**


**Harris County Toll Road Authority**
**Attn: Bankruptcy Dept.**
**7701 WILSHIRE PL DR**
**Houston, TX 77040**


**HES**
**13443 W. Highway 71**
**Bee Cave, TX 78738**

Copyright © Financial Software Solutions, LLC

**Higginbotham Insurance Agency**
**4800 E. University Blvd., Ste. #B**
**Odessa, TX 79764**


**HNR Oil Services, LLC**
**2233 CR 247**
**Falls City, TX 78113**


**HNR Oil Services, LLC**
**c/o its Registered Agent, Raymond L. Ross  Jr.**
**2628 TX36S #307**
**Brenham, TX 77833**


**Horizon Cable Service, Inc.**
**P.O. Box 270895**
**Oklahoma City, OK 73137**


**Houston Hefley**
**900 CR 768**
**Devine, TX 78016**


**Howard Supply Company, LLC**
**4100 International Plaza, Suite 850**
**Fort Worth, TX 76109**


**Hwy FM 1357 Fresh Water Station**
**2450 FM 1357**
**Midland, TX 79706**


**Internal Revenue Service**
**8122 Datapoint Dr., Ste. 1200**
**Mail Stop 5320 SANC**
**San Antonio, TX 78229-3658**

Copyright © Financial Software Solutions, LLC

**Internal Revenue Service**
**Centralized Insolvency Office**
**P.O. Box 7346**
**Philadelphia, PA 73301**


**Internal Revenue Service**
**P.O. Box 145595**
**MC 8420G**
**Cincinnati, OH 45250-5595**


**Jaime Downs**
**1120 Cardinal**
**Pleasanton, TX 78064**


**James Mineau**
**P.O. Box 341**
**George West, TX 78022**


**JB Hunt Transport, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**JB Hunt Transport, Inc.**
**c/o McDaniel Acord, PLLC**
**Attn: Benjamin S. Saunier & Bryan C. Dixon, Jr.**
**9343 E. 95th Ct**
**Tulsa, OK 74133**


**JB Hunt Transport, Inc.**
**P.O. Box 130**
**Lowell, AR 72745**


**Jose Vallejo Sr.**
**P.O. Box 14983**
**Zapata, TX 78076**

Copyright © Financial Software Solutions, LLC

**JP Morgan Chase Bank**
**P.O. Box 807**
**Neenah, WI 54957-0807**

**K&H Portable Toilets, Inc.**
**c/o its Registered Agent, John Kenjura**
**1004 N Park Street**
**Brenham, TX 77833**

**K&H Portable Toilets, Inc.**
**P.O. Box 1924**
**Brenham, TX 77834-1924**

**Kaplan Electric, LLC**
**4251 Chickadee Rd**
**Ropesville, TX 79358**

**Kaplan Electric, LLC**
**4920 S Loop 289, Ste. 101**
**Lubbock, TX 79414-4724**

**Key Energy Services**
**6 Desta Dr., Suite 4400**
**Midland, TX 79705-5540**

**Key Energy Services, LLC**
**c/o Gibson Dunn**
**Attn: Collin J. Cox, Esq.**
**811 Main Street, Suite 3000**
**Houston, TX 77002-6117**

**Key Performance Petroleum Company**
**c/o Registered Agent, Mark Jackson**
**1558 N. La Salle**
**Navasota, TX 77868**

Copyright © Financial Software Solutions, LLC

**Key Performance Petroleum Company**
**c/o Wright Law Group, PLLC**
**Attn: Rebecca L. Munoz**
**3120 Southwest Fwy., Suite 101**
**PMB #84356**
**Houston, TX 77098**

**Kimball Midwest**
**Dept. L-2780**
**Columbus, OH 43260-2780**

**L&S Pump Repair And Machine Shop, LLC**
**1138 SM Tucker Rd.**
**Pollok, TX 75969**

**L&S Pump Repair And Machine Shop, LLC**
**6999 US HWY 59N**
**Lufkin, TX 75901**

**L&S Pump Repair And Machine Shop, LLC**
**c/o its Registered Agent, Kevin Strickland**
**1510 Atkinson Drive**
**Lufkin, TX 75901**

**Laake Oilfield Service**
**P.O. Box 938**
**Jacksboro, TX 76458**

**Laake Oilfield Service, LLC**
**c/o its Registered Agent, Yancey Laake**
**1324 Marley Road**
**Jacksboro, TX 76458**

**Lea County Electric Cooperative, Inc.**
**1300 W. Ave. D**
**Lovington, NM 88260**

Copyright © Financial Software Solutions, LLC

**Lea County Electric Cooperative, Inc.**
**c/o its Registered Agent, Helwig Law Firm**
**317 N. Main**
**Denver City, TX 79323**


**Lea County Electric Cooperative, Inc.**
**P.O. Drawer 1447**
**Lovington, NM 88260**


**Leasing Associates**
**P.O. Box 203174**
**Dallas, TX 75320-3174**


**Lee County**
**898 E. Richmond St, Suite 103**
**Giddings, TX 78942**


**Lee County**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**P.O. Box 17428**
**Austin, TX 78760**


**Lida Ogonowski**
**122 Dresden Wood Dr.**
**Boerne, TX 78006**


**Linebarger Goggan Blair & Sampson, LLP**
**1512 S. Lone Star Way**
**Edinburg, TX 78539**


**Live Oak County Appraisal District**
**Attn: Bankruptcy Department**
**P.O. Box 2370**
**George West, TX 78022**

Copyright © Financial Software Solutions, LLC

**Lone Star Industries**
**P.O. Box 18857 E. Hwy 359**
**Hebbronville, TX 78361**

**Lone Tree Environmental Systems, LLC**
**4025 112th St.**
**Lubbock, TX 79423**

**Lovein Ribman, LP**
**Attn: Andrew Patchan, Esq.**
**1225 S. Main Street, Suite 200**
**Grapevine, TX 76051**

**Luis Serna**
**277 Ladera Dr.**
**Zapata, TX 78076**

**Lytle Soule & Felty, P.C**
**Attn: Eric L. Combs & Matthew K Felty**
**119 N Robinson Ave, Suite 1200**
**Oklahoma City, OK 73102**

**M&M Disposal**
**P.O. Box 12**
**Stanton, TX 79782**

**M&M Disposal, LLC**
**c/o its Registered Agent, Jose Vicente Magdaleno**
**872 County Road 120**
**Georgetown, TX 78626-2296**

**Machinery Auctioneers of Texas, LLC**
**19760 Interstate 35 S**
**Lytle, TX 78052**

Copyright © Financial Software Solutions, LLC

**Machinery Auctioneers of Texas, LLC**
**c/o its Registered Agent, Terry Dickerson**
**150 Double Gate Rd.**
**Castroville, TX 78009**

**Machinery Auctioneers of Texas, LLC**
**P.O. Box 977**
**Castroville, TX 78009**

**Madole Equipment Rental**
**P.O. Box 11074**
**College Station, TX 77842**

**Madole Equipment Rental & Sales, Inc.**
**c/o its Registered Agent, Kimberly R. Montgomery**
**7641 Hwy 30**
**Anderson, TX 77830**

**Mayer, LLP**
**Attn: Robert G. Smith, Jr., Esq.**
**2900 North Loop West, Ste. 500**
**Houston, TX 77092**

**Mayer, LLP**
**Attn: Trent W. Rexing, Esq.**
**750 N. St. Paul St., Ste. 700**
**Dallas, TX 75201**

**Maynards Capital, LP**
**5310 E High St. Ste. 310**
**Phoenix, AZ 85054**

**Maynards Capital, LP**
**c/o Lisa Tancredi, Esq.**
**Womble Bond Dickinson, LLP**
**1313 North Market Street**
**Wilmington, DE 19801**

Copyright © Financial Software Solutions, LLC

**Mesa Southern Well Servicing**
**Dept. 117, P.O. Box 4458**
**Houston, TX 77210-4458**

**Mid River Midstream LLC**
**15405 Salt Cay Ct 704**
**Corpus Christi, TX 77024**

**Midland Central Appraisal district**
**P.O. Box 6037**
**Midland, 79704**

**Midland Reporter-Telegram**
**P.O Box 3065017**
**Des Moines, IA 50306**

**Miguel Chairez**
**327 Kopplow**
**San Antonio, TX 78221**

**Milestone Environmental Services, LLC**
**20 University Road, Ste. 360**
**Cambridge, MA 02138**

**Milestone Environmental Services, LLC**
**c/o C T Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

**Milestone Environmental Services, LLC**
**c/o Chapoton Sander Scarborough, LLP**
**Attn: Jeremy James Sanders, Esq.**
**952 Echo Ln., Ste. 380**
**Houston, TX 77024-2814**

Copyright © Financial Software Solutions, LLC

**Montesan, LLC**
**c/o MSG Management, Inc.**
**Attn: Mr. Victor Andonie**
**13750 San Pedro Ave., Ste. B10**
**San Antonio, TX 78232**

**Morris James**
**500 Delaware Avenue, Suite 1500**
**P.O. Box 2306**
**Wilmington, DE 19899-2306**

**Morris James, LLP**
**500 Delaware Ave, Suite 1500**
**Wilmington, DE 19801**

**Nationwide Notice, Inc.**
**P.O. Box 542165**
**Lake Worth, FL 33454**

**New Mexico Gas Company - (E)**
**P.O. Box 27885**
**Albuquerque, NM 87125-7885**

**NGL Water Solutions-Eagle-Ford, LLC**
**3773 Cherry Creek North Drive, Ste. 1000**
**Denver, CO 80209**

**NGL Water Solutions-Eagle-Ford, LLC**
**Attn: Treasury**
**6120 South Yale Ave #805**
**Tulsa, OK 74136**

**NGL Water Solutions-Eagle-Ford, LLC**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Copyright © Financial Software Solutions, LLC

**Nicholas Atkins**
**22519 Viajes**
**San Antonio, TX 78261**


**Oil Tool Solutions, LLC**
**10202 Fairbanks North Rd.**
**Houston, TX 77064**


**Oil Tool Solutions, LLC**
**4065 S. Eliot Street**
**Englewood, CO 80110**


**Oil Tool Solutions, LLC**
**c/o its Registered Agent, InCorp Services, Inc.**
**815 Brazos St., Ste. 500**
**Austin, TX 78701**


**Oklahoma Turnpike Authority**
**3500 North Martin Luther King Avenue**
**Oklahoma City, OK 73111**


**Oklahoma Turnpike Authority**
**PO Box 11255**
**Oklahoma City, OK 73136**


**Optimum Business**
**No Address**


**OSC Energy, LLC**
**952 Farm to Market 99**
**Whitsett, TX 78075**

Copyright © Financial Software Solutions, LLC

**OSC Energy, LLC**
**c/o The Winter Law Firm, PLLC**
**Attn: West W. Winter, Esq.**
**9601 McAllister Freeway, Suite 401**
**San Antonio, TX 78216**


**OSC Energy, LLC**
**P.O. Box 6012**
**Corpus Christi, TX 78466**


**Oscar Navarro Garza**
**1407 Mahogany Avenue**
**Zapata, TX 78076**


**Oscar Villarreal Jr.**
**104 Ann Dr.**
**Zapata, TX 78076**


**Patriot Safety and Services, LLC**
**201 E. Michigan Ave.**
**Midland, TX 79701**


**Patriot Safety and Services, LLC**
**28003 Amalfi**
**San Antonio, TX 78260-4446**


**Patriot Safety and Services, LLC**
**3001 W. Illinois Ave., Ste. 2B2**
**Midland, TX 79701**


**Patriot Safety and Services, LLC**
**c/o its Registered Agent, Charles A. Moster**
**4920 S. Loop 289, Suite 101**
**Lubbock, TX 79414**

Copyright © Financial Software Solutions, LLC

**Perdue Brandon Fielder Collins & Mott, LLP**
**500 East Border St, Suite 640**
**Arlington, TX 76010**


**Perdue Brandon Fielder Collins & Mott, LLP**
**PO Box 817**
**LUBBOCK, TX 79408**


**Peter Teichroeb Farms**
**446 US Highway 385**
**Seminole, TX 79360**


**Phelps Dunbar, LLP**
**Attn: Peri H. Alkas, Esq.**
**One Shell Plaza**
**910 Louisiana, Suite 4300**
**Houston, TX 77002**


**Precision Pipe Rentals, LLC**
**2114 FM 1208**
**Stanton, TX 79782**


**Precision Pipe Rentals, LLC**
**4767 W. Hwy 72**
**Kenedy, TX 78119**


**Precision Pipe Rentals, LLC**
**c/o Germer PLLC**
**Attn: Chad J. Castille**
**2949 Allen Parkway, Suite 2900**
**Houston, TX 77019**


**Premium Oilfield Technologies, LLC**
**6350 W. Sam Houston Parkway N., Ste. 150**
**Houston, TX 77041**

Copyright © Financial Software Solutions, LLC

**Premium Oilfield Technologies, LLC**
**c/o its Registered Agent, Capitol Corporate Services, Inc.**
**1501 S. MoPac Expy., Ste. 220**
**Austin, TX 78746**

**Premium Oilfield Technologies, LLC**
**P.O. Box 208570**
**Dallas, TX 75320**

**Pye-Barker Fire & Safety**
**P.O. Box 735358**
**Dallas, TX 75373-5358**

**Pye-Barker Fire & Safety, LLC**
**11605 Haynes Bridge Rd., Suite 350**
**Alpharetta, GA 30009**

**Pye-Barker Fire & Safety, LLC**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**

**Rackspace US, Inc.**
**1 Fanatical Place**
**San Antonio, TX 78218**

**Rackspace US, Inc.**
**800 Brazos, Ste. 400**
**Austin, TX 78701-2548**

**Rackspace US, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**

Copyright © Financial Software Solutions, LLC

**Railroad Commission of Texas**
**P.O. Box 12967**
**Austin, TX 78711-2967**


**Reliant**
**P.O. Box 1532**
**Houston, TX 77251-1532**


**Republic Services**
**P.O. Box 78829**
**Phoenix, AZ 85062**


**Resound Networks, LLC**
**119 Western Street**
**Pampa, TX 79065**


**Resound Networks, LLC**
**c/o its Registered Agent, Bryan E. Waldrip**
**100 N Cuyler**
**Pampa, TX 79065**


**Resound Networks, LLC**
**P.O. Box 1741**
**Pampa, TX 79066**


**Reynaldo Diaz**
**912 Juarez Ave**
**Zapata, TX 78076**


**Roberto Rodriguez**
**206 4th Street**
**Zapata, TX 78076**

Copyright © Financial Software Solutions, LLC

**Roberto Villarreal**
**c/o EK&R Attorneys, L.L.P.**
**6521 N. 10th St, Ste. A**
**McAllen, TX 78504**


**Roberto Villarreal and Aminta Villarreal**
**P.O. Box 35**
**Zapata, TX 78076**


**Rodolfo Concha**
**1763 Walnut Leaf Drive**
**Walnut, CA 91789-3648**


**Rodolfo Concha**
**1783 Walnut Leaf Dr.**
**Walnut, CA 91789**


**Ross, Smith, Binford, PC**
**700 North Pearl Street, Suite 1610**
**Dallas, TX 75201**


**Royce Fernandez**
**604 Winship Rd.**
**Pleasanton, TX 78064**


**Rudy Gonzales**
**P.O. Box 303**
**Plains, TX 79355**


**Ryan Carreon, Esq.**
**500 Delaware Ave, Suite 1500**
**Wilmington, DE 19801**

Copyright © Financial Software Solutions, LLC

**Safety-Kleen Systems, Inc.**
**5400 Legacy Dr.**
**Cluster II Building 3**
**Plano, TX 75024**

**Safety-Kleen Systems, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

**Safety-Kleen Systems, Inc.**
**P.O. Box 975201**
**Dallas, TX 75397**

**Salty Dog Service Company, LLC**
**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**
**Corpus Christi, TX 78418-6505**

**Saul Guadarrama**
**2281 Calle Loma**
**Eagle Pass, TX 78852**

**SBSB Eastham**
**807 North Upper Broadway, Suite 201**
**Corpus Christi, TX 78401**

**Scurry County Tax Office**
**1806 25th St**
**Snyder, TX 79549**

**Select Aqua Libre Midstream/Select Energy**
**P.O. BOX 203997**
**Dallas, TX 75320-3997**

Copyright © Financial Software Solutions, LLC

**Select Water Solutions**
**1820 Interstate 35**
**Gainesville, TX 76240**

**Select Water Solutions, LLC**
**c/o its Registered Agent, Capitol Corporate Services, Inc.**
**1501 S Mopac Expy., Ste. 220**
**Austin, TX 78746**

**Shuster Law, PLLC**
**Attn: Austin Harline, Esq.**
**860 Hebron Parkway, Suite 303**
**Lewisville, TX 75057**

**Shuster Law, PLLC**
**Attn: David J. Shuster, Esq.**
**860 Hebron Pkwy. #303**
**Lewisville, TX 75057**

**Sitepro Inc.**
**9502 HWY 87**
**Lubbock, TX 79423**

**Sitepro Inc.**
**c/o its Registered Agent, Capitol Corporate Services, Inc.**
**1501 S Mopac Expy., Ste. 220**
**Austin, TX 78746**

**SK Capital Partners, LP**
**430 Park Ave, 18th Floor**
**New York, NY 10022**

**SK Capital Partners, LP**
**430 Park Avenue, 18th Floor**
**New York, NY 10022**

Copyright © Financial Software Solutions, LLC

**SK Capital Partners, LP**
**c/o Eric Leon and Elizabeth A. Morris**
**Latham & Watkins**
**1271 Avenue of the Americas**
**New York, NY 10020**


**Somervell Central Appraisal District**
**112 Allen Dr**
**Glen Rose, TX 76043**


**Southern Tire Mart**
**Dept P.O. Box 1000**
**Memphis, TN 38148**


**STX Electrical Contracting Services, LLC**
**525 County Road 768**
**Devine, TX 78016**


**T.O.F.S DBA TOTAL OILFIELD SERVICES**
**5802 E. HWY 62**
**Lubbock, TX 79403**


**Tarquin Acid, LLC**
**c/o its Registered Agent, Richard C. Skillern**
**50 Troon Drive**
**Odessa, TX 79762**


**Tarquin Acid, LLC d/b/a Tarquin CoolPro, LLC**
**c/o Atkins, Hollmann, Jones, Peacock, Lewis & Lyon**
**Attn: Alex E. Reynolds**
**3800 East 42nd Street, Suite 500**
**Odessa, TX 79762**


**Tarter Krinsky & Drogin LLP**
**Attn: Jonathan Eric Temchin**
**1350 Broadway**
**New York, NY 10018-7702**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Tarter Krinsky & Drogin, LLP**
**1350 Broadway**
**New York, NY 10018**


**Tax Assessor Collector City of Pleasanton**
**Attn: Megan Caballero**
**108 Second St.**
**Pleasanton, TX 78064**


**TBF**
**460 Faraday Ave**
**Jackson, NJ 08527**


**Teresa Boone**
**P.O Box 445**
**Eunice, NM 88231**


**Terracon Consultants, Inc.**
**10841 S Ridgeview Road**
**Olathe, KS 66061**


**Terracon Consultants, Inc.**
**c/o Barnett & Garcia**
**Attn: Lawrence J. Falli**
**3821 Juniper Trace, Suite 108**
**Austin, TX 78738**


**Terracon Consultants, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Terracon Consultants, Inc.**
**P.O. Box 959673**
**St. Louis, MO 63195-9673**

Copyright © Financial Software Solutions, LLC

**Texas Attorney General**
**300 W 15th St**
**Austin, TX 78701**


**Texas Commission on Environmental Quality**
**Bldg Letter Tceq 12100**
**Pk 35 Cir**
**Austin, TX 78753**


**Texas Commission on Environmental Quality**
**P.O. Box 13087**
**Austin, TX 78711**


**Texas Commission on Environmental Quality**
**P.O. Box 13087**
**Mail Code - TCEQ**
**Austin, TX 78711**


**Texas Comptroller of Public Accounts**
**P.O. Box 149354**
**Austin, TX 78714-9354**


**Texas Comptroller of Public Accounts**
**Revenue Accounting Division - Bankruptcy Section**
**P.O. Box 13528 Capital Station**
**Austin, TX 78711**


**Texas Department of Licensing and Regulation**
**Po Box 12157**
**Austin, TX 78711**


**Texas Hot Oilers, Inc.**
**c/o its Registered Agent, Charlotte Hall Plumlee**
**1005 C.R. 217**
**Giddings, TX 78942**

Copyright © Financial Software Solutions, LLC

**TEXAS HOT OILERS, INC.**
**P.O. BOX 1007**
**Giddings, TX 78942**


**Texas Mutual Insurance Company**
**Attn: Lewis Tandy, Esq.**
**2200 Aldrich St.**
**Austin, TX 78723**


**Texas Mutual Insurance Company**
**P.O. Box 12058**
**Austin, TX 78711-2058**


**Texas Mutual Insurance Company**
**P.O. Box 841843**
**Dallas, TX 75284-1843**


**Texas Workforce Commission**
**Executive Director**
**101 East 15th St., Room 651**
**Austin, TX 78778**


**Texas Workforce Commission**
**P.O. Box 149037**
**Austin, TX 78714**


**The CBE Group, Inc.**
**P.O. Box 2635**
**Waterloo, IA 50704-2635**


**The Hertz Corporation**
**P.O. Box 26120**
**Oklahoma City, OK 73126-0120**


**Creditor Matrix**

page 38 of 44

Copyright © Financial Software Solutions, LLC

**The Maker's Oil Corporation**
**5849 Buffalo Gap Rd., Ste. H**
**Abilene, TX 79606-1264**


**The Maker's Oil Corporation**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Suite 900**
**Dallas, TX 75201-3136**


**THE MAKERS OIL CORPORATION**
**24275 FREEWAY, Ste. 325**
**Katy, TX 77494**


**The Paint and Safety Store**
**201 South Benton Street**
**Big Spring, TX 79720**


**Thomas Kadian, LLC**
**Attn: Dennis E. Kadian**
**90 East Halsey Road, Suite 390**
**Parsippany, NJ 07054**


**Tinsman & Sciano, Inc.**
**10107 McAllister Fwy**
**San Antonio, TX 78216**


**Topographic, Inc.**
**481 Winscott Road, Suite 200**
**Benbrook, TX 76126**


**Transworld Systems, Inc.**
**500 Virginia Dr, Suite 514**
**Fort Washington, PA 19034**

Copyright © Financial Software Solutions, LLC

**TrueNorth Compliance, Inc.**
**5715 White Mills Dr**
**Houston, TX 77041-5503**


**TXTag**
**P.O. Box 650749**
**Dallas, TX 75265**


**U.S. Department of Labor**
**Wage and Hour Division**
**Northchase 1 Office Building**
**10127 Morocco Street, Suite 140**
**San Antonio, TX 78216**


**UNIFIRST Corporation**
**68 Jonspin Road**
**Wilmington, MA 01887-1086**


**UNIFIRST Corporation**
**c/o its Registered Agent, Prentice hall Cprporation Sv**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3216**


**UNIFIRST Corporation**
**P.O. Box 650481**
**Dallas, TX 75265**


**UNIFIRST FIRST AID**
**3499 Rider Trail South**
**Earth City, MO 63045**


**UNIFIRST FIRST AID CORPORATION**
**68 Jonspin Road**
**Wilmington, MA 01887-1086**

Copyright © Financial Software Solutions, LLC

**UNIFIRST FIRST AID CORPORATION**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**

**United Independent School District**
**Monica Madrigal, RTA**
**3501 E. Saunders**
**Laredo, TX 78041**

**Unitedhealthcare Insurance Company**
**c/o Figari & Davenport, LLP**
**Attn: Andrew G. Jubinsky & Lance V. Clark**
**901 Main Street, Suite 3400**
**Dallas, TX 75202-3796**

**US Chaparral Water Systems, Inc.**
**c/o its Registered Agent, Daryl L. Franklin**
**4201 Timberglen**
**Midland, TX 78707**

**US Chaparral Water Systems, Inc.**
**P.O. Box 80249**
**Midland, TX 79708**

**US Dept of Labor**
**200 Constitution Ave NW**
**Washington, DC 20210-0001**

**US Dept of Labor Occupational Safety and Health Admin Osha**
**Office of Chief Counsel**
**200 Constitution Ave NW**
**Washington, DC 20210-0001**

Copyright © Financial Software Solutions, LLC

**US Dept of Laborosha**
**Osha Region 6**
**A Maceo Smith Federal Building**
**525 Griffin St., Ste. 602**
**Dallas, TX 75202-5002**

**US Dept of the Treasury**
**Internal Revenue Svc**
**P.O. Box 806532**
**Cincinnati, OH 45280-6532**

**US Equal Employment Opportunity Commission**
**Office of Chief Counsel**
**131 M St NE**
**Washington, DC 20507-0003**

**VERIFORCE/PEC**
**300 Holiday Square, Ste. 100**
**Covington, LA 70433**

**Vista Water Solutions PB LLC**
**c/o its Registered Agent, S. Jeff Johnson**
**6861 Corporation Parkway**
**Fort Worth, TX 76126**

**Vista Water Solutions PB LLC**
**P.O. Box 150693**
**Fort Worth, TX 76108**

**VTX1 Foundation, Inc.**
**881 E. Hidalgo Ave**
**Raymondville, TX 78580**

**Wadler Perches Kerlick**
**Attn: I. Ray Kerlick, Esq.**
**101 West Burleson**
**Wharton, TX 77488**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**WASTE CONNECTIONS LONE STAR, INC.**
**3 Waterway Square Place, Suite 110**
**The Woodlands, TX 77380**

**WASTE CONNECTIONS LONE STAR, INC.**
**350 Dennis Rd.**
**Weatherford, TX 76087**

**WASTE CONNECTIONS LONE STAR, INC.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**

**WaterPro, Inc.**
**c/o its Registered Agent, Bill J. Helwig**
**317 N. Main**
**P.O. Drawer 1388**
**Denver City, TX 79323**

**WaterPro, Inc.**
**P.O. Box 3277**
**LUBBOCK, TX 79452**

**Welch Water Supply Corp.**
**P.O. Box 36**
**Welch, TX 79377**

**Welders Supply Company**
**5406 Jackwood Drive**
**San Antonio, TX 78238**

**West Texas Fire Industrial Supply**
**P.O. Box 3085**
**SAN ANGELO, TX 76902**

Copyright © Financial Software Solutions, LLC

**WESTRIDGE RESOURCES, INC.**
**c/o its Registered Agent, Troy Botts Jr.**
**2800 Westridge Drive**
**Snyder, TX 79549**


**WESTRIDGE RESOURCES, INC.**
**P.O. BOX 848**
**Syder, TX 79550**


**William Gonzales**
**c/o Don Albert Payne**
**4919 Carya**
**San Antonio, TX 78222-2716**


**WILLSCOTT**
**P.O. Box 91975**
**Chicago, IL 60693**


**Xcel Energy Services, Inc.**
**1225 17th Street, Suite 1000**
**Denver, CO 80202**


**Xcel Energy Services, Inc.**
**c/o its Registered Agent, Corporation Service Company**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701-3218**


**Xcel Energy Services, Inc.**
**P.O. Box 660553**
**Dallas, TX 75266**


**Zapata Co. Tax Assessor Collector**
**Attn: Bankruptcy Dept.**
**200 E. 7th Ave, Suite 226**
**Zapata, TX 78076**

**United States Bankruptcy Court**
**Western District of Texas**

In re  **Water Energy Services, LLC**

Debtors(s)

Case No.  **25-50539**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **Rodolfo Concha**<br>**1783 Walnut Leaf Dr.**<br>**Walnut, CA 91789** | | **100%** | **Ownership** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 18, 2025

Signature   **Rodolfo Concha**

**Sole Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Copyright © Financial Software Solutions, LLC

BlueStylus