**Fill in this information to identify your case:**

Debtor Name  __Water Energy Services, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*):  __25-50539__

☑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ __10,383,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ __35,523,850.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $ __45,906,850.00__

| Part 2: | Summarize Your Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D........................................... $ __22,585,951.41__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... $ __286,491.65__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................... + $ __7,371,565.04__

4. **Total liabilities** ................................................................................ $ __30,247,908.10__
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name     **Water Energy Services, LLC**

United States Bankruptcy Court for the:     **Western District of Texas**

Case number (*if known*):     **25-50539**

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                   $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | **Community Bank & Trust** | **Checking Account** | **7721** | $ **Unknown** |
| 3.2 | **Community Bank & Trust** | **Checking Account** | **7770** | $ **Unknown** |
| 3.3 | **JPMorgan Chase Bank, N.A.**<br>**P O Box 182051**<br>**Columbus, OH 43218 - 2051** | **Checking Account** | **0365** | $ **Unknown** |

4. **Other cash equivalents** (*Identify all*)

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ _____ **0.00**

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
   ☐  No. Go to Part 3.
   ☒  Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7.  **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **7.1**   Approximately $6,800 on deposit with landlord (Montesan)     $_____6,800.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.  **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

   $_____6,800.00

---

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**
   ☒  No. Go to Part 4.
   ☐  Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

11.  **Accounts receivable**

   **11a. 90 days old or less:**    _____  –  _____  =  $_____
                                    face amount        doubtful or uncollectible accounts

   **11b. Over 90 days old:**       _____  –  _____  =  $_____
                                    face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

   $_____0.00

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
- ☐ No. Go to Part 5.
- ☒ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

| Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|
| **Pursuant to that certain Company Agreement among Mid River Midstream LLC and David Elks, Water Energy Services, LLC, and Broco Hortain LLC dated as of September 23, 2024, Water energy Services, LLC has a 40% membership interest in Mid River Midstream LLC, which it received in exchange for a contribution of "Various salt water disposal assets with aggregate tax basis value of $190,250"** | | | |
| 15.1 | 40.00 % | Tax basis | $ 190,250.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 190,250.00

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

---

Copyright © Financial Software Solutions, LLC            BlueStylus

Debtor   **Water Energy Services, LLC**     Case number *(if known)*  **25-50539**

Name

_____     _____  $ _____    _____  $ _____

               MM / DD / YYYY

---

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                           $ _____ **0.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes.

      Book value  $ _____   Valuation method _____   Current Value  $ _____

**26** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30.** **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |

---

Copyright © Financial Software Solutions, LLC
                                                                                   BlueStylus

Debtor     **Water Energy Services, LLC**                                    Case number *(if known)*   **25-50539**
_____
                Name

31. **Farm and fishing supplies, chemicals, and feed**

_____    $ _____    _____    $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $ _____    _____    $ _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    | | |
    |---|---|
    | $ | 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☒ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes

    Book value  $ _____    Valuation method _____    Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

**6 desks, approximately 20 chairs, conference table, leather couch, 4 leather chairs, 10 cabinets, refrigerator, dining tables.**

| | | | |
|---|---|---|---|
| $ 0.00 | Personal Estimate | $ 20,000.00 | |

Debtor  **Water Energy Services, LLC**                          Case number *(if known)*  **25-50539**
Name

40.  **Office fixtures**

_____  $ _____  _____  $ _____

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

**Computers (15)**
**Approx 20 monitors**
**Microwave**
**Coffee maker**
**Televisions (3) (lobby, conference room, and kitchen)**
**Conference broadcasting equipment**
_____  $ _____0.00  **Personal estimate**  $ _____10,000.00

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**Artwork (10 paintings)**
**Horse sculpture (bronze)**
42.1  **Art sculpture**  _____  $ _____0.00  **Personal Estimate**  $ _____5,000.00

43.  **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$ _____35,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**Part 8:**     **Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☐ No. Go to Part 9.
    - ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1    **See attached Addendum to Schedule A, Question 47 )Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**     $    0.00    **Forced Liquidation**    $    4,621,100.00

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    $       $

49. **Aircraft and accessories**

    $       $

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **See attached Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment)**     $    0.00    **Forced Liquidation**    $    670,700.00

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.     $    **5,291,800.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☑ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **See Attached "Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has** | | | | |
| 55.1 **an interest)"** | Ownership | $ 0.00 | | $ 10,383,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **10,383,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**60. Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| | $ | | $ |

---

Debtor    **Water Energy Services, LLC**      Case number *(if known)*   **25-50539**

Name

61. **Internet domain names and websites**

**https://www.waterenergyservices.com/**    $ _____ **0.00**    _____   $ _____ **Unknown**

62. **Licenses, franchises, and royalties**

_____    $ _____    _____   $ _____

63. **Customer lists, mailing lists, or other compilations**

_____    $ _____    _____   $ _____

64. **Other intangibles, or intellectual property**

_____    $ _____    _____   $ _____

65. **Goodwill**

_____    $ _____    _____   $ _____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.        $ _____ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                       **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ =   $ _____

Total face amount     doubtful or uncollectible accounts

Debtor  **Water Energy Services, LLC**                                    Case number *(if known)* **25-50539**
_____Name_____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax Year _____   $ _____

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Case Name: Water Energy Services, LLC v. SK Capital Partners, LP**

**Case No. 651751/2024**                                                            $ _____**10,000,000.00**

|  | **Breach of Contract, Unjust Enrichment, Tortious Interference with Prospective Business Relations, Misappropriation of Corporate Opportunity, Unfair Competition, and** |
|---|---|
| **Nature of claim** | **Constructive Trust** |

**Amount requested**          $ _____ **Unknown**

_____

**Claim against Salty Dog Service Company, LLC for, among other things, replevin, assumpsit, conversion, breach of contract.**                                    $ _____**2,500,000.00**

**Nature of claim**          **Contract and tort**

**Amount requested**          $ _____ **Unknown**

_____

**Claims against BTG, LLC for (among other things) fraudulent inducement, misrepresentation, breach of contract, and tortious interference.**                          $ _____**2,500,000.00**

| **Nature of claim** | **Tort and breach of contract** |
|---|---|

**Amount requested**          $ _____ **Unknown**

_____

Debtor    **Water Energy Services, LLC**            Case number *(if known)*  **25-50539**
<br>Name

**Claims against OSC Energy, LLC for (among other things) conversion, improper foreclosure, breach of contract**

$                    2,500,000.00

Nature of claim          **Contract and tort**

Amount requested          $              **Unknown**

**Counterclaims against JB Hunt in UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA (CIV-24-398-D)**

$                    2,500,000.00

Nature of claim          **Breach of Contract**

Amount requested          $              **2,500,000.00**

**Potential claims against Amerisource for (inter alia) breach of contract, breach of covenant of good faith and fair dealing, usurpation, money had and received, and lender liability.**

$                   10,000,000.00

Nature of claim          **Breach of contract and tort**

Amount requested          $              **Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$

Nature of claim

Amount requested          $

76. **Trusts, equitable or future interests in property**

$

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$              **30,000,000.00**

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 12:**     Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 190,250.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,291,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 10,383,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ➕ $ 30,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ 35,523,850.00 | ➕ 91b. $ 10,383,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... | | $ 45,906,850.00 |

Copyright © Financial Software Solutions, LLC            BlueStylus

**Addendum to Schedule A, Question 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX04Y7BM010256 |
| Carlsbad, NM | 1609 E Green | $ 12,000 | $ 15,000 | $ 18,500 | $ 20,000 | 1 | | | | | 2003 | Mack | CV713 | Tractor | 1M2AG11Y73M006901 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y6CM011139 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y67M005925 |
| Carlsbad, NM | 1609 E Green | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2006 | Mack | CHN613 | Tractor | 1M1AJ06Y06N006116 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y27M006151 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y3BM009876 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y3BM010041 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y2BM010046 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y1CM011145 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y2CM011154 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y2CM013983 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07YXCM013987 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y1CM014297 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y6CM014313 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07YXCM014315 |
| Carlsbad, NM | 1609 E Green | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | | | | | 2005 | Mack | CV713 | Tractor | 1M2AG11Y75M016881 |
| Carlsbad, NM | 1609 E Green | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | | | | | 2008 | Mack | GU713 | Tractor | 1M2AX07C X8M001334 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y0BM009834 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y4BM009836 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y9BM009864 |
| Carlsbad, NM | 1609 E Green | $ 17,500 | $ 21,500 | $ 26,500 | $ 29,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y37M058175 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y97M060626 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y9CM011149 |
| Levelland, TX | 1936 Blackgold Rd. | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y99M004985 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y99M005439 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y87M005912 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y17M006173 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y9CM011152 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04YXCM011161 |
| Levelland, TX | 1936 Blackgold Rd. | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y6FM023532 |
| Levelland, TX | 1936 Blackgold Rd. | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09YXFM023534 |
| Levelland, TX | 1936 Blackgold Rd. | $ 17,500 | $ 21,500 | $ 26,500 | $ 29,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y77M046417 |
| Levelland, TX | 1936 Blackgold Rd. | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y97M060612 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM013998 |
| Denver City, TX | 1230 Hwy 83 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y89M004881 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y87M005926 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04YXCM011130 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04YXCM011140 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04YXCM011344 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y6CM013985 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y0CM014291 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM014309 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y4CM014312 |
| Denver City, TX | 1230 Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y8CM014314 |
| Denver City, TX | 1230 Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2013 | Mack | GU713 | Tractor | 1M2AX04C2DM016358 |
| Denver City, TX | 1230 Hwy 83 | $ 14,000 | $ 17,500 | $ 22,500 | $ 25,000 | 1 | | | | | 2004 | Mack | CV713 | Tractor | 1M2AG11Y54M016733 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y7FM023524 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y2FM023530 |
| Denver City, TX | 1230 Hwy 83 | $ 27,500 | $ 32,500 | $ 37,500 | $ 40,000 | 1 | | | | | 2015 | Mack | GU713 | Tractor | 1M2AX09Y4FM023531 |
| Denver City, TX | 1230 Hwy 83 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04C19M007433 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2009 | Mack | GU713 | Tractor | 1M2AX04Y49M004991 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 17,500 | $ 21,500 | $ 26,500 | $ 29,000 | 1 | | | | | 2007 | Mack | CV713 | Tractor | 1M2AG11Y47M005910 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Tractor | 1M2AT04Y47M005924 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2007 | Mack | CHN613 | Tractor | 1M1AJ06Y97N007671 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | | | | | 2007 | Mack | CHN613 | Tractor | 1M1AJ06Y57N008803 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y8BM009869 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2011 | Mack | GU713 | Tractor | 1M2AX07Y0BM009879 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX04Y9CM011166 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y9CM013981 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX07Y6CM014327 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y1CM014586 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2012 | Mack | GU713 | Tractor | 1M2AX09Y7CM014589 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y9CM014593 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09YXCM014599 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | 2007 Mack | CV713 | Tractor | 1M2AG11Y27M060614 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | 2007 Peterbilt | 379 | Tractor | 1XP5DBEX7D688778 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07C6CM012887 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07C8CM012888 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07C8CM012891 |
| Welch, TX | 4001 Brownfield Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y3CM014587 |
| Welch, TX | 4001 Brownfield Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y5CM014591 |
| Welch, TX | 4001 Brownfield Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y6CM014597 |
| Welch, TX | 4001 Brownfield Hwy | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y2CM014600 |
| Welch, TX | 4001 Brownfield Hwy | $ 22,500 | $ 27,500 | $ 32,500 | $ 35,000 | 1 | 2013 Mack | GU713 | Tractor | 1M2AX09YXDM014605 |
| Welch, TX | 4001 Brownfield Hwy | $ 22,500 | $ 27,500 | $ 32,500 | $ 35,000 | 1 | 2013 Mack | GU713 | Tractor | 1M2AX09Y3DM014607 |
| Welch, TX | 4001 Brownfield Hwy | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | 2007 Mack | CV713 | Tractor | 1M2AG11Y07M060613 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y0CM013979 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y7CM013994 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y4CM014293 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y0CM014307 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y4CM014326 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y8CM014281 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y2CM014325 |
| Snyder, TX | 601 Lubbock Hwy | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y7CM014592 |
| Snyder, TX | 601 Lubbock Hwy | $ 35,000 | $ 42,500 | $ 50,000 | $ 52,500 | 1 | 2009 Kenworth | W900 | Tractor | 1NKWL40X7JJ236897 |
| Freer, TX | 5245 Hwy 44 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y1CM011159 |
| Freer, TX | 5245 Hwy 44 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04YXCM011175 |
| Freer, TX | 5245 Hwy 44 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y6CM013787 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y7CM011182 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y0CM013977 |
| Zapata, TX | 3046 N US Hwy 83 | $ 16,000 | $ 20,000 | $ 25,000 | $ 27,500 | 1 | 2009 Mack | GU713 | Tractor | 1M2AX04Y9M004996 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2009 Mack | GU713 | Tractor | 1M2AX04Y09M005443 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2007 Mack | CTP713 | Tractor | 1M2AT04Y87M006168 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2007 Mack | CTP713 | Tractor | 1M2AT04YX7M006169 |
| Zapata, TX | 3046 N US Hwy 83 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | 2011 Mack | GU713 | Tractor | 1M2AX04Y9BM010954 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y3CM011132 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y6CM011156 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y1CM011162 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y7CM011165 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y0CM011167 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y3CM011177 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y5CM011181 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y9CM011183 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX04Y6CM011187 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y6CM013790 |
| Zapata, TX | 3046 N US Hwy 83 | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y1CM013793 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y7CM013834 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y7CM013944 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y7CM013958 |
| Zapata, TX | 3046 N US Hwy 83 | $ 24,000 | $ 29,000 | $ 35,500 | $ 38,000 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y9CM013959 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y9CM013968 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX09Y9CM013976 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y3CM013989 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07YXCM013990 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y8CM013992 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y8CM014295 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07YXCM014296 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y3CM014303 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y2CM014311 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y1CM014316 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y3CM014317 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y7CM014319 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y3CM014320 |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | 2012 Mack | GU713 | Tractor | 1M2AX07Y7CM014322 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,500 | $ 22,500 | $ 25,000 | 1 | 2005 Mack | CV713 | Tractor | 1M2AG11Y15YM017038 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | 2005 Mack | CV713 | Tractor | 1M2AG11Y65M020727 |
| Zapata, TX | 3046 N US Hwy 83 | $ 14,000 | $ 17,500 | $ 21,500 | $ 24,000 | 1 | 2008 Mack | GU713 | Tractor | 1M2AX09C48M002928 |
| Zapata, TX | 3046 N US Hwy 83 | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | 2007 Mack | CV713 | Tractor | 1M2AG11Y17M058174 |

| Location | Address | | | | | Qty | Year | Make | Type | VIN/Serial |
|---|---|---|---|---|---|---|---|---|---|---|
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 250 | $ 250 | $ 250 | 1 | | Ford 4000 | Tractor | 5K20CK70H18 |
| Various Locations | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | John Deere 6415 | Tractor | L06415B435038 |
| Various Locations | 3046 N US Hwy 83 | $ 1,500 | $ 2,000 | $ 2,500 | $ 2,750 | 1 | | Massey Ferguson 300 Series | Tractor | 31754 |
| Carlsbad, NM | 1609 E Green | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Troxell | Trailer | 1T9TA432361867324 |
| Carlsbad, NM | 1609 E Green | $ 5,500 | $ 6,500 | $ 8,000 | $ 10,500 | 1 | 2006 | Lufkin | Trailer | 1L01B442861161184 |
| Carlsbad, NM | 1609 E Green | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | 1983 | Overland | Trailer | 1092314200I1003001 |
| Carlsbad, NM | 1609 E Green | $ 2,250 | $ 2,750 | $ 3,250 | $ 3,500 | 1 | 2002 | VE Enterprises | Trailer | 5AGFV42222S282401 |
| Carlsbad, NM | 1609 E Green | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Overland | Trailer | 1Z923152061258632 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Jack County | Trailer | 1J9TA432381364381 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4335A1867276 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4330A1867279 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4334A1867298 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4332B1867740 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4334B1867741 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4331B1867745 |
| Carlsbad, NM | 1609 E Green | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4333B1867747 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA433C1867194 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA433C1867196 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4330C1867205 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4338C1867212 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA433C1867213 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4333C1867215 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA439C1867218 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4339C1867221 |
| Carlsbad, NM | 1609 E Green | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA433C1867621 |
| Carlsbad, NM | 1609 E Green | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Galyean | Trailer | 1G9VT40276H016234 |
| Carlsbad, NM | 1609 E Green | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA432771867103 |
| Carlsbad, NM | 1609 E Green | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA4329T186104 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Dragon | Trailer | 1UNST42226L042276 |
| Levelland, TX | 1936 Blackgold Rd. | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | 2015 | PCI | Trailer | 56CPA1U44FT600497 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4227CL114262 |
| Levelland, TX | 1936 Blackgold Rd. | $ 500 | $ 600 | $ 750 | $ 850 | 1 | 1991 | PJ Trailers | Trailer | 4P5SH1621M1110917 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA432171867260 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA432X71867287 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | VE Enterprises | Trailer | 5AGEV42277S457304 |
| Levelland, TX | 1936 Blackgold Rd. | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA433A1867275 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA433C1867244 |
| Levelland, TX | 1936 Blackgold Rd. | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4331C1867617 |
| Levelland, TX | 1936 Blackgold Rd. | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Dragon | Trailer | 1UNST42227L063761 |
| Levelland, TX | 1936 Blackgold Rd. | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2009 | Dragon | Trailer | 1UNST422X9L068404 |
| Levelland, TX | 1936 Blackgold Rd. | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | 2015 | PCI | Trailer | 56CPA1U44FT605500 |
| Denver City, TX | 1230 Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | 2010 | Maxey Trailers | Trailer | 5RBU7122TAM016099 |
| Denver City, TX | 1230 Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | 2006 | Big Tex | Trailer | 16VNX122361E89669 |
| Denver City, TX | 1230 Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | 2009 | Custom Built | Trailer | |
| Denver City, TX | 1230 Hwy 83 | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | 1982 | Custom Built | Trailer | TR150934 |
| Denver City, TX | 1230 Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2008 | Jack County | Trailer | 1J9TD432281364185 |
| Denver City, TX | 1230 Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2008 | Jack County | Trailer | 1J9TB432581364212 |
| Denver City, TX | 1230 Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2008 | Jack County | Trailer | 1J9TA432381364230 |
| Denver City, TX | 1230 Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | VE Enterprises | Trailer | 5AGEV42217S457529 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Overland | Trailer | 1Z923152561258643 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Overland | Trailer | 1Z923152461258648 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4220CL114152 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4338A1867269 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4334A1867280 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4339B1867380 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4330B1867736 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA433XB1867744 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4338B1867754 |
| Denver City, TX | 1230 Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4338B1867757 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4338C1867209 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4330C1867219 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4332C1867223 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4334C1867238 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4338C1867243 |
| Denver City, TX | 1230 Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4335C1867605 |
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Dragon | Trailer | 1UNST422X6L042281 |

| Location | Address | | | | | | Year | Make | Type | VIN |
|---|---|---|---|---|---|---|---|---|---|---|
| Denver City, TX | 1230 Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Dragon | Trailer | 1UNST422X6L042204 |
| Denver City, TX | 1230 Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA432S71867102 |
| Denver City, TX | 1230 Hwy 83 | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | 2015 | PCI | Trailer | 56CPA1U42FT600501 |
| Denver City, TX | 1230 Hwy 83 | $ 8,000 | $ 10,000 | $ 12,500 | $ 13,000 | 1 | 2015 | PCI | Trailer | 56CPA1U48FT600499 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Dragon | Trailer | 1UNST422X6L042199 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Dragon | Trailer | 1UNST42266L042264 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Dragon | Trailer | 1UNST42296L042274 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 30,000 | $ 37,500 | $ 45,000 | $ 47,500 | 1 | 2008 | Eager Beaver | Trailer | 112SD24808L073570 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4227CL114263 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4228CL114268 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST422XCL114269 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4227CL114147 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4227CL114150 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,800 | $ 2,250 | $ 2,750 | $ 3,000 | 1 | 1997 | Overland | Trailer | 109231522V1003378 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,000 | $ 3,750 | $ 4,000 | 1 | 2003 | Dragon | Trailer | 1UNST41263L023811 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2008 | Jack County | Trailer | 1J9TB432881364218 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA432S71867259 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4330C1867625 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 12,500 | $ 15,000 | $ 18,000 | $ 20,500 | 1 | 2014 | Dragon | Trailer | 1D9SH3427EC661199 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 35,000 | $ 45,000 | $ 55,000 | $ 57,500 | 1 | 2018 | Dragon | Trailer | 1UNSF5948JL120959 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 10,000 | $ 12,500 | $ 15,000 | $ 17,500 | 1 | 2010 | Dragon | Trailer | 1D9SH3423A6261551 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 3,750 | $ 4,500 | $ 5,000 | 1 | 2012 | Fab-Tech Industries | Trailer | KECH-3114 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 7,500 | $ 9,000 | $ 11,000 | $ 13,500 | 1 | 2009 | Doonan | Trailer | 1D9BG4939916009763 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4224CL114266 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4226CL114270 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4220CL114510 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4222CL114511 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4224CL114512 |
| Welch, TX | 4001 Brownfield Hwy | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4226CL114513 |
| Welch, TX | 4001 Brownfield Hwy | $ 250 | $ 300 | $ 350 | $ 450 | 1 | 1981 | Custom Built | Trailer | TR149742 |
| Welch, TX | 4001 Brownfield Hwy | $ 250 | $ 250 | $ 500 | $ 600 | 1 | 1979 | Heavy Haul | Trailer | 9514 |
| Welch, TX | 4001 Brownfield Hwy | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2009 | Dragon | Trailer | 1UNST42219L068405 |
| Snyder, TX | 601 Lubbock Hwy | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | 2006 | Overland | Trailer | 1Z923152261258650 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2013 | Troxell | Trailer | 1T9TA4327D1867923 |
| Snyder, TX | 601 Lubbock Hwy | $ 3,500 | $ 4,500 | $ 5,500 | $ 6,000 | 1 | 2007 | Troxell | Trailer | 1T9TA432371867258 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4339A1867300 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4332B1867737 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4335B1867764 |
| Snyder, TX | 601 Lubbock Hwy | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | 2012 | Troxell | Trailer | 1T9TA4331C1867197 |
| Snyder, TX | 601 Lubbock Hwy | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | 2012 | Troxell | Trailer | 1T9TA433XC1867227 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4338C1867629 |
| Snyder, TX | 601 Lubbock Hwy | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | 2006 | | Trailer | 1K9F8162X6K141231 |
| Snyder, TX | 601 Lubbock Hwy | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | 2012 | Troxell | Trailer | 1T9TA4334C1867224 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4338C1867615 |
| Snyder, TX | 601 Lubbock Hwy | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4334C1867627 |
| Freer, TX | 5245 Hwy 44 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | 2012 | Troxell | Trailer | 1T9TA4331C1867214 |
| Freer, TX | 5245 Hwy 44 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | 2012 | Troxell | Trailer | 1UNST4534C1081404 |
| Freer, TX | 5245 Hwy 44 | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | 2012 | Troxell | Trailer | 1T9TA4330C1867611 |
| Freer, TX | 5245 Hwy 44 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | 2000 | Stafford | Trailer | 1S9B11620Y1292234 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Jack County | Trailer | 1J9TA4327B1364366 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Jack County | Trailer | 1J9TA4325B1364379 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Jack County | Trailer | 1J9TA4325B1364382 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4229CL114148 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | 2012 | Dragon | Trailer | 1UNST4222CL114153 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | 2008 | Jack County | Trailer | 1J9TA432081364220 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2007 | Dragon | Trailer | 1UNST42227L045597 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4331B1867387 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4339A1867278 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4331A1867288 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2010 | Troxell | Trailer | 1T9TA4333A1867289 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4338B1867378 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4339B1867735 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4338B1867743 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4333B1867746 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4337B1867751 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,000 | $ 9,500 | 1 | 2011 | Troxell | Trailer | 1T9TA4336B1867756 |

| Location | Address | | | | | Qty | | | | | Year | Make | Model | Type | VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Troxell | | Trailer | 1T9TA4338B1867760 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4339C1867204 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867207 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4335C1867216 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4337C1867220 |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,500 | $ 9,250 | $ 11,250 | $ 11,750 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4336C1867242 |
| Zapata, TX | 3046 N US Hwy 83 | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4334C1867613 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA433XC1867616 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4333C1867618 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4335C1867622 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4337C1867623 |
| Zapata, TX | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 8,000 | 1 | | | | | 2012 | Troxell | | Trailer | 1T9TA4339C1867624 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UNST42235L029180 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UNST42247L063762 |
| Zapata, TX | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 17,500 | 1 | | | | | 2010 | | | Trailer | 161 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UNST42208L055319 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Dragon | | Trailer | 1UNST422X8L055313 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TA4324B1364169 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,000 | $ 5,000 | $ 6,250 | $ 6,750 | 1 | | | | | 2008 | Jack County | | Trailer | 1J9TA4325B1364178 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2010 | Jack County | | Trailer | 1J9TA4326A1364342 |
| Zapata, TX | 3046 N US Hwy 83 | $ 4,500 | $ 5,500 | $ 7,000 | $ 7,500 | 1 | | | | | 2011 | Jack County | | Trailer | 1J9TA4322B1364372 |
| Zapata, TX | 3046 N US Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 8,000 | 1 | | | | | 1994 | Holden | | Trailer | 12HMF422XRN354190 |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2002 | Custom Built | | Trailer | |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 1997 | Custom Built | | Trailer | 9516 |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 1974 | Nabors | | Trailer | 23221FBSD |
| Zapata, TX | 3046 N US Hwy 83 | $ 3,500 | $ 4,500 | $ 5,500 | $ 8,000 | 1 | | | | | 1974 | Nabors | | Trailer | 22586LD3 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 400 | $ 500 | 1 | | | | | 2009 | Custom Built | | Trailer | |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 700 | $ 750 | 1 | | | | | 2009 | Custom Built | | Trailer | |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 2009 | | | Trailer | Y69730 |
| Zapata, TX | 3046 N US Hwy 83 | $ 13,000 | $ 16,000 | $ 20,000 | $ 22,500 | 1 | | | | | 2012 | Keystone | Cougar 28RBS | Trailer | 4YDT28R25CW505290 |
| Zapata, TX | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 3,500 | $ 3,750 | 1 | | | | | 2008 | Interstate | | Trailer | 4RACS16268C016605 |
| Zapata, TX | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 17,500 | 1 | | | | | 2007 | Transcraft | DTL-3000 | Trailer | 1TTE5330171082544 |
| Zapata, TX | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 17,500 | 1 | | | | | 2007 | Transcraft | DTL-3000 | Trailer | 1TTE5330371082822 |
| Zapata, TX | 3046 N US Hwy 83 | $ 9,000 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2013 | Viking | | Trailer | 1V9KX4225DN062058 |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,800 | $ 2,250 | $ 2,750 | $ 3,000 | 1 | | | | | 1997 | Red Ewald | | Trailer | 1A9FS1719VK347092 |
| Zapata, TX | 3046 N US Hwy 83 | $ 3,250 | $ 4,000 | $ 5,000 | $ 5,500 | 1 | | | | | 2006 | Troxell | | Trailer | 1T9TA432X61867417 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 2010 | | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 450 | 1 | $ 250 | $ 300 | $ 350 | $ 450 | 1982 | Sooner | | Trailer | 12782070 |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 450 | 1 | $ 250 | $ 300 | $ 350 | $ 450 | 1995 | Gregory | | Trailer | T710028 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 500 | $ 600 | $ 750 | $ 850 | 2009 | Custom Built | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 500 | $ 600 | $ 750 | $ 850 | 2003 | Custom Built | | Trailer | TR191570 |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 450 | 1 | $ 250 | $ 300 | $ 350 | $ 450 | 1995 | Gregory | | Trailer | T710115 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 2008 | | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 2009 | Custom Built | | Trailer | |
| Various Locations | 3046 N US Hwy 83 | $ 13,000 | $ 16,000 | $ 20,000 | $ 22,500 | 1 | $ 15,500 | $ 19,000 | $ 23,500 | 26,250 | 2013 | Keystone | Cougar 28RBS | Trailer | 4YDT28R23DV500427 |
| Various Locations | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 3,500 | $ 3,750 | 1 | | | | | 2008 | Ameritrail | | Trailer | 17YBP16258B037672 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | $ 1,500 | $ 1,500 | $ 3,000 | 3,750 | 2013 | Custom Built | | Trailer | 1300194 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2012 | | | Trailer | 1J9DS1825C1083001 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2010 | | | Trailer | 5610027 |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | $ 3,000 | $ 3,600 | $ 4,750 | 5,350 | 2001 | VE Enterprises | | Trailer | 5AGEV42221S268864 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2004 | J&B | | Trailer | 1J9BW122141300036 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 500 | $ 1,000 | $ 1,250 | 1 | | | | | 2012 | | | Trailer | 219 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04Y47M005941 |
| Carlsbad, NM | 1609 E Green | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11C44M013231 |
| Carlsbad, NM | 1609 E Green | $ 22,500 | $ 27,500 | $ 35,000 | $ 37,500 | 1 | | | | | 2005 | Mack | CV713 | Truck | 1M2AG11C5XM016734 |
| Carlsbad, NM | 1609 E Green | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2006 | Mack | CV713 | Truck | 1M2AG11YX6M042828 |
| Carlsbad, NM | 1609 E Green | $ 7,500 | $ 9,500 | $ 11,500 | $ 12,000 | 1 | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A68CEC11630 |
| Carlsbad, NM | 1609 E Green | $ 3,750 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | GMC | Sierra 1500 Work Truck | Truck | 1GTN1TEA7BZ413179 |
| Carlsbad, NM | 1609 E Green | $ 9,500 | $ 11,000 | $ 13,000 | $ 13,500 | 1 | | | | | 2013 | Ford | F-250 Super Duty | Truck | 1FT7W2B66EEA48817 |
| Levelland, TX | 1936 Blackgold Rd. | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11CX3M006900 |
| Levelland, TX | 1936 Blackgold Rd. | $ 18,000 | $ 22,500 | $ 27,500 | $ 30,000 | 1 | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11Y93M003580 |
| Levelland, TX | 1936 Blackgold Rd. | $ 25,000 | $ 30,000 | $ 35,000 | $ 37,500 | 1 | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04Y89M004783 |
| Levelland, TX | 1936 Blackgold Rd. | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11C04M008964 |
| Levelland, TX | 1936 Blackgold Rd. | $ 35,000 | $ 42,500 | $ 50,000 | $ 52,500 | 1 | | | | | 2013 | Mack | GU713 | Truck | 1M2AX09Y5DM014544 |
| Levelland, TX | 1936 Blackgold Rd. | $ 55,000 | $ 70,000 | $ 87,500 | $ 92,500 | 1 | | | | | 2015 | Kenworth | W900 | Truck | 1NKWL40X3FJ446084 |
| Levelland, TX | 1936 Blackgold Rd. | $ 55,000 | $ 70,000 | $ 87,500 | $ 92,500 | 1 | | | | | 2015 | Kenworth | W900 | Truck | 1NKWL40X7FJ446086 |

| Location | Address | $ | $ | $ | $ | 1 | | | | | | Year | Make | Model | Type | VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levelland, TX | 1936 Blackgold Rd. | 2,750 | 3,250 | 4,000 | 4,500 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7X2A6XCEA11085 |
| Levelland, TX | 1936 Blackgold Rd. | 8,500 | 10,000 | 12,000 | 12,500 | 1 | | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3ATXCEC11953 |
| Levelland, TX | 1936 Blackgold Rd. | 6,250 | 7,750 | 9,500 | 10,000 | 1 | | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B67CEA16112 |
| Levelland, TX | 1936 Blackgold Rd. | 3,750 | 4,500 | 5,500 | 5,750 | 1 | | | | | | 2011 | GMC | Sierra 1500 Work Truck | Truck | 1GTN1TEA1BZA16692 |
| Levelland, TX | 1936 Blackgold Rd. | 5,500 | 7,000 | 8,500 | 9,000 | 1 | | | | | | 2011 | Ford | F-350 Super Duty | Truck | 1FT8W3B64BEC36502 |
| Levelland, TX | 1936 Blackgold Rd. | 6,250 | 7,250 | 8,750 | 9,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B67CEB42542 |
| Levelland, TX | 1936 Blackgold Rd. | 9,500 | 11,000 | 13,000 | 13,500 | 1 | | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B60EEA48859 |
| Denver City, TX | 1230 Hwy 83 | 13,500 | 16,500 | 20,500 | 23,000 | 1 | | | | | | 2003 | Mack | CL733 | Truck | 1M2AD64Y93M001376 |
| Denver City, TX | 1230 Hwy 83 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04Y17M005945 |
| Denver City, TX | 1230 Hwy 83 | 27,500 | 35,000 | 42,500 | 45,000 | 1 | | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04C17M005948 |
| Denver City, TX | 1230 Hwy 83 | 35,000 | 42,500 | 50,000 | 52,500 | 1 | | | | | | 2013 | Mack | GU713 | Truck | 1M2AX09Y3DM014543 |
| Denver City, TX | 1230 Hwy 83 | 35,000 | 42,500 | 50,000 | 52,500 | 1 | | | | | | 2013 | Mack | GU713 | Truck | 1M2AX09Y7DM014545 |
| Denver City, TX | 1230 Hwy 83 | 27,500 | 35,000 | 42,500 | 45,000 | 1 | | | | | | 2007 | Mack | CV713 | Truck | 1M2AG11C37M047116 |
| Denver City, TX | 1230 Hwy 83 | 7,500 | 9,500 | 11,500 | 12,000 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A64CEC11625 |
| Denver City, TX | 1230 Hwy 83 | 6,250 | 7,750 | 9,500 | 10,000 | 1 | | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B66CEA16120 |
| Denver City, TX | 1230 Hwy 83 | 6,250 | 7,250 | 8,750 | 9,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B61CEB42519 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04Y47M005938 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04YX7M005944 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 13,500 | 16,500 | 20,500 | 23,000 | 1 | | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11C63M006540 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 30,000 | 37,500 | 47,500 | 50,000 | 1 | | | | | | 2009 | International | 7600 | Truck | 1HTWYAHT49J162182 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2007 | Mack | CV713 | Truck | 1M2AG11YX7M063793 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 3,750 | 4,500 | 5,500 | 5,750 | 1 | | | | | | 2011 | GMC | Sierra 1500 Work Truck | Truck | 1GTN1TEAXBZA16691 |
| Stanton, TX | 3334 S. Service Rd. I-20 | 9,500 | 11,000 | 13,000 | 13,500 | 1 | | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B68EEB66593 |
| Welch, TX | 4001 Brownfield Hwy | 32,500 | 40,000 | 50,000 | 52,500 | 1 | | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04C19M004855 |
| Welch, TX | 4001 Brownfield Hwy | 32,500 | 40,000 | 50,000 | 52,500 | 1 | | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04C99M004859 |
| Welch, TX | 4001 Brownfield Hwy | 27,500 | 35,000 | 42,500 | 45,000 | 1 | | | | | | 2007 | Mack | CTP713 | Truck | 1M2AT04C37M005949 |
| Welch, TX | 4001 Brownfield Hwy | 25,000 | 30,000 | 37,500 | 40,000 | 1 | | | | | | 2006 | Mack | CV713 | Truck | 1M2AG11C36M042853 |
| Welch, TX | 4001 Brownfield Hwy | 27,500 | 35,000 | 42,500 | 45,000 | 1 | | | | | | 2007 | Mack | CV713 | Truck | 1M2AG11CX7M055200 |
| Welch, TX | 4001 Brownfield Hwy | 7,500 | 9,000 | 10,500 | 11,000 | 1 | | | | | | 2013 | Ford | F-250 Super Duty | Truck | 1FT7W2B6XDEB46814 |
| Snyder, TX | 601 Lubbock Hwy | 25,000 | 30,000 | 35,000 | 37,500 | 1 | | | | | | 2009 | Mack | GU713 | Truck | 1M2AX04Y89M004864 |
| Snyder, TX | 601 Lubbock Hwy | 18,000 | 22,500 | 27,500 | 30,000 | 1 | | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11C13M007238 |
| Snyder, TX | 601 Lubbock Hwy | 15,000 | 18,000 | 22,500 | 25,000 | 1 | | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11YX4M008675 |
| Snyder, TX | 601 Lubbock Hwy | 32,500 | 37,500 | 45,000 | 47,500 | 1 | | | | | | 2012 | Mack | GU713 | Truck | 1M2AX09Y3CM014542 |
| Snyder, TX | 601 Lubbock Hwy | 15,000 | 18,000 | 22,500 | 25,000 | 1 | | | | | | 2004 | Mack | CV713 | Truck | 1M2AG11Y4M016891 |
| Snyder, TX | 601 Lubbock Hwy | 7,500 | 9,500 | 11,500 | 12,000 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A69CEC11622 |
| Snyder, TX | 601 Lubbock Hwy | 11,500 | 13,500 | 15,500 | 16,000 | 1 | | | | | | 2012 | Ford | F-450 Super Duty | Truck | 1FD0W4HT4CEC31216 |
| Snyder, TX | 601 Lubbock Hwy | 9,500 | 11,000 | 13,000 | 13,500 | 1 | | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B69EEB66585 |
| Freer, TX | 5245 Hwy 44 | 25,000 | 30,000 | 37,500 | 40,000 | 1 | | | | | | 2010 | Mack | CHU613 | Truck | 1M1AN09Y2AN006188 |
| Freer, TX | 5245 Hwy 44 | 4,000 | 4,750 | 5,750 | 6,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A60CEC11623 |
| Freer, TX | 5245 Hwy 44 | 2,750 | 3,250 | 4,000 | 4,500 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7X2A62CEA38104 |
| Freer, TX | 5245 Hwy 44 | 9,500 | 11,000 | 13,000 | 13,500 | 1 | | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FT7W2B67EEB66603 |
| Zapata, TX | 3046 N US Hwy 83 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11Y13M006831 |
| Zapata, TX | 3046 N US Hwy 83 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2003 | Mack | CV713 | Truck | 1M2AG11Y33M006832 |
| Zapata, TX | 3046 N US Hwy 83 | 20,000 | 25,000 | 30,000 | 32,500 | 1 | | | | | | 2007 | Mack | CV713 | Truck | 1M2AG10Y37M061322 |
| Zapata, TX | 3046 N US Hwy 83 | 6,250 | 7,250 | 8,750 | 9,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B68CEB42498 |
| Zapata, TX | 3046 N US Hwy 83 | 4,000 | 4,750 | 5,750 | 6,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A61CEC11632 |
| Zapata, TX | 3046 N US Hwy 83 | 4,000 | 4,750 | 5,750 | 6,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2A67CEC11618 |
| Zapata, TX | 3046 N US Hwy 83 | 6,250 | 7,250 | 8,750 | 9,250 | 1 | | | | | | 2012 | Ford | F-250 Super Duty | Truck | 1FT7W2B66CEC11933 |
| Zapata, TX | 3046 N US Hwy 83 | 6,250 | 7,750 | 9,500 | 10,000 | 1 | | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B69CEA16127 |
| Zapata, TX | 3046 N US Hwy 83 | 5,500 | 6,500 | 8,000 | 8,250 | 1 | | | | | | 2012 | Ford | F-150 | Truck | 1TFFW1EF1CKD69812 |
| Zapata, TX | 3046 N US Hwy 83 | 14,000 | 17,000 | 21,500 | 22,500 | 1 | | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FD7X2A66EEA87515 |
| Zapata, TX | 3046 N US Hwy 83 | 14,000 | 17,000 | 21,500 | 22,500 | 1 | | | | | | 2014 | Ford | F-250 Super Duty | Truck | 1FD7X2A61EEA87518 |
| Various Locations | 3046 N US Hwy 83 | 15,000 | 18,000 | 22,500 | 25,000 | 1 | 45,000 | 55,500 | 67,500 | 72,500 | 1990 | Peterbilt | 378 | Truck | 1XPFD59X4LD302575 |
| Various Locations | 3046 N US Hwy 83 | 30,000 | 37,500 | 45,000 | 47,500 | 1 | | | | | | 2007 | Peterbilt | 357 | Truck | 1NPALUEX27D662246 |
| Various Locations | 3046 N US Hwy 83 | 6,250 | 7,750 | 9,500 | 10,000 | 1 | 16,250 | 19,250 | 22,500 | 23,500 | 2012 | Ford | F-250 Super Duty | Truck | 1FT8W3B66CEA16134 |
| Various Locations | 3046 N US Hwy 83 | 10,000 | 11,500 | 13,000 | 13,500 | 1 | | | | | | 2011 | Ford | F-250 Super Duty | Truck | 1FT7W2BT7BEC63446 |
| Various Locations | 3046 N US Hwy 83 | 6,250 | 7,750 | 9,500 | 10,000 | 1 | 12,500 | 15,500 | 19,000 | 20,000 | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B60CEA16145 |
| Various Locations | 3046 N US Hwy 83 | 6,250 | 7,750 | 9,500 | 10,000 | 1 | | | | | | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B66CEA16146 |
| Various Locations | 3046 N US Hwy 83 | 6,250 | 7,750 | 9,500 | 10,000 | 1 | 6,250 | 7,750 | 9,500 | 10,000 | 2012 | Ford | F-350 Super Duty | Truck | 1FT8W3B69CEA16130 |
| Various Locations | 3046 N US Hwy 83 | 2,750 | 3,250 | 4,000 | 4,500 | 1 | 2,750 | 3,250 | 4,000 | 4,500 | 2012 | Ford | F-250 Super Duty | Truck | 1FT7X2A64CEA59956 |
| **TOTAL** | | **4,621,100** | **5,713,900** | **6,944,000** | **7,491,900** | | | | | | | | | | | |

## Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment)

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Freer, TX | 5245 Hwy 44 | $ 800 | $ 1,000 | $ 1,250 | $ 1,750 | 1 | | | | | 2009 | Ingersoll-Rand | 2475N7.5 | Air Compressor | CBV270698 |
| Freer, TX | 5245 Hwy 44 | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | | | | | 2009 | FS Curtis | Challenge Air | Air Compressor | |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 500 | 1 | | | | | 2010 | | | Air Compressor | |
| Various Locations | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,750 | 1 | | | | | 2010 | Ingersoll-Rand | | Air Compressor | 704110011 |
| Various Locations | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 500 | 1 | | | | | 2008 | Oil Works | GD010020 (2-8625) | Air Compressor | 2456289 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 5,000 | 1 | $ 5,000 | $ 6,250 | $ 7,500 | $ 8,250 | 1996 | Ingersoll-Rand | P250WJD | Air Compressor | 265474UEG362 |
| Various Locations | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 3,750 | $ 4,000 | 1 | $ 29,000 | $ 35,750 | $ 43,750 | $ 46,500 | 2006 | MaitreAg | Predator | Attachment | 41554 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 1,000 | 1 | $ 500 | $ 600 | $ 750 | $ 1,000 | 2009 | Custom Built | | Building | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 500 | $ 600 | $ 750 | $ 850 | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 3,500 | $ 4,350 | $ 5,250 | $ 5,600 | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,500 | 1 | $ 7,000 | $ 8,500 | $ 10,500 | $ 11,250 | 2013 | BSL | | Container | 62145 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | | Morgan | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,500 | 1 | | | | | 2010 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 2,500 | $ 3,000 | $ 4,000 | $ 4,500 | 1 | | | | | 2010 | | | Container | 270905 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2009 | | | Container | |
| Various Locations | 3046 N US Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | | | | | 2009 | | | Container | |
| Zapata, TX | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 2001 | Komatsu | D39PX-21 | Dozer | 1029 |
| Various Locations | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1993 | Caterpillar | D4H LGP II | Dozer | 9GJ00507 |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 2006 | Komatsu | D41P-6C | Dozer | |
| Various Locations | 3046 N US Hwy 83 | $ 35,000 | $ 45,000 | $ 55,000 | $ 57,500 | 1 | | | | | 2000 | Caterpillar | D6M XL | Dozer | 3WN02367 |
| Various Locations | 3046 N US Hwy 83 | $ 37,500 | $ 45,000 | $ 55,000 | $ 57,500 | 1 | $ 37,500 | $ 45,000 | $ 55,000 | $ 57,500 | 2008 | Komatsu | PC200LC-8 | Excavator | KMTPC180E54A88835 |
| Levelland, TX | 1936 Blackgold Rd. | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Mansfield Oil | | Fuel System | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Mansfield Oil | | Fuel System | |
| Freer, TX | 5245 Hwy 44 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | | Fuel System | |
| Zapata, TX | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | FuelMaster FMU 2500 | Fuel System | |
| Zapata, TX | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | FuelMaster FMU 2500 | Fuel System | |
| Various Locations | 3046 N US Hwy 83 | $ 800 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | | Syntech | FuelMaster FMU 2500 | Fuel System | |
| Denver City, TX | 1230 Hwy 83 | $ 200 | $ 250 | $ 300 | $ 350 | 1 | | | | | 2010 | DeWalt | DG4300 | Generator | 58465 |
| Various Locations | 3046 N US Hwy 83 | $ 12,500 | $ 15,000 | $ 18,000 | $ 19,500 | 1 | | | | | 2012 | Fab-Tech Industries | | Generator | KGH-4052-12 |
| Various Locations | 3046 N US Hwy 83 | $ 10,000 | $ 12,500 | $ 15,000 | $ 16,500 | 1 | $ 10,250 | $ 12,800 | $ 15,350 | $ 17,000 | 2008 | Advance | 2X370KW | Generator | |
| Various Locations | 3046 N US Hwy 83 | $ 3,500 | $ 4,250 | $ 500 | $ 5,250 | 1 | $ 3,500 | $ 4,250 | $ 500 | $ 5,250 | 2007 | MQ Power | WhisperWatt 80 | Generator | 55LBG16266L001335 |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | | | | | 2012 | MQ Power | WhisperWatt 7000 | Generator | S610027 |
| Various Locations | 3046 N US Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,500 | 1 | | | | | 2014 | Onan | DKAE-4961558 | Generator | FO102476S1 |
| Zapata, TX | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2004 | Manitowoc | B570 | Ice Machine | 40921674 |
| Carlsbad, NM | 1609 E Green | $ 4,000 | $ 5,000 | $ 6,500 | $ 7,000 | 1 | | | | | 1990 | Caterpillar | VC60D | Lift Truck | 3FC03703 |
| Carlsbad, NM | 1609 E Green | $ 6,000 | $ 7,500 | $ 9,500 | $ 10,000 | 1 | | | | | 2003 | Hyster | H80FT | Lift Truck | K005V05357A |
| Zapata, TX | 3046 N US Hwy 83 | $ 7,000 | $ 9,000 | $ 11,500 | $ 12,000 | 1 | | | | | 2006 | Caterpillar | DP40K | Lift Truck | AT19CS0861 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | $ 12,500 | $ 15,600 | $ 19,000 | $ 20,350 | 2008 | | | Light Plant | 5R8SL16258M008624 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,750 | $ 2,000 | 1 | | | | | 2006 | Boss LTG | BHP204MH | Light Plant | C06-11-01982 |
| Various Locations | 3046 N US Hwy 83 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | | | | | 2012 | Allmand | | Light Plant | N08-02-01090 |
| Various Locations | 3046 N US Hwy 83 | $ 30,000 | $ 37,500 | $ 45,000 | $ 47,500 | 1 | | | | | 2012 | JCB | 426HT | Loader | JCB42600001295939 |
| Carlsbad, NM | 1609 E Green | $ 15,000 | $ 18,000 | $ 22,500 | $ 25,000 | 1 | | | | | 1996 | Caterpillar | 416B | Loader Backhoe | 8ZK10094 |
| Zapata, TX | 3046 N US Hwy 83 | $ 13,000 | $ 16,000 | $ 20,000 | $ 22,500 | 1 | | | | | 1995 | John Deere | 310D | Loader Backhoe | T0310DG812196 |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 2008 | Case | 580M Series II | Loader Backhoe | N8C433591 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 9,000 | 1 | $ 62,000 | $ 77,100 | $ 95,750 | $ 105,100 | 2002 | Komatsu | | Loader Backhoe | 10476 |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 2005 | Caterpillar | 420D | Loader Backhoe | CRS29464 |
| Various Locations | 3046 N US Hwy 83 | $ 22,500 | $ 27,500 | $ 35,000 | $ 37,500 | 1 | $ 132,500 | $ 165,000 | $ 202,500 | $ 215,000 | 2008 | Caterpillar | 416D | Loader Backhoe | 7SG00278 |
| Various Locations | 3046 N US Hwy 83 | $ 20,000 | $ 25,000 | $ 30,000 | $ 32,500 | 1 | | | | | 1999 | John Deere | 310SE | Loader Backhoe | T0310SE870648 |
| Various Locations | 3046 N US Hwy 83 | $ 10,000 | $ 13,500 | $ 17,500 | $ 20,000 | 1 | | | | | 1979 | John Deere | 570A | Motor Grader | 07488T |
| Various Locations | 3046 N US Hwy 83 | $ 25,000 | $ 30,000 | $ 37,500 | $ 40,000 | 1 | | | | | 1987 | Caterpillar | 120G | Motor Grader | 87V08316 |
| Denver City, TX | 1230 Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1991 | Gardner Denver | TEE | Pump | 91471 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2007 | Gardner Denver | TEE | Pump | Q011371 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2005 | Gardner Denver | TEE | Pump | Q011371X |
| Snyder, TX | 609 Lubbock Hwy | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2008 | Gardner Denver | 11PN03 | Pump | G008233 |
| Freer, TX | 5245 Hwy 44 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2001 | National | JWS-165 | Pump | 9801-G 1717280-4 |
| Freer, TX | 5245 Hwy 44 | $ 500 | $ 600 | $ 750 | $ 800 | 1 | | | | | 2014 | Gorman-Rupp | 84A2-402H | Pump | 1558287 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 400 | 1 | | | | | 2009 | MCM | | Pump | M-38439 |
| Zapata, TX | 3046 N US Hwy 83 | $ 250 | $ 300 | $ 350 | $ 400 | 1 | | | | | 2009 | MCM | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $3,250 | $4,050 | $4,850 | $5,250 | 2010 | | | Pump | 171057 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,800 | $ 4,750 | $ 5,750 | $ 6,500 | 2008 | Gardner Denver | CAFBAA | Pump | 900351 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 10,000 | $ 12,500 | $ 15,000 | $ 16,000 | 2008 | National | 165-T5L | Pump | 50032 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 2011 | Pentair | MA155L | Pump | 431 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2007 | National | J150 | Pump | 154917 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2007 | National | J60 | Pump | 165795 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2004 | Gardner Denver | TA-3 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 17,500 | $ 21,000 | $ 25,500 | $ 27,250 | 2013 | Dragon | A-400T | Pump | 25161 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 4,500 | $ 4,750 | | | 2015 | Accelerated | A-165T-5L | Pump | 25109 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2013 | Weatherford | W375M | Pump | 20130610 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2005 | National | JWS-165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 2016 | Dragon | A-400Q-5L | Pump | 25168 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2010 | Wheatley | | Pump | 51305 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2011 | National | JWS-165 | Pump | 340174 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | | | | | 2011 | | | Pump | DXP 100038 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 2011 | Pentair | Aplex 240L-HP | Pump | 138 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2005 | | 336P | Pump | |

**Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment)**

| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 5,500 | $ 6,600 | $ 8,250 | $ 8,550 | 2004 | Wheatley | HP165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 800 | 1 | | | | | 2012 | Gorman-Rupp | 14C2-F3L | Pump | 1F9U1F710CC401153 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | | | | | 2013 | National | | Pump | P138-19 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2004 | Wheatley | T165 | Pump | 23800/WR4947H341908 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 5,500 | $ 6,600 | $ 8,250 | $ 8,600 | 2008 | Pentair | Aplex MA240L-HD | Pump | 192 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2013 | Weatherford | W300M | Pump | 201305101 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1998 | Gardner Denver | PAH | Pump | 1207 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1998 | Gardner Denver | 200 PAH | Pump | 00-100 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2009 | Gardner Denver | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 2009 | | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,800 | $ 4,750 | $ 5,750 | $ 6,250 | 2006 | National | 250T-5M | Pump | 58397TL |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | | | | | 2010 | Pentair | Aplex 240L-HP | Pump | 151 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1977 | National | JWS-165 | Pump | 1164-5 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2009 | Wheatley | HP250 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2009 | Bethlehem | | Pump | 811 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2008 | National | JWS-340 | Pump | 66158 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2012 | Weatherford | | Pump | 42872659 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1977 | National | JWS-165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,250 | $ 1,500 | $ 1,750 | 1 | | | | | 2012 | Challenger | | Pump | 4887 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 4,000 | $ 4,950 | $ 6,000 | $ 6,400 | 2006 | Gardner Denver | TEE | Pump | 900707 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 800 | 1 | | | | | 2014 | Gorman-Rupp | 84A2-402H | Pump | 1559552 |
| Various Locations | 3046 N US Hwy 83 | $ 5,000 | $ 6,000 | $ 7,500 | $ 7,750 | 1 | $ 6,500 | $ 7,800 | $ 9,750 | $ 10,250 | 2006 | Pentair | Aplex | Pump | 139 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 1998 | National | JWS-165 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2004 | Wheatley | | Pump | 3A89140 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2009 | National | | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 10,500 | $ 13,050 | $ 15,750 | $ 16,750 | 2012 | Weatherford | | Pump | 44187727 |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2009 | Gardner Denver | TA-8 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | | | | | 2009 | Gardner Denver | TA-3 | Pump | |
| Various Locations | 3046 N US Hwy 83 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 1 | $ 3,000 | $ 3,750 | $ 4,500 | $ 4,750 | 2004 | Gardner Denver | TEE | Pump | Q009168 |
| Levelland, TX | 1936 Blackgold Rd. | $ 500 | $ 600 | $ 750 | $ 800 | 1 | | | | | 2006 | Robinair | | Refrigerant Recovery System | 170850 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | $ 17,000 | $ 21,750 | $ 26,500 | $ 28,750 | 2008 | Mi Swaco | | Shaker | MRM-0812 |
| Various Locations | 3046 N US Hwy 83 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2007 | Mi Swaco | | Shaker | MRM-0184 |
| Various Locations | 3046 N US Hwy 83 | $ 500 | $ 600 | $ 750 | $ 850 | 1 | | | | | 2009 | Howse Implement | | Shredder | 1025930291 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 2,000 | $ 2,500 | $ 2,750 | 1 | | | | | 2006 | Dragon | | Tank | 40730 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 2,000 | $ 2,500 | $ 2,750 | 1 | | | | | 2006 | Dragon | | Tank | 40763 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,000 | $ 2,500 | $ 3,000 | $ 3,250 | 1 | | | | | 2008 | Wichita Tank | | Tank | WTM-081071 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 1998 | Scott's | | Tank | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 1998 | Scott's | | Tank | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 750 | $ 1,000 | $ 1,250 | $ 1,500 | 1 | | | | | 1981 | J&J | | Tank | 10123 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | $ 6,000 | $ 6,250 | 1 | | | | | 2012 | Dragon | | Tank | 119930 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 1997 | Custom Built | | Tank | |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2004 | Dragon | | Tank | 26372 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,750 | $ 2,250 | $ 2,750 | $ 3,000 | 1 | | | | | 2007 | VE Enterprises | | Tank | 5AGFT471S75444325 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | $ 6,500 | $ 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4050 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | $ 6,500 | $ 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4051 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | $ 6,500 | $ 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4053 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,500 | $ 5,500 | $ 6,500 | $ 6,750 | 1 | | | | | 2013 | Herring | | Tank | HTC-4085 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90112 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90122 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90343 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,500 | $ 4,500 | $ 5,500 | $ 5,750 | 1 | | | | | 2011 | Dragon | | Tank | 90350 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | $ 6,000 | $ 6,250 | 1 | | | | | 2012 | Dragon | | Tank | 111663 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 4,000 | $ 5,000 | $ 6,000 | $ 6,250 | 1 | | | | | 2012 | Dragon | | Tank | 111668 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 2,000 | $ 2,500 | $ 2,750 | 1 | | | | | 2005 | Wichita Tank | | Tank | WTM-051406 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,250 | $ 1,750 | $ 2,250 | $ 2,500 | 1 | | | | | 2005 | Wichita Tank | | Tank | WTM-051410 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-051401 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-051407 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-051409 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061090 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061091 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061092 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061093 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 2,500 | $ 3,250 | $ 4,000 | $ 4,250 | 1 | | | | | 2009 | Wichita Tank | | Tank | WTM-061094 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 4,000 | $ 5,000 | $ 5,250 | 1 | | | | | 2010 | Wichita Tank | | Tank | WTM-071484 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 3,000 | $ 4,000 | $ 5,000 | $ 5,250 | 1 | | | | | 2010 | Wichita Tank | | Tank | WTM-070092 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2000 | Modern Group | | Tank | 9116 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2000 | Wichita Tank | | Tank | WTM-00277 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2000 | Wichita Tank | | Tank | WTM-00284 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2000 | Wichita Tank | | Tank | WTM-00334 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2000 | Dragon | | Tank | 8755 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,750 | $ 2,250 | $ 2,750 | $ 3,000 | 1 | | | | | 2007 | VE Enterprises | | Tank | 5AGFT4197S466909 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 1997 | Wichita Tank | | Tank | WTM-97047 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,000 | $ 1,500 | $ 2,000 | $ 2,250 | 1 | | | | | 2014 | Modern Group | | Tank | D-835328 |
| Freer, TX | 5245 Hwy 44 | $ 600 | $ 750 | $ 950 | $ 1,100 | 1 | | | | | 2002 | Lincoln Electric | Idealarc AC/DC 250 | Welder | C1021100150 |
| Stanton, TX | 3334 S. Service Rd. I-20 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,400 | 1 | | | | | 2004 | Miller | Trailblazer 301G | Welder Generator | LE239239 |

| Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Address | FLV (Each & Total) | OLV (Each & Total) | FMV-R (Each & Total) | FMV-I (Each & Total) | Qty | FLV (Group Total) | OLV (Group Total) | FMV-R (Group Total) | FMV-I (Group Total) | Year | Manufacturer | Model | General Asset Type | Serial # / VIN |
| Zapata, TX | 3046 N US Hwy 83 | $ 1,500 | $ 1,800 | $ 2,250 | $ 2,400 | 1 | | | | | 2007 | Lincoln Electric | Ranger 250 GXT | Welder Generator | U1070111623 |
| TOTAL | | $ 670,700 | $ 833,700 | $ 1,020,400 | | | | | | | | | | | |

**Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest)**

## OFFICE LEASES

| Lease Description | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Commercial property office lease | Lease between Montesan, LLC and Debtor, commenced approximately Jan 2025 | Commercial prop lease | $0 | | $0 |

## OWNED REAL ESTATE

| Property Address or Location | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 142 WES Lane<br>Charlotte, TX 78011 | Office, has 16,000 sqft building | Fee Simple | | Manager's Estimate of FLV | $ 1,800,000.00 |
| 3605 Hwy 67 E<br>Rainbow, TX 76077 | Has 2,500 SF building | Fee simple | | Manager's Estimate of FLV | $ 400,000.00 |
| 5245 Hwy 44<br>Freer, TX 78357 | Has 3 bldgs | Fee simple | | Manager's Estimate of FLV | $ 340,000.00 |
| 3409 US Hwy 281<br>George West, TX 78022 | Has two buildings | Fee simple | | Manager's Estimate of FLV | $ 420,000.00 |
| 3438 US Highway 277<br>Carrizo Springs, TX 78834 | Has 5,000 sqft building | Fee Simple | | Manager's Estimate of FLV | $ 670,000.00 |
| 1609 E. Greene<br>Carlsbad, NM 88220 | Has three buildings | Fee Simple | | Manager's Estimate of FLV | $ 440,000.00 |
| 1230 Hwy 83<br>Denver City, TX 79323 | Has 9,944 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 280,000.00 |
| 1936 Blackgold Rd.<br>Levelland, TX 79336 | Has 2,500 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 330,000.00 |
| 3334 S. Service Rd I-20<br>Stanton, TX 79782 | Has 7,000 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 360,000.00 |
| 4326 TX 158<br>Midland, TX 79706 | Has salt-water disposal well (inactive) and a 1,500 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 75,000.00 |
| 4001 Brownfield Hwy<br>Welch, TX 79377 | Has 7,500 sqft bldg | Fee Simple | | Manager's Estimate of FLV | $ 330,000.00 |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | |
|---|---|---|---|---|
| 312 Pearl Parkway<br>Building 2, Suite 2405<br>San Antonio, TX 78215 | Has 4,000 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 50,000.00 |
| 1906 Main St<br>Eunice, NM 88231 | Vacant Lot | Fee Simple | Manager's Estimate of FLV | $ 60,000.00 |
| 220 S. Drake<br>Iraan, TX 79744 | Has a sqft 6,000 bldg | Fee Simple | Manager's Estimate of FLV | $ 100,000.00 |
| 2210 W. Broadway<br>Sweetwater, TX 79556 | Has a 4,500 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 360,000.00 |
| 601 Old Lubbock, Hwy<br>Snyder, TX 79549 | Has a 14,633 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 410,000.00 |
| 5805 Highway 97<br>Charlotte, TX 78011 | Has a 3,300 sqft bldg | Fee Simple | Manager's Estimate of FLV | $ 188,000.00 |
| 565 FM 80 S<br>Donie, TX 75838 | Has salt-water disposal well, 9.60 acres, raw undeveloped land | Fee Simple | Manager's Estimate of FLV | $ 160,000.00 |
| 1135 Polk Rd<br>Bowie, TX 76230 | Has inactive salt-water disposal welll, no building | Fee Simple | Manager's Estimate of FLV | $ 140,000.00 |
| Co Rd. 306<br>Seminole, TX 79360 | Has salt-water disposal well (contributed to Mid River), Land | Fee Simple | Manager's Estimate of FLV | $ 580,000.00 |
| US Hwy 82<br>Plains, TX 79355 | Has salt-water disposal well, land | Fee Simple | Manager's Estimate of FLV | $ 350,000.00 |
| 8th Street<br>Snyder, TX 79549 | Has salt-water well, land | Fee Simple | Manager's Estimate of FLV | $ 380,000.00 |
| FM 31134 & 137<br>Lenorah, TX 79749 | fluids station | Fee Simple | Manager's Estimate of FLV | $ 180,000.00 |
| 4326 TX 158<br>Midland, TX 79706 | Has salt-water disposal well, 1 bldg | Fee Simple | Manager's Estimate of FLV | $ 800,000.00 |
| 5800 Hwy 97<br>Charlotte, TX 78011 | Has salt-water disposal well, 1 bldg | Fee Simple | Manager's Estimate of FLV | $ 500,000.00 |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | |
|---|---|---|---|---|
| 4984 Hwy 44<br>Freer, TX 78357 | | Fee Simple | Manager's Estimate of FLV | $ 290,000.00 |
| US 87 and County Road U<br>Ackerly, TX 79713 | Land | Fee Simple | Manager's Estimate of FLV | $ 100,000.00 |
| Hwy 83 & 402 (SW corner)<br>Ashmore, TX | Land | Fee Simple | Manager's Estimate of FLV | $ 165,000.00 |
| Cemetary Rd<br>Roscoe, TX 79545 | No bldg | Fee Simple | Manager's Estimate of FLV | $ 125,000.00 |
| Hwy 87<br>Big Spring, TX 79720 | land only | Fee Simple | | Unknown |

## SWD LEASES

| Lease Description | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Bandera SWD | Salt Water Disposal Agreement dated August 16, 2004 between William Thomas Blake, Jr. and Ann Blake Rogers, Trustees of the William Thomas Blake Testamentary Trust and Melva C. Blake, and Bandera Exploration Company for property in Montague County, Texas, as amended by that certain Amendment and Extension dated May 24, 2005, that certain Second Amendment dated February 18, 2008, and that certain Third Amendment dated August 16, 2019 | Salt-water disposal agreement/lease | | | Unknown |
| McKeown SWD | Lease dated December 16, 1990 between Ronnie McKeown and wife Shirley McKeown and Well Solutions, Inc. for property in Lee County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Meisenheimer SWD | Non-Hazardous Oil & Gas Waste Disposal Site Lease Agreement dated June 1, 2011 between Charles Cotrone Disposal Company and Key Energy Services, LLC for property in Lee County, Texas, as amended by that certain First Amendment to Lease dated June 1, 2016 | Salt-water disposal agreement/lease | | | Unknown |
| Teeters SWD | Brine Lease Agreement dated June 1, 2016 between Seth Teeters and Key Energy Services, LLC for property in Hockley County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Teeters Brine Station | Brine Lease Agreement dated June 1, 2016 between Seth Teeters and Key Energy Services, LLC for property in Hockley County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Harper SWD | Salt Water Disposal Lease dated July 13, 2005 between Betty Moss Dean and O&O Operators, LLC for property in Ector County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Holland Porter SWD | Lease Agreement dated September 1, 2015 between Burleson 5060, LLC and Ashland 5060, LLC and Key Energy Services, LLC for property in Burleson County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Zapata Yard | Lease dated January 1, 2004 between Juan and Dolores Medina and Brooks Well Servicing, Inc. for property in Zapata County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Zapata SWD | Non-Hazardous Oil and Gas Waste Disposal Agreement (Lease No. 2) | Salt-water disposal | | | Unknown |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | | |
|---|---|---|---|---|---|
| | dated June 9, 2008 between Roberto Villarreal and wife Aminta R. Villarreal and Key Energy Services, LLC for property in Zapata County, Texas, as amended by that certain First Amendment to Lease dated December 22, 2015, that certain Second Amendment to Lease dated January 26, 2016, that certain Third Amendment to Lease dated February 26, 2016, that certain Fourth Amendment to Lease dated March 31, 2016, that certain Fifth Amendment to Lease dated May 31, 2016, that certain Sixth Amendment to Lease dated August 31, 2016, that certain Seventh Amendment to Lease dated September 30, 2016 and that certain Eighth Amendment to Lease dated January 31, 2017 | agreement/lease | | | |
| Zapata Yard | Non-Hazardous Oil and Gas Waste Disposal Agreement (Lease No. 1) dated June 9, 2008 between Roberto Villarreal and wife Aminta R. Villarreal and Key Energy Services, LLC for property in Zapata County, Texas, as amended by that certain First Amendment to Lease dated December 22, 2015, that certain Second Amendment to Lease dated January 26, 2016, that certain Third Amendment to Lease dated February 26, 2016, that certain Fourth Amendment to Lease dated March 31, 2016, that certain Fifth Amendment to Lease dated May 31, 2016, that certain Sixth Amendment to Lease dated August 31, 2016, that certain Seventh Amendment to Lease dated September 30, 2016 and that certain Eighth Amendment to Lease dated January 31, 2017 | Salt-water disposal agreement/lease | | | Unknown |
| Webb County School Board SWD | Lease of Real Property dated January 25, 1993 between Webb County and Texas Oilfield Environmental Services, Inc. for property in Webb County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Lindy G SWD | Saltwater Disposal Agreement dated February 9, 1995 between Larry J. Winkelmann and Dawson Well Solution, LC for property in Washington County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Brushy Creek SWD | Saltwater Disposal Agreement dated August 1, 2010 between Burlen T. McCabe, Jr. and wife Linda G. McCabe, and Key Energy Services, LLC for property in Lavaca County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Son of Big Bad SWD | Saltwater Disposal Agreement and Lease dated October 1, 2017 between the Wolfe Estate Family Trust and Key Energy Services, LLC for property in Howard County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Hutson SWD | Lease dated November 30, 1992 between Randall R. Hutson and wife Janet Dusek Hutson, and Taylor Disposal, Inc. for property in Fayette County, Texas, as amended by that certain Amendment and Modification of Salt Water Disposal Well Lease dated November 29, 2012 and that certain Second Amendment to Lease dated November 14, 2025 | Salt-water disposal agreement/lease | | | Unknown |
| Ector AU Fee SWD | Surface Lease for Salt Water Disposal Facility dated May 25, 2990 between Eloise Conger Davenport and Elaine Conger Gist, and Prairie Crude, Inc. for property in Ector County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Jeter Farmer SWD | Agreement and Lease dated August 4, 1989 between Ira Jeter, Jr. and James B. Farmer, and T.S.T. Paraffin Service Co., Inc. for property in Dawson County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Alma Brown SWD | Agreement dated June 7, 1967 between Alma Brown, Robert F. Brown, and Elena Brown, and Midwest Oil Corporation for property in Dawson County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Ozona Yard | Surface Lease dated July 1, 2007 between Taylor Box Land Limited Partnership and Key Energy Services, LLC for property in Crockett County, Texas | Salt-water disposal agreement/lease | | | Unknown |
| Earl Sebesta SWD | Non-Hazardous Oil and Gas Waste Disposal Agreement dated December 1, 2015 between The Earl Sebesta 2012 Trust and Key Energy Services, LLC for property in Burleson County, Texas | Salt-water disposal agreement/lease | | | Unknown |

| Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest) | | | | |
|---|---|---|---|---|
| | | | | |
| Bettie SWD | Lease dated September 19, 1990 between Elaine M. Rychlik and Taylor Environmental, Inc. for property in Burleson County, Texas, as amended by that certain Amendment of Lease dated August 22, 2013 and that certain Second Amendment to Lease dated July 1, 2016 | Salt-water disposal agreement/lease | | Unknown |
| Christmas SWD | Saltwater Disposal Agreement dated May 5, 2000 between Bank of America, N.A., Trustee of the Millard Deck Testamentary Trust U/W of Millard Deck and Gold Star SWD, Ltd. for property in Lea County, New Mexico, as amended by that certain Amendment to Saltwater Disposal Agreement dated April 1, 2005 | Salt-water disposal agreement/lease | | Unknown |
| State S Water Station | Salt Mining Lease No. MS-0004 dated September 28, 1995 between the Commissioner of Public Lands and Gold Star SWD Ltd. for property in Lease County, New Mexico | Salt-water disposal agreement/lease | | Unknown |
| BKE SWD | Amended and Restated Saltwater Disposal Lease dated effective May 1, 2004 between Celia Valdez, Corina Urquidez, Concepcion Onsurez, Victor Onsurez, Melinda Thompson and Greg Martinez, and Yale E. Key, Inc. for property in Eddy County, New Mexico | Salt-water disposal agreement/lease | | Unknown |

## EASEMENTS AND ROWs

| EASEMENT DESCRIPTION | DESCRIPTION CONTINUED | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Atha SWD | Easement and Right-of-Way Contract dated July 1, 1999 between W.T. Tivis, Jr. and wife Wilberta R. Tivis and McCasland Disposal System, LLC for property in Lea County, New Mexico | Easement | | | Unknown |
| Atha SWD | Surface Access Agreement dated May 24, 2017 between Dasco Cattle Company, LLC and Key Energy Services, LLC for property in Lea County, New Mexico | Easement | | | Unknown |
| Atha SWD | Right-of-Way Grant (Serial Number NM-131856) issued October 15, 2014 by the Bureau of Land Management to Key Energy Services, LLC for property in Lea County, New Mexico | Easement | | | Unknown |
| Teethers Brine Station | Fresh Water Purchase Agreement dated June 1, 2016 between Seth Teeters and Key Energy Services, LLC for property in Hockley County, Texas | Easement | | | Unknown |
| G.B. MCClain SWD | McClain Saltwater Disposal System Operating Agreement dated October 14, 1985 | Easement | | | Unknown |

**Fill in this information to identify your case:**

Debtor Name ___Water Energy Services, LLC___

United States Bankruptcy Court for the: ___Western District of Texas___

Case number (*If known*): ___25-50539___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

| | | Column A | Column B |
|---|---|---|---|
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| **2.1** | Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

**BTG, LLC**

**Creditor's mailing address**

| | | |
|---|---|---|
| **3.1 Checking Account, JPMorgan Chase Bank, N.A. P O Box 182051 Columbus, OH 43218 - 2051 0365** | $ **222,127.87** | $ **0.00** |
| **50.1 See attached Addendum to Schedule A, Question 50 (Other machinery, fixtures, and equipment), Forced Liquidation** | | |
| **61.1 https://www.waterenergyservices.com/** | | |
| **55.1 See Attached "Addendum to Schedule A, Question 55 (Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest)", Ownership** | | |

**c/o Robert G. Smith**
**Trent W. Rexing**
**Mayer LLP**
**2900 North Loop West, Suite 500**
**Dallas, TX 75201**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    _____

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Description** |
|---|
| **Case Name: BTG, LLC vs. Water Energy Services, LLC; Rodolfo Concha; Nicholas Atkins; Jamie Downs** |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.2** | **Creditor's Name**

**Describe debtor's property that is subject to a lien**

**Community Bank & Trust - West Georgia**

**Creditor's mailing address**

**3.2 Checking Account, Community Bank & Trust 7721** $ __22,259,342.35__ $ __9,910,000.00__

**3.3 Checking Account, Community Bank & Trust 7770**

**47.1 See attached Addendum to Schedule A, Question 47 )Automobiles, vans, trucks, motorcycles, trailers, and titled vehicles), Forced Liquidation**

**41.1 Computers (15) Approx 20 monitors Microwave Coffee maker Televisions (3) (lobby, conference room, and kitchen) Conference broadcasting equipment, Personal estimate**

**39.1 6 desks, approximately 20 chairs, conference table, leather couch, 4 leather chairs, 10 cabinets, refrigerator, dining tables., Personal Estimate**

**201 Broad Street
P.O. Box 1489
Lagrange, GA 30240**

**Creditor's email address, if known**

**Describe the lien**

**UCC Lien**

**Description**

All of the items of Property described in Schedule I (attached to UCC Lien), and made a part hereof, wherever located.

**Date debt was incurred** __04/04/2023__

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.3**

**Creditor's Name**

**Crockett County Tax Office**

**Creditor's mailing address**
**c/o Michelle Medley PCAC**
**P.O. Box Drawer H**
**909 Avenue D**
**Ozona, TX 76943**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____894.96_ $ _____43,250.00

**Describe the lien**
**Personal proerty tax lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
Business personal property taxes (warehouse and 8x8 morgan stg)

---

**2.4**

**Creditor's Name**

**Dawson County Central Appraisal District**

**Creditor's mailing address**
**c/o Normal J. Brock**
**PO Box 797**
**1806 Lubbock highway**
**Lamesa, TX 79331**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____0005____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____1,223.44_ $ _____50,000.00

**Describe the lien**
**Real estate taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
Alma Brown SWD Interest in Real Property

---

| Debtor | Water Energy Services, LLC | Case number (if known) | 25-50539 |
| --- | --- | --- | --- |
| | Name | | |

---

**2.5**

**Creditor's Name**

Dawson County Central Appraisal District

**Creditor's mailing address**
NORMA J BROCK
PO BOX 797
1806 LUBBOCK HWY
Lamesa, TX 79331

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ ___19,054.78___   $ ___796,800.00___

**Describe the lien**
Personal property taxes lien

**Description**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's Name**

Dawson County Central Appraisal District

**Creditor's mailing address**
c/o Norma J. Brock
PO Box 797
1806 Lubbock Highway
Lamesa, TX 79331

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ ___4,150.00___   $ ___193,000.00___

**Describe the lien**
Real estate taxes lien

**Description**
unknown

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC             BlueStylus

Debtor  **Water Energy Services, LLC**
Name

Case number *(if known)*  **25-50539**

---

| **2.7** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | **Duval County Tax Office** | | $ ___1,016.94___ | $ ___0.00___ |

**Creditor's mailing address**
**c/o Roberto Elizondo**
**PO Box 337**
**San Diego, TX 78384**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___0050___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Business Personal Property Taxes**

**Description**
**Trailers and Tanks @ 5245 Hwy 44 East, Freer, TX**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.8** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | **Freer Independent School District Tax Office** | | $ ___Unknown___ | $ ___0.00___ |

**Creditor's mailing address**
**P.O. Box Drawer X**
**Freer, TX 78357**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Description**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

---

| **2.9** | Creditor's Name | | Describe debtor's property that is subject to a lien | | | |
|---|---|---|---|---|---|---|

**Gaines County Appraisal District**

$ _____ **52,662.31** $ _____ **0.00**

Creditor's mailing address
**P.O. Box 490**
**Seminole, TX 79360**

Creditor's email address, if known

Describe the lien
**Business personal property tax**

Description
**Saltwater disposal facility dasani well #1 RRC#68677 CR 306 W of CR 307 Seminole**

Date debt was incurred _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Last 4 digits of account number _____ **6629**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.10** | Creditor's Name | | Describe debtor's property that is subject to a lien | | | |
|---|---|---|---|---|---|---|

**Gaines County Appraisal District**

$ _____ **11,905.30** $ _____ **608,220.00**

Creditor's mailing address
**P.O. Box 490**
**Seminole, TX 79360**

Creditor's email address, if known

Describe the lien
**SW disposal facility dasani well #1 RRC #68677**

Description

Date debt was incurred _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.11** | **Creditor's Name**

**Internal Revenue Service**

**Creditor's mailing address**
**P.O. Box 145595**
**MC 8420G**
**Cincinnati, OH 45250-5595**

**Creditor's email address, if known**

| | |
|---|---|
| **Date debt was incurred** | **04/08/2024 & 07/03/2024 & 01/21/2025** |

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority. _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____Unknown  $ _____0.00

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

---

**2.12** | **Creditor's Name**

**Lee County**

**Creditor's mailing address**
**898 E. Richmond St, Suite 103**
**Giddings, TX 78942**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority. _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____262.29  $ _____0.00

**Describe the lien**
**AIC Improvement only - commercial bldg**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**AIC Improvement only -commercial bldg**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.13** | **Creditor's Name**

**Describe debtor's property that is subject to a lien**

**Lee County**

$ _____ **Unknown** $ _____ **0.00**

**Creditor's mailing address**
**c/o Linebarger Goggan Blair & Sampson, LLP**
**P.O. Box 17428**
**Austin, TX 78760**

**Creditor's email address, if known**

_____

**Describe the lien**

**AIC Improvement only - commercial bldg**

**Description**

**AIC Improvement only -commercial bldg**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number  6289**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** | **Creditor's Name**

**Describe debtor's property that is subject to a lien**

**Live Oak County Appraisal District**

$ _____ **136.74** $ _____ **0.00**

**Creditor's mailing address**
**Attn: Bankruptcy Department**
**P.O. Box 2370**
**George West, TX 78022**

**Creditor's email address, if known**

_____

**Describe the lien**

**Business Personal Property Tax Lien**

**Description**

**Machinery & equipment incl. furniture and fixtures at 3409 Hwy 281 N @ CR 305 852222**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC

Debtor    __**Water Energy Services, LLC**__        Case number *(if known)*  __**25-50539**__
                Name

---

**2.15** | Creditor's Name

**Machinery Auctioneers of Texas, LLC**

**Creditor's mailing address**
**P.O. Box 977**
**Castroville, TX 78009**

**Creditor's email address, if known**
_____

Date debt was incurred    __08/09/2023__

Last 4 digits of account number    _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$    __Unknown__  $    __0.00__

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
All equipment and trade fixtures on and associated with the Salt Water Disposal Wells and Brine Stations.

---

**2.16** | Creditor's Name

**Midland Central Appraisal district**

**Creditor's mailing address**
**P.O. Box 6037**
**Midland 79704**

**Creditor's email address, if known**
_____

Date debt was incurred    _____

Last 4 digits of account number    __1550__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$    __52.32__  $    __0.00__

**Describe the lien**
**Real estate property tax lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
Account:1000535 API #4232930414 LSE #25488E GPS 31 58.26N 101 59, EARLY SWD LEASE WELL #2D, INTEREST IN REAL PROP RTY ACRES:0.000

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.17** Creditor's Name

**Scurry County Tax Office**

Creditor's mailing address
**1806 25th St**
**Snyder, TX 79549**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

$ ____12,647.28____  $ ____0.00____

Describe the lien
**delinquent tax notice**

Description
delinquent tax notice

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** Creditor's Name

**Somervell Central Appraisal District**

Creditor's mailing address
**112 Allen Dr**
**Glen Rose, TX 76043**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

$ ____Unknown____  $ ____0.00____

Describe the lien
**tax lien**

Description
tax lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.19**

**Creditor's Name**

**TBF**

**Creditor's mailing address**
**460 Faraday Ave**
**Jackson, NJ 08527**

**Creditor's email address, if known**

**Date debt was incurred**    **06/13/2023**

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____Unknown   $ _____0.00

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

All assets of the Debtor now owned or hereafter acquired and wherever located, including, but not limited to, any and all equipment, fixtures, inventory, accounts, credit card receivables, chattel paper, documents, instruments, investment property, general intangibles, letter-of-credit rights and deposit accounts, together with all products and proceeds thereof.

---

**2.20**

**Creditor's Name**

**United Independent School District**

**Creditor's mailing address**
**Monica Madrigal, RTA**
**3501 E. Saunders**
**Laredo, TX 78041**

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**    **0600**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____Unknown   $ _____0.00

**Describe the lien**
**property tax**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**

property tax

---

Copyright © Financial Software Solutions, LLC                                                                                  BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **2.21** | Creditor's Name |
|---|---|

**Zapata Co. Tax Assessor Collector**

**Creditor's mailing address**
**Attn: Bankruptcy Dept.**
**200 E. 7th Ave, Suite 226**
**Zapata, TX 78076**

**Describe debtor's property that is subject to a lien**

$ _____ **474.83**   $ _____ **23,489.00**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____ **1391**

**Describe the lien**
**Business personal property lien**

**Description**
Abst 126 Por 36 SH 3 TR A J C
Canales Improvements Only Label
NTA191008 and label RAD890352

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this
　　　　creditor, and its relative priority.
　　　　_____

　☐ Yes. The relative priority of creditors is
　　　　specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any

$ **22,585,951.41**

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America**<br>**P.O. Box 789**<br>**Neenah, WI 54957-0789** | Line 2. ____ | _____ |
| **BTG, LLC**<br>**P.O. Box 470248**<br>**Tulsa, OK 74147** | Line 2. **1** | _____ |
| **Dolphin Graphics, Inc.**<br>**5601 Bintliff Dr #530**<br>**Houston, TX 77036** | Line 2. ____ | _____ |
| **Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P.O. Box 7346**<br>**Philadelphia, PA 73301** | Line 2. ____ | _____ |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number (if known) | **25-50539** |
|---|---|---|---|
| | Name | | |

**JP Morgan Chase Bank**
**P.O. Box 807**
**Neenah, WI 54957-0807**                                    Line 2. ____                    _____

**Key Energy Services**
**6 Desta Dr., Suite 4400**
**Midland, TX 79705-5540**                                   Line 2. ____                    _____

**Linebarger Goggan Blair & Sampson, LLP**
**1512 S. Lone Star Way**
**Edinburg, TX 78539**                                       Line 2. **21**                  **1391**

**Lytle Soule & Felty, P.C**
**Attn: Eric L. Combs & Matthew K Felty**
**119 N Robinson Ave, Suite 1200**
**Oklahoma City, OK 73102**                                  Line 2. ____                    _____

**Machinery Auctioneers of Texas, LLC**
**19760 Interstate 35 S**
**Lytle, TX 78052**                                          Line 2. **15**                   _____

**Machinery Auctioneers of Texas, LLC**
**c/o its Registered Agent, Terry Dickerson**
**150 Double Gate Rd.**
**Castroville, TX 78009**                                    Line 2. **15**                   _____

**Mayer, LLP**
**Attn: Robert G. Smith, Jr., Esq.**
**2900 North Loop West, Ste. 500**
**Houston, TX 77092**                                        Line 2. **1**                    _____

**Mayer, LLP**
**Attn: Trent W. Rexing, Esq.**
**750 N. St. Paul St., Ste. 700**
**Dallas, TX 75201**                                         Line 2. **1**                    _____

**Maynards Capital, LP**
**5310 E High St. Ste. 310**
**Phoenix, AZ 85054**                                        Line 2. ____                    _____

**Perdue Brandon Fielder Collins & Mott, LLP**
**500 East Border St, Suite 640**
**Arlington, TX 76010**                                      Line 2. **18**                   _____

**Perdue Brandon Fielder Collins & Mott, LLP**
**PO Box 817**
**LUBBOCK, TX 79408**                                        Line 2. **17**                   _____

**Rodolfo Concha**
**1763 Walnut Leaf Drive**
**Walnut, CA 91789-3648**                                    Line 2. ____                    _____

**Ross, Smith, Binford, PC**
**700 North Pearl Street, Suite 1610**
**Dallas, TX 75201**                                         Line 2. **2**                    _____

**Ryan Carreon, Esq.**
**500 Delaware Ave, Suite 1500**
**Wilmington, DE 19801**                                     Line 2. ____                    _____

**Shuster Law, PLLC**
**Attn: Austin Harline, Esq.**
**860 Hebron Parkway, Suite 303**
**Lewisville, TX 75057**                                     Line 2. ____                    _____

---

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 15

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
| | Name | | |

**SK Capital Partners, LP**
**430 Park Ave, 18th Floor**
**New York, NY 10022**                                      Line 2. _____              _____

**Tarter Krinsky & Drogin LLP**
**Attn: Jonathan Eric Temchin**
**1350 Broadway**
**New York, NY 10018-7702**                              Line 2. _____              _____

**Texas Mutual Insurance Company**
**Attn: Lewis Tandy, Esq.**
**2200 Aldrich St.**
**Austin, TX 78723**                                           Line 2. _____              _____

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

**Fill in this information to identify your case:**

Debtor    **Water Energy Services, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*If known*):    **25-50539**

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
| --- | --- | --- | --- |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total Claim | Priority Amount |
| --- | --- | --- | --- |
| **Alejandro Pando** <br> **503 S 14th St.** <br> **Brownfield, TX 79316** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ 2,429.38 | $ 2,429.38 |

Date or dates debt was incurred

Basis for the claim: **Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| | *Check all that apply.* | | |
| **Antonio Acevedo** | ☐ Contingent | $ **7,210.83** | $ **7,210.83** |
| | ☐ Unliquidated | | |
| **1010 Elm Street** | ☐ Disputed | | |
| **Zapata, TX 78076** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claim** |

| Last 4 digits of account number _____ | Is the claim subject to offset? | Description |
|---|---|---|
| | ☑ No | |
| Specify Code subsection of PRIORITY | ☐ Yes | |
| unsecured claim: 11 U.S.C. § 507(a) ( ____ ) | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| | *Check all that apply.* | | |
| **Atascosa County Tax Assessor-Collector** | ☐ Contingent | $ **7,186.01** | $ **7,186.01** |
| | ☐ Unliquidated | | |
| **Attn: Loretta Holley** | ☐ Disputed | | |
| **1001 Oak St.** | | | |
| **Jourdanton, TX 78026-2849** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Real Estate Taxes** |

| Last 4 digits of account number _____ | Is the claim subject to offset? | Description |
|---|---|---|
| | ☑ No | **2023 Taxes** |
| Specify Code subsection of PRIORITY | ☐ Yes | |
| unsecured claim: 11 U.S.C. § 507(a) ( ____ ) | | |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| | *Check all that apply.* | | |
| **Baldomero Rivera** | ☐ Contingent | $ **13,276.92** | $ **13,276.92** |
| | ☐ Unliquidated | | |
| **414 Mira Flores Avenue** | ☐ Disputed | | |
| **Zapata, TX 78076** | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claim** |

| Last 4 digits of account number _____ | Is the claim subject to offset? | Description |
|---|---|---|
| | ☑ No | |
| Specify Code subsection of PRIORITY | ☐ Yes | |
| unsecured claim: 11 U.S.C. § 507(a) ( ____ ) | | |

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.5** | **Priority creditor's name and mailing address**

**Benny Reyes**

**1814 Ave I**

**Levelland, TX 79336**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **905.80**   $ _____ **905.80**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**2.6** | **Priority creditor's name and mailing address**

**Brando Rivera**

**No Address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **2,477.75**   $ _____ **2,477.75**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**2.7** | **Priority creditor's name and mailing address**

**Buddy C. Lee**

**P.O. Box 3**

**Bowie, TX 76230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **12,658.39**   $ _____ **12,658.39**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Wage Claim**

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                                  BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.8** | Priority creditor's name and mailing address

**Carlos Ramirez**

**275 W Lake Blvd.**

**Cayuga, TX 75832**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,093.49**  $ **1,093.49**

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.9** | Priority creditor's name and mailing address

**Carlos Rodriguez**

**206 4th Street**

**Zapata, TX 78076**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,174.99**  $ **6,174.99**

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.10** | Priority creditor's name and mailing address

**David Hoffman**

**P.O. Box 904**

**Bloomington, TX 77951**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **18,269.25**  $ **18,269.25**

Date or dates debt was incurred

Basis for the claim:

**Wage Claim**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**Debbie Lind**

**4669 Coughram Rd.**

**Pleasanton, TX 78064**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___5,792.32___   $ ___5,792.32___

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☑ No
☐ Yes

Description

_____

---

**2.12** | Priority creditor's name and mailing address

**Emilio Reyes**

**15235 Adams Street**

**Cayuga, TX 75832**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___1,093.53___   $ ___1,093.53___

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☑ No
☐ Yes

Description

_____

---

**2.13** | Priority creditor's name and mailing address

**Enrique Manrique**

**2902 Blaine Street**

**Laredo, TX 78043**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___992.67___   $ ___992.67___

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

☑ No
☐ Yes

Description

_____

---

| Debtor | **Water Energy Services, LLC** | Case number (*if known*) | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.14**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
|---|---|---|---|
| | | $ _____**34,620.35**_ | $ _____**34,620.35**_ |

**Grady White**

**P.O. Box 416**

**Devine, TX 78016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| _____ | **Wage Claim** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.15**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
|---|---|---|---|
| | | $ _____**6,124.75**_ | $ _____**6,124.75**_ |

**Gustavo Solis**

**224 Vista Hermosa**

**Zapata, TX 78076**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| _____ | **Wage Claim** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.16**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
|---|---|---|---|
| | | $ _____**34,620.35**_ | $ _____**34,620.35**_ |

**Houston Hefley**

**900 CR 768**

**Devine, TX 78016**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| _____ | **Wage Claim** |

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.17** Priority creditor's name and mailing address

**Internal Revenue Service**

**8122 Datapoint Dr., Ste. 1200**
**Mail Stop 5320 SANC**

**San Antonio, TX 78229-3658**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____1,880.00_  $ _____1,880.00_

Date or dates debt was incurred

_____

**Basis for the claim:**

**Federal Tax Lien**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.18** Priority creditor's name and mailing address

**James Mineau**

**P.O. Box 341**

**George West, TX 78022**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____7,907.06_  $ _____7,907.06_

Date or dates debt was incurred

_____

**Basis for the claim:**

**Wage Claim**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.19** Priority creditor's name and mailing address

**Jamie Downs**

**1120 Cardinal**

**Pleasanton, TX 78064**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____34,620.35_  $ _____34,620.35_

Date or dates debt was incurred

_____

**Basis for the claim:**

**Wage Claim**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.20**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|
| **Jose Vallejo Sr.** | ☐ Contingent | $ **1,741.96** | $ **1,741.96** |
| **P.O. Box 14983** | ☐ Unliquidated | | |
| **Zapata, TX 78076** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? | Description |
|---|---|---|
| | ☒ No | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ ) | ☐ Yes | |

---

**2.21**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|
| **Lida Ogonowski** | ☐ Contingent | $ **15,196.14** | $ **15,196.14** |
| **122 Dresden Wood Dr.** | ☐ Unliquidated | | |
| **Boerne, TX 78006** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? | Description |
|---|---|---|
| | ☒ No | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ ) | ☐ Yes | |

---

**2.22**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---|---|---|---|
| **Luis Serna** | ☐ Contingent | $ **258.50** | $ **258.50** |
| **277 Ladera Dr.** | ☐ Unliquidated | | |
| **Zapata, TX 78076** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claim** |

| Last 4 digits of account number | Is the claim subject to offset? | Description |
|---|---|---|
| | ☒ No | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ ) | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**Miguel Chairez**

**327 Kopplow**

**San Antonio, TX 78221**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 307.44   $ _____ 307.44

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.24** | Priority creditor's name and mailing address

**Nicholas Atkins**

**22519 Viajes**

**San Antonio, TX 78261**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 34,620.35   $ _____ 34,620.35

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.25** | Priority creditor's name and mailing address

**Oscar Navarro Garza**

**1407 Mahogany Avenue**

**Zapata, TX 78076**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 11,538.48   $ _____ 11,538.48

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  **Water Energy Services, LLC**                              Case number (if known)  __25-50539__
_____
Name

---

**2.26** | Priority creditor's name and mailing address

**Oscar Villarreal Jr.**

**104 Ann Dr.**

**Zapata, TX 78076**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___3,834.87___  $ ___3,834.87___

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

**Wage Claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

Description
┌──────────────────┐
│                  │
│                  │
└──────────────────┘

---

**2.27** | Priority creditor's name and mailing address

**Reynaldo Diaz**

**912 Juarez Ave**

**Zapata, TX 78076**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___739.97___  $ ___739.97___

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

**Wage Claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

Description
┌──────────────────┐
│                  │
│                  │
└──────────────────┘

---

**2.28** | Priority creditor's name and mailing address

**Roberto Rodriguez**

**206 4th Street**

**Zapata, TX 78076**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___12,036.60___  $ ___12,036.60___

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

**Wage Claim**

**Is the claim subject to offset?**
☑ No
☐ Yes

Description
┌──────────────────┐
│                  │
│                  │
└──────────────────┘

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  __**Water Energy Services, LLC**__   Case number (*if known*) __**25-50539**__
Name

---

**2.29** | Priority creditor's name and mailing address

**Royce Fernandez**

**604 Winship Rd.**

**Pleasanton, TX 78064**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____56.00  $_____56.00

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Description

---

**2.30** | Priority creditor's name and mailing address

**Rudy Gonzales**

**P.O. Box 303**

**Plains, TX 79355**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____1,686.21  $_____1,686.21

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Description

---

**2.31** | Priority creditor's name and mailing address

**Saul Guadarrama**

**2281 Calle Loma**

**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____371.70  $_____371.70

Date or dates debt was incurred

_____

Basis for the claim:

**Wage Claim**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Description

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**2.32**

**Priority creditor's name and mailing address**

**Tax Assessor Collector City of Pleasanton**

**Attn: Megan Caballero**
**108 Second St.**

**Pleasanton, TX 78064**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Real Estate Tax**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Notice of Sale of Assets**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.33**

**Priority creditor's name and mailing address**

**Teresa Boone**

**P.O Box 445**

**Eunice, NM 88231**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,769.24**   $ _____ **4,769.24**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Wage Claim**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.34**

**Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**Revenue Accounting Division - Bankruptcy Section**
**P.O. Box 13528 Capital Station**

**Austin, TX 78711**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | __Water Energy Services, LLC__ | Case number *(if known)* | __25-50539__ |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

__448 Supply, Inc.__

__c/o Law Office of Robert T. Miller, Jr.__
__1244 Harwood Rd., Ste. 200__

__Bedford, TX 76021__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ __Unknown__

Date or dates debt was incurred

Basis for the claim:
**Lawsuit in Atascosa County District Court**

**Description**

**Case Name: 448 Supply, Inc. vs. Water Energy Services, LLC**

**Case No. 23-03-0166-CVA**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

__Accounts Receivable Collection Group__

__P.O. Box 1059__

__Round Rock, TX 78680__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __454.75__

Date or dates debt was incurred

Basis for the claim:
**Vendor**

**Description**

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor  **Water Energy Services, LLC**                                    Case number *(if known)*  __25-50539__
          Name

---

| 3.3 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                           $ _____ **1,096.00**

**Ace Gathering, Inc.**
                                           ☐ Contingent
**24275 Katy Freeway, Ste. 325**                   ☐ Unliquidated
                                           ☐ Disputed
**Katy, TX 77494**

**Date or dates debt was incurred**            **Basis for the claim:**            Description

                                           **Vendor**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

                                           ☒ No
                                           ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                           $ _____ **5,090.00**

**Actuaries Associates**
                                           ☐ Contingent
**200 Bartlett Drive, Suite 115**                  ☐ Unliquidated
                                           ☐ Disputed
**El Paso, TX 79912**

**Date or dates debt was incurred**            **Basis for the claim:**            Description

                                           **Vendor**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

                                           ☒ No
                                           ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                           $ _____ **41,685.58**

**ADP, LLC**
                                           ☐ Contingent
**1851 N. Resler Drive**                           ☐ Unliquidated
**MS-100**                                       ☐ Disputed

**El Paso, TX 79912**

**Date or dates debt was incurred**            **Basis for the claim:**            Description

                                           **Vendor**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

                                           ☒ No
                                           ☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.6** **Nonpriority creditor's name and mailing address**

**Airgas USA, LLC**

**409 N. Grimes St**

**Hobbs, NM 88240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48.93

**Date or dates debt was incurred**

**Basis for the claim:**
**Cylinder rental**

**Last 4 digits of account number    5817**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Cylinder Rental Invoice

---

**3.7** **Nonpriority creditor's name and mailing address**

**Alliance Energy, LLC**

**1344 HWY 82**

**Plains, TX 79355**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,200.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Unpaid Labor or Materials**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**General Contractor**

**State of Texas - Private Projects**

**Provided: Supply Rental Equipments**

---

**3.8** **Nonpriority creditor's name and mailing address**

**Amp Tech, LLC**

**508 West Comanche Drive**

**Hobbs, NM 88240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,682.93

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Arguindegui Oil Company II Ltd.**

**c/o Sanderford & Carroll**
**Attn: Bethany F. Beck, Esq.**
**1100 NE Loop 410, Suite 610**

**San Antonio, TX 78209**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Lawsuit in Bexar County**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Arnold Oil Company Fuels, LLC**

**P.O. BOX 18089**

**Austin, TX 78760-8089**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **800,000.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

**AT&T**

**P.O. Box 105414**

**Atlanta, GA 30348-5414**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ **4,734.30**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|--------|--------------------------------|--------------------------|--------------|
|        | Name |  |  |

---

**3.12** | **Nonpriority creditor's name and mailing address**

**AT&T Mobility - Zapata**

**P.O. Box 6463**

**Carol Stream, IL 60197-6463**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 676.73

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Badger CPA Firm**

**18402 U.S. Hwy 281 N, Suite 281**

**San Antonio, TX 78259**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 57,141.67

**Date or dates debt was incurred**

**Basis for the claim:**

**Lawsuit in Bexar County**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Barron Service Parts Co.**

**409 E 2nd St.**

**Odessa, TX 79761**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 348.06

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**

**BearCom Operating, LLC d/b/a BearCom**

**4009 Distribution Dr., Ste. 200**

**Garland, TX 75041**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,992.66**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Big Country Electric Cooperative**

**P.O. Box 518**

**Roby, TX 79543**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,120.68**

**Date or dates debt was incurred**

**Basis for the claim:**

**electric utility**

Description

electric utility

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Broken Spearhead, Inc.**

**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**

**Corpus Christi, TX 78418-6505**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

Debtor      **Water Energy Services, LLC**                              Case number *(if known)*   **25-50539**
            Name

---

**3.18**  | Nonpriority creditor's name and mailing address

**Bryant Electric-SWD**

**P.O. BOX 1344**

**Levelland, TX 79336**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **9,728.10**

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

**Vendor**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.19**  | Nonpriority creditor's name and mailing address

**BTU-(E)**

**P.O. Box 8000**

**Bryan, TX 77805-8000**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **6,631.82**

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

**Vendor**

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.20**  | Nonpriority creditor's name and mailing address

**Butch's Rat Hole & Anchor Services, Inc.**

**c/o Andrews Myers, P.C.
Attn: Andrew S. Harris & Ryan J. McKee
919 Congress Avenue, Suite 1050**

**Austin, TX 78701**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$                                    **53,714.25**

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

**Lawsuit in Atascosa County District Court**

Is the claim subject to offset?

☒ No
☐ Yes

Description

**Lawsuit in Atascosa County District Court**

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.21**

**Nonpriority creditor's name and mailing address**

**C2C Resources, LLC**

**1455 Lincoln Pkwy E, Suite 550**

**Atlanta, GA 30346**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                         **32,642.59**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Demand Letter**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Charlotte Supply Company, Inc.**

**c/o its Registered Agent, Jose M. De Los Santos Jr.**
**40 Bruce Place**

**Charlotte, TX 78011**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                         **223.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Chemplex Solvay Group**

**P.O. Box 733133**

**Dallas, TX 75373**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$                         **1,633.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
                                                       BlueStylus

Debtor _____**Water Energy Services, LLC**_____  Case number *(if known)* __**25-50539**__

Name

---

**3.24** | **Nonpriority creditor's name and mailing address**

**City of Denver**

**P.O. Box 1539**

**Denver City, TX 79323**

**Date or dates debt was incurred**

**Last 4 digits of account number** __**0001**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____**5,882.37**

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Utilities

---

**3.25** | **Nonpriority creditor's name and mailing address**

**City of Eunice**

**P.O. Box 147**

**Eunice, NM 88231**

**Date or dates debt was incurred**

**Last 4 digits of account number** __**3.03**__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____**179.88**

**Basis for the claim:**
**Water utility bill**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Water

---

**3.26** | **Nonpriority creditor's name and mailing address**

**Clements Fluids South Texas, Ltd.**

**4710 Kinsey Dr., Suite 200**

**Tyler, TX 75703**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____**13,621.30**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 21 of 87

Copyright © Financial Software Solutions, LLC | | BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Clydes Refrigeration, Inc.**

**1911 NE Mustang Drive**

**Andrews, TX 79714**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 349.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**CMI**

**6704 Guada Coma**

**Schertz, TX 78154**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,665.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Coastal Chemical Co.**

**3520 Veterans Memorial Drive**

**Abbeville, LA 70510**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,548.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.30** | **Nonpriority creditor's name and mailing address**

**Coastal Packers and Service Tools, LLC**

**484 FM 1300 Rd.**

**El Campo, TX 77437**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **58,058.95**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Concur Technologies, Inc.**

**62157 Collections Center Drive**

**Chicago, IL 60693**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,793.40**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Control Concepts**

**6635 Theall Road**

**Houston, TX 77066**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **12,853.05**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 140,371.55 |
|---|---|---|---|

**COT Oil Tool, Inc.**

**P.O. Box 1619**

**Giddings, TX 78942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 90.00 |
|---|---|---|---|

**Curtis L. Walker, D.C.**

**900 E 15th Pl**

**Sweetwater, TX 79556-2562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 1,413.90 |
|---|---|---|---|

**Diamond P Lease & Well Service**

**P. O. Box 203**

**Dime Box, TX 77853**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Dornak Auto Parts, Inc.**

**1107 Oak Street**

**Jourdanton, TX 78026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Double Z Real Estate, LLC**

**P.O. Box 1783**

**Seminole, TX 79360**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 610.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**EcoStream Permian ST1, LLC**

**2140 Blvd., Ste. L-203**

**Southlake, TX 76092**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,529.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Enverus, Inc.**

**P.O. Box 735594**

**Dallas, TX 75373**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,997.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Evans Electric Service**

**P.O. Box 563**

**Bowie, TX 76230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,801.20

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.41**

**Nonpriority creditor's name and mailing address**

**First Insurance Company**

**450 Skokie Blvd., Ste. 1000**

**Northbrook, IL 60062 Qatar**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 232,956.35

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor & Lawsuit**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

Debtor  __**Water Energy Services, LLC**__                                   Case number (*if known*)  __**25-50539**__
_____Name

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **31,680.00** |
|------|---|---|---|

**Fitzpatrick Tubing Services, LLC**

**311 S Meadow Ln.**
**P.O. Box 1149**

**El Campo, TX 77437**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Demand Letter**

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **675.19** |
|------|---|---|---|

**Flow Chem Technologies, LLC**

**11200 Westheimer Road, Suite 612**

**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **27,474.05** |
|------|---|---|---|

**Forrest Tire Co., Inc.**

**P.O. Box 1778**

**Carlsbad, NM 88221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

Debtor    **Water Energy Services, LLC**                                    Case number *(if known)*    **25-50539**
_____                                          _____
Name

---

| 3.45 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                $_____ **77.50**

**Franklin & Son, Inc.**

**807 Lamesa Hwy.**

**Stanton, TX 79782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**                 Description

_____                            **Vendor**

Last 4 digits of account number    _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                $_____ **123.98**

**Frontier Services, Inc.**

**P.O. Box 740407**

**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**                 Description

_____                            **Vendor**

Last 4 digits of account number    _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                $_____ **3,869.84**

**Genco Energy Services, Inc.**

**1701 West State Highway 107**

**Mcallen, TX 78504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    **Basis for the claim:**                 Description

_____                            **Vendor**

Last 4 digits of account number    _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor  __Water Energy Services, LLC__          Case number *(if known)*  __25-50539__
Name

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

__Gibbins Services, LLC__

__P.O. Box 511__
__1007 E Wise St__

__Bowie, TX 76230__

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **1,232.36**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Inv #25738

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

__Got Safety? LLC__

__P.O. Box 3432__

__Hobbs, NM 88240__

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **611.18**

**Date or dates debt was incurred**

**Basis for the claim:**

__Vendor__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

__Gravity Water Midstream__

__P.O. Box 7341__

__Dallas, TX 75373__

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **905.00**

**Date or dates debt was incurred**

**Basis for the claim:**

__Vendor__

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    **Water Energy Services, LLC**                              Case number *(if known)*    **25-50539**
Name

---

**3.51**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **Unknown**

**Greenberg, Grant & Richards, Inc.**                          ☐ Contingent

**5858 Westheimer #500**                                      ☐ Unliquidated

**Houston, TX 77057**                                        ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

                                                                              Invoice for legal services

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.52**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **220.00**

**Gustavus Trucking, LLC**                                    ☐ Contingent

**P.O. Box 1303**                                            ☐ Unliquidated

**Franklin, TX 77856**                                       ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

                                             **Vendor**

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.53**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____ **2,200.00**

**H&E Equipment Services, Inc.**                              ☐ Contingent

**Attn: Carmen M. Sierra**
**9200 East 96th Avenue**                                    ☐ Unliquidated

**Henderson, CO 80640**                                      ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**          **Description**

                                             **Supply Rental Equipment**        Contractor: Alliance
                                                                               Energy, LLC

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ **2,626.92** |
|---|---|---|

**Haarmeyer Electric, Inc.**

**310 East Avenue D**

**Lovington, NM 88260**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ **27.90** |
|---|---|---|

**Harris County Toll Road Authority**

**Attn: Bankruptcy Dept.**
**7701 WILSHIRE PL DR**

**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Unpaid toll** | Description **Unpaid toll** |
|---|---|---|

| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ **26,619.25** |
|---|---|---|

**HES**

**13443 W. Highway 71**

**Bee Cave, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Vendor** | Description |
|---|---|---|

| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Higginbotham Insurance Agency**

**4800 E. University Blvd., Ste. #B**

**Odessa, TX 79764**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92,236.41

**Description**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**HNR Oil Services, LLC**

**2233 CR 247**

**Falls City, TX 78113**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,456.30

**Description**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Horizon Cable Service, Inc.**

**P.O. Box 270895**

**Oklahoma City, OK 73137**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 678.00

**Description**

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor **Water Energy Services, LLC**      Case number *(if known)* **25-50539**
Name

---

**3.60** | **Nonpriority creditor's name and mailing address**

**Howard Supply Company, LLC**

**4100 International Plaza, Suite 850**

**Fort Worth, TX 76109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **3,842.51**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.61** | **Nonpriority creditor's name and mailing address**

**Hwy FM 1357 Fresh Water Station**

**2450 FM 1357**

**Midland, TX 79706**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      **250.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.62** | **Nonpriority creditor's name and mailing address**

**JB Hunt Transport, Inc.**

**c/o McDaniel Acord, PLLC**
**Attn: Benjamin S. Saunier & Bryan C. Dixon, Jr.**
**9343 E. 95th Ct**

**Tulsa, OK 74133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$      **4,819,479.53**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**
**Lawsuit in Oklahoma Western District Court**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**
**Lawsuit in Oklahoma Western District Court**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor  **Water Energy Services, LLC**
Name

Case number *(if known)*  **25-50539**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**K&H Portable Toilets, Inc.**

**P.O. Box 1924**

**Brenham, TX 77834-1924**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,775.22**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Kaplan Electric, LLC**

**4251 Chickadee Rd**

**Ropesville, TX 79358**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **562.95**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Key Energy Services, LLC**

**c/o Gibson Dunn**
**Attn: Collin J. Cox, Esq.**
**811 Main Street, Suite 3000**

**Houston, TX 77002-6117**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Lawsuit in Harris County**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Debtor    **Water Energy Services, LLC**
Name

Case number *(if known)*   **25-50539**

---

| 3.66 |
|---|

**Nonpriority creditor's name and mailing address**

**Key Performance Petroleum Company**

**c/o Wright Law Group, PLLC**
**Attn: Rebecca L. Munoz**
**3120 Southwest Fwy., Suite 101**
**PMB #84356**

**Houston, TX 77098**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$                **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Lawsuit in Dallas County**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.67 |
|---|

**Nonpriority creditor's name and mailing address**

**Kimball Midwest**

**Dept. L-2780**

**Columbus , OH 43260-2780**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                **3,085.24**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.68 |
|---|

**Nonpriority creditor's name and mailing address**

**L&S Pump Repair And Machine Shop, LLC**

**6999 US HWY 59N**

**Lufkin, TX 75901**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                **11,308.76**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Laake Oilfield Service**

**P.O. Box 938**

**Jacksboro, TX 76458**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **17,187.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Lea County Electric Cooperative, Inc.**

**P.O. Drawer 1447**

**Lovington, NM 88260**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **965.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Electricity**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Leasing Associates**

**P.O. Box 203174**

**Dallas, TX 75320-3174**

As of the petition filing date, the claim is:
*Check all that apply.*

$ **19,635.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Lone Star Industries**

**P.O. Box 18857 E. Hwy 359**

**Hebbronville, TX 78361**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,038.12**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Lone Tree Environmental Systems, LLC**

**4025 112th St.**

**Lubbock, TX 79423**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **405.00**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**M&M Disposal**

**P.O. Box 12**

**Stanton, TX 79782**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **908.62**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **552.06**

**Madole Equipment Rental**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 11074**

**College Station, TX 77842**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **Unknown**

**Maynards Capital, LP**

☐ Contingent
☐ Unliquidated
☑ Disputed

**c/o Lisa Tancredi, Esq.**
**Womble Bond Dickinson, LLP**
**1313 North Market Street**

**Wilmington, DE 19801**

**Date or dates debt was incurred**

**Basis for the claim:**
**Lawsuit in DE Superior, New Castle**

**Description**

**Lawsuit in DE Superior, New Castle**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **96,466.98**

**Mesa Southern Well Servicing**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dept. 117, P.O. Box 4458**

**Houston, TX 77210-4458**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Foreclosing**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **1,500.00**

**Midland Reporter-Telegram**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O Box 3065017**

**Des Moines, IA 50306**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **Unknown**

**Milestone Environmental Services, LLC**

☐ Contingent
☐ Unliquidated
☒ Disputed

**c/o Chapoton Sander Scarborough, LLP**
**Attn: Jeremy James Sanders, Esq.**
**952 Echo Ln., Ste. 380**

**Houston, TX 77024-2814**

**Date or dates debt was incurred**

**Basis for the claim:**

**Lawsuit in Travis County**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.80** | **Nonpriority creditor's name and mailing address**

**Montesan, LLC**

**c/o MSG Management, Inc.**
**Attn: Mr. Victor Andonie**
**13750 San Pedro Ave., Ste. B10**

**San Antonio, TX 78232**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**01/16/2025**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Landlord Agreement**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Location: Comerica Bank Plaza, 13750 San Pedro Ave., Suite 950, San Antonio, TX 78232

---

**3.81** | **Nonpriority creditor's name and mailing address**

**Morris James**

**500 Delaware Avenue, Suite 1500**
**P.O. Box 2306**

**Wilmington, DE 19899-2306**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **19,646.15**

**Date or dates debt was incurred**

**03/18/2025**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Invoice for Professional Services**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Invoice 613770 re: Maynards Capital LP v. Water Energy Services, LLC, Nicholas M. Atkins as Guarantor,

and Rodolfo L. Concha as Guarantor; CA No. N24C-02-026

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address**

**Morris James, LLP**

**500 Delaware Ave, Suite 1500**

**Wilmington, DE 19801**

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

prepetition counsel

---

**3.83** | **Nonpriority creditor's name and mailing address**

**New Mexico Gas Company - (E)**

**P.O. Box 27885**

**Albuquerque , NM 87125-7885**

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **124.10**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

---

**3.84** | **Nonpriority creditor's name and mailing address**

**NGL Water Solutions-Eagle-Ford, LLC**

**Attn: Treasury**
**6120 South Yale Ave #805**

**Tulsa, OK 74136**

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **721.50**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **3,664.39**

**Oil Tool Solutions, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**10202 Fairbanks North Rd.**

**Houston, TX 77064**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **1.68**

**Oklahoma Turnpike Authority**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 11255**

**Oklahoma City, OK 73136**

**Date or dates debt was incurred**

**Basis for the claim:**

**Unpaid tolls**

**Description**

**Unpaid tolls**

**Last 4 digits of account number**   **1591**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **98.63**

**Optimum Business**

☐ Contingent
☐ Unliquidated
☐ Disputed

**No Address**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 42 of 87 |
|---|---|---|
| Copyright © Financial Software Solutions, LLC | | BlueStylus |

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**OSC Energy, LLC**

**952 Farm to Market 99**

**Whitsett, TX 78075**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,025.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**

**OSC Energy, LLC**

**P.O. Box 6012**

**Corpus Christi, TX 78466**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **43,710.64**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor - Lawsuit**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Patriot Safety and Services, LLC**

**3001 W. Illinois Ave., Ste. 2B2**

**Midland, TX 79701**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **110.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Water Energy Services, LLC**                                    Case number *(if known)*    **25-50539**
Name

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Patriot Safety and Services, LLC**

**201 E. Michigan Ave.**

**Midland, TX 79701**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    345.98

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | |

**Peter Teichroeb Farms**

**446 US Highway 385**

**Seminole, TX 79360**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    66.00

Date or dates debt was incurred

Basis for the claim:

**Vendor**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | |

**Precision Pipe Rentals, LLC**

c/o Germer PLLC
Attn: Chad J. Castille
2949 Allen Parkway, Suite 2900

**Houston, TX 77019**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$                    48,612.30

Date or dates debt was incurred

Basis for the claim:

**Lawsuit in Dallas County**

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.94**  **Nonpriority creditor's name and mailing address**

**Premium Oilfield Technologies, LLC**

**P.O. Box 208570**

**Dallas, TX 75320**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ **14,945.07**

**Date or dates debt was incurred**

**Basis for the claim:**

**Products**

**Description**

Products

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.95**  **Nonpriority creditor's name and mailing address**

**Pye-Barker Fire & Safety**

**P.O. Box 735358**

**Dallas, TX 75373-5358**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **8,625.46**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**

**Rackspace US, Inc.**

**1 Fanatical Place**

**San Antonio, TX 78218**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **2,743.89**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Debtor **Water Energy Services, LLC**
Name

Case number *(if known)* **25-50539**

---

**3.97** **Nonpriority creditor's name and mailing address**

**Reliant Energy Services, LLC**

**P.O. Box 1532**

**Houston, TX 77251-1532**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Lawsuit - Utility Service**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

**Republic Services**

**P.O. Box 78829**

**Phoenix, AZ 85062**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,766.28**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

**Resound Networks, LLC**

**P.O. Box 1741**

**Pampa, TX 79066**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **504.66**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.10 0**

**Nonpriority creditor's name and mailing address**

**Roberto Villarreal**

**c/o EK&R Attorneys, L.L.P.**
**6521 N. 10th St, Ste. A**

**McAllen, TX 78504**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**lease**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

premises lease

---

**3.10 1**

**Nonpriority creditor's name and mailing address**

**Safety-Kleen Systems, Inc.**

**P.O. Box 975201**

**Dallas, TX 75397**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **5,654.16**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.10 2**

**Nonpriority creditor's name and mailing address**

**Salty Dog Service Company, LLC**

**c/o its Registered Agent, Lance Bradley**
**15913 San Felipe Dr.**

**Corpus Christi, TX 78418-6505**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.10 3**

**Nonpriority creditor's name and mailing address**

**SB Fleet - Lube, LLC**

**c/o Rocky Dewbre, Registered Agent**
**8799 N. Loop East, Third Floor**

**Houston, TX 77029**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Lawsuit in Collin County**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Case Name: SB Fleet-Lube, LLC v. Water Energy Services, LLC And Nicholas Atkins**

**Case Number: 401-01876-2022**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.10 4**

**Nonpriority creditor's name and mailing address**

**Select Aqua Libre Midstream/Select Energy**

**P.O. BOX 203997**

**Dallas, TX 75320-3997**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 292.60

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.10 5**

**Nonpriority creditor's name and mailing address**

**Select Water Solutions**

**1820 Interstate 35**

**Gainesville, TX 76240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 19,404.35

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number** **5887**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Sitepro Inc.**

**9502 HWY 87**

**Lubbock, TX 79423**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 83,478.36

**Description**

UCC Liens

---

**3.107**

**Nonpriority creditor's name and mailing address**

**SK Capital Partners, LP**

**c/o Eric Leon and Elizabeth A. Morris**
**Latham & Watkins**
**1271 Avenue of the Americas**

**New York, NY 10020**

**Date or dates debt was incurred**
**04/04/2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Plaintiff in Lawsuit**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ Unknown

**Description**

Case Name: Water Energy Services, LLC v. SK Capital Partners, LP

Case No. 651751/2024

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Southern Tire Mart**

**Dept P.O. Box 1000**

**Memphis, TN 38148**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **8,191.11**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**STX Electrical Contracting Services, LLC**

**525 County Road 768**

**Devine, TX 78016**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,069.00**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.110**

**Nonpriority creditor's name and mailing address**

**T.O.F.S DBA TOTAL OILFIELD SERVICES**

**5802 E. HWY 62**

**Lubbock, TX 79403**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**Tarquin Acid, LLC d/b/a Tarquin CoolPro, LLC**

c/o Atkins, Hollmann, Jones, Peacock, Lewis & Lyon
Attn: Alex E. Reynolds
**3800 East 42nd Street, Suite 500**

**Odessa, TX 79762**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 143,645.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Notice of Nonpayment**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.11
2**

**Nonpriority creditor's name and mailing address**

**Terracon Consultants, Inc.**

**c/o Barnett & Garcia**
**Attn: Lawrence J. Falli**
**3821 Juniper Trace, Suite 108**

**Austin, TX 78738**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Lawsuit in Bexar County**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.11
3**

**Nonpriority creditor's name and mailing address**

**Texas Commission on Environmental Quality**

**P.O. Box 13087**
**Mail Code - TCEQ**

**Austin, TX 78711**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.11 4**

**Nonpriority creditor's name and mailing address**

**Texas Commission on Environmental Quality**

**P.O. Box 13087**

**Austin, TX 78711**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.11 5**

**Nonpriority creditor's name and mailing address**

**Texas Commission on Environmental Quality**

**Bldg Letter Tceq 12100
Pk 35 Cir**

**Austin, TX 78753**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.116**

**Nonpriority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**P.O. Box 149354**

**Austin, TX 78714-9354**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 375.47

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.117**

**Nonpriority creditor's name and mailing address**

**TEXAS HOT OILERS, INC.**

**P.O. BOX 1007**

**Giddings, TX 78942**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,332.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.11 8**

**Nonpriority creditor's name and mailing address**

**Texas Mutual Insurance Company**

**P.O. Box 841843**

**Dallas, TX 75284-1843**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **12,349.10**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.11 9**

**Nonpriority creditor's name and mailing address**

**Texas Workforce Commission**

**Executive Director**
**101 East 15th St., Room 651**

**Austin, TX 78778**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    **Unknown**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.120**

**Nonpriority creditor's name and mailing address**

**Texas Workforce Commission**

**P.O. Box 149037**

**Austin, TX 78714**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**

**The CBE Group, Inc.**

**P.O. Box 2635**

**Waterloo, IA 50704-2635**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **46,124.40**

**Date or dates debt was incurred**

**03/21/2025**

**Basis for the claim:**

**Collection Agency for Verizon**

**Description**

**Ref # 0350**

**Last 4 digits of account number** **0312**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.12 2**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

**02/18/2025**

**Last 4 digits of account number**    **7996**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$        **2,501.19**

**Basis for the claim:**

**Rental Agreement**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Car Description:

**SIR RAM 2500 6S 974BNJP**

---

**3.12 3**

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

**02/05/2025**

**Last 4 digits of account number**    **0995**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$        **1,296.59**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Car Description:

**SIR RAM 2500 6S VVX8532**

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **3.12 4** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  **3,797.65**

**Date or dates debt was incurred**

**01/07/2025**

**Last 4 digits of account number    2771**

**Basis for the claim:**

**Rental Agreement**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Car Description:**
**SIR RAM 2500 6S**
**VTJ3062**

---

| **3.12 5** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                  **2,241.48**

**Date or dates debt was incurred**

**Basis for the claim:**

**Rental Agreement**

**Last 4 digits of account number    9962**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Car Description:**
**SIR RAM 2500 6S**
**VWP2057**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| **3.12 6** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**The Hertz Corporation**

**P.O. Box 26120**

**Oklahoma City, OK 73126-0120**

**Date or dates debt was incurred**

**03/28/2025**

**Last 4 digits of account number**   **7774**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                     1,999.45

**Basis for the claim:**

**Rental Agreement**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Car Description:**
**SIR RAM 2500 6S VVM1855**

---

| **3.12 7** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**THE MAKERS OIL CORPORATION**

**24275 FREEWAY, Ste. 325**

**Katy, TX 77494**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                     2,925.00

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                                                                 BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.12 8**

**Nonpriority creditor's name and mailing address**

**The Paint and Safety Store**

**201 South Benton Street**

**Big Spring, TX 79720**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 762.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Vendor**

**Description**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.12 9**

**Nonpriority creditor's name and mailing address**

**Topographic, Inc.**

**481 Winscott Road, Suite 200**

**Benbrook, TX 76126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,937.51

**Date or dates debt was incurred**

**06/24/2024**

**Last 4 digits of account number**

**Basis for the claim:**

**Description**

Invoice No. W046551

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.13 0**

**Nonpriority creditor's name and mailing address**

**TrueNorth Compliance, Inc.**

**5715 White Mills Dr**

**Houston, TX 77041-5503**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **47,187.50**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13 1**

**Nonpriority creditor's name and mailing address**

**TXTag**

**P.O. Box 650749**

**Dallas, TX 75265**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **850.87**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
| | Name | | |

---

**3.13 2**

**Nonpriority creditor's name and mailing address**

**U.S. Department of Labor**

**Wage and Hour Division**
**Northchase 1 Office Building**
**10127 Morocco Street, Suite 140**

**San Antonio, TX 78216**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                        **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.13 3**

**Nonpriority creditor's name and mailing address**

**UNIFIRST Corporation**

**P.O. Box 650481**

**Dallas, TX 75265**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                        **44,922.38**

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor- Lawsuit**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.13 4**

**Nonpriority creditor's name and mailing address**

**UNIFIRST FIRST AID**

**3499 Rider Trail South**

**Earth City, MO 63045**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                  536.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.13 5**

**Nonpriority creditor's name and mailing address**

**US Chaparral Water Systems, Inc.**

**P.O. Box 80249**

**Midland, TX 79708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                  253.00

**Date or dates debt was incurred**

**Last 4 digits of account number**  **7815**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

**Inv #s 1092229 and 221122002**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page 64 of 87

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.13
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **US Dept of Labor** | ☐ Contingent | |
| **200 Constitution Ave NW** | ☐ Unliquidated | |
| **Washington, DC 20210-0001** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No  ☐ Yes | |

---

**3.13
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ **Unknown** |
|---|---|---|
| **US Dept of Labor Occupational Safety and Health Admin Osha** | ☐ Contingent | |
| **Office of Chief Counsel 200 Constitution Ave NW** | ☐ Unliquidated | |
| **Washington, DC 20210-0001** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| _____ | _____ | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** ☒ No  ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor     __**Water Energy Services, LLC**__                     Case number *(if known)*   __25-50539__
                Name

| **3.13 8** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__**US Dept of Laborosha**__

__**Osha Region 6**
**A Maceo Smith Federal Building**
**525 Griffin St., Ste. 602**__

__**Dallas, TX 75202-5002**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____**Unknown**

**Description**

```



```

---

| **3.13 9** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__**US Dept of the Treasury**__

__**Internal Revenue Svc**
**P.O. Box 806532**__

__**Cincinnati, OH 45280-6532**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____**Unknown**

**Description**

```



```

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.14 0**

**Nonpriority creditor's name and mailing address**

**US Equal Employment Opportunity Commission**

**Office of Chief Counsel**
**131 M St NE**

**Washington, DC 20507-0003**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**3.14 1**

**Nonpriority creditor's name and mailing address**

**VERIFORCE/PEC**

**300 Holiday Square, Ste. 100**

**Covington, LA 70433**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **638.90**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.14 2**

**Nonpriority creditor's name and mailing address**

**Vista Water Solutions PB LLC**

**P.O. Box 150693**

**Fort Worth, TX 76108**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 649.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.14 3**

**Nonpriority creditor's name and mailing address**

**VTX1 Foundation, Inc.**

**881 E. Hidalgo Ave**

**Raymondville, TX 78580**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,012.32

**Date or dates debt was incurred**

**Basis for the claim:**

**utility**

**Description**

**utility**

**Last 4 digits of account number**   **6801**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | | Case number *(if known)* | **25-50539** |
|---|---|---|---|---|
| | Name | | | |

---

**3.14 4**

**Nonpriority creditor's name and mailing address**

**WASTE CONNECTIONS LONE STAR, INC.**

**350 Dennis Rd.**

**Weatherford, TX 76087**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    5,661.35

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.14 5**

**Nonpriority creditor's name and mailing address**

**WaterPro, Inc.**

**P.O. Box 3277**

**LUBBOCK, TX 79452**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                      200.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Vendor**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

| **3.14 6** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Welch Water Supply Corp.**

**P.O. Box 36**

**Welch, TX 79377**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 160.80

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| **3.14 7** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Welders Supply Company**

**5406 Jackwood Drive**

**San Antonio, TX 78238**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,927.39

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.14 8**

**Nonpriority creditor's name and mailing address**

**West Texas Fire Industrial Supply**

**P.O. Box 3085**

**SAN ANGELO, TX 76902**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                3,030.86

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.14 9**

**Nonpriority creditor's name and mailing address**

**WESTRIDGE RESOURCES, INC.**

**P.O. BOX 848**

**Syder, TX 79550**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                448.50

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Vendor**

**Description**

**Last 4 digits of account number**     _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.150**

**Nonpriority creditor's name and mailing address**

**William Gonzales**

**c/o Don Albert Payne**
**4919 Carya**

**San Antonio, TX 78222-2716**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Unpaid Compensation - Notice of Intent to File Lawsuit**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.151**

**Nonpriority creditor's name and mailing address**

**WILLSCOTT**

**P.O. Box 91975**

**Chicago, IL 60693**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **40,530.63**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

---

**3.15 2**

**Nonpriority creditor's name and mailing address**

**Xcel Energy Services, Inc.**

**P.O. Box 660553**

**Dallas, TX 75266**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 821.29

**Date or dates debt was incurred**

**Last 4 digits of account number   9417**

**Basis for the claim:**
utility

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**
utility

---

**3.15 3**

**Nonpriority creditor's name and mailing address**

**Zydeco Ranch, LLC**

**4812 Overton Hollow**

**Fort Worth, TX 76109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**
Pending Lawsuit

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**
Case Name: Zydeco Ranch, LLC v. Water Energy Services, LLC

Case Number: 24-169-DCCV-0002

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1**   **448 Supply, LLC** c/o Registered Agent, Harold E. Hosea 1482 FM 448 Giddings, TX 78942 | Line   **2.3** ☐ Not listed. Explain | |

---

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

**4.2** | **Ace Gathering, Inc.**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Line **3.3**

☐ Not listed. Explain

_____

**4.3** | **ADP, Inc.**
**One ADP Blvd.**
**Roseland, NJ 07068**

Line **3.5**

☐ Not listed. Explain

_____

**4.4** | **Airgas USA, LLC**
**259 N. Rador-Chester Rd. Ste. 100**
**Radnor, PA 19087**

Line **3.6**

☐ Not listed. Explain

**5817**

**4.5** | **Airgas USA, LLC**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Line **3.6**

☐ Not listed. Explain

**5817**

**4.6** | **Airgas USA, LLC**
**P.O. Box 1152**
**Tulsa, OK 74101**

Line **3.6**

☐ Not listed. Explain

**5817**

**4.7** | **Allen Bryson, PLLC**
**Attn: Mario A. Lamar, Esq.**
**4131 N Central Expy., Suite 900**
**Dallas, TX 75201-2120**

Line _____

☐ Not listed. Explain

**Attorney for Cashline Solutions, LLC in re: Cashline Solutions, LLC v. Water Energy Solutions, LLC**

**4.8** | **Altus Receivables Management**
**PO Box 186**
**Metairie, 70004**

Line **3.105**

☐ Not listed. Explain

**5887**

**4.9** | **ARGUINDEGUI OIL COMPANY II LTD**
**6551 Star Court**
**Laredo, TX 78041**

Line **3.9**

☐ Not listed. Explain

_____

**4.10** | **Arnold Oil Company Fuels, LLC**
**c/o its Registered Agent, James F. Arnold**
**5905 Burleson**
**Austin, TX 78744**

Line **3.10**

☐ Not listed. Explain

_____

Debtor    **Water Energy Services, LLC**                          Case number *(if known)*  **25-50539**
          Name

| 4.11 | **AT&T Bankruptcy Center**<br>**2270 Lakeside Blvd,**<br>**7th Floor Richardson**<br>**Richardson, TX 75082** | Line **3.11**<br>☐ Not listed. Explain |
|---|---|---|
| 4.12 | **Atascosa County, et al.**<br>**c/o Linebarger Goggan Blair & Sampson, LLP**<br>**Attn: Bradley S. Balderrama, Sonia A.**<br>**Gonzalez, & Ronald E. Rocha**<br>**112 E. Pecan Street, Suite 2200**<br>**San Antonio, TX 78205** | Line **2.3**<br>☐ Not listed. Explain |
| 4.13 | **Badger CPA, LLC**<br>**c/o its Registered Agent, Shannon Badger**<br>**20907 Cactus Peak**<br>**San Antonio, TX 78258-7475** | Line **3.13**<br>☐ Not listed. Explain |
| 4.14 | **BANISTER  & MILLER, PLLC**<br>**23410 Grand Reserve Dr., Suite #501**<br>**Katy, TX 77494** | Line **3.30**<br>☐ Not listed. Explain |
| 4.15 | **BearCom Operating, LLC**<br>**c/o its Registered Agent, Cogency Global, Inc.**<br>**1601 Elm Street, Suite 4360, Suite 620**<br>**Dallas, TX 75201** | Line **3.15**<br>☐ Not listed. Explain |
| 4.16 | **Big Country Electric Cooperative, Inc.**<br>**c/o its Registered Agent, D Mark McClain**<br>**1010 West South 1st**<br>**P.O. Box 518**<br>**Roby, TX 79543** | Line **3.16**<br>☐ Not listed. Explain |
| 4.17 | **BRADLEY ARANT BOULT CUMMINGS LLP**<br>**600 Travis St, Suite 5600**<br>**Houston, TX 77002** | Line **3.94**<br>☐ Not listed. Explain |
| 4.18 | **BRYANT ELECTRICAL SERVICES, INC.**<br>**c/o its Registered Agent, Mike L. Bryant**<br>**2106 Old Ox Rd.**<br>**Spring, TX 77386** | Line **3.18**<br>☐ Not listed. Explain |
| 4.19 | **Butch's Casing Division**<br>**105 Ranch Road 6086C**<br>**Laredo, TX 78040** | Line **3.20**<br>☐ Not listed. Explain |

Copyright © Financial Software Solutions, LLC                                            BlueStylus

Debtor   __**Water Energy Services, LLC**__   Case number *(if known)*   __**25-50539**__
Name

| 4.20 | **Butch's Rat Hole & Anchor Service, Inc.**<br>**P.O. Box 1323**<br>**Levelland, TX 79336** | Line __**3.20**__<br>☐ Not listed. Explain | |
|---|---|---|---|
| 4.21 | **Butch's Rat Hole & Anchor Service, Inc.**<br>**c/o its Registered Agent, Scott Bryant**<br>**700 Austin**<br>**Levelland, TX 79336** | Line __**3.20**__<br>☐ Not listed. Explain | |
| 4.22 | **Charlotte Supply, Inc.**<br>**P.O. Box 800**<br>**Charlotte, TX 78011** | Line __**3.22**__<br>☐ Not listed. Explain | |
| 4.23 | **Clements Fluids South Texas, Ltd.**<br>**5701 Old Bullard Road, PMB #20**<br>**Tyler, TX 75703** | Line __**3.26**__<br>☐ Not listed. Explain | |
| 4.24 | **Clements Fluids South Texas, Ltd.**<br>**c/o its Registered Agent, Rowan Law Firm, P.C.**<br>**2325 Oak Alley**<br>**Tyler, TX 75703** | Line __**3.26**__<br>☐ Not listed. Explain | |
| 4.25 | **Clydes Refrigeration, Inc.**<br>**P.O. Box 923**<br>**Andrews, TX 79714** | Line __**3.27**__<br>☐ Not listed. Explain | |
| 4.26 | **Coastal Chemical Co., LLC**<br>**13858 LA Hwy. 92**<br>**Maurice, LA 70555** | Line __**3.29**__<br>☐ Not listed. Explain | |
| 4.27 | **Coastal Chemical Co., LLC**<br>**c/o its Registered Agent, Corporation Service Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701-3218** | Line __**3.29**__<br>☐ Not listed. Explain | |
| 4.28 | **Coastal Packers and Service Tools, LLC**<br>**P.O. Box 91**<br>**El Campo, TX 77437-0091** | Line __**3.30**__<br>☐ Not listed. Explain | |
| 4.29 | **Concur Technologies, Inc.**<br>**6222 185th Avenue NE**<br>**Redmond, WA 98052** | Line __**3.31**__<br>☐ Not listed. Explain | |

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __Water Energy Services, LLC__          Case number *(if known)*   __25-50539__
         Name

| | | | |
|---|---|---|---|
| **4.30** | **Concur Technologies, Inc.**<br>**c/o its Registered Agent, CT Corporation**<br>**System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line **3.31**<br>☐ Not listed. Explain | |
| **4.31** | **Control Concepts, Inc.**<br>**8748 Clay Rd., Ste. 320**<br>**Houston, TX 77080** | Line **3.32**<br>☐ Not listed. Explain | |
| **4.32** | **COT Oil Tool, Inc.**<br>**1106 Co Rd. 234**<br>**Giddings, TX 78942** | Line **3.33**<br>☐ Not listed. Explain | |
| **4.33** | **COT Oil Tool, Inc.**<br>**c/o Registered Agent, Ervin N. Cockrell**<br>**178 Thomas Ridge Road**<br>**Burnet, TX 78611** | Line **3.33**<br>☐ Not listed. Explain | |
| **4.34** | **Diamond P. Lease & Well Service, Inc.**<br>**c/o its Registered Agent, John M. Schuman**<br>**7981 FM 141**<br>**Dime Box, TX 77853** | Line **3.35**<br>☐ Not listed. Explain | |
| **4.35** | **Dore Rothberg Law, P.C.**<br>**Attn: Shira Bahadur Ali, Esq.**<br>**16225 Park Ten Place Dr., Suite 700**<br>**Houston, TX 77084** | Line **3.77**<br>☐ Not listed. Explain | |
| **4.36** | **Double Z Real Estate, LLC**<br>**c/o its Registered Agent, Bobby Teichroeb**<br>**2400 Oak Ridge Ln**<br>**Seminole, TX 79360** | Line **3.37**<br>☐ Not listed. Explain | |
| **4.37** | **Enverus, Inc.**<br>**c/o its Registered Agent, Legalinc Corporate**<br>**Services, Inc.**<br>**10601 Clarence Drive, Suite 250**<br>**Frisco, TX 75033** | Line **3.39**<br>☐ Not listed. Explain | |
| **4.38** | **Enverus, Inc.**<br>**P.O. Box 5545**<br>**Austin, TX 78763-5545** | Line **3.39**<br>☐ Not listed. Explain | |

Copyright © Financial Software Solutions, LLC
                                                                     BlueStylus

Debtor   __**Water Energy Services, LLC**__          Case number *(if known)*   __**25-50539**__
          Name

---

**4.39**   **Flow Chem Technologies, LLC**          Line   __**3.43**__
          **289 Cutlass Loop**                      ☐ Not listed. Explain
          **Rayne, LA 70578**

---

**4.40**   **Forrest Tire Company, Inc.**          Line   __**3.44**__
          **414 S Canal**                          ☐ Not listed. Explain
          **Carlsbad, NM 88220**

---

**4.41**   **Forrest Tire Company, Inc.**          Line   __**3.44**__
          **c/o Registered Agent, Richard J. Forrest III**   ☐ Not listed. Explain
          **9801 Highway 87**
          **Lubbock, TX 79423**

---

**4.42**   **Franklin & Son, Inc.**          Line   __**3.45**__
          **P.O. Box 1249**                 ☐ Not listed. Explain
          **Stanton, TX 79782**

---

**4.43**   **Gibbins Services, LLC**          Line   __**3.48**__
          **c/o its Registered Agent, Robert C. Hankins II**   ☐ Not listed. Explain
          **3093 Highway 59 North**
          **Bowie, TX 76230**

---

**4.44**   **Glenn J. Deadman, Esq.**          Line   _____
          **1515 N. St. Mary's Street**       ☐ Not listed. Explain
          **San Antonio, TX 78215**
                                             **Counsel for Defendant in re:**
                                             **Zurich American Insurance**
                                             **Company Of Illinois V. Water**
                                             **Energy Services, LLLC**

---

**4.45**   **Got Safety? LLC**          Line   __**3.49**__
          **c/o its Registered Agent, Estella Serna**   ☐ Not listed. Explain
          **1264 Vikki Carr Lane**
          **El Paso, TX 79936**

---

**4.46**   **Gustavus Trucking, LLC**          Line   __**3.52**__
          **c/o its Registered Agent, Steven L. Gustavus**   ☐ Not listed. Explain
          **13238 Chelsea Ln.**
          **Franklin, TX 77856**

---

**4.47**   **H&E Equipment Services, Inc.**          Line   __**3.53**__
          **3510 Roy Orr Blvd.**                    ☐ Not listed. Explain
          **Grand Prairie, TX 75050-4246**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor       **Water Energy Services, LLC**                                    Case number *(if known)*   **25-50539**
             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
             Name

| | | |
|---|---|---|
| **4.48** | **H&E Equipment Services, Inc.**<br>**c/o its Registered Agent, CT Corporation**<br>**System**<br>**1999 Bryan St., Ste. 900**<br>**Dallas, TX 75201-3136** | Line __3.53__<br>☐ Not listed. Explain |
| **4.49** | **HNR Oil Services, LLC**<br>**c/o its Registered Agent, Raymond L. Ross  Jr.**<br>**2628 TX36S #307**<br>**Brenham, TX 77833** | Line __3.58__<br>☐ Not listed. Explain |
| **4.50** | **JB Hunt Transport, Inc.**<br>**c/o its Registered Agent, Corporation Service**<br>**Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701-3218** | Line __3.62__<br>☐ Not listed. Explain |
| **4.51** | **JB Hunt Transport, Inc.**<br>**P.O. Box 130**<br>**Lowell, AR 72745** | Line __3.62__<br>☐ Not listed. Explain |
| **4.52** | **K&H Portable Toilets, Inc.**<br>**c/o its Registered Agent, John Kenjura**<br>**1004 N Park Street**<br>**Brenham, TX 77833** | Line __3.63__<br>☐ Not listed. Explain |
| **4.53** | **Kaplan Electric, LLC**<br>**4920 S Loop 289, Ste. 101**<br>**Lubbock, TX 79414-4724** | Line __3.64__<br>☐ Not listed. Explain |
| **4.54** | **Kelly Hart**<br>**Attn: Preston R. Mundt, Esq.**<br>**201 Main Street, Suite 2500**<br>**Fort Worth, TX 76102** | Line __3.153__<br>☐ Not listed. Explain |
| **4.55** | **Key Performance Petroleum Company**<br>**c/o Registered Agent, Mark Jackson**<br>**1558 N. La Salle**<br>**Navasota, TX 77868** | Line __3.66__<br>☐ Not listed. Explain |
| **4.56** | **L&S Pump Repair And Machine Shop, LLC**<br>**1138 SM Tucker Rd.**<br>**Pollok, TX 75969** | Line __3.68__<br>☐ Not listed. Explain |

Copyright © Financial Software Solutions, LLC                                                                                        BlueStylus

Debtor      **Water Energy Services, LLC**                                Case number *(if known)*  __25-50539__
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

**4.57**   **L&S Pump Repair And Machine Shop, LLC**         Line __3.68__
           c/o its Registered Agent, Kevin Strickland
           **1510 Atkinson Drive**                           ☐ Not listed. Explain
           **Lufkin, TX 75901**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.58**   **Laake Oilfield Service, LLC**                    Line __3.69__
           c/o its Registered Agent, Yancey Laake
           **1324 Marley Road**                              ☐ Not listed. Explain
           **Jacksboro, TX 76458**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.59**   **Lea County Electric Cooperative, Inc.**          Line __3.70__
           **1300 W. Ave. D**
           **Lovington, NM 88260**                           ☐ Not listed. Explain
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.60**   **Lea County Electric Cooperative, Inc.**          Line __3.70__
           c/o its Registered Agent, Helwig Law Firm
           **317 N. Main**                                   ☐ Not listed. Explain
           **Denver City, TX 79323**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.61**   **Lovein Ribman, LP**                              Line _____
           Attn: Andrew Patchan, Esq.
           **1225 S. Main Street, Suite 200**                ☐ Not listed. Explain
           **Grapevine, TX 76051**
                                                             **Attorneys for SB Fleet-Lube,
                                                             LLC in re: SB Fleet-Lube,
                                                             LLC v. Water Energy
                                                             Services, LLC And Nicholas
                                                             Atkins**
                                                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.62**   **M&M Disposal, LLC**                              Line __3.74__
           c/o its Registered Agent, Jose Vicente
           **Magdaleno**                                     ☐ Not listed. Explain
           **872 County Road 120**
           **Georgetown, TX 78626-2296**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.63**   **Madole Equipment Rental & Sales, Inc.**          Line __3.75__
           c/o its Registered Agent, Kimberly R.
           **Montgomery**                                    ☐ Not listed. Explain
           **7641 Hwy 30**
           **Anderson, TX 77830**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.64**   **Milestone Environmental Services, LLC**          Line __3.79__
           **20 University Road, Ste. 360**
           **Cambridge, MA 02138**                           ☐ Not listed. Explain
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**4.65**   **Milestone Environmental Services, LLC**          Line __3.79__
           c/o C T Corporation System
           **1999 Bryan St., Ste. 900**                      ☐ Not listed. Explain
           **Dallas, TX 75201-3136**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Debtor  **Water Energy Services, LLC**
_____
Name

Case number *(if known)*  **25-50539**

---

**4.66**  **Nationwide Notice, Inc.**
**P.O. Box 542165**
**Lake Worth, FL 33454**

Line  **3.53**

☐ Not listed. Explain

---

**4.67**  **NGL Water Solutions-Eagle-Ford, LLC**
**3773 Cherry Creek North Drive, Ste. 1000**
**Denver, CO 80209**

Line  **3.84**

☐ Not listed. Explain

---

**4.68**  **NGL Water Solutions-Eagle-Ford, LLC**
**c/o its Registered Agent, CT Corporation System**
**1999 Bryan St., Ste. 900**
**Dallas, TX 75201-3136**

Line  **3.84**

☐ Not listed. Explain

---

**4.69**  **Oil Tool Solutions, LLC**
**4065 S. Eliot Street**
**Englewood, CO 80110**

Line  **3.85**

☐ Not listed. Explain

---

**4.70**  **Oil Tool Solutions, LLC**
**c/o its Registered Agent, InCorp Services, Inc.**
**815 Brazos St., Ste. 500**
**Austin, TX 78701**

Line  **3.85**

☐ Not listed. Explain

---

**4.71**  **Oklahoma Turnpike Authority**
**3500 North Martin Luther King Avenue**
**Oklahoma City, OK 73111**

Line  **3.86**

☐ Not listed. Explain

**1591**

---

**4.72**  **OSC Energy, LLC**
**c/o The Winter Law Firm, PLLC**
**Attn: West W. Winter, Esq.**
**9601 McAllister Freeway, Suite 401**
**San Antonio, TX 78216**

Line  **3.89**

☐ Not listed. Explain

---

**4.73**  **Patriot Safety and Services, LLC**
**28003 Amalfi**
**San Antonio, TX 78260-4446**

Line  **3.91**

☐ Not listed. Explain

---

**4.74**  **Patriot Safety and Services, LLC**
**c/o its Registered Agent, Charles A. Moster**
**4920 S. Loop 289, Suite 101**
**Lubbock, TX 79414**

Line  **3.91**

☐ Not listed. Explain

---

Debtor    __Water Energy Services, LLC__        Case number *(if known)*   __25-50539__
    Name

| 4.75 | **Phelps Dunbar, LLP**<br>**Attn: Peri H. Alkas, Esq.**<br>**One Shell Plaza**<br>**910 Louisiana, Suite 4300**<br>**Houston, TX 77002** | Line _____<br>☐ Not listed. Explain<br><br>**Counsel for Plaintiff in re:**<br>**Zurich American Insurance**<br>**Company Of Illinois V. Water**<br>**Energy Services, LLLC** | _____ |
| 4.76 | **Precision Pipe Rentals, LLC**<br>**2114 FM 1208**<br>**Stanton, TX 79782** | Line __3.93__<br>☐ Not listed. Explain | _____ |
| 4.77 | **Precision Pipe Rentals, LLC**<br>**4767 W. Hwy 72**<br>**Kenedy, TX 78119** | Line __3.93__<br>☐ Not listed. Explain | _____ |
| 4.78 | **Premium Oilfield Technologies, LLC**<br>**6350 W. Sam Houston Parkway N., Ste. 150**<br>**Houston, TX 77041** | Line __3.94__<br>☐ Not listed. Explain | _____ |
| 4.79 | **Premium Oilfield Technologies, LLC**<br>**c/o its Registered Agent, Capitol Corporate**<br>**Services, Inc.**<br>**1501 S. MoPac Expy., Ste. 220**<br>**Austin, TX 78746** | Line __3.94__<br>☐ Not listed. Explain | _____ |
| 4.80 | **Pye-Barker Fire & Safety, LLC**<br>**11605 Haynes Bridge Rd., Suite 350**<br>**Alpharetta, GA 30009** | Line __3.95__<br>☐ Not listed. Explain | _____ |
| 4.81 | **Pye-Barker Fire & Safety, LLC**<br>**c/o its Registered Agent, Corporation Service**<br>**Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701** | Line __3.95__<br>☐ Not listed. Explain | _____ |
| 4.82 | **Rackspace US, Inc.**<br>**800 Brazos, Ste. 400**<br>**Austin, TX 78701-2548** | Line __3.96__<br>☐ Not listed. Explain | _____ |
| 4.83 | **Rackspace US, Inc.**<br>**c/o its Registered Agent, Corporation Service**<br>**Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701** | Line __3.96__<br>☐ Not listed. Explain | _____ |

Copyright © Financial Software Solutions, LLC

Debtor **Water Energy Services, LLC**
Name

Case number *(if known)* **25-50539**

| | | | | |
|---|---|---|---|---|
| **4.84** | **Railroad Commission of Texas**<br>P.O. Box 12967<br>Austin, TX 78711-2967 | Line _____<br>☐ Not listed. Explain<br><br>**Railroad Commission of Texas** | _____ |
| **4.85** | **Resound Networks, LLC**<br>119 Western Street<br>Pampa, TX 79065 | Line **3.99**<br>☐ Not listed. Explain | _____ |
| **4.86** | **Resound Networks, LLC**<br>c/o its Registered Agent, Bryan E. Waldrip<br>100 N Cuyler<br>Pampa, TX 79065 | Line **3.99**<br>☐ Not listed. Explain | _____ |
| **4.87** | **Safety-Kleen Systems, Inc.**<br>5400 Legacy Dr.<br>Cluster II Building 3<br>Plano, TX 75024 | Line **3.101**<br>☐ Not listed. Explain | _____ |
| **4.88** | **Safety-Kleen Systems, Inc.**<br>c/o its Registered Agent, CT Corporation System<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 | Line **3.101**<br>☐ Not listed. Explain | _____ |
| **4.89** | **SBSB Eastham**<br>807 North Upper Broadway, Suite 201<br>Corpus Christi, TX 78401 | Line **3.102**<br>☐ Not listed. Explain | _____ |
| **4.90** | **Select Water Solutions, LLC**<br>c/o its Registered Agent, Capitol Corporate Services, Inc.<br>1501 S Mopac Expy., Ste. 220<br>Austin, TX 78746 | Line **3.105**<br>☐ Not listed. Explain | **5887** |
| **4.91** | **Shuster Law, PLLC**<br>Attn: David J. Shuster, Esq.<br>860 Hebron Pkwy. #303<br>Lewisville, TX 75057 | Line _____<br>☐ Not listed. Explain<br><br>**Counsel for Water Energy Services, LLC in re: Unitedhealthcare Insurance Company v. Water Energy Services, LLC and SB Fleet-Lube, LLC v. Water Energy Services, LLC And Nicholas Atkins** | _____ |

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __**Water Energy Services, LLC**__          Case number *(if known)*   __**25-50539**__
     Name

| | | | |
|---|---|---|---|
| **4.92** | **Sitepro Inc.**<br>**c/o its Registered Agent, Capitol Corporate**<br>**Services, Inc.**<br>**1501 S Mopac Expy., Ste. 220**<br>**Austin, TX 78746** | Line __**3.106**__<br>☐ Not listed. Explain | |
| **4.93** | **SK Capital Partners, LP**<br>**430 Park Avenue, 18th Floor**<br>**New York, NY 10022** | Line __**3.107**__<br>☐ Not listed. Explain | |
| **4.94** | **Tarquin Acid, LLC**<br>**c/o its Registered Agent, Richard C. Skillern**<br>**50 Troon Drive**<br>**Odessa, TX 79762** | Line __**3.111**__<br>☐ Not listed. Explain | |
| **4.95** | **Terracon Consultants, Inc.**<br>**10841 S Ridgeview Road**<br>**Olathe, KS 66061** | Line __**3.112**__<br>☐ Not listed. Explain | |
| **4.96** | **Terracon Consultants, Inc.**<br>**c/o its Registered Agent, Corporation Service**<br>**Company**<br>**211 E. 7th Street, Suite 620**<br>**Austin, TX 78701-3218** | Line __**3.112**__<br>☐ Not listed. Explain | |
| **4.97** | **Terracon Consultants, Inc.**<br>**P.O. Box 959673**<br>**St. Louis, MO 63195-9673** | Line __**3.112**__<br>☐ Not listed. Explain | |
| **4.98** | **Texas Attorney General**<br>**300 W 15th St**<br>**Austin, TX 78701** | Line _____<br>☐ Not listed. Explain | |
| **4.99** | **Texas Department of Licensing and Regulation**<br>**Po Box 12157**<br>**Austin, TX 78711** | Line _____<br>☐ Not listed. Explain | |
| **4.100** | **Texas Hot Oilers, Inc.**<br>**c/o its Registered Agent, Charlotte Hall**<br>**Plumlee**<br>**1005 C.R. 217**<br>**Giddings, TX 78942** | Line __**3.117**__<br>☐ Not listed. Explain | |

Copyright © Financial Software Solutions, LLC       BlueStylus

Debtor  **Water Energy Services, LLC**                                    Case number *(if known)*  **25-50539**
          Name

**4.101**  **Texas Mutual Insurance**          Line  **3.118**
           **P.O. Box 12058**
           **Austin, TX 78711-2058**           ☐ Not listed. Explain

**4.102**  **Texas Mutual Insurance Company**   Line  **3.118**
           **P.O. Box 12058**
           **Austin, TX 78711-2058**           ☐ Not listed. Explain

**4.103**  **The Maker's Oil Corporation**      Line  **3.127**
           **5849 Buffalo Gap Rd., Ste. H**
           **Abilene, TX 79606-1264**           ☐ Not listed. Explain

**4.104**  **The Maker's Oil Corporation**      Line  **3.127**
           **c/o its Registered Agent, CT Corporation**
           **System**                           ☐ Not listed. Explain
           **1999 Bryan St., Suite 900**
           **Dallas, TX 75201-3136**

**4.105**  **Thomas Kadian, LLC**               Line
           **Attn: Dennis E. Kadian**
           **90 East Halsey Road, Suite 390**   ☐ Not listed. Explain
           **Parsippany, NJ 07054**
                                                **Counsel for Plaintiff in re:**
                                                **Zurich American Insurance**
                                                **Company Of Illinois V. Water**
                                                **Energy Services, LLLC**

**4.106**  **Tinsman & Sciano, Inc.**           Line
           **10107 McAllister Fwy**
           **San Antonio, TX 78216**            ☐ Not listed. Explain

**4.107**  **Transworld Systems, Inc.**         Line
           **500 Virginia Dr, Suite 514**
           **Fort Washington, PA 19034**        ☐ Not listed. Explain

**4.108**  **UNIFIRST Corporation**             Line  **3.133**
           **68 Jonspin Road**
           **Wilmington, MA 01887-1086**        ☐ Not listed. Explain

**4.109**  **UNIFIRST Corporation**             Line  **3.133**
           **c/o its Registered Agent, Prentice hall**
           **Cprporation Sv**                   ☐ Not listed. Explain
           **211 E. 7th Street, Suite 620**
           **Austin, TX 78701-3216**

| Debtor | **Water Energy Services, LLC** | Case number (*if known*) | **25-50539** |
|---|---|---|---|
| | Name | | |

**4.110** | **UNIFIRST FIRST AID CORPORATION**
68 Jonspin Road
Wilmington, MA 01887-1086

Line **3.134**

☐ Not listed. Explain

_____

**4.111** | **UNIFIRST FIRST AID CORPORATION**
c/o its Registered Agent, Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

Line **3.134**

☐ Not listed. Explain

_____

**4.112** | **Unitedhealthcare Insurance Company**
c/o Figari & Davenport, LLP
Attn: Andrew G. Jubinsky & Lance V. Clark
901 Main Street, Suite 3400
Dallas, TX 75202-3796

Line _____

☐ Not listed. Explain

**Attorneys for Unitedhealthcare Insurance Company in re: Unitedhealthcare Insurance Company v. Water Energy Services, LLC**

**4.113** | **US Chaparral Water Systems, Inc.**
c/o its Registered Agent, Daryl L. Franklin
4201 Timberglen
Midland, TX 78707

Line **3.135**

☐ Not listed. Explain

**7815**

**4.114** | **Vista Water Solutions PB LLC**
c/o its Registered Agent, S. Jeff Johnson
6861 Corporation Parkway
Fort Worth, TX 76126

Line **3.142**

☐ Not listed. Explain

_____

**4.115** | **Wadler Perches Kerlick**
Attn: I. Ray Kerlick, Esq.
101 West Burleson
Wharton, TX 77488

Line **3.42**

☐ Not listed. Explain

_____

**4.116** | **WASTE CONNECTIONS LONE STAR, INC.**
3 Waterway Square Place, Suite 110
The Woodlands, TX 77380

Line **3.144**

☐ Not listed. Explain

_____

**4.117** | **WASTE CONNECTIONS LONE STAR, INC.**
c/o its Registered Agent, Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701

Line **3.144**

☐ Not listed. Explain

_____

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* **25-50539** |
|---|---|---|
| | Name | |

**4.118** WaterPro, Inc.
c/o its Registered Agent, Bill J. Helwig
317 N. Main
P.O. Drawer 1388
Denver City, TX 79323

Line **3.145**

☐ Not listed. Explain

---

**4.119** WESTRIDGE RESOURCES, INC.
c/o its Registered Agent, Troy Botts Jr.
2800 Westridge Drive
Snyder, TX 79549

Line **3.149**

☐ Not listed. Explain

---

**4.120** Xcel Energy Services, Inc.
1225 17th Street, Suite 1000
Denver, CO 80202

Line **3.152**

☐ Not listed. Explain

**9417**

---

**4.121** Xcel Energy Services, Inc.
c/o its Registered Agent, Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

Line **3.152**

☐ Not listed. Explain

**9417**

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ | **286,491.65** |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. + | $ | **7,371,565.04** |
| 5c. | **Total of Parts 1 and 2**
Lines 5a + 5b = 5c. | 5c. | $ | **7,658,056.69** |

**Fill in this information to identify your case:**

Debtor Name __Water Energy Services, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): __25-50539__        Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | **COMPANY AGREEMENT among Mid River Midstream LLC And David Elks, Water Energy Services, LLC, and Broco Hortain LLC dated as of 9/23/2024** | **Broco-Hortain LLC 6 Raydon Ln Houston, TX 77024** |
| State the term remaining | | |
| List the contract number of any government contract | | |

| 2.2 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | **COMPANY AGREEMENT among Mid River Midstream LLC And David Elks, Water Energy Services, LLC, and Broco Hortain LLC dated as of 9/23/2024** | **Mid River Midstream LLC 15405 Salt Cay Ct 704 Corpus Christi, TX 77024** |
| State the term remaining | | |
| List the contract number of any government contract | | |

| 2.3 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | **Landlord/Lease Agreement. Building: Comerica Bank Plaza, 13750 San Pedro Ave., San Antonio, TX 78232, Suite 950.** | **Montesan, LLC c/o MSG Management, Inc. 13750 San Pedro Ave., Ste. B10 San Antonio, TX 78232** |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Debtor | **Water Energy Services, LLC** | Case number *(if known)* | **25-50539** |
|---|---|---|---|
| | Name | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Engagement agreement between Debtor and Tarter Krinsky for legal services.** | **Tarter Krinsky & Drogin, LLP**<br>**1350 Broadway**<br>**New York, NY 10018** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **NON-HAZARDOUS on., AND GAS WASTE DISPOSAL AGREEMENT** | **Roberto Villarreal and Aminta Villarreal**<br>**P.O. Box 35**<br>**Zapata, TX 78076** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | copier lease | **Documation**<br>**Registered Agent:**<br>**Preston Woolfolk**<br>**4560 LOCKHILL SELMA ROAD, SUITE 100**<br>**San Antonio, TX 78249** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Water Energy Services, LLC**

United States Bankruptcy Court for the:  **Western District of Texas**

Case number (*If known*):   **25-50539**

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name and description | Mailing address | Name | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC
BlueStylus